UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST WATERKEEPER, et al.,

    Plaintiffs,

v().                                        Case No: 8:16-cv-3319-T-27AEP

CITY OF ST. PETERSBURG,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is an Unopposed Motion to Transfer and Consolidate Related Cases (Dkt. 42). The motion came on to be heard before the Court at a hearing on February 22, 2017. The motion is **DENIED** *without prejudice* based on the findings and reasons stated on the record at the hearing.

**DONE AND ORDERED** this 22 day of February, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record