UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST WATERKEEPER,
OUR CHILDREN'S EARTH
FOUNDATION, and ECOLOGICAL
RIGHTS FOUNDATION,

    Plaintiffs,

v.                          Civil Case No.: 8:16-cv-03319-JDW-AEP

CITY OF ST. PETERSBURG,

    Defendant.
_____/

## STIPULATION OF THE PARTIES

Plaintiffs, SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, and ECOLOGICAL RIGHTS FOUNDATION ("Plaintiffs"), and Defendant, CITY OF ST. PETERSBURG, hereby agree as follows:

1)    The City of St. Petersburg shall withdraw its Rule 12(B)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint for Lack of Standing and Memorandum in Support (Docket No. 38).

2)    The City of St. Petersburg shall file its answer and affirmative defenses to Plaintiffs' Second Amended Complaint within twenty (20) days of the approval of this stipulation by the Court.

| /s/ Brian A. Bolves | /s/ Justin Bloom |
|---|---|
| Brian A. Bolves, FBN 367079 | Justin Bloom, FBN 89109 |
| Manson Bolves Donaldson Varn, P.A. | Justin Bloom Attorney at Law, P.A. |
| 1011 West Swann Avenue | P.O. Box 1028 |
| Tampa, FL 33606 | Sarasota, FL 34230 |
| P:    813.514.4700 | P:    917.991.7593 |
| F:    813.514.4701 | F:    866.574.2169 |
| E:    bbolves@mansonbolves.com<br>       dcantwell@mansonbolves.com | E:    bloomesq1@gmail.com |
| Attorney for Defendant<br>CITY OF ST. PETERSBURG | Attorney for Plaintiffs, SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, ECOLOGICAL RIGHTS FOUNDATION |