

June 15, 2017

*Via E-mail and Certified U.S. Mail, return receipt requested*

Florida Department of Environmental Protection
Office of the Ombudsman & Public Services
Attn: Public Records
3900 Commonwealth Blvd, Mail Slot 49
Tallahassee, FL 32399

Publicservices@dep.state.fl.us

To Whom it May Concern:

I am writing on behalf of Suncoast Waterkeeper (SCWK), Our Children's Earth Foundation (OCE) and the Ecological Rights Foundation (ERF) to request access to certain public documents in your possession regarding proposed Consent Order OGC File No. 16-1280.

Pursuant to Article I, Section 24(a) of the Florida Constitution and the Florida Public Records Law, Chapter 119.01 *et seq*. of the Florida Statutes, SCWK, OCE and ERF request copies of the following public records:

1) A copy of any public notices or other information made available to the public by the Florida Department of Environmental Protection (FDEP) regarding the proposed Consent Order OGC File No. 16-1280.

2) A copy of any comments received from members of the public related to Consent Order OGC File No. 16-1280.

3) A copy of any mailing list of persons interested in Consent Order OGC File No. 16-1280 maintained by FDEP, and a copy of any updates or information sent to the persons on any such list.

4) All documents related to the investigation of Sanitary Sewage Overflow events (SSOs) occurring in the City of St. Petersburg within the last five (5) years from the date of this letter, including but not limited to copies of all documents reporting or documenting any sewage spills or sanitary sewer overflows (of any size) from the City of St. Petersburg's Publicly Owned Treatment Work's (POTW) sanitary sewer collection systems.

Florida Department of Environmental Protection Public Records Request
June 15, 2017

5) All documents related to any enforcement actions related to Sanitary Sewage Overflow events (SSOs) occurring in the City of St. Petersburg within the last five (5) years.

6) All documents related to the calculation of fines and/or penalties for Sanitary Sewage Overflow events (SSOs) attributed to the City of St. Petersburg during the last five (5) years, including any fines/penalties related to Consent Order OGC File No. 17-0028.

7) All documents related to any grants, improvements, or plans for improvements to be made for management and operation of its POTW and/or the Wastewater Compliance System (WCS) component of the POTW that were considered in developing and/or negotiating the Consent Order OGC File No. 17-0028, including but not limited to plan(s) intended to establish procedures or address measures for avoiding, reducing, or responding to sewage spills/sanitary sewer overflows.

8) All documents relating to inspections and/or inspection reports performed by FDEP or any other regulatory agency concerning the City of St. Petersburg sewage collection system.

Also, to the extent it is possible to do so, please provide electronic copies of all responsive documents. To avoid unnecessary costs and ease FDEP's burdens, we request that FDEP not provide us with paper copies of any documents that it has electronic copies of. Furthermore, please produce the responsive documents when they have been collected, reviewed and are ready for production, even if that means producing the documents in series. In other words, if some responsive documents are ready to be produced and others are still being searched for or copied, produce the documents which are release ready and do not delay production so that all documents are produced at one time.

On behalf of SCWK, OCE and ERF, I am requesting a waiver of costs because this request is in the public interest. However, I am willing to pay all lawful and reasonable costs associated with this request. If the charges associated with responding to this request will exceed $750.00, please provide me with advance notice of that fact and an estimate of what the total costs will be before you begin to prepare any response so that SCWK, OCE and ERF can consider limiting the scope of the request or otherwise taking steps to avoid unnecessary expenses.

If you intend to deny this public records request in whole or part, SCWK, OCE and ERF request that you advise me in writing of the particular statutory exemption upon which you are relying, and provide an explanation for doing so, as required by Chapter 119 of the Florida Statutes. Additionally, if the exemption you are claiming applies to only a portion of a record, please delete the exempted section and release the remainder of the record as required by law.

Florida Department of Environmental Protection Public Records Request
June 15, 2017

If all or part of any request is denied, please provide the name, address, and telephone number of the agency official responsible for the denial, and the official responsible for appeals of denied requests.

If your search fails to identify the requested records, I ask that you (1) describe in detail the search procedure, including the information about the files that were searched; (2) identify the person or persons who conducted the search; and (3) explain why a more comprehensive search of your offices would be unreasonable.

We request that FDEP provide electronic copies of its determination of its response to this request to me and to Christopher Sproul at the following e-mail addresses (as well as any responsive documents that you can transmit to us via e-mail):

Justin Bloom: bloomesq1@gmail.com
Christopher Sproul: csproul@enviroadvocates.com

Please send any documents that you need to transmit via mail to the following address:

Justin Bloom
P.O. Box 1028
Sarasota, FL 34230
E-mail: bloomesq1@gmail.com

In light of the nature and importance of the records requested, please make them available within three weeks from the date of this request. Please contact me at (941)275-2922 with any questions you may have about this request and to inform me of when the documents will be made available.

Thank you in advance for processing my request and for your ongoing public service.

                              Sincerely,

                              [signature]