

Molly Coyne <mollyacoyne@gmail.com>

# RELEASE - Consent Order OGC File Nos. 16-1280 and 17-0028 - #00061586 SF Reference: ref:_00DG0i115._5004A1CkUcl:ref

3 messages

---

**Chapman, Heather** <Heather.Chapman@dep.state.fl.us>  Thu, Jul 20, 2017 at 9:22 AM
To: Molly Coyne <mollyacoyne@gmail.com>, "bloomesq1@gmail.com" <bloomesq1@gmail.com>, "envirosproul@gmail.com" <envirosproul@gmail.com>, "evenson@ecologylaw.com" <evenson@ecologylaw.com>
Cc: "Crandall, Lea" <Lea.Crandall@dep.state.fl.us>

Dear Molly,

The Department has completed its review of both public records requests (16-1280 & 17-0028) and below is a link to a ftp site which contains emails responsive to your request. Please note that the Department did not withhold any records. If you have any problems accessing the site, please let me know.

ftp://ftp.dep.state.fl.us/pub/outgoing/Bloom-07-20-17/

*Tips for using the ftp site:*

- It may be easier to view/use the ftp site if you switch to Windows Explorer View. From the View menu, select Open FTP site in Windows Explorer View and you will see folders and files. The view depends on browser and computer settings; you may not need to make adjustments to see in Explorer View.

- You will need to copy and paste the files from the ftp site to your computer in order to view the documents.

- Files normally remain for 30 days until cleared by a utility.

- No passwords are needed, if it asks for one, choose cancel.

Finally, each review took less than 1 hour to complete and the Department will not be charging you for fulfilling these requests and will return both deposits to you via US Postal Service today.

Thank you,

Heather Chapman

Program Administrator

Office of General Counsel

Florida Department of Environmental Protection

3900 Commonwealth Blvd., MS 35

Tallahassee, FL 32399-3000

Office (850) 245-2209

Heather.Chapman@dep.state.fl.us