| | |
|---|---|
| **From:** | Yeargan, Mary |
| **To:** | Maher, Jim |
| **Subject:** | as requested |
| **Date:** | Monday, February 27, 2017 12:41:00 PM |
| **Attachments:** | 3 City of St PetersburgCO Exhibit 1 P2 Project plan.pdf |
| | 3 City of St PetersburgCO11-7-16 .docx |
| | City of St. Petersburg-Official Penalty calculation worksheet 11-4-16.xls |
| | City of St. Petersburg-Peer Review Memo 11-4-16.doc |
| | image001.png |

Mike asked me to forward.



**Mary Yeargan, PG**
District Director
Southwest District
13051 N. Telecom Parkway
Temple Terrace, FL 33637-0926
(813) 470-5701
email: mary.yeargan@dep.state.fl.us

# PENALTY COMPUTATION WORKSHEET

Facility: **City of St. Petersburg Water Treatment Facilities and Collection Systems**
Name of Department Staff Responsible for Penalty Computations: **Michelle Holton**
Facility ID Nos. FLA128830, FLA128856, FLA128821, FLA128848, FLA012881
Date of Initial Computation: 11/4/2016                                Revision Date(s):

## PART I - Penalty Determinations

| Violation Type | Rule/Statute Citation | ELRA Schedule | Environmental Harm | Extent of Deviation | Matrix Penalty | Adjust-ments | Total |
|---|---|---|---|---|---|---|---|
| all domestic wastewater treatment plants shall be operated and maintained in accordance with the applicable provisions of this chapter and so as to attain, at a minimum, the reclaimed water or effluent quality required by the operational criteria specified in this chapter. Further, provide that all facilities and equipment necessary for the collection, transmission, treatment, reuse and disposal of domestic wastewater and biosolids shall be maintained at a minimum, so as to/to function as intended | Rule 62-600.410(1) and (3), Florida Administrative Code | NA | Major | Major | $10,000 | 27 days | $270,000 |
| provides that the release or disposal of excreta, sewage, or other wastewaters or residuals without providing proper treatment approved by the Department; construction or operation of a wastewater collection system not in compliance with this rule, is prohibited. | Rule 62-604.130(1), Florida Administrative Code | NA | Major | Major | $10,000 | 27 days | $270,000 |
| prohibits the unauthorized or deliberate introduction of stormwater into collection systems and transmission facilities | Rule 62-604.130(4), Florida Administrative Code | NA | Major | Major | $10,000 | 27 days | $270,000 |

### Penalty Summary

| | | |
|---|---|---|
| Subtotal | | $810,000 |
| Department Costs and Expenses: | | $10,000 |
| Penalty with Costs: | | $820,000 |

_____
Mary E. Yeargan, P.G.                              Date
Director
Southwest District

## Part II - Multiday Penalties and Adjustments

| ADJUSTMENTS | DOLLAR AMOUNT | JUSTIFICATION |
|---|---|---|
| Multiday penalties: 27 days for the unpermitted discharges that occurred during the following timeframes (08/02/15 - 08/10/15 = 9 days; 06/06/16 - 06/09/16 = 4 days; and 08/31/16 - 09/13/16 = 14 days). | | Multiday calculations Considered, but deemed not appropriate |
| **Total Adjustments** | **$0** | |

## PART III - Other Adjustments Made After Meeting with the Responsible Party**

| ADJUSTMENT | | +, - |
|---|---|---|
| Relative Merits of Case: | | |
| Justification: | | |
| Lack of good faith after discovery | | |
| History of non-compliance | | |
| Economic benefit of non-compliance | | |
| Ability to pay | | |
| **Total Adjustments** | | **$0** |

Resource Considerations:     None
Justification:
Other:                        None
Justification:

| | |
|---|---|
| **From:** | Garcia, Leandro |
| **To:** | Yeargan, Mary; Boatwright, Kelley M. |
| **Cc:** | Duggan, Michele; Kleinfelter, Jessica; Garcia, Leandro; Water Compliance Assurance Program (Shared Mailbox) |
| **Subject:** | Peer Review (City of St. Petersburg) |
| **Date:** | Monday, August 29, 2016 3:14:12 PM |
| **Attachments:** | image001.png<br>City of St. Petersburg-Official Penalty calculation worksheet.xls<br>City of St. Petersburg-Peer Review Memo.doc |

Ms. Yeargan and Ms. Boatwright,

Based on the attached documentation, DWRM concurs with your staff's recommendation to proceed with a Consent Order for City of St. Petersburg (FLA128830, FLA128856, FLA128821, FLA128848, FLA012881).

