UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST WATERKEEPER, et al.,

    Plaintiffs,

v.                                                      Case No. 8:16-cv-3319-T-27AEP

CITY OF ST. PETERSBURG,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Within **seven (7) days** of the date of this Order, Plaintiffs shall provide to chambers printed courtesy copies of the following:

(1)    Declaration of Molly Coyne in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. 102) and all exhibits.

(2)    Declaration of Justin Bloom in Support of Plaintiffs' Opposition to Motion to Stay (Dkt. 111) and all exhibits.

(3)    Declaration of Molly Coyne in Opposition to Defendant's Second Motion for Summary Judgment and in Support of Plaintiffs' Motion to Strike (Dkt. 119) and all exhibits.

The exhibits shall be individually tabbed and submitted in a binder.[1]

**DONE AND ORDERED** this 10th day of January, 2018.

                                                                 JAMES D. WHITTEMORE
                                                                 **United States District Judge**

Copies to: Counsel of record

---

[1] Deposition and hearing transcripts used as exhibits, if any, shall be provided in condensed format, if available.