UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST WATERKEEPER, et al.,

    Plaintiffs,

v.                                                  Case No. 8:16-cv-3319-T-27AEP

CITY OF ST. PETERSBURG,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is a Joint Motion for Entry of Stipulated Order Modifying Case Management and Scheduling Order (Dkt. 136). Upon consideration, the motion is **GRANTED**. The Case Management and Scheduling Order (Dkt. 37, as amended by Dkts. 93, 130, 131) is amended as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures | **April 18, 2018** |
| Defendant's Expert/Rebuttal Expert Disclosures | **May 9, 2018** |
| Plaintiffs' Rebuttal Expert Disclosures | **May 23, 2018** |
| Discovery Cutoff/Mediation Deadline | **June 15, 2018** |
| Dispositive/*Daubert* Motions[1] | **June 29, 2018** |
| Pretrial Conference | **September 7, 2018 at 10:30 A.M.** |
| Trial Term | **October 1, 2018** |

**DONE AND ORDERED** this 8th day of February, 2018.

                                                                       JAMES D. WHITTEMORE
                                                                       United States District Judge

Copies to: Counsel of record

---

[1] Further motions for summary judgment are not permitted without leave of Court. (Dkt. 131).