UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST WATERKEEPER, et al.,

    Plaintiffs,

v.                                                    Case No. 8:16-cv-3319-T-27AEP

CITY OF ST. PETERSBURG,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is a Joint Motion for Entry of Stipulated Order Modifying Case Management and Scheduling Order (Dkt. 153). Upon consideration, the motion is **GRANTED**. The Case Management and Scheduling Order (Dkt. 37, as amended by Dkts. 93, 130, 131, 137) is amended as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures | May 18, 2018 |
| Defendant's Expert Disclosures | June 8, 2018 |
| Plaintiffs' Rebuttal Expert Disclosures | June 22, 2018 |
| Discovery Cutoff/Mediation Deadline | July 13, 2018 |
| Dispositive and *Daubert* Motions | July 27, 2018 |
| Pretrial Conference | October 5, 2018 at 10:00 A.M. |
| Trial Term | November 5, 2018 |

**DONE AND ORDERED** this 9th day of April, 2018.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record