UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | |
|---|---|
| SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, and ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ST. PETERSBURG,<br><br>Defendant. | Case No.: 8:16-cv-03319-JDW-AEP |

**PLAINTIFFS' NOTICE OF LETTER TO THE COURT FROM THE UNITED STATES**

Plaintiffs hereby transmit to the Court the attached letter from the United States, in which the United States indicates it has no objection to the proposed settlement of this action as embodied in the Stipulated Order of Partial Dismissal and Court's Retention of Jurisdiction, and its attachments ("Stipulated Order"), which was lodged with the Court on October 15, 2018 (Dkt 174). The United States is permitted a forty-five (45) day review of citizen suit settlements under the Clean Water Act.  33. U.S.C. §1365(c)(3); 40 C.F.R. §135.5.

Plaintiffs further notify the Court that the Florida Department of Environmental Protection did not receive a petition under Fla. Stat. §120.569 objecting to Attachment B to the Stipulated Order (First Amendment to Consent Order, effective October 12, 2018).

Accordingly, the Parties are unaware of any objection to the Stipulated Order.

Plaintiffs intend to file two motions on December 3, 2018.[1]  First, Plaintiffs will file a Motion to Reopen Action for Further Proceedings so the Parties may proceed to resolve the issue of Plaintiffs' "costs of litigation" pursuant to Section 505(d) of the Clean Water Act, as specifically directed in Paragraph 5 of the Stipulated Order.  Second, in order to fully inform the Court as to the substance and structure of the settlement between the Parties, including the Court's retained jurisdiction, Plaintiffs will file a Motion to Enter Stipulated Order of Partial Dismissal and Court's Retention of Jurisdiction.

Respectfully submitted,

Dated:  November 30, 2018            /s/ Justin Bloom
                                     Justin Bloom
                                     FL Bar # 89109
                                     Justin Bloom Attorney at Law, PA
                                     P.O. Box 1028
                                     Sarasota, FL 34230
                                     Telephone: (917) 991-7593
                                     Facsimile: (866) 574-2169
                                     Email: bloomesq1@gmail.com

                                     /s/ Kathryn Schmidt
                                     Kathryn Schmidt (Pro Hac Vice)[*]
                                     Van Ness Feldman
                                     1050 Thomas Jefferson Street NW, 7th Floor
                                     Washington, DC 20007
                                     Telephone: 303-564-1298
                                     Facsimile: 202-338-2361
                                     Email: kschmidt@vnf.com
                                     Attorneys for Plaintiffs
                                     SUNCOAST WATERKEEPER, OUR CHILDREN'S
                                     EARTH FOUNDATION and ECOLOGICAL RIGHTS
                                     FOUNDATION
                                      *Plaintiffs' counsel has changed firms and will update records with the Court when the case is no longer administratively closed per the Court's September 10, 2018 Order (Dkt 173).

---

[1] Plaintiffs are not filing such motions today because the Parties are still engaged in the process of conferring under Local Rule 3.01(g) to determine whether Plaintiffs' motions will be unopposed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record for the Defendant, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                               */s/ Justin Bloom*
                                                               Justin Bloom
                                                               FL Bar # 89109
                                                               Justin Bloom Attorney at Law, PA
                                                               P.O. Box 1028
                                                               Sarasota, FL 34230
                                                               Telephone: (917) 991-7593
                                                               Facsimile: (866) 574-2169
                                                               Email: bloomesq1@gmail.com