UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, and ECOLOGICAL RIGHTS FOUNDATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF ST. PETERSBURG,<br><br>      Defendant. | Case No: 8:16-cv-03319-JDW-AEP |

**PLAINTIFFS' INDEX OF DOCUMENTS FILED**
**IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**

For the Court's reference, Plaintiffs Suncoast Waterkeeper, Our Children's Earth Foundation, and Ecological Rights Foundation (collectively "Plaintiffs") hereby submit the following Index of Documents Filed in Support of Plaintiffs' Motion for Attorneys' Fees and Costs.

**Attachment 2 – Declaration of Christopher Sproul with Exhibits 1-3**

      Exhibit 1: Christopher Sproul Time Records

      Exhibit 2: Environmental Advocates Cost Receipts and Invoices

      Exhibit 3: Bibliography of Reported Cases

**Attachment 3 – Declaration of Kathryn Schmidt with Exhibits 1-4**

      Exhibit 1: Attorney Lodestar Summary Reports

      Exhibit 2: Master Spreadsheet of All Attorney Time Combined (Phases I – VI)

1

Exhibit 3: Summary Spreadsheet of Cuts to Hours for Billing Judgment

Exhibit 4: Spreadsheet of All Costs Claimed


**Attachment 4:  Exhibits 5-6 to Declaration of Kathryn Schmidt**

Exhibit 5: Kathryn Schmidt and Firm Paralegal Time Records

Exhibit 6: Kathryn Schmidt and Firm Cost Receipts and Invoices


**Attachment 5:  Exhibits 7-10 to Declaration of Kathryn Schmidt**

Exhibit 7: Courtesy Copy of Civil Docket Sheet as of March 13, 2019
       (Case No: 8:16-cv-03319-JDW-AEP)

Exhibit 8: Excerpts of May 18, 2018 Expert Disclosure of Thomas Christ

Exhibit 9: Excerpts of May 18, 2018 Expert Disclosure of Jonathan Shefftz

Exhibit 10: FDEP Consent Order OGC 97-0134 (effective February 4, 2000)


**Attachment 6:  Declaration of Justin Bloom with Exhibits 1-7**

Exhibit 1: Justin Bloom Time Records

Exhibit 2: September 28, 2016 60-Day Notice Letter from Plaintiffs to Mayor for
       the City of St. Petersburg

Exhibit 3: September 30, 2016 Letter from Plaintiffs to United
       States Environmental Protection Agency (Region 4) and Florida
       Department of Environmental Protection

Exhibit 4: April 4, 2018 Letter to City Council

Exhibit 5: Excerpt of Agenda Packet for August 9, 2018 City Council Meeting

Exhibit 6: Excerpt of August 9, 2018 Transcript of City Council Meeting

Exhibit 7: Excerpt of January 17, 2019 Transcript of City Council Meeting


**Attachment 7:  Exhibit 8 to Declaration of Justin Bloom**

Exhibit 8: Justin Bloom Cost Receipts and Invoices

2

**Attachment 8:  Declaration of Fred Evenson with Exhibits 1-2**

       Exhibit 1: Fredric Evenson Time Records

       Exhibit 2: Fredric Evenson Costs Receipts and Invoices


**Attachment 9:  Declaration of Michael Goodstein with Exhibit 1**

       Exhibit 1: Michael Goodstein Time Records


**Attachment 10:  Declaration of Molly Coyne with Exhibits 1-2**

       Exhibit 1: Molly Coyne Time Records

       Exhibit 2: Excerpts of Case Filings Pertaining to Survey of Case-law Supporting Proposed Rates

**Attachment 11:  Declaration of Benjamin Pierce with Exhibit 1**

       Exhibit 1: Benjamin Pierce Time Records