The recommended penalty is consistent with the Environmental Litigation Reform Act (ELRA) Chapter 403.121, Florida Statutes and the DEP Directive 923, February 14, 2013 and the program specific settlement guidelines.

Please let me know if you have any questions.

Sincerely,
    Leo



**LEANDRO GARCIA**
Environmental Manager
Water Compliance Assurance Program
Division of Water Resource Management
Office • 850 245-8584 • ext. 58584
leandro.garcia@dep.state.fl.us

# Florida Department of Environmental Protection Memorandum

| | |
|---|---|
| To: | Wastewater Peer Review Committee |
| Through: | Mary E. Yeargan, District Director (SW District) *Mary E. Yeargan* |
| Through: | Kelley Boatwright, Assistant District Director (SW District) |
| From: | Michele Duggan, Environmental Consultant (SW District) |
| Date: | August 25, 2016 |
| Subject: | Peer Review Request – City of St. Petersburg |

**Facilities in noncompliance:**
City of St. Petersburg:   Albert Whitted Water Reclamation Facility
　　　　　　　　　　　　Northeast Water Reclamation Facility
　　　　　　　　　　　　Northwest Water Reclamation Facility
　　　　　　　　　　　　Southwest Water Reclamation Facility
　　　　　　　　　　　　St. Petersburg Master Reuse System

**Location of facilities in noncompliance:**

Albert Whitted Water Reclamation Facility
601 – 8th Avenue Southeast, St. Petersburg, FL  33701
Pinellas County
Latitude: 27° 45' 46" N　　　Longitude: 82° 37' 36" W

FDEP Permit Number
FLA128830
Issuance Date: June 4, 2012
Expiration Date: June 3, 2017


Northeast Water Reclamation Facility
1160 - 62nd Avenue Northeast, St. Petersburg, FL 33702
Pinellas County
Latitude: 27° 49' 41"　　　Longitude: 82° 37' 02" W

FDEP Permit Number
FLA128856
Issuance Date: January 12, 2016
Expiration Date: June 12, 2021


Northwest Water Reclamation Facility
7500 – 26th Avenue North, St. Petersburg, FL  33710
Pinellas County
Latitude: 27° 47' 43" N　　　Longitude: 82° 44' 32" W

FDEP Permit Number
FLA128821
Issuance Date: September 14, 2015
Expiration Date: September 13, 2020


Southwest Water Reclamation Facility
3800 – 54th Avenue South, St. Petersburg, FL  33711
Pinellas County
Latitude: 27˚ 43' 05" N          Longitude: 82˚ 41' 04" W

FDEP Permit Number
FLA128848
Issuance Date: June 29, 2012
Expiration Date: June 28, 2017


St. Petersburg Master Reuse System
1650 – 3rd Avenue North, St. Petersburg, FL  33713
Pinellas County

FDEP Permit Number
FLA012881
Issuance Date: April 11, 2013
Expiration Date:  April 10, 2023


**Facts necessary to conclude a violation has occurred:**

1.  On August 6, 2015, Governor Rick Scott issued Executive Order Number 15-158, in response to heavy rains and flooding from July 25, 2015 through August 3, 2015. During this time, unpermitted discharges of wastewater and effluent from several of the Facilities and Collection Systems into waters of the State and/or into adjacent canals, ditches and ponds that are contiguous  to waters of the State occurred.  These unpermitted discharges occurred from August 2, 2015 through August 10, 2015 and resulted in the release of approximately 31.5 million gallons of untreated wastewater and effluent.

2.  On June 6, 2016, Governor Scott issued Executive Order Number 16-136, in response to Tropical Storm Colin.  During this time, unpermitted discharges of wastewater and effluent from several of the Facilities and Collection Systems into waters of the State and/or into adjacent canals, ditches and ponds that are contiguous to waters of the State occurred.  These unpermitted discharges occurred from June 6, 2016 through June 9, 2016 and resulted in the release of approximately 230,000 gallons of untreated wastewater and effluent through overflows at manholes and 9.77 million gallons of partially treated wastewater through the emergency outfall at Albert Whitted Water Reclamation Facility.

**Specific regulations violated:**

Section 403.161(1) (b), Florida Statutes, provides that it shall be a violation to fail to comply with any rule, regulation, order, permit or certification adopted or issued by the Department pursuant to its lawful authority.

Section 403.086, Florida Statutes, provides that facilities for sanitary sewage disposal may not dispose of any wastes into Tampa Bay, or into any water tributary thereto, without providing advanced waste treatment.

Rule 62-600.410(1), Florida Administrative Code, provides that all domestic wastewater treatment plants shall be operated and maintained in accordance with the applicable provisions of this chapter and so as to attain, at a minimum, the reclaimed water or effluent quality required by the operational criteria specified in this chapter.

Rule 62-604.130(1), Florida Administrative Code, provides that the release or disposal of excreta, sewage, or other wastewaters or residuals without providing proper treatment approved by the Department; construction or operation of a wastewater collection system not in compliance with this rule, is prohibited.


**Penalty proposal:**

The Southwest District (SWD) intends to issue a consent order with $1,000.00 in Department costs for:

- ✓ Unpermitted or unauthorized discharges or effluent limitation exceedances from August 2, 2015 through August 10, 2015.
- ✓ Unpermitted or unauthorized discharges or effluent limitation exceedances from June 6, 2016 through June 9, 2016.
- ✓ The SWD is not assessing up-front penalties for these unpermitted discharges because they were due to extraordinary rainfall and the City was not the only utility to discharge during these timeframes.  The SWD, however, will reserve the right to assess stipulated penalties as needed, during the pendency of the consent order.

**Why compliance without enforcement is not an appropriate alternative:**

The SWD recommends enforcement for the following reasons:

1. The City may continue to have unpermitted or unauthorized discharges or effluent limitation exceedances during rain events without the SWD compelling significant improvements to the facilities and collection systems.

**PENALTY COMPUTATION WORKSHEET**

Facility: **City of St. Petersburg Water Treatment Facilities and Collection Systems**
Name of Department Staff Responsible for Penalty Computations: **Michelle Holton**
Facility ID Nos. FLA128830, FLA128856, FLA128821, FLA128848, FLA012881
Date of Initial Computation: 8/3/2016                                Revision Date(s):

**PART I - Penalty Determinations**

| # | Violation Type | ELRA Citation | ELRA Schedule | Potential for Harm | Extent of Deviation | Matrix Penalty | Adjust-ments | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | An unpermitted or unauthorized discharge or effluent limitation exceedance (2015) | Section 403.121(3)(b), Florida Statutes | $2,000.00 | Untreated sewage discharges | | N/A | $2,000.00 | $0.00 |
| 2 | An unpermitted or unauthorized discharge or effluent limitation exceedance (2016) | Section 403.121(3)(b), Florida Statutes | $2,000.00 | Untreated sewage discharges | | N/A | $2,000.00 | $0.00 |
| 3 | | | | | | | | |
| | Subtotal | | | | | | | $0 |

**Penalty Summary**

| | |
|---|---|
| Department Costs and Expenses: | $1,000 |
| Penalty with Costs: | |

_____   _____
Mary E. Yeargan, P.G.                                                                                                  Date
Director
Southwest District

**Part II - Multiday Penalties and Adjustments**

| ADJUSTMENTS | DOLLAR AMOUNT | JUSTIFICATION |
|---|---|---|
| Lack of good faith after discovery | | |
| History of non-compliance | | |
| Other Unique Factors | | |
| Economic benefit of non-compliance | | Considered, but deemed not appropriate |
| Ability to pay | | |
| Total Adjustments | $0 | |

**PART III - Other Adjustments Made After Meeting with the Responsible Party***

**ADJUSTMENT**
**Relative Merits of Case:**   Adjustments were made for the 2015 releases under Executive Order 15-158.
**Justification:**   Adjustments were made for the 2016 releases under Executive Order 16-136.
**Resource Considerations:**   None
Justification:
**Other:**   None