UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, and ECOLOGICAL RIGHTS FOUNDATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF ST. PETERSBURG,<br><br>        Defendant. | Case No: 8:16-cv-03319-JDW-AEP |

**DECLARATION OF CHRISTOPHER SPROUL IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Christopher Sproul, hereby declare under penalty of law that the following facts are true and correct:

1.      I am an attorney licensed to practice law in the State of California. I am the senior lawyer in Environmental Advocates, a public interest law firm, and counsel for Plaintiffs' Suncoast Waterkeeper, Our Children's Earth Foundation, and Ecological Rights Foundation Plaintiffs.  I make this declaration based upon my personal knowledge, unless otherwise stated, and I am competent to testify to the matters set forth herein. I make this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs.

**Christopher Sproul Biographical Information**

2.      I earned my Juris Doctorate from the University of California, Berkeley (Boalt Hall) in June 1986 and a Master of Arts degree in political science from the University of California, Santa Barbara in August 1982.

3.      I have been a member of the California Bar since December 1986. I have also been a member of the bar of the United States District Court for the Central District of California since 1986 and I am a member of several other federal bars, including the bars for the U.S. Court of Appeals for the Ninth Circuit, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Northern District of California, and the U.S. District Court for the District of Hawaii.

4.      I have directed or co-directed Environmental Advocates for over 16 years. I have exclusively represented tribal governments, non-profit environmental organizations and individuals seeking to advance environmental protection through judicial litigation and administrative advocacy under the major environmental laws, including the Endangered Species Act ("ESA"), Clean Water Act ("CWA"), Clean Air Act ("CAA"), Resource Conservation and Recovery Act ("RCRA"), National Environmental Policy Act ("NEPA"), the Coastal Zone Management Act ("CZMA"), the California Environmental Quality Act ("CEQA") and other state and federal laws, including the Administrative Procedure Act ("APA"), California Code of Civil Procedure sections 1094.5 and 1085, the Freedom of Information Act ("FOIA"), and the California Public Records Act ("PRA").

5.      During my time as a partner at Environmental Advocates, I have represented environmental organization clients in several ESA, CWA, RCRA, CAA,

NEPA, CZMA, APA and/or APA citizen suits against various federal agencies, state agencies, businesses, and municipalities. I have also represented such clients in various suits brought under FOIA against federal agencies. I currently am lead counsel or co-lead counsel in several cases in active litigation and additional cases involving consent decree compliance monitoring. I have also provided advice to several environmental organization clients concerning the potential for several other citizen suit enforcement actions for violations of various environmental laws. I have also presented public hearing testimony and drafted written comments to government agencies concerning various environmental regulatory decisions.

6.      The cases I have brought and continue to bring on behalf of my clients are typically "impact litigation," i.e., cases designed to have significant effect on environmental law and policy and significantly advance environmental protection. Numerous of these actions have resulted in court orders or judicial consent decrees imposing far-reaching injunctive relief for environmental remediation and/or remedies addressing agency responsibilities under the environmental laws. Cases where I have served as lead counsel or as co-lead counsel have had a significant impact on environmental law, as they have resulted in over 60 decisions published in the Federal Reporter, Federal Supplement, LEXIS, and/or Westlaw. That many of these cases have established important precedent in environmental law or under FOIA is further reflected in the numerous subsequent citations by other decisions to the cases where I served as counsel. A bibliography of these cases is set forth as Exhibit 3 to this declaration. Many of these cases have involved issues or concerns of widespread public interest and that have accordingly attracted extensive media coverage in newspapers, radio, television,

3

and/or environmental periodicals or blogs and social media commentary. I have also brought actions against federal agencies under the APA and writ of mandate actions against state agencies challenging agency actions or inaction.

7.      Prior to joining Environmental Advocates, I served as an Assistant Regional Counsel for the United States Environmental Protection Agency ("EPA") from 1987 until 2002. During my 15-year tenure at EPA, my primary concentration was representing EPA in judicial and administrative enforcement actions brought under the environmental statutes administered by EPA. The majority of these actions were brought under the CWA, but I also worked on EPA enforcement actions brought under RCRA, the CAA, the Safe Drinking Water Act, and the Marine Protection Research and Sanctuaries Act (MPRSA). One such enforcement action was a multi-media case against an oil refinery, in which I was co-counsel for approximately one year with Kathryn Schmidt from the United States Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section.  Ms. Schmidt is currently lead counsel in this action.  Our prior experience working together as co-counsel in a highly complex multi-media action increased our efficiency working together on the case against the City of Saint Petersburg, including a smooth transition of the role of lead counsel from myself to Ms. Schmidt in January-February of 2018 and efficient communications and agreements thereafter concerning matters of case management, strategy and oversight of additional counsel.  I also worked on several permitting matters, including litigation challenges to EPA CWA NPDES permit decisions; assisted in EPA reviews of state environmental programs; counseled EPA staff in responding to FOIA responses; participated in work groups tasked with drafting EPA regulations and

4

proposed amendments to the CWA; and provided client counseling to numerous EPA regulatory officials concerning compliance with the CWA, the ESA, the CZMA, the MPRSA, and the APA.

8.      From 1997 to 1998, through an intergovernmental personnel agreement between EPA and the State of Hawaii, I worked for the Hawaii Attorney General as a staff attorney. In this role, I represented the Hawaii Department of Health in several water pollution enforcement actions under the Hawaii equivalent of the federal CWA, provided advice to the Department of Health concerning many regulatory matters, and provided advice to the Hawaii State Legislature concerning environmental legislation related to water pollution.

9.      From 2004 to 2010, I was an Adjunct Professor at Golden Gate University School of Law in San Francisco where I taught a course on environmental litigation.

10.      I also served as a law clerk to U.S. District Court Judge William J. Rea, in the U.S. District Court for the Central District of California in 1986 and 1987.

11.      Over the course of my years practicing law, I have filed several motions for attorneys' fees and costs as well as mediation briefs in fee negotiation matters.

12.      In my experience litigating sewage spill cases on behalf of EPA and in citizen suits, such cases are highly complex.  Sewage cases involve unpermitted discharges over hundreds of miles of a wastewater collection and treatment infrastructure and require factual analysis and expert review regarding the decades of neglect toward sewage infrastructure that leads to massive sewage overflows and unauthorized discharges.  Unpermitted spills and discharges – by definition -- occur entirely outside the regulatory framework.  I approached and managed this case in the same manner I utilized

5

while working for EPA on federal environmental enforcement cases under the CWA and other federal environmental statutes.

13.    Devoting the hours necessary to bring this case to a successful outcome required Environmental Advocates to forgo other cases where compensation would have been more quickly recovered, considerably diminishing our short-term incomes. At the outset, Environmental Advocates took this case with some hesitation, recognizing that due to its factual and legal complexity and the likely resistance to settlement that the Plaintiffs could reasonably expect to encounter, that the case would require long hours over many years without compensation from the clients, who could only afford legal representation on a contingency basis. I was aware that this case would not likely settle without extensive litigation, including extended discovery and motions, based on my experience in working on sewage cases against municipalities and the City's unwillingness to discuss settlement at the first settlement meeting in the Fall of 2016.  I was also aware that the fee recovery rate would be substantially less than the rate I am customarily awarded for similar work in California.  *See, e.g., Wishtoyo Found. v. United Water Conservation Dist.*, 2019 WL 1109684 (C.D. Cal. Mar. 5, 2019). (awarding me a 2018 rate of $840/hour).  So this case had significant disadvantages making it less than desirable from a business prospective.  However, at the urging of my long-time clients and co-counsel and their deep concern over the massive sewage spills in Florida, I accepted representation as lead counsel.

**Tasks Performed by the Legal Team in the Litigation**

14.    As explained in more detail in Ms. Schmidt's declaration, Plaintiffs have divided the major litigation tasks into six (6) separate phases as marked by distinct

6

transitions within the case: (1) Case Development and Filing; (2) Motion Practice and Early Discovery; (3) Peak Discovery and Expert Witness Reports, (4) Dual Track Litigation/Settlement; (5) Settlement; (6) Post-Settlement.  As reflected in my timeslips attached as Exhibit 1, I was active as lead counsel during Phase I and II.  I led the legal team in preparing the case for filing; early settlement discussions; numerous motions and written discovery; conducting three depositions of FDEP staff; directing/supervising junior lawyers to conduct legal research and review and development of the evidence.  I further provided input to the legal team in Phase IV and V as the case progressed through conclusion of settlement discussions to ensure the settlement was consistent with the objectives of the case when it was filed. I have had limited involvement during Phase VI.

15.     The City heavily contested Plaintiffs' claims throughout the litigation, thus necessitating extensive litigation efforts by me and my co-counsel.  Working with local counsel, Mr. Bloom, I served as lead counsel on this case throughout Phase I, II and the beginning of Phase III and was responsible for overall case strategy and oversight until Kathryn Schmidt assumed the lead counsel role.  I directed Ms. Schmidt to prepare the case for trial in September because all attempts at settlement to date had been futile and the City had not approached the Citizens after the Court's two adverse rulings on January 19 and 20 of 2018, denying the City's Motion for Summary Judgment and Request for Stay (Dkt.132 and 135).

16.     In this section, I provide a summary of the work performed during and each attorney's contributions to the case in Phases I and II.  I also provide a description of my own work during all Phases of this litigation, which also is presented in detail in the timeslips attached as Exhibit 1.

7

**Phase I:  Case Investigation and Filing (July 23, 2016 to January 20, 2017)**

17.      The Citizens' counsel's claimed time commences on July 23, 2016.  Prior to that date, commencing in December 2015, the Citizens had expended hundreds of hours investigating sewage spills throughout the area in response to spills in August of 2015, including approximately 31.5 million gallons of sewage spills by Saint Petersburg. *See* Evenson Declaration.  However, counsel have not billed any time prior to July 23, 2016 to this case.  When the general investigation was underway, in June of 2016 the City experienced an approximate 10,000,000 gallon spill and in August and September of 2016 the City had spills in excess of 100,000,000 gallons.  The 2016 spills were later calculated by our expert to total 181,509,850.

18.      In the weeks during and following the City's multiple illegal discharges, our team worked quickly and efficiently to gather and analyze factual information on the potential claims and remedies in the case, investigate issues regarding standing, conduct legal research and develop the legal theories of the case, communicate with clients, consultants and co-counsel regarding the case, drafting and serving the mandatory citizen suit notice letter under CWA section 505(b)(1)(A), 33 U.S.C. §1365(b)(1)(A), and communicating with FDEP and EPA in an attempt to coordinate enforcement.   The Citizens issued their 60 day statutory Notice of Intent to Sue within weeks of the end of the September 2016 discharges.

19.      When the Citizens issued the 60 Day Notice Letter, they were aware of a draft consent order exchanged between the City and FDEP.  The Citizen groups felt that an FDEP consent order would not adequately address the City's sewage spill problems. The consent order was in draft form and it contained no firm requirements or deadlines

8

on the City regarding repair of the aging pipes in its collection system, which was the source of its excess wastewater flows during wet weather.   The draft consent order "had no teeth."  In addition, the Citizens were excluded from meaningful participation in the consent order process before issuance.  Also, the state's consent orders did not appear to be effective in addressing other cities with sewage spill problems.  My clients felt the spills in Saint Petersburg presented a significant environmental crisis requiring that the City be obligated to implement firmly prescribed remedial measures by hard deadlines, which were lacking in the draft consent order.  My clients further concluded that given the demonstrated failure of FDEP consent orders to curb sewage spills by Saint Petersburg and by other municipalities under FDEP consent order, that a judicial consent decree or judgment would be needed to ensure City CWA compliance. While Saint Petersburg and other cities have been shown to be lax in compliance with FDEP consent orders and FDEP itself lax in overseeing its consent orders, I have observed in my years of CWA enforcement work both at EPA and for various public interest organizations that the authority of a federal court has repeatedly been effective in curbing CWA sewage spill violations in jurisdictions across the country. My clients also were aware of publicly discussed problems within City management, concealed consultant reports, a whistleblower on City staff making strong allegations about the City's mismanagement, and allegations about the City's failure to tell the public about some of its discharges.

20.    The Citizens invited the City to engage in settlement discussions that would culminate with agreement to a federal consent decree that would adequately address the problems underlying the City's failing infrastructure.  On December, 12, 2016, the Parties met to discuss settlement, which was unsuccessful.  The Citizens

9

initiated the litigation, amended the complaint in response to motions to dismiss by the defense, prepared for and engaged with defense counsel regarding the Court's case management conference, and served an initial disclosure per Fed. R. Civ. P. 26.

21.     Phase I also includes attorney time searching for, engaging and collaborating with a sewage engineer consultant, Mr. Tom Christ, to study the City's sewage infrastructure, advise the team concerning remedies adequate for addressing the City's infrastructure problems, attend the first settlement discussion with the City, and provide input into the consent decree we offered to the City in the first settlement meeting.

22.     In my experience as lead or co-counsel litigating numerous sewage cases against municipalities over the last twenty-five years, the work performed during Phase I was essential to responsibly and properly prepare a highly complex federal Clean Water Act case for filing.

23.     Phase I covers the timeframe between July 23, 2016 (Mr. Evenson's first timeslip) and January 20, 2017 (the date of the case management conference).   The legal team included four lawyers -- myself, Mr. Evenson, Mr. Bloom and Ms. Coyne – who spent a total of 351.55 hours over six (6) months to develop and initiate a complex and technical Clean Water Act case.  274.87 of those hours are for the work of attorneys and 76.68 of those hours are for the work of attorneys performing paralegal or law clerk type tasks.

**Phase II. Motions Practice and Early Discovery (January 21, 2017 to January 19, 2018**

24.     Phase II includes a one year period between filing of case management report (Dkt 32) and the Court's ruling denying the City's Motion for Summary Judgment

(Dkt 132).  The Plaintiffs' work included early written discovery (document requests, requests for admission, interrogatories, public record requests and third-party subpoenas), a failed Court-ordered mediation attempt, extensive motions practice, and two depositions taken by Mr. Evenson.

**Motions Practice**

25.     There were twelve non-procedural motions filed in this case: eight motions by the Defendant, two discovery motions by third-parties, and two motions by Plaintiffs.  Each motion and the work performed by Plaintiffs is described in this section. Although one motion was filed in Phase I, it is presented here.

26.     Defendant's First Motion to Dismiss: On December 28, 2016, Defendant filed its first Motion to Dismiss for lack of standing (Dkt 7). While the First Amended Complaint already sufficiently established that Plaintiffs had standing to bring the case, responding to this Motion required Plaintiffs to draft, research, and file a lengthy opposition, including obtaining detailed testimony from each of Plaintiffs' standing witnesses (Dkt. 15, January 11, 2017).  Plaintiffs also filed a Second Amended Complaint incorporating the testimony of Plaintiffs' standing witnesses to address any lingering standing concerns (Dkt. 87, January 26, 2017). Pursuant to these efforts, the motion was ultimately dismissed as moot. (Dkt. 36, January 26, 2017).

27.     Defendant's Second Motion to Dismiss: On February 6, 2017, Defendant filed its second Motion to Dismiss for lack of standing (Dkt. 38).  Plaintiffs were again forced to draft a lengthy opposition in response. (Dkt. 53, February 21, 2017). Ultimately, following several meet and confer discussions, Plaintiffs and Defendant reached an agreement to withdraw the motion.

28.     City of Treasure Island Motion to Quash Subpoena: On February 13, 2017, the City of Treasure Island filed a Motion to Quash Plaintiffs' subpoena requesting documents which Plaintiffs intended to use in the case against St. Petersburg (Dkt. 39). This required Plaintiffs to draft an opposition to the motion to quash (Dkt. 59, February 27, 2017) and prepare for and argue the opposition at a hearing (Dkt. 61, March 1, 2017). Plaintiffs ultimately prevailed against the motion to quash (Dkt. 60, March 1, 2017), which resulted in Plaintiffs obtaining documents which assisted Plaintiffs in developing their successful case.

29.     City of Gulfport Motion to Quash Subpoena: On February 13, 2017, the City of Gulfport filed a Motion to Quash Plaintiffs' Subpoena requesting documents which Plaintiffs intended to use in the case against St. Petersburg (Dkt. 40). Plaintiffs met and conferred with Gulfport's counsel and were able to reach a stipulation withdrawing the motion to quash (Dkt. 47, February 17, 2017), which resulted in Plaintiffs obtaining documents which assisted Plaintiffs in developing their successful case.

30.     Defendant's Notice to the Court to Take Judicial Notice of Records of the Florida Department of Environmental Protection:  On March 7, 2017, Defendant filed a Notice asking the Court to take judicial notice of certain records of the Florida Department of Environmental Protection ("FDEP") that showed sanitary sewer overflows ("SSOs") which had occurred in various cities in the Tampa Bay watershed between August and October 2015 (Dkt. 62).  Plaintiffs filed a Memorandum in Opposition to this notice (Dkt. 70, March 13, 2017) stating, among other arguments, that St. Petersburg's summaries of FDEP's information were irrelevant to determine Plaintiffs' standing to sue

and constituted inadmissible hearsay. While the court never ruled on this notice and memorandum in opposition, the Court also did not take judicial notice of the summaries.

31.    Defendant's Second Notice to the Court to Take Judicial Notice: On March 17, 2017, Defendant filed a second Notice asking the Court to take judicial notice of several documents (Dkt. 79).  Plaintiffs filed an opposition to this motion (Dkt. 80, March 22, 2018). While the Court never ruled on this notice and memorandum in opposition, the Court also did not take judicial notice of the documents.

32.    Defendant's First Motion for Summary Judgment:  On February 22, 2017, Defendant filed a Motion for Summary Judgment on the grounds that Plaintiffs' suit was precluded by the Clean Water Act's diligent prosecution bar set forth in CWA section 309(g)(6) (Dkt. 54).   Plaintiffs filed a lengthy opposition (Dkt 65, March 9, 2017), but the Court did not rule on the motion until January 19, 2018. Oral argument was held on this Motion (Dkt. 112, October 19, 2017).  The Court denied the Defendant's motion on the basis that state issued consent order was not issued under a state law that is "comparable" to the Clean Water Act and therefore the case was not barred under CWA section 309(g)(6) (Dkt 132, January 19, 2018).

33.    Plaintiffs' Motion to Strike Answer to Amended Complaint:  On July 5, 2017, Plaintiffs filed a Motion to Strike certain of Defendant's affirmative defenses to the complaint (Dkt. 90).  Defendant filed a response to this motion (Dkt. 91, July 17, 2017). Ultimately, the Court granted Plaintiffs' motion in part (Dkt. 134, January 22, 2018). This motion assisted the parties in narrowing the issues in preparation for eventual settlement.

34.    Plaintiffs' Motion for Partial Summary Judgment:  On September 29, 2017, Plaintiffs filed a motion for partial summary judgment making a detailed showing

that Defendant had spilled sewage into waters of the United States in violation of the Clean Water Act on various occasions (Dkt. 101).  This motion enumerated Defendant's violations and provided evidence from Defendant's own records. The Defendant never filed an opposition to this motion.  The motion was pending for nine months when the Court deferred judgment based on settlement progress reported by the parties (Dkt. 167, July 11, 2018).

35.    Defendant's Motion to Stay: On October 2, 2017, Defendants filed a Motion to Stay the case pending the outcome of FDEP administrative proceedings (Dkt. 106).  Plaintiffs filed an opposition to the motion to stay, which required the preparation of a lengthy declaration and several exhibits (Dkt. 110, October 16, 2017). Ultimately, Plaintiffs' opposition was successful, and Defendant's motion to stay was denied (Dkt. 135, January 22, 2018).

36.    Defendant's Second Motion for Partial Summary Judgment:  On October 30, 2017, before the Court could rule on Defendant's first Motion for Summary Judgment, Defendant filed a Second Motion for Partial Summary Judgment on the grounds that Plaintiffs complaint alleged only wholly past violations, that Defendant would not commit similar violations in the future, and that certain spills did not reach "waters of the United States." (Dkt. 114). Plaintiffs filed another motion in opposition, which also required the preparation of a lengthy declaration and several exhibits (Dkt. 118/119, November 13, 2017).   Plaintiffs also filed a motion to strike evidence in support of this second motion for partial summary judgment (Dkt. 120, November 14, 2017). Defendant filed a motion in response (Dkt. 123, November 22, 2017).  The motion

14

was pending for eight months when the Court deferred judgment based on settlement progress reported by the parties (Dkt. 167, July 11, 2018).

37.    <u>Defendant's Motion to Amend/Correct Modified Case Management Order</u>:  On November 22, 2017, more than three weeks after filing their Second Motion for Partial Summary Judgment, Defendant filed a Motion to Amend the Modified Case Management Order (Dkt. 125, November 22, 2017) which retroactively requested leave to file a second motion for summary judgment in contravention of the Case Management Order, which only allowed each party to file a single motion for summary judgment. Plaintiffs filed an opposition to this motion (Dkt. 126, November 27, 2017), but the Court ultimately retroactively granted Defendant leave to file the motion (Dkt. 131, January 18, 2018).

38.    Phase II concluded with Citizens' prevailing on two motions brought by the City.  First, the Court issued a precedential ruling that Florida state law is not comparable to the CWA within the meaning of section CWA section 309(g)(6) when it denied the City's First Motion for Summary Judgment (Dkt. 132).   Second, the Court denied the City's Motion for a Stay (Dkt. 135).

**Written Discovery**

39.    In this Section, I describe the written discovery served and collected by Plaintiffs in this case through Phase II.

40.    In Phase I and II, Plaintiffs served three sets of Requests for Production of Documents, 37 Interrogatories and 117 Requests for Admission.  Plaintiffs received five document productions from the City, with the last production in July 2017.  Plaintiffs requested stipulations from the City concerning the documents to narrow issues for

15

discovery and trial.  In addition, Plaintiffs issued two subpoenas to third parties (the City

of Gulfport and Treasure Island).  Finally, Plaintiffs gathered numerous relevant

documents directly from state agencies through public records requests, including the

FDEP and Florida Fish and Wildlife Conservation Commission ("FFWCC").

**Depositions**

41.      There were two depositions of City staff conducted in Phase II by Mr.

Evenson:  The depositions of Mr. Tankersley, the Director of Public Works, and Mr.

Askew, a long-time wastewater plant operator who had filed a whistleblower complaint

against the City for its mismanagement and concealment of sewage problems from the

public and the regulators.

**Total Time in Phase II**

42.      Phase II covers the timeframe between January 21, 2017 (following case

management conference) to January 19, 2018 (the date the court denied the City's Second

Motion for Summary Judgment).  The legal team included the same four lawyers --

myself, Mr. Evenson, Mr. Bloom and Ms. Coyne – who spent a total of 856.86 hours

over one year in intense motions and discovery practice.  840.76 of those hours are for

the work of attorneys and 16.09 of those hours are for the work of attorneys performing

paralegal activities.

**Contributions of Co-counsel to Case Tasks During Phase I and II.**

43.      The following counsel assisted me in the Citizens' litigation of this case

in Phases I and II:  Justin Bloom, Fredric Evenson, and Molly Coyne. The contributions

of these attorneys to this case are described below. Additional details regarding the work

16

performed by each of these attorneys can be found in their time records submitted with their respective declarations in support of Plaintiffs' fees motion.

44.     It was cost-effective and necessary to have Justin Bloom, Fredric Evenson and Molly Coyne perform the tasks assigned to them described in the ensuing paragraphs. One, these attorneys bill at lower hourly rates than I do. Two, it would have been impossible for me to litigate this case without substantial help from additional attorneys given the complexity of the City's sewage infrastructure and years of neglect giving rise to its aged and decrepit condition which in turn caused the sewage overflows in issue, voluminous document productions and multiple pretrial motions.  Their work is described in detail in their declarations filed concurrently filed:  Declaration of Justin Bloom in Support of Motion for Attorneys' Fees and Costs, Declaration of Fredric Evenson in Support of Motion for Attorneys' Fees and Costs, and Declaration of Molly Coyne in Support of Motion for Attorneys' Fees and Costs.

45.     Ms. Schmidt's declaration details the work of the litigation team from Phase III through the present.

**Sproul Work Throughout Case**

46.     I describe in this section my own work on this case. During Phase I and II, I was lead counsel and led the team in preparing the case for filing; filing the case, preparing for and attending settlement discussions; performing case management and administration; drafting and reviewing numerous motions and written discovery; directing and a junior lawyer to conduct legal research, review and develop of the evidence and assist expert witnesses.

47.     My work during Phase III included continued case management until Ms. Schmidt assumed the role of lead counsel; preparing for and conducting three depositions of FDEP staff; assisting in the litigation as requested by Ms. Schmidt to ensure consistency with the legal theories and strategies initiated by me as previous lead counsel, including preparation of a continuing discovery plan for fact and expert discovery; review of evidence being gathered by the litigation team; review of draft expert reports; consideration and evaluation of additional claims to be added to the complaint; review of discovery responses, settlement communications, and consulting with members of the litigation in response to their requests on their assigned tasks.

48.     Because the City continued to assert that the FDEP consent order was sufficient to cover all of the allegations asserted by Plaintiffs in the Second Amended Complaint and that Plaintiffs were merely duplicating this consent order, I conducted three depositions of FDEP staff responsible for regulating violators like the City of Saint Petersburg: Mary Yeargan (February 27, 2018); Michelle Holton (February 27, 2018); and Michele Duggan on (March 1, 2018).  These depositions were essential to understand the FDEP's enforcement and consent order practices generally, as well as the specific consent order that FDEP issued to Saint Petersburg in draft form in December of 2016 and in final form in July 2017.  Further, I elicited specific useful testimony in these depositions concerning an expansive release given to St. Petersburg at its request for all spills dating back to 2011. The FDEP deponent expressed surprise at this release, indicating it apparently was given inadvertently and only because of the City's having included it in its edit of the draft consent order.

49.    My work in Phases IV-VI (June 14, 2018 to the present) is limited to time necessary for consultation with the litigation team to ensure consistency with positions taken during my tenure as lead counsel, including the following matters:  the Citizens' settlement positions and format of settlement, status conferences and hearings with the Court, preparation of materials for DOJ review of the settlement and the SEP, review of motions to reopen and scheduling orders, preparation of the fee petition, meet and confer attempts and discussions, and strategies for the fee petition.

50.    My work is described in detail in my time records attached to this declaration as Exhibit 1, which is a true and correct copy of time records that I personally and contemporaneously have kept using computerized billing software documenting the hours I have worked on this case for which I am seeking to recover an attorney's fee award.  I billed a total of 316.18 hours to this case.  My time has been cut by 30.99 hours in an exercise of billing judgment.   The 285.19 hours remaining after the reduction for billing judgment include 278.73 attorney hours and 6.46 paralegal hours, as described in Exhibit 1.

51.    Attached as Exhibit 2 are true and correct copies of receipts and invoices for costs incurred by Environmental Advocates in relation to this case.

**My Hourly Rate for Attorney Work**

52.    As discussed above, I have 32 years of extensive experience as plaintiff's counsel in citizen suit litigation and settlement.  In consultation with Ms. Schmidt, I have set my rate at $490 per hour as an appropriate 2018 rate to claim in the Middle District of Florida.  This rate is commensurate with rates found reasonable in Middle District of Florida attorneys' fee award decisions for attorneys with my level of experience working

19

on cases involving complex civil litigation.  In setting my hourly rate, Ms. Schmidt and I have reviewed recent attorney awards in cases involving complex litigation in the U.S. District Court for the Middle District of Florida, which are described in detail in the concurrently filed Declaration of Kathryn Schmidt in Support of Motion for Attorneys' Fees and Costs.  My $490 per hour rate is within the range of rates awarded to several lawyers with comparable experience in recent cases.  Accordingly, in my and Ms. Schmidt's opinion, this is a reasonable market-based rate for my work in this case.

       I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on March 29, 2019 in San Francisco, California.

_Christopher A. Sproul_

_____

Christopher Sproul

Attorney for Plaintiffs

20

Exhibit 1

to the

Declaration of Christopher Sproul

In Support of

Plaintiffs' Motion for Attorneys'
Fees and Costs

Suncoast Waterkeeper et al. v. City of St.
Petersburg Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 1

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 07/24/16 | Sproul, Christopher | Review and respond to client and co-counsel e-mail messages concerning sanitary sewer overflows and investigation of same. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 07/25/16 | Sproul, Christopher | Review and respond to additional co-counsel and client e-mail messages concerning factual investigation of sanitary sewer overflow problem. | 0.06 | 0.06 | $ 490 | 0.00 | $ 150 | $ 29.40 |
| 08/23/16 | Sproul, Christopher | Call with Fred Evenson to discuss review of spill table information for evaluation of claims. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 09/06/16 | Sproul, Christopher | Call with Fred Evenson to discuss further investigation of St. Petersburg sewage spills and Clean Water Act claims for same. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 09/07/16 | Sproul, Christopher | Email message to Yair Chaver concerning further factual investigation into St. Petersburg sewage spills for evidence development. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 09/20/16 | Sproul, Christopher | Review Yair Chaver factual research into sewage spills for assessment of Clean Water Act violations by . | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 09/21/16 | Sproul, Christopher | Review and respond to co-counsel and client e-mail messages concerning citizen suit notice letter. | 0.32 | 0.32 | $ 490 | 0.00 | $ 150 | $ 156.80 |
| 09/22/16 | Sproul, Christopher | Email message to Molly Coyne concerning drafting citizen suit notice letter. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 09/23/16 | Sproul, Christopher | Additional call with Fred Evenson to discuss drafting citizen suit notice letter. | 0.35 | 0.35 | $ 490 | 0.00 | $ 150 | $ 171.50 |
| 09/23/16 | Sproul, Christopher | Call with Molly Coyne (and for part of call, Fred Evenson) to discuss drafting citizen suit notice letter. | 0.83 | 0.83 | $ 490 | 0.00 | $ 150 | $ 406.70 |
| 09/24/16 | Sproul, Christopher | Travel to Florida for SSO case investigation, meet with standing witnesses, potential experts, site reconnaissance of sewage spill impacted areas. | 3.25 | 0.00 | $ 490 | 3.25 | $ 150 | $ 487.50 |
| 09/26/16 | Sproul, Christopher | Travel Tampa/St. Petersburg for meetings with Dr. Randle, Beth Forys, Tiffany Schauer and Scott MacDonald. | 2.50 | 0.00 | $ 490 | 2.50 | $ 150 | $ 375.00 |
| 09/26/16 | Sproul, Christopher | Meeting with Beth Forys, Tiffany Schauer and Fred Evenson to discuss St. Petersburg case, development of standing showing, development of showing of environmental harm, potential for Ms. Forsys to be expert witness on ecological harm/risk to bird life, additional fact witnesses to contact, nature of injunctive remedy to seek, potential supplemental environmental projects. | 0.75 | 0.75 | $ 490 | 0.00 | $ 150 | $ 367.50 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 09/26/16 | Sproul, Christopher | Meeting with Tiffany Schauer, Fred Evenson and Scott MacDonald to discuss St. Petersburg case, development of standing showing, development of showing of environmental harm, assessment of St. Petersburg culpability/causes of spills, expert and fact witnesses to explore, nature of injunctive remedy to seek, supplemental environmental projects. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 09/26/16 | Sproul, Christopher | Meeting with Dr. Randle, Fred Evenson, Tiffany Schauer to discuss expert consultant needs and recommendations, potential supplemental environmental project proposals. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 09/26/16 | Sproul, Christopher | Meeting with St. Petersburg harbor resident regarding observations of St. Petersburg sewage spills, environmental harms (odors, water discoloration, fear of disease exposure) and leads on potential other witnesses to environmental harm. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 09/27/16 | Sproul, Christopher | Call with Molly Coyne to discuss drafting citizen suit notice letter. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 09/27/16 | Sproul, Christopher | Meeting with Justin Bloom to discuss case investigation and claim development, development of standing showing. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 09/27/16 | Sproul, Christopher | Review and revise Molly Coyne draft citizen suit notice letter. | 2.34 | 2.34 | $ 490 | 0.00 | $ 150 | $ 1,146.60 |
| 09/28/16 | Sproul, Christopher | Additional call with Justin Bloom and Fred Evenson to discuss issuing citizen suit notice letter (8 min.) and public outreach strategy (8 min.) to build support for citizen suit, inform members of potential citizen suit, assist with settlement negotiation strategy. | 0.27 | 0.27 | $ 490 | | $ 150 | $ 132.30 |
| 09/28/16 | Sproul, Christopher | Call with Justin Bloom to discuss issuance of citizen suit notice letter against St. Petersburg. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 09/28/16 | Sproul, Christopher | Call with Molly Coyne to discuss drafting citizen suit notice letter. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 09/28/16 | Sproul, Christopher | Email message to Molly Coyne and Yair Chaver concerning additional sewage spill report investigation of sewage spills in satellites that discharge to St. Petersburg for evaluation of effect of contribution of satellite flow, better management of satellite contributions as part of needed remedy, evaluation of extent of sewage spill problem in satellites. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 09/29/16 | Sproul, Christopher | Additional Email message to Molly Coyne and Yair Chaver concerning additional sewage spill report investigation of sewage spills in satellites that discharge to St. Petersburg for evaluation of effect of contribution of satellite flow, better management of satellite contributions as part of needed remedy. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |

Exhibit 1 - Page 2

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 09/29/16 | Sproul, Christopher | Discuss with Fred Evenson and Tiffany Schauer revisions to citizen suit notice letter and case strategy. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 09/29/16 | Sproul, Christopher | Discuss with Fred Evenson letter to EPA Region IV and DEP requesting enforcement coordination/collaboration with us citizens and correspondence with Justin Bloom re: same. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 09/29/16 | Sproul, Christopher | Discuss with Fred Evenson review of bacteria results evidence from Beth Forsys, potential percipient witness assistance and/or expert consultant help from Beth Forsys, | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 09/29/16 | Sproul, Christopher | Review and edit Justin Bloom draft letter to EPA Region IV and DEP representatives concerning request for meeting to discuss coordinated enforcement action. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 09/29/16 | Sproul, Christopher | Review and respond to additional Email messages from clients and co-counsel concerning citizen suit strategy. | 0.26 | 0.26 | $ 490 | 0.00 | $ 150 | $ 127.40 |
| 09/29/16 | Sproul, Christopher | Review and revise draft citizen suit notice letter press release (part of public outreach strategy for promoting city willingness to settle, to dissuade EPA and DEP from seeking to preempt our citizen suit enforcement and to coordinate enforcement with us instead). | 0.45 | 0.45 | $ 490 | 0.00 | $ 150 | $ 220.50 |
| 09/29/16 | Sproul, Christopher | Revise citizen suit notice letter and e-mail to co-counsel and clients concerning the same, case strategy, including outreach to US EPA Region 4 in Florida Department of Environmental Protection concerning suggested coordinated approach to settlement discussion with City of St. Petersburg. | 0.90 | 0.90 | $ 490 | 0.00 | $ 150 | $ 441.00 |
| 10/04/16 | Sproul, Christopher | Call with Fred Evenson and Justin Bloom to discuss development of settlement position for potential settlement negotiation with St. Petersburg, preparation for initial call with city attorney. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 10/04/16 | Sproul, Christopher | Call with Jodene Isaacs to discuss development of storm data for development of arguments concerning need to improve sewer system capacity to handle wet weather. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 10/04/16 | Sproul, Christopher | Draft e-mail message to Molly Coyne, Fred Evenson, and Justin Bloom concerning Sunshine Law request to St. Petersburg for information about force main condition assessment and contingency planning programs. | 0.27 | 0.27 | $ 490 | 0.00 | $ 150 | $ 132.30 |
| 10/04/16 | Sproul, Christopher | Second call with Fred Evenson to discuss development of settlement position for potential settlement negotiation with St. Petersburg. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/05/16 | Sproul, Christopher | Call with Fred Evenson to discuss potential evidence gathering of additional Clean Water Act violations/sewage spills during upcoming storm event. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |

Exhibit 1 - Page 3

Exhibit 1 - Page 4

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 10/06/16 | Sproul, Christopher | Call with Justin Bloom to discuss mediation with city, development of settlement position and working on draft consent decree. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 10/06/16 | Sproul, Christopher | Call with representatives from St. Petersburg city attorney office and Justin Bloom to discuss settlement mediation. | 0.24 | 0.24 | $ 490 | 0.00 | $ 150 | $ 117.60 |
| 10/06/16 | Sproul, Christopher | Review and respond to client co-counsel e-mail messages concerning out reach to potential expert witnesses on sewage engineering issues. | 0.16 | 0.16 | $ 490 | 0.00 | $ 150 | $ 78.40 |
| 10/06/16 | Sproul, Christopher | Review and respond to Justin Bloom e-mail message concerning Sunshine Law request to St. Petersburg. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 10/06/16 | Sproul, Christopher | Review and revise Molly Coyne draft Sunshine Law request to St. Petersburg for documents needed for it assessing injunctive remedy needed--for development of settlement position and if necessary litigation positions. | 0.92 | 0.92 | $ 490 | 0.00 | $ 150 | $ 450.80 |
| 10/07/16 | Sproul, Christopher | Review and respond to Justin Bloom and Tiffany Schauer e-mail messages concerning mediator selection. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 10/07/16 | Sproul, Christopher | Review and respond to Justin Bloom e-mail message about mediators in response to St. Petersburg proposal for mediators selection. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 10/11/16 | Sproul, Christopher | Review And respond to Annie Beaman e-mail message concerning fact investigation surrounding St. Petersburg spill (with suggestion for follow-up further investigation). | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/11/16 | Sproul, Christopher | Review Justin Bloom email concerning potential expert consultant (5 min.), e-mail message from EPA region IV, and respond to same concerning expert consultant and outreach to EPA Region IV concerning potential enforcement coordination. | 0.16 | 0.16 | $ 490 | 0.00 | $ 150 | $ 78.40 |
| 10/13/16 | Sproul, Christopher | Call with Fred Aschauer at Florida DEP and Justin Bloom to discuss proposed citizen suit against St. Petersburg. | 0.45 | 0.45 | $ 490 | 0.00 | $ 150 | $ 220.50 |
| 10/13/16 | Sproul, Christopher | Call with Fred Evenson regarding discussions with Florida DEP and retaining sewage engineer consultant. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 10/13/16 | Sproul, Christopher | Call with Justin Bloom and for part of call (8 min.) Fred Evenson to discuss potential retention of sewage engineering expert and preparation for call with Florida DEP. | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | $ 137.20 |
| 10/13/16 | Sproul, Christopher | E-mail memorandum to clients concerning evidence preservation and preservation of electronically stored information. | 0.64 | 0.64 | $ 490 | 0.00 | $ 150 | $ 313.60 |
| 10/13/16 | Sproul, Christopher | E-mail message to Florida DEP concerning exemplar consent decrees. | 0.29 | 0.29 | $ 490 | 0.00 | $ 150 | $ 142.10 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 10/13/16 | Sproul, Christopher | Call.<br> Call with Molly Coynel re guidance on evaluation of documents obtained by sunshine law requests and available online to evaluate Clean water Act sewage disharge violations by St. Petersburg satellites and drafting of additional sunshine law request to St. Petersburg satellites to further develop evidence concerning violations | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 10/14/16 | Sproul, Christopher | Review and respond to Justin Bloom e-mail message concerning  communication to St. Petersburg about choice of mediators and mediation. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/18/16 | Sproul, Christopher | Review and respond to Tiffany Schauer e-mail message concerning sewage engineer expert. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/19/16 | Sproul, Christopher | Call with Fred Evenson to discuss evidence development. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/19/16 | Sproul, Christopher | Call with Justin Bloom to discuss preparation for call with expert consultant, attorneys fee recovery issue, continuing investigation of role of satellites in sewage discharge problem for St. Pete. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 10/25/16 | Sproul, Christopher | Draft Proposed consent decree for settlement negotiation. | 3.24 | 3.24 | $ 490 | 0.00 | $ 150 | $ 1,587.60 |
| 10/26/16 | Sproul, Christopher | Call with Fred Evenson to discuss response to St. Petersburg concerning mediation and whether to split costs and mediation, proposed consent decree to provide to St. Petersburg as framework for mediation. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 10/26/16 | Sproul, Christopher | Draft Proposed consent decree for settlement negotiation. | 5.77 | 5.77 | $ 490 | 0.00 | $ 150 | $ 2,827.30 |
| 10/27/16 | Sproul, Christopher | E-mail message to clients and co-counsel concerning proposed consent decree and negotiation strategy with St. Petersburg, additional information we will want to seek from St. Petersburg for informing our evaluation of the necessary remedies. | 0.67 | 0.67 | $ 490 | 0.00 | $ 150 | $ 328.30 |
| 10/28/16 | Sproul, Christopher | E-mail message to clients and co-counsel concerning strategy for follow-up information gathering to build evidence of sewer system neglect and maximizing civil penalty arguments (to increase incentive for city supplemental remodel project funding), pursuit of settlement negotiation. | 0.42 | 0.42 | $ 490 | 0.00 | $ 150 | $ 205.80 |
| 10/28/16 | Sproul, Christopher | Review and respond to Annie Beaman and Justin Bloom e-mail message and related attachments, documents pertinent to further investigation of causes of sewage spill problems and necessary remedies for St. Petersburg sewage spills. | 0.34 | 0.34 | $ 490 | 0.00 | $ 150 | $ 166.60 |
| 10/28/16 | Sproul, Christopher | Review and respond to Molly Coyne e-mail message about revisions to draft consent decree. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |

Exhibit 1 - Page 5

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 10/28/16 | Sproul, Christopher | Review and respond to Tiffany Schauer e-mail message concerning whether to pursue settlement mediation and divide the cost of mediation with St. Petersburg. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 10/30/16 | Sproul, Christopher | e-mail message to Justin Bloom, Fred Evenson, and Tom Christ concerning review and comments on draft consent decree. | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | $ 137.20 |
| 10/30/16 | Sproul, Christopher | Meeting with Tiffany Schauer, Annie Beaman, and Fred Evenson to discuss settlement mediation, choice of mediator, proposed consent decree (18 min.) and public outreach strategy as part of settlement strategy (14 min.). | 0.53 | 0.53 | $ 490 | 0.00 | $ 150 | $ 259.70 |
| 10/31/16 | Sproul, Christopher | Review Tom Christ and Molly Coyne suggested revisions to consent decree and revise draft consent decree. | 1.13 | 1.13 | $ 490 | 0.00 | $ 150 | $ 553.70 |
| 11/01/16 | Sproul, Christopher | Call with Justin Bloom and ( for part of call) Thomas Christ to discuss revisions to proposed consent decree and settlement strategy/communication to St. Petersburg about mediation and request for additional information about St. Petersburg sewer system needed for mediation. | 1.73 | 1.73 | $ 490 | 0.00 | $ 150 | $ 847.70 |
| 11/02/16 | Sproul, Christopher | Review Molly Coyne and Tom Christ email messages about consultant report concerning evaluation of St. Pete sewage system problems and needed remedies, email response to clients and co-counsel concerning drafting letter to St. Pete about needed remedies in consent decree, utilizing information in report. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 11/14/16 | Sproul, Christopher | Call with Fred Evenson and for part of call Justin Bloom to discuss further settlement strategy, including coordination with EPA as part of settlement and potential litigation strategy, further communication with City attorney on settlement mediation potential. | 0.55 | 0.55 | $ 490 | 0.00 | $ 150 | $ 269.50 |
| 11/14/16 | Sproul, Christopher | E-mail messages to Tiffany Schauer concerning settlement and litigation strategy matters. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 11/14/16 | Sproul, Christopher | Email message to Justin Bloom concerning filing complaint. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 11/14/16 | Sproul, Christopher | Review and respond to Justin Bloom and St. Petersburg email messages concerning clarification of Sunshine Law Requests. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 11/15/16 | Sproul, Christopher | Review and respond to Justin Bloom e-mail messages about pro hac vice admission, task for Tom Christ concerning expert evidence/opinion development, responding to e-mail message from St. Petersburg city attorney on settlement mediation. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 11/15/16 | Sproul, Christopher | Review and respond to Molly Coyne e-mail message about guidance on drafting complaint. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |

Exhibit 1 - Page 6

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 11/16/16 | Sproul, Christopher | Review and respond to Justin Bloom e-mail message concerning DEP potential enforcement against St. Petersburg and coordination with DEP enforcement/how DEP enforcement potential effects our case. | 0.06 | 0.06 | $ 490 | 0.00 | $ 150 | $ 29.40 |
| 11/16/16 | Sproul, Christopher | Call with Molly Coyne to discuss St. Petersburg Clean Water Act complaint and MS4 permit language | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 11/16/16 | Sproul, Christopher | Review and revise Molly Coyne draft complaint. | 1.10 | 1.10 | $ 490 | 0.00 | $ 150 | $ 539.00 |
| 11/17/16 | Sproul, Christopher | Call with EPA and DEP representatives, Fred Evenson, and Justin Bloom to discuss our enforcement plans and potential for cooperation/coordination of our enforcement action with EPA and DEP. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 11/17/16 | Sproul, Christopher | Review and respond to Molly Coyne e-mail message concerning revisions to civil cover sheet. | 0.11 | 0.00 | $ 490 | 0.11 | $ 150 | $ 16.50 |
| 11/18/16 | Sproul, Christopher | Review and respond to e-mail message from Justin Bloom and from St. Petersburg city attorney concerning mediation. | 0.26 | 0.26 | $ 490 | 0.00 | $ 150 | $ 127.40 |
| 11/18/16 | Sproul, Christopher | Revise draft St. Petersburg consent decree for settlement negotiation to reflect additional comments from Tom Christ. | 1.09 | 1.09 | $ 490 | 0.00 | $ 150 | $ 534.10 |
| 11/20/16 | Sproul, Christopher | Further revisions to proposed consent decree to reflect comments from Tom Christ. | 0.54 | 0.54 | $ 490 | 0.00 | $ 150 | $ 264.60 |
| 11/23/16 | Sproul, Christopher | Call with Fred Evenson concerning preparing for settlement negotiation with St. Petersburg. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 11/23/16 | Sproul, Christopher | Email to co-counsel and clients concerning preparing for settlement negotiation with St. Petersburg. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 11/23/16 | Sproul, Christopher | Revise draft complaint. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 11/25/16 | Sproul, Christopher | Review and respond to co-counsel and Tiffany Schauer e-mail messages concerning consent decree provisions in settlement and settlement negotiation. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 11/29/16 | Sproul, Christopher | Review and respond to Justin Bloom e-mail message concerning settlement mediation and request for settlement meeting confidentiality agreement. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 12/01/16 | Sproul, Christopher | Call with Fred Evenson and Molly Coyne to discuss filing complaint, potential Clean Water Act section 309(g)(6) defenses and how to counter. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 12/01/16 | Sproul, Christopher | Call with Justin Bloom to discuss case filing. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 12/01/16 | Sproul, Christopher | E-mail message to co-counsel and clients concerning case filing, potential Clean Water Act section 309(g)(6) preemption arguments and responding to such arguments. | 0.16 | 0.16 | $ 490 | 0.00 | $ 150 | $ 78.40 |
| 12/02/16 | Sproul, Christopher | Review and respond to co-counsel and client messages concerning filing of complaint and service of summons and complaint, research on potential for St. Petersburg to have a CWA section 309(g)(6) defense. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |

Exhibit 1 - Page 7

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 12/05/16 | Sproul, Christopher | Call with Fred Evenson to discuss Filing amended complaint, proposed consent order and effect on lawsuit. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 12/05/16 | Sproul, Christopher | Call with Justin Bloom to discuss drafting amended complaint. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 12/05/16 | Sproul, Christopher | Call with Fred Evenson to discuss consent order response. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 12/05/16 | Sproul, Christopher | Call with Fred Evenson to discuss drafting amended complaint. | 0.05 | 0.05 | $ 490 | 0.00 | $ 150 | $ 24.50 |
| 12/05/16 | Sproul, Christopher | Call with Molly Coyne to discuss drafting amended complaint. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 12/06/16 | Sproul, Christopher | Call with Fred Evenson to discuss revisions to amended complaint. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 12/06/16 | Sproul, Christopher | Revise amended complaint and e-mail to co-counsel concerning the same. | 0.34 | 0.34 | $ 490 | 0.00 | $ 150 | $ 166.60 |
| 12/07/16 | Sproul, Christopher | Review press coverage concerning potential conflict of interest of Florida DEP staff assigned to drafting the consent order with St. Petersburg and e-mail to clients and co-counsel potential communication to EPA and DEP concerning whether the consent order should be held up to explore whether the conflict of interest effect of the order. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 12/09/16 | Sproul, Christopher | Call with Fred Evenson, Justin Bloom, Tom Christ, Annie Beaman to discuss preparation for forthcoming settlement meeting with St. Petersburg, what remedies to suggest in meeting, drafting agenda for meeting. | 1.27 | 1.27 | $ 490 | 0.00 | $ 150 | $ 622.30 |
| 12/12/16 | Sproul, Christopher | Call with St. Petersburg representatives, Justin Bloom, Annie Beaman, Tom Christ to discuss settlement negotiation. | 0.87 | 0.87 | $ 490 | 0.00 | $ 150 | $ 426.30 |
| 12/12/16 | Sproul, Christopher | Discuss settlement negotiation with Fred Evenson, approach to Rule 26(f) obligations, drafting case management statement, acquiring documents from St. Petersburg necessary for further assessment of Clean Water Act violations and necessary remedies, potential discovery to seek concerning documents. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 12/13/16 | Sproul, Christopher | Call with Justin Bloom to discuss settlement negotiation, approach to Rule 26(f) obligations, drafting case management statement, acquiring documents from St. Petersburg necessary for further assessment of Clean Water Act violations and necessary remedies, potential discovery to seek concerning documents. | 0.32 | 0.32 | $ 490 | 0.00 | $ 150 | $ 156.80 |
| 12/14/16 | Sproul, Christopher | Review and respond to co-counsel e-mail messages concerning expert review by Tom Christ of documents obtained from St. Petersburg in response to sunshine law request. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |

Exhibit 1 - Page 8

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 – Page 9

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 12/14/16 | Sproul, Christopher | Review materials necessary for framing discovery plan for e-mail message to Molly Coyne concerning drafting request for production of documents, interrogatories, and requests for admission. | 1.03 | 1.03 | $ 490 | 0.00 | $ 150 | $ 504.70 |
| 12/15/16 | Sproul, Christopher | Additional e-mail message to Molly Coyne concerning drafting discovery. | 0.05 | 0.05 | $ 490 | 0.00 | $ 150 | $ 24.50 |
| 12/15/16 | Sproul, Christopher | Call with Fred Evenson and Molly Coyne to discuss drafting request for production of documents, requests for admission, interrogatories, and joint case management conference report. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 12/15/16 | Sproul, Christopher | Review Justin Bloom e-mail message concerning case management report/Rule 26(f) report and e-mail message to Molly Coyne concerning drafting case management report. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 12/16/16 | Sproul, Christopher | Call with Fred Evenson to discuss case strategy, consolidation of case with interrelated case against St. Petersburg satellites. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 12/17/16 | Sproul, Christopher | Review Fred Evenson e-mail message concerning potential solutions to St. Petersburg wet weather capacity shortfall. | 0.04 | 0.04 | $ 490 | 0.00 | $ 150 | $ 19.60 |
| 12/19/16 | Sproul, Christopher | Additional call with Fred Evenson to discuss how best to obtain documents from St. Petersburg needed for further evaluation of extensive sewage spill problems and necessary remedies, Sunshine Law request and/or request for production of documents in discovery and case strategy. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 12/19/16 | Sproul, Christopher | Call with Fred Evenson and Justin Bloom to discuss how best to obtain documents from St. Petersburg needed for further evaluation of extensive sewage spill problems and necessary remedies, Sunshine law request and/or request for production of documents in discovery. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 12/20/16 | Sproul, Christopher | Call with Molly Coyne to discuss drafting of amended complaint and motion to amend complaint to add Gulfport as a defendant | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 12/20/16 | Sproul, Christopher | E-mail message to Tom Christ concerning evaluation of usefulness of reopening Albert Whitted as a remedy for capacity shortfall. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 12/20/16 | Sproul, Christopher | Review Annie Beaman e-mail messages concerning remedies to advocate for addressing capacity shortfall in St. Petersburg system and respond with my recommendations ( reflecting input from Tom Christ). | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 12/21/16 | Sproul, Christopher | Call with Molly Coyne to discuss case management conference and discovery deadlines. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |

Exhibit 1 - Page 10

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 12/21/16 | Sproul, Christopher | Review notice of designation/case management notice from court, email to co-counsel concerning same. | 0.19 | 0.19 | $ 490 | 0.00 | $ 150 | $ 93.10 |
| 12/21/16 | Sproul, Christopher | Legal research for settlement demand arguments, recent sewage case outcomes, email to co-counsel concerning the same. | 0.34 | 0.34 | $ 490 | 0.00 | $ 150 | $ 166.60 |
| 12/21/16 | Sproul, Christopher | Review E-mail messages from Tom Christ and Justin Bloom concerning evaluation of usefulness of reopening Albert Whitted as a remedy for capacity shortfall, potential site inspection. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 12/26/16 | Sproul, Christopher | Email message to Fred Evenson and Justin Bloom concerning Tom Christ expert expenses. | 0.11 | 0.11 | $ 490 | 0.00 | $ 150 | $ 53.90 |
| 12/28/16 | Sproul, Christopher | Review St. Petersburg's motion to dismiss and email memo to clients and co-counsel outlining our response, outlining and assigning tasks for responding to motion--legal arguments to make, factual assertions, standing declarations. | 0.83 | 0.83 | $ 490 | 0.00 | $ 150 | $ 406.70 |
| 12/29/16 | Sproul, Christopher | Calls with Justin Bloom to discuss amended complaint and standing witnesses. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 12/29/16 | Sproul, Christopher | Email messages to and from Molly Coyne, Annie Beaman, Fred Evenson and Justin Bloom concerning standing witnesses and amended complaint. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 12/30/16 | Sproul, Christopher | Call with Annie Beaman to discuss standing witnesses and amended complaint. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 12/30/16 | Sproul, Christopher | Email messages to and from Annie Beaman concerning standing witnesses and amended complaint. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 12/31/16 | Sproul, Christopher | Review and revise second amended complaint, sections devoted to rebutting/preempting St. Petersburg's motion to dismiss arguments concerning inadequate pleading of standing. | 0.67 | 0.67 | $ 490 | 0.00 | $ 150 | $ 328.30 |
| 01/01/17 | Sproul, Christopher | Call with Fred Evenson to discuss standing witnesses, development of standing showing for opposition to motion to dismiss and for allegations in proposed second minute complaint concerning standing. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 01/01/17 | Sproul, Christopher | Review and revise second amended complaint, sections devoted to rebutting/preempting St. Petersburg's motion to dismiss arguments concerning inadequate pleading of standing. | 1.33 | 1.33 | $ 490 | 0.00 | $ 150 | $ 651.70 |
| 01/01/17 | Sproul, Christopher | Review legal authorities concerning associational standing, including associational standing precedent in the 11th circuit, and memo to co-counsel concerning standing arguments to make in response to motion to dismiss. | 0.83 | 0.83 | $ 490 | 0.00 | $ 150 | $ 406.70 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 11

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 01/02/17 | Sproul, Christopher | E-mail message to Molly Coyne concerning further legal research related to case strategy matter [further discussion of case strategy matter redacted for work product]. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 01/02/17 | Sproul, Christopher | Call with Justin Bloom and Fred Evenson to discuss further development of standing evidence for amended complaint and opposition to motion to dismiss, motion for summary judgment on standing. | 0.27 | 0.27 | $ 490 | 0.00 | $ 150 | $ 132.30 |
| 01/02/17 | Sproul, Christopher | Call with Molly Coyne re drafting motion for leave to amend St. Petersburg complaint, revisions to exhibits, drafting opposition brief. | 0.27 | 0.27 | $ 490 | 0.00 | $ 150 | $ 132.30 |
| 01/03/17 | Sproul, Christopher | Call with Molly Coyne to discuss scheduling for drafting Requests for Production, Requests for Admission, interrogatories | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 01/03/17 | Sproul, Christopher | Call with Fred Evenson to discuss standing witness for Ecological Rights Foundation and revisions to draft complaint to reflect standing witness allegations. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 01/03/17 | Sproul, Christopher | E-mail messages to Tiffany Schauer and OCE member concerning development of showing of OCE's standing. | 0.31 | 0.31 | $ 490 | 0.00 | $ 150 | $ 151.90 |
| 01/04/17 | Sproul, Christopher | Call with Justin Bloom to discuss draft case management report and communication to St. Petersburg concerning draft case management report. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 01/04/17 | Sproul, Christopher | E-mail message to Justin Bloom concerning scheduling Rule 26(f) meeting with opposing counsel. | 0.10 | 0.00 | $ 490 | 0.10 | $ 150 | $ 15.00 |
| 01/04/17 | Sproul, Christopher | Review and respond to Annie Beaman e-mail message concerning drafting standing declaration in support of our children's Earth foundation standing. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 01/04/17 | Sproul, Christopher | Review and revise Molly Coyne draft joint case management report. | 1.80 | 1.80 | $ 490 | 0.00 | $ 150 | $ 882.00 |
| 01/05/17 | Sproul, Christopher | Call with Fred Evenson to discuss standing declarations in support of opposition to motion to dismiss. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 01/05/17 | Sproul, Christopher | Call with Molly Coyne re drafting first set of St. Petersburg interrogatories | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 01/05/17 | Sproul, Christopher | E-mail message to Fred Evenson, Justin Bloom, Molly Coyne, and Annie Beaman concerning arguments to make in opposition to St. Petersburg motion to dismiss. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 01/05/17 | Sproul, Christopher | Review and respond to Annie Beaman e-mail message concerning draft standing declaration for OCE. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 01/06/17 | Sproul, Christopher | E-mail message to Molly Coyne would further directions concerning Plaintiffs' opposition to St. Petersburg's motion to dismiss. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |

Case 8:16-cv-03319-AEP   Document 211-2   Filed 04/03/19   Page 33 of 98 PageID 4628
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 12

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 01/06/17 | Sproul, Christopher | Review and respond to Justin Bloom and Fred Evenson e-mail messages concerning standing declarations in support of opposition to St. Petersburg's motion to dismiss. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 01/08/17 | Sproul, Christopher | Review and revise Molly Coyne draft opposition to motion to dismiss. | 5.64 | 5.64 | $ 490 | 0.00 | $ 150 | $ 2,763.60 |
| 01/08/17 | Sproul, Christopher | Review draft Annie Beaman declaration in support of opposition to St. Petersburg motion to dismiss and suggest revisions. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 01/09/17 | Sproul, Christopher | Additional e-mail message to Molly Coyne concerning additional insert in opposition to motion to dismiss on Rule 12(b) (6) standard. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 01/09/17 | Sproul, Christopher | Additional legal research in support of opposition to motion to dismiss. | 0.31 | 0.31 | $ 490 | 0.00 | $ 150 | $ 151.90 |
| 01/09/17 | Sproul, Christopher | Call with Fred Evenson to discuss interviews with Plaintiffs' members and development of declarations from members concerning Plaintiffs' standing. | 0.27 | 0.27 | $ 490 | 0.00 | $ 150 | $ 132.30 |
| 01/09/17 | Sproul, Christopher | Call with Molly Coyne to discuss motion for leave to amend, 2nd amended complaint, opposition to defendant's motion to dismiss. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 01/09/17 | Sproul, Christopher | Draft revised opposition to motion to dismiss. | 1.42 | 1.42 | $ 490 | 0.00 | $ 150 | $ 695.80 |
| 01/09/17 | Sproul, Christopher | Review and respond to e-mail messages from Justin Bloom, Fred Evenson, Molly Coyne, and Annie Beaman concerning opposition to motion to dismiss, declarations in support of opposition to motion to dismiss. | 0.44 | 0.44 | $ 490 | 0.00 | $ 150 | $ 215.60 |
| 01/09/17 | Sproul, Christopher | Review and revise proposed second amended complaint. | 0.55 | 0.55 | $ 490 | 0.00 | $ 150 | $ 269.50 |
| 01/09/17 | Sproul, Christopher | Review Danielle Rathje legal research on self monitoring reports under the Clean Water Act being conclusive evidence and amend the opposition to motion to dismiss brief to reflect her legal research. | 0.25 | 0.25 | $ 490 | | $ 150 | $ 122.50 |
| 01/10/17 | Sproul, Christopher | Review and respond to Annie Beaman e-mail message concerning our children's Earth foundation standing declarations. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 01/10/17 | Sproul, Christopher | Review and respond to co-counsel e-mail messages concerning second amended complaint. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 01/10/17 | Sproul, Christopher | Call with Fred Evenson to discuss declaration in support of opposition to motion to dismiss concerning evidence of existence of sewage spills. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 01/10/17 | Sproul, Christopher | Review and respond to Annie Beaman, Fred Evenson, Justin Bloom, and Molly Coyne messages concerning additional declarations and revisions to declarations in support of opposition to motion to dismiss, revisions to proposed second amended complaint. | 0.67 | 0.67 | $ 490 | | $ 150 | $ 328.30 |

Case 8:16-cv-03319-AEP   Document 211-2   Filed 04/03/19   Page 34 of 98 PageID 4629
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 01/10/17 | Sproul, Christopher | Revise opposition to motion to dismiss to reflect comments from Molly Coyne. | 0.99 | 0.99 | $ 490 | 0.00 | $ 150 | $ 485.10 |
| 01/11/17 | Sproul, Christopher | Call with Justin Bloom to discuss further revisions to opposition to motion to dismiss and motion for leave to file amended complaint. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 01/11/17 | Sproul, Christopher | Review and revise Danielle Rathje draft motion for leave to file second amended complaint. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 01/11/17 | Sproul, Christopher | Revise draft Sproul Declaration in support of opposition to motion to dismiss. | 0.29 | 0.29 | $ 490 | 0.00 | $ 150 | $ 142.10 |
| 01/11/17 | Sproul, Christopher | Revise opposition to motion to dismiss to reflect comments from co-counsel and additional standing witness declarations. | 1.51 | 1.51 | $ 490 | 0.00 | $ 150 | $ 739.90 |
| 01/12/17 | Sproul, Christopher | Review and respond to co-counsel e-mail messages concerning request for production of documents. | 0.11 | 0.11 | $ 490 | 0.00 | $ 150 | $ 53.90 |
| 01/12/17 | Sproul, Christopher | Call with Fred Evenson to discuss Sproul declaration in support of opposition to motion to dismiss and declarations from ERF members in support of opposition to motion to dismiss. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 01/12/17 | Sproul, Christopher | Review and revise Molly Coyne draft request for production of documents. | 3.08 | 3.08 | $ 490 | 0.00 | $ 150 | $ 1,509.20 |
| 01/13/17 | Sproul, Christopher | Call with Justin Bloom to discuss case management matters in light of Rule 26(f) call with opposing counsel, motion to transfer Gulfport and Treasure Island cases to Judge Whittemore for case consolidation. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 01/13/17 | Sproul, Christopher | Call with St. Petersburg counsel, Justin Bloom to discuss Rule 26(f) matters, case management report. | 0.83 | 0.83 | $ 490 | 0.00 | $ 150 | $ 406.70 |
| 01/13/17 | Sproul, Christopher | Review materials to prepare for Rule 26(f) telephone conference with opposing counsel. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 01/15/17 | Sproul, Christopher | Review and revise Molly Coyne draft requests for admission to St. Petersburg. | 4.34 | 4.34 | $ 490 | 0.00 | $ 150 | $ 2,126.60 |
| 01/16/17 | Sproul, Christopher | Review and revise Molly Coyne draft interrogatories. | 2.65 | 2.65 | $ 490 | 0.00 | $ 150 | $ 1,298.50 |
| 01/17/17 | Sproul, Christopher | Call with Fred Evenson to discuss second set of requests for production of documents and third-party subpoenas. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 01/17/17 | Sproul, Christopher | Call with Molly Coyne re drafting supplemental RFPs to ask about satellite cities (and for part of call, Fred Evenson 5 min) | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |

Exhibit 1 - Page 13

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 01/17/17 | Sproul, Christopher | Review additional information from Molly Coyne concerning technical evidence about satellites contribution to St. Petersburg sewage capacity issues and e-mail message to Molly Coyne, Fred Evenson, and Justin Bloom concerning third party subpoenas to St. Petersburg satellites for information about the role of satellites in contributing to access peak wet weather flows and sewage spills from St. Petersburg. | 0.65 | 0.65 | $ 490 | 0.00 | $ 150 | $ 318.50 |
| 01/18/17 | Sproul, Christopher | Call with Fred Evenson to discuss further investigation into contribution of Treasure Island to SSO's from St. Petersburg. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 01/18/17 | Sproul, Christopher | Review Molly Coyne draft subpoenas to St. Petersburg satellites. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 01/18/17 | Sproul, Christopher | Review St. Petersburg revisions to proposed case management report And make further revisions. | 0.26 | 0.26 | $ 490 | 0.00 | $ 150 | $ 127.40 |
| 01/19/17 | Sproul, Christopher | Call with Fred Evenson to discuss subpoenas to St. Petersburg satellites. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 01/24/17 | Sproul, Christopher | Call with Justin Bloom concerning St. Petersburg agreement to leave to file a second amended complaint and request to St. Petersburg to withdraw motion to dismiss | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 01/24/17 | Sproul, Christopher | Call with Annie Beaman to discuss investigation into satellite contribution to St. Petersburg sewage spill problem. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 01/24/17 | Sproul, Christopher | Review Justin Bloom draft agreed upon order granting leave to file second amended complaint And provide comments to Justin Bloom concerning the same. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 01/24/17 | Sproul, Christopher | Review and revise Molly Coyne draft second set of request for production of documents to St. Petersburg. | 0.73 | 0.73 | $ 490 | 0.00 | $ 150 | $ 357.70 |
| 01/24/17 | Sproul, Christopher | Review Molly Coyne e-mail message concerning additional factual research concerning treasure island contribution to St. Petersburg sewage spill problem and information showing receiving water contamination with sewage, elevated viral loading | 0.21 | 0.21 | $ 490 | 0.00 | $ 150 | $ 102.90 |
| 01/25/17 | Sproul, Christopher | Review Justin Bloom e-mail messages to opposing counsel concerning St. Petersburg agreement that leave to file a second amended complaint is appropriate and request to withdraw St. Petersburg motion to dismiss. | 0.03 | 0.03 | $ 490 | 0.00 | $ 150 | $ 14.70 |
| 01/26/17 | Sproul, Christopher | Review and respond to Justin Bloom e-mail messages concerning third party subpoenas to the St. Petersburg satellites. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 01/26/17 | Sproul, Christopher | Review draft subpoenas to third parties, the St. Petersburg satellites. | 0.14 | 0.14 | $ 490 | 0.00 | $ 150 | $ 68.60 |

Exhibit 1 - Page 14

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 01/26/17 | Sproul, Christopher | E-mail message to co-counsel and clients concerning my direction on review of documents for development of evidence of St. Petersburg violation and the appropriate remedy. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 01/26/17 | Sproul, Christopher | Review case management order and e-mail message to clients and co-counsel concerning the same. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 01/26/17 | Sproul, Christopher | Review court orders deeming second amended complaint filed and denying motion to dismiss and e-mail message to co-counsel and clients concerning the same, and proposed stipulation to St. Petersburg concerning Plaintiffs' standing. | 0.24 | 0.24 | $ 490 | 0.00 | $ 150 | $ 117.60 |
| 01/27/17 | Sproul, Christopher | Review Justin Bloom e-mail messages about acquiring documents via discovery and/or sunshine law requests for further evaluation of causes of St. Petersburg sewer spill problem and solutions. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 02/06/17 | Sproul, Christopher | Call with Fred Evenson and Justin Bloom to discuss opposition to St. Petersburg's motion to dismiss. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 02/06/17 | Sproul, Christopher | Review St. Petersburg motion to dismiss second amended complaint and email to co-counsel concerning our opposition, assignments to same. | 0.36 | 0.36 | $ 490 | 0.00 | $ 150 | $ 176.40 |
| 02/07/17 | Sproul, Christopher | Review and respond to Justin Bloom e-mail message concerning conversation with Gulfport counsel about subpoena response. | 0.11 | 0.11 | $ 490 | 0.00 | $ 150 | $ 53.90 |
| 02/07/17 | Sproul, Christopher | Call with Annie Beaman to discuss St. Petersburg motion to dismiss and strategy for our response. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 02/07/17 | Sproul, Christopher | Review Jodene Isaacs e-mail message and memo concerning legal research on enforcement of Third-party subpoena issue and e-mail message to Fred Evenson and Justin Bloom concerning the same. | 0.59 | 0.59 | $ 490 | 0.00 | $ 150 | $ 289.10 |
| 02/08/17 | Sproul, Christopher | Review Justin Bloom e-mail message to opposing counsel at Gulfport concerning Gulfport compliance with subpoena. | 0.03 | 0.03 | $ 490 | 0.00 | $ 150 | $ 14.70 |
| 02/13/17 | Sproul, Christopher | Email message to co-counsel concerning response to Treasure Island and Gulfport motions to quash. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 02/13/17 | Sproul, Christopher | Meeting with Fred Evenson to discuss opposition to Treasure Island and Gulfport motions to quash subpoenas. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 02/14/17 | Sproul, Christopher | Call with Fred Evenson to discuss opposition to Treasure Island motion to quash subpoena. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 02/14/17 | Sproul, Christopher | Calls with Jodene Isaacs to discuss opposition to Treasure Island motion to quash. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 02/15/17 | Sproul, Christopher | Review and revise Molly Coyne opposition to St. Petersburg's second motion to dismiss. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 02/15/17 | Sproul, Christopher | Call with Justin Bloom to discuss opposition to Gulfport motion to quash subpoena. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |

Exhibit 1 - Page 15

Exhibit 1 - Page 16

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 02/15/17 | Sproul, Christopher | Call with Justin Bloom and Fred Evenson to further discuss Plaintiffs' response to Gulfport's Motion to Quash Subpoena or request for additional time, compromise proposal to offer to Gulfport to resolve dispute. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 02/16/17 | Sproul, Christopher | Call with Justin Bloom and Fred Evenson to discuss opposition to Treasure Island motion to quash subpoena, motion to consolidate Gulfport and St. Pete cases. | 0.31 | 0.31 | $ 490 | 0.00 | $ 150 | $ 151.90 |
| 02/17/17 | Sproul, Christopher | Call with Justin Bloom concerning request to appear telephonically for motion to consolidate St. Petersburg and Gulfport cases and for motion to quash subpoena. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 02/22/17 | Sproul, Christopher | Appear by telephone and present argument on Gulfport's motion to consolidate St. Petersburg and Gulfport cases. | 1.17 | 1.17 | $ 490 | 0.00 | $ 150 | $ 573.30 |
| 02/22/17 | Sproul, Christopher | Call with Jodene Isaacs to discuss legal and factual arguments in Plaintiffs' Opposition to Treasure Island Motion to Quash Subpoena. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 02/22/17 | Sproul, Christopher | Call with Fred Evenson to discuss preparation for hearing on Gulfport motion to consolidate Gulfport and St. Petersburg cases and Review of St. Petersburg motion for summary judgment and preparation of arguments in opposition to St. Petersburg motion for summary judgment, assignment of legal research and brief drafting tasks to Molly Coyne. | 1.15 | 1.15 | $ 490 | | $ 150 | $ 563.50 |
| 02/22/17 | Sproul, Christopher | Prepare for court hearing on motion to consolidate Gulfport and St. Petersburg cases. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 02/22/17 | Sproul, Christopher | Review of St. Petersburg opposition to Gulfport motion to consolidate case with Gulfport case. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 02/24/17 | Sproul, Christopher | Review St. Petersburg response to second request for production of documents and e-mail message to co-counsel concerning further review of St. Petersburg's response. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 02/24/17 | Sproul, Christopher | Email message to clients and co-counsel concerning St Petersburg's response to Plaintiffs' Interrogatories and what they show with respect to evidence needed for motion for summary judgment on CWA liability and on further evidentiary development. | 0.49 | 0.49 | $ 490 | 0.00 | $ 150 | $ 240.10 |
| 02/24/17 | Sproul, Christopher | Review Fred Evenson email message concerning initial research on diligent prosection, Clean Water Act section 309(g)(6) bar to citizen suit arguments raised by St. Petersburg motion to dismiss. | 0.04 | 0.04 | $ 490 | 0.00 | $ 150 | $ 19.60 |
| 02/24/17 | Sproul, Christopher | Review St Petersburg's response to Plaintiffs' Interrogatories. | 0.24 | 0.24 | $ 490 | 0.00 | $ 150 | $ 117.60 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 02/24/17 | Sproul, Christopher | Review St. Petersburg's response to plaintiffs' first set of requests for admission and email memorandum to clients and co-counsel concerning evidentiary value of admissions for motion for summary judgment, and follow up discovery, including interrogatories, warranted by the responses, objections and meet and confer request concerning St. Pete's denials of certain RFAs. | 0.67 | 0.67 | $ 490 | 0.00 | $ 150 | $ 328.30 |
| 02/26/17 | Sproul, Christopher | Email message to Molly Coyne concerning guidance on drafting motion for summary judgment. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 02/27/17 | Sproul, Christopher | Further work on preparing for oral argument on Treasure Island motion to quash subpoena. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 02/27/17 | Sproul, Christopher | Review opposition to Treasure Island motion to quash to prepare for oral argument on same. | 0.44 | 0.44 | $ 490 | 0.00 | $ 150 | $ 215.60 |
| 02/28/17 | Sproul, Christopher | Call with Molly Coyne and (for part of call, 40 min.) Fred Evenson to discuss opposition to St. Petersburg motion for summary judgment. | 0.82 | 0.82 | $ 490 | 0.00 | $ 150 | $ 401.80 |
| 02/28/17 | Sproul, Christopher | E-mail message to Molly Coyne, Fred Evenson, and Justin Bloom concerning legal research and guidance to provide to Molly Coyne on drafting arguments for opposition to the St. Petersburg motion for summary judgment. | 0.38 | 0.38 | $ 490 | 0.00 | $ 150 | $ 186.20 |
| 02/28/17 | Sproul, Christopher | Review and respond to co-counsel and client e-mail messages concerning review of documents necessary for evidentiary development, opposition to motion for summary judgment. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 02/28/17 | Sproul, Christopher | Review Molly Coyne outline of opposition for motion for summary judgment. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 03/01/17 | Sproul, Christopher | Call with Fred Evenson to discuss meeting and conferring with Treasure Island counsel in light of court order denying motion to quash. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 03/01/17 | Sproul, Christopher | Attend (telephonically) and present argument at hearing on Treasure Island motion to quash subpoena. | 0.32 | 0.32 | $ 490 | 0.00 | $ 150 | $ 156.80 |
| 03/01/17 | Sproul, Christopher | Call with Justin Bloom to discuss meeting and conferring with Treasure Island counsel in light of court order denying motion to quash. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 03/01/17 | Sproul, Christopher | E-mail message to clients and co-counsel concerning ruling from court on treasure island motion to quash subpoena. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 03/06/17 | Sproul, Christopher | Review and respond to e-mail messages from Justin Bloom and from Brian Bolves concerning St. Petersburg request to file a reply in support of St. Petersburg motion for summary judgment. | 0.19 | 0.19 | $ 490 | 0.00 | $ 150 | $ 93.10 |

Exhibit 1 - Page 17

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 03/07/17 | Sproul, Christopher | Email message to Molly Coyne concerning drafting opposition to St. Petersburg motion for leave to file a reply in support of its motion to dismiss. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 03/07/17 | Sproul, Christopher | Review St. Petersburg request to take judicial notice of FDEP records. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 03/07/17 | Sproul, Christopher | Call with Fred Evenson and Justin Bloom to discuss review and potential response to St. Petersburg motion for leave to file reply brief. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 03/08/17 | Sproul, Christopher | Revise opposition to St. Petersburg motion for summary judgment. | 3.10 | 3.10 | $ 490 | 0.00 | $ 150 | $ 1,519.00 |
| 03/09/17 | Sproul, Christopher | Calls with Fred Evenson to discuss corrected opposition to St. Petersburg motion for summary judgment | 1.18 | 1.18 | $ 490 | 0.00 | $ 150 | $ 578.20 |
| 03/09/17 | Sproul, Christopher | Draft corrected brief in opposition to St. Petersburg motion for summary judgment. | 1.82 | 1.82 | $ 490 | 0.00 | $ 150 | $ 891.80 |
| 03/09/17 | Sproul, Christopher | Draft corrected Sproul declaration in support of opposition to the St. Petersburg motion for summary judgment. | 0.57 | 0.57 | $ 490 | 0.00 | $ 150 | $ 279.30 |
| 03/12/17 | Sproul, Christopher | Review and respond to Justin Bloom e-mail message concerning treasure island response to subpoena and Judge Porcelli order. | 0.04 | 0.04 | $ 490 | 0.00 | $ 150 | $ 19.60 |
| 03/14/17 | Sproul, Christopher | Review co-counsel e-mail messages concerning proposed joint request from the parties for permission to file replies. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 03/15/17 | Sproul, Christopher | Review and respond to Justin Bloom email messages concerning St. Petersburg motion for leave to file reply brief in support of St. Petersburg motion for summary judgment. | 0.05 | 0.05 | $ 490 | 0.00 | $ 150 | $ 24.50 |
| 03/18/17 | Sproul, Christopher | Review court order denying parties' request for leave to file reply briefs; St. Petersburg second request for leave to file reply brief, court order denying St. Petersburg's second request for leave. | 0.16 | 0.16 | $ 490 | 0.00 | $ 150 | $ 78.40 |
| 03/18/17 | Sproul, Christopher | Review St. Petersburg reply brief in support of motion to dismiss and e-mail message to co-counsel clients | 0.52 | 0.52 | $ 490 | 0.00 | $ 150 | $ 254.80 |
| 03/18/17 | Sproul, Christopher | Review Justin Bloom email messages concerning review of documents obtained in subpoenas for potential evidence, case management matters. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 03/20/17 | Sproul, Christopher | Review St. Petersburg second request for judicial notice. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 03/20/17 | Sproul, Christopher | E-mail message to Molly Coyne, Justin Bloom, and Fred Evenson concerning opposition to St. Petersburg's second request for judicial notice, outline of arguments to make and guidance to Molly Coyne concerning legal authority that I have from prior briefing on similar issues. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 03/21/17 | Sproul, Christopher | Call with Molly Coyne re revisions to opposition to St. Petersburg's Second Request for Judicial Notice | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | $ 137.20 |

Exhibit 1 - Page 18

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 03/21/17 | Sproul, Christopher | Review and revise Molly Coyne draft opposition to St. Petersburg's second request for judicial notice. | 0.99 | 0.99 | $ 490 | 0.00 | $ 150 | $ 485.10 |
| 03/22/17 | Sproul, Christopher | Call with Fred Evenson, Molly Coyne re task list, R11 letter and motion, meet and confer letter, depositions, document subpoena to Brown and Caldwell. | 0.92 | 0.92 | $ 490 | 0.00 | $ 150 | $ 450.80 |
| 03/24/17 | Sproul, Christopher | Review and respond to co-counsel e-mail messages concerning potential settlement discussion with St. Petersburg. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 03/24/17 | Sproul, Christopher | Review and revise Molly Coyne draft letter to St. Petersburg counsel concerning depositions, whether defendants will agree to schedule depositions or whether they will insist on us filing notices of deposition. | 0.31 | 0.31 | $ 490 | 0.00 | $ 150 | $ 151.90 |
| 03/26/17 | Sproul, Christopher | Review and revise Molly Coyne draft Plaintiffs' second set of interrogatories. | 0.34 | 0.34 | $ 490 | 0.00 | $ 150 | $ 166.60 |
| 03/27/17 | Sproul, Christopher | Review and respond to co-counsel e-mail messages concerning scheduling depositions. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 03/28/17 | Sproul, Christopher | Review and respond to Molly Coyne e-mail message concerning initial disclosure requirements. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 03/28/17 | Sproul, Christopher | Review and revise Molly Coyne draft Plaintiffs initial disclosures. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 03/28/17 | Sproul, Christopher | Review and revise Molly Coyne draft Plaintiffs' second set of interrogatories. | 0.61 | 0.61 | $ 490 | 0.00 | $ 150 | $ 298.90 |
| 03/29/17 | Sproul, Christopher | Email message to co-counsel and clients concerning scheduling depositions of St. Petersburg personnel. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 03/30/17 | Sproul, Christopher | Review and revise Molly Coyne draft letter to St. Petersburg's counsel concerning plaintiffs' objections to St. Petersburg's discovery responses and request for conference concerning the same. | 2.32 | 2.32 | $ 490 | 0.00 | $ 150 | $ 1,136.80 |
| 03/30/17 | Sproul, Christopher | Revise second set of interrogatories to St. Petersburg. | 0.31 | 0.31 | $ 490 | 0.00 | $ 150 | $ 151.90 |
| 03/31/17 | Sproul, Christopher | Draft letter to St. Petersburg concerning objections to St. Petersburg discovery responses. | 0.46 | 0.46 | $ 490 | 0.00 | $ 150 | $ 225.40 |
| 03/31/17 | Sproul, Christopher | E-mail message to St. Petersburg's counsel concerning defendants lack of initial disclosures. | 0.05 | 0.05 | $ 490 | 0.00 | $ 150 | $ 24.50 |
| 04/08/17 | Sproul, Christopher | Review and respond to St. Petersburg counsel e-mail message concerning St. Petersburg's agreement to revise its responses to plaintiffs' request for admission and interrogatories. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 04/08/17 | Sproul, Christopher | E-mail message to co-counsel concerning monitoring and responding to St. Petersburg's updated responses to request for admission and interrogatories, deposition notices to St. Petersburg. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |

Exhibit 1 - Page 19

Case 8:16-cv-03319-AEP Document 211-2 Filed 04/03/19 Page 41 of 98 PageID 4636
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 04/11/17 | Sproul, Christopher | E-mail message to Molly Coyne, Fred Evenson, and Justin Bloom concerning additional request for production of documents to St. Petersburg. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 04/12/17 | Sproul, Christopher | Call with Fred Evenson regarding St. Pete employee depositions and document subpoenas, contacting St. Pete about position on multi-party mediation, and drafting additional RFPs. | 0.64 | 0.64 | $ 490 | 0.00 | $ 150 | $ 313.60 |
| 04/13/17 | Sproul, Christopher | Call with Molly Coyne re drafting letter to opposing counsel re continuing deficiencies in RFA and interrogatory answers | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 04/13/17 | Sproul, Christopher | Review St. Pete's revised responses to requests for admission. | 0.19 | 0.19 | $ 490 | 0.00 | $ 150 | $ 93.10 |
| 04/13/17 | Sproul, Christopher | Review St. Petersburg response to second set of request for production of documents and e-mail to co-counsel concerning the same. | 0.14 | 0.14 | $ 490 | 0.00 | $ 150 | $ 68.60 |
| 04/13/17 | Sproul, Christopher | Email to St. Pete's counsel concerning the City's supplemental responses to Plaintiffs' Interrogatories. | 0.06 | 0.06 | $ 490 | 0.00 | $ 150 | $ 29.40 |
| 04/20/17 | Sproul, Christopher | Call with Fred Evenson to discuss motion to compel St. Petersburg's responses to plaintiffs' discovery. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 04/21/17 | Sproul, Christopher | Review and respond to Molly Coyne email messages concerning drafting motion to compel St. Petersburg discovery responses. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 04/21/17 | Sproul, Christopher | e-mail message to Molly Coyne concerning direction on drafting motion to compel St. Petersburg responses to plaintiffs' discovery. | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | $ 137.20 |
| 04/21/17 | Sproul, Christopher | Review letter to St. Petersburg counsel objecting to St. Petersburg discovery responses. | 0.04 | 0.04 | $ 490 | 0.00 | $ 150 | $ 19.60 |
| 04/25/17 | Sproul, Christopher | E-mail message to Molly Corrine concerning objections to St. Petersburg's request for production of document responses. | 0.09 | 0.09 | $ 490 | 0.00 | $ 150 | $ 44.10 |
| 04/25/17 | Sproul, Christopher | Call with Molly Coyne re arguments for drafting motion to compel | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 04/26/17 | Sproul, Christopher | Call with Justin Bloom and Fred Evenson to discuss plaintiffs' positions for April 27th discovery meet and confer | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 05/01/17 | Sproul, Christopher | Call with Fred Evenson to discuss letter to St. Petersburg concerning renewed request for withdrawal of St. Petersburg'smotion to dismiss in light of Judge Bucklew's ruling in the Gulfport case on Gulfport motion to dismiss and potential filing with Judge Whittemore notifying judge of ruling in the Gulfport case, as supplemental authority pertinent to St. Petersburg motion to dismiss. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |

Exhibit 1 - Page 20

Suncoast Waterkeeper, et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 21

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 05/11/17 | Sproul, Christopher | Calls with Molly Coyne to discuss criteria for assessing responses to requests for production, condition assessments for gravity lines, force mains, and pump stations; components of an adequate capital improvement plan. | 0.78 | 0.78 | $ 490 | 0.00 | $ 150 | $ 382.20 |
| 05/13/17 | Sproul, Christopher | Call with Fred Evenson to discuss developing motion for summary judgment on St. Petersburg liability, review of documents obtained from St. Petersburg in response to request for production of documents and further communications with opposing counsel concerning documents apparently missing from document production, need for/development of expert opinion testimony. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 05/16/17 | Sproul, Christopher | Review e-mail message from Brian Bolves concerning stipulation of withdrawal of motion to dismiss and responding to additional questions concerning discovery responses an e-mail message to co-counsel concerning stipulation memorializing points that St. Petersburg is agreeing to. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 05/16/17 | Sproul, Christopher | Call with Justin Bloom, Molly Coyne, and for part of call Fred Evenson to discuss assessment of sewage collection system condition assessment, capital improvement planning, causes of sewage spills, and remedies for wet weather and dry weather related spills. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 05/16/17 | Sproul, Christopher | Call with Justin Blum, Molly Coyne, Tom Christ, and Fred Evenson to discuss plan for reviewing documents received from St. Petersburg in response to request for production of documents. | 1.10 | 1.10 | $ 490 | 0.00 | $ 150 | $ 539.00 |
| 05/16/17 | Sproul, Christopher | E-mail messages to and from co-counsel concerning further investigation/evaluation of St. Petersburg sewer spill problems, additional discovery to propound/request for production of documents to St. Petersburg. | 0.56 | 0.56 | $ 490 | 0.00 | $ 150 | $ 274.40 |
| 05/25/17 | Sproul, Christopher | Call with Fred Evenson regarding proposal for stipulation to mediator. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 05/26/17 | Sproul, Christopher | Review and respond to co-counsel and opposing counsel e-mail messages concerning stipulation with St. Petersburg for mediator selection. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 05/27/17 | Sproul, Christopher | Review and revise Molly Coyne draft stipulation for St. Petersburg performance of certain discovery response obligations and agreement to certain facts. | 0.27 | 0.27 | $ 490 | 0.00 | $ 150 | $ 132.30 |
| 05/27/17 | Sproul, Christopher | Review Justin Bloom e-mail message to St. Petersburg counsel concerning stipulation for mediator selection. | 0.03 | 0.03 | $ 490 | 0.00 | $ 150 | $ 14.70 |
| 06/01/17 | Sproul, Christopher | Call with Fred Evenson to discuss St. Petersburg discovery responses. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 22

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 06/02/17 | Sproul, Christopher | Call with Fred Evenson to discuss St. Petersburg expert reports, expert discovery. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 06/02/17 | Sproul, Christopher | Call with Molly Coyne, Fred Evenson, Justin Bloom re staffing case, depositions, scheduling, proposed stipulation to push back case management deadlines, drafting MSJ on liability, response to St. Pete's answer. | 1.05 | 1.05 | $ 490 | 0.00 | $ 150 | $ 514.50 |
| 06/06/17 | Sproul, Christopher | Review and respond to Molly Coyne email message concerning St. Petersburg's answer to amended complaint. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 06/06/17 | Sproul, Christopher | Review St. Petersburg answer and email message to co-counsel concerning | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 06/09/17 | Sproul, Christopher | Review and respond to e-mail messages from co-counsel and clients concerning water quality impacts of sewage releases and further potential investigation concerning same. | 0.34 | 0.34 | $ 490 | 0.00 | $ 150 | $ 166.60 |
| 06/12/17 | Sproul, Christopher | Call with Molly Coyne re MSJ on liability, standing, MS4 claims, ongoing violations, sunshine request to FDEP re consent order. | 0.32 | 0.32 | $ 490 | 0.00 | $ 150 | $ 156.80 |
| 06/20/17 | Sproul, Christopher | Call with Fred Evenson to discuss potential request/stipulation for revised case schedule. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 06/23/17 | Sproul, Christopher | E-mail message to Molly Coyne concerning motion to strike. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 06/26/17 | Sproul, Christopher | Call with Fred Evenson to discuss communication to St. Petersburg's counsel concerning request to agree to modification of case schedule request. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 07/04/17 | Sproul, Christopher | Review and respond to Molly Coyne e-mail messages concerning further communications with Florida Department of Environmental Protection about sunshine law request. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 07/10/17 | Sproul, Christopher | Review and respond to Molly Coyne e-mail message concerning responding to Florida DEP about revision to sunshine law request search, for documents pertinent for evidence development. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 07/17/17 | Sproul, Christopher | E-mail message to Molly Coyne about request for production of documents concerning latest St. Petersburg sewage spill. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 07/21/17 | Sproul, Christopher | Review and respond to Molly Coyne e-mail messages concerning review of documents obtained through Sunshine Law request for further development of evidence for case. | 0.47 | 0.47 | $ 490 | 0.00 | $ 150 | $ 230.30 |
| 07/22/17 | Sproul, Christopher | Email to co-counsel concerning legal arguments on spills being to waters of the United States | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 23

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 07/24/17 | Sproul, Christopher | Review and respond to Molly Coyne email message concerning motion for summary judgment argument and potential additional discovery to United for summary judgment development. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 07/24/17 | Sproul, Christopher | Call with Fred Evenson, Justin Bloom, and Molly Coyne to discuss arguments, strategy for opposition to motion for summary judgment. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 07/26/17 | Sproul, Christopher | Call with Fred Evenson and Justin Bloom to discuss review of St. Petersburg discovery responses, additional request for admission to St. Petersburg and potential request that St. Petersburg stipulate to facts concerning sewage spills reaching waters of the United States, development of motion for summary judgment, discovery schedule planning. | 0.72 | 0.72 | $ 490 | 0.00 | $ 150 | $ 352.80 |
| 08/01/17 | Sproul, Christopher | Review Brian Bolves email message concerning expert disclosures and email message to co-counsel concerning the same. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 08/04/17 | Sproul, Christopher | Call with Fred Evenson to discuss development of experts, expert disclosures and expert reports. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 08/05/17 | Sproul, Christopher | E-mail memo to clients and co-counsel concerning discovery strategy and motion for summary judgment. | 0.54 | 0.54 | $ 490 | 0.00 | $ 150 | $ 264.60 |
| 08/10/17 | Sproul, Christopher | Email message to co-counsel concerning summary judgment motion standing showing. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 08/13/17 | Sproul, Christopher | Review and respond to Justin Bloom e-mail message about motion for summary judgment. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 08/15/17 | Sproul, Christopher | Call with Fred Evenson to discuss motion for summary judgment arguments. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 08/16/17 | Sproul, Christopher | Call with Fred Evensen to discuss scheduling mediation with St. Petersburg. | 0.07 | 0.00 | $ 490 | 0.07 | $ 150 | $ 10.50 |
| 08/17/17 | Sproul, Christopher | Review and respond to Fred Evenson, Justin Bloom and Molly Coyne e-mail messages concerning arguments to make in motion for summary judgment. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 08/21/17 | Sproul, Christopher | Call with Molly Coyne (and Justin Bloom for 24 min) re MSJ, legal research on 11th circuit mootness caselaw, depositions, further factual research on instances of FDEP consent decrees failing at creating Clean Water Act compliance. | 0.67 | 0.67 | $ 490 | 0.00 | $ 150 | $ 328.30 |
| 08/22/17 | Sproul, Christopher | Additional call with Fred Evenson to discuss motion for summary judgment, gathering additional evidence, including taking depositions to develop further evidence for summary judgment, in preparation for mediation/settlement negotiation. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |

Exhibit 1 - Page 24

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 09/01/17 | Sproul, Christopher | Review Judge Whittemore order setting hearing on St. Petersburg motion for summary judgment and email to co-counsel concerning the same. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 09/12/17 | Sproul, Christopher | Call with Fred Evenson to discuss settlement mediation. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 09/26/17 | Sproul, Christopher | Review materials to prepare for settlement mediation. | 1.06 | 1.06 | $ 490 | 0.00 | $ 150 | $ 519.40 |
| 09/26/17 | Sproul, Christopher | Call with Fred Evenson, Justin Blum, Tiffany Schauer, and for part of Annie Beaman to discuss discuss preparation for settlement mediation, development of settlement positions. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 09/26/17 | Sproul, Christopher | Calls with Fred Evenson and Justin Bloom and, for part of call, Molly Coyne to discuss preparation for settlement mediation, development of settlement positions, fact and legal research needed for evaluation of settlement position and assessment of litigation risks. | 1.10 | 1.10 | $ 490 | 0.00 | $ 150 | $ 539.00 |
| 09/27/17 | Sproul, Christopher | Call with Fred Evenson to discuss further settlement strategy, motion for summary judgment. | 0.43 | 0.43 | $ 490 | 0.00 | $ 150 | $ 210.70 |
| 09/27/17 | Sproul, Christopher | Participate in settlement mediation with St. Petersburg. | 3.02 | 3.02 | $ 490 | 0.00 | $ 150 | $ 1,479.80 |
| 09/27/17 | Sproul, Christopher | Prepare for settlement mediation. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 09/28/17 | Sproul, Christopher | Call with Molly Coyne re filing motion for summary judgment, drafting Molly Coyne declaration in support of motion for summary judgment. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 09/28/17 | Sproul, Christopher | Call with Tiffany Schauer, Annie Beaman, Fred Evenson, and Justin Bloom to discuss further settlement strategy, motion for summary judgment, assessment of litigation risks. | 1.32 | 1.32 | $ 490 | 0.00 | $ 150 | $ 646.80 |
| 09/28/17 | Sproul, Christopher | Review and revise Molly Coyne draft motion for summary judgment. | 1.26 | 1.26 | $ 490 | 0.00 | $ 150 | $ 617.40 |
| 09/29/17 | Sproul, Christopher | Call with Justin Bloom to discuss motion for summary judgment against St. Petersburg. | 0.05 | 0.05 | $ 490 | 0.00 | $ 150 | $ 24.50 |
| 09/29/17 | Sproul, Christopher | Call with Justin Bloom, Molly Coyne re filing motion for summary judgment, motion for summary judgment exhibits. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 09/29/17 | Sproul, Christopher | Call with Molly Coyne to discuss final revisions to Motion for Summary Judgment. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 10/02/17 | Sproul, Christopher | Review Gulfport motion to consolidate case an e-mail message to co-counsel concerning our response to the motion. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 10/03/17 | Sproul, Christopher | Review St. Petersburg motion to stay. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 10/03/17 | Sproul, Christopher | Call with Fred Evenson, Molly Coyne re drafting opposition to St. Petersburg motion to stay. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 10/03/17 | Sproul, Christopher | Call with Fred Evenson, Molly Coyne, Justin Bloom re drafting opposition to motion to stay, additional factual and legal research needed to support arguments why case should not be stayed. | 0.83 | 0.83 | $ 490 | 0.00 | $ 150 | $ 406.70 |
| 10/11/17 | Sproul, Christopher | E-mail message to co-counsel concerning legal research for opposition to motion to stay. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 10/11/17 | Sproul, Christopher | Call with Fred Evenson to discuss arguments for opposition to St. Petersburg motion to stay and additional legal research needed for development of arguments, preparation for oral argument for opposition to St. Petersburg motion for summary judgment. | 0.67 | 0.67 | $ 490 | 0.00 | $ 150 | $ 328.30 |
| 10/11/17 | Sproul, Christopher | Review and respond to client e-mail message concerning potential supplemental environmental projects to advocate for. | 0.21 | 0.21 | $ 490 | 0.00 | $ 150 | $ 102.90 |
| 10/12/17 | Sproul, Christopher | Call with Fred Evenson and Molly Coyne concerning arguments, research on diligent prosecution bar for opposition to motion to stay, preparation for oral argument for opposition to motion for summary judgment. | 0.78 | 0.78 | $ 490 | 0.00 | $ 150 | $ 382.20 |
| 10/13/17 | Sproul, Christopher | Legal research for opposition to motion to stay an e-mail message to co-counsel concerning the same. | 1.34 | 1.34 | $ 490 | 0.00 | $ 150 | $ 656.60 |
| 10/16/17 | Sproul, Christopher | Call with Fred Evenson and for part of call Molly Coyne to discuss revisions to opposition to St. Petersburg's motion to stay. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 10/16/17 | Sproul, Christopher | Review and revise Fred Evenson draft opposition to St. Petersburg motion for stay. | 3.20 | 3.20 | $ 490 | 0.00 | $ 150 | $ 1,568.00 |
| 10/17/17 | Sproul, Christopher | Call with Molly Coyne and for part of the call, Fred Evenson, concerning addressing electronic filing problem for future filings (paralegal task). | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 10/18/17 | Sproul, Christopher | Review document concerning Florida Wildlife Commission investigationn of St. Petersburg sewage spills. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/18/17 | Sproul, Christopher | Call with Fred Evenson to discuss preparation for oral argument on motion for summary judgment and possibly on motion for stay. | 0.75 | 0.75 | $ 490 | 0.00 | $ 150 | $ 367.50 |
| 10/18/17 | Sproul, Christopher | Prepare for oral argument on motion for summary judgment. | 0.73 | 0.73 | $ 490 | 0.00 | $ 150 | $ 357.70 |
| 10/19/17 | Sproul, Christopher | Appear for hearing telephonically and argue St. Petersburg motion for summary judgment. | 1.40 | 1.40 | $ 490 | 0.00 | $ 150 | $ 686.00 |
| 10/19/17 | Sproul, Christopher | Call with Fred Evenson and for part of call Justin Bloom to discuss assessment of oral argument on St. Petersburg motion to dismiss and whether to issue deposition notices to St. Petersburg and whom to depose. | 0.52 | 0.52 | $ 490 | 0.00 | $ 150 | $ 254.80 |

Exhibit 1 - Page 25

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 10/19/17 | Sproul, Christopher | Call with Fred Evenson to discuss oral argument on St. Petersburg motion for summary judgment, further case strategy in light of oral argument, work on fashioning remedy arguments and preparation of expert report/expert discovery, notice of depositions of St. Petersburg staff. | 0.55 | 0.55 | $ 490 | 0.00 | $ 150 | $ 269.50 |
| 10/19/17 | Sproul, Christopher | Prepare for oral argument on St. Petersburg motion for summary judgment. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 10/26/17 | Sproul, Christopher | Review and respond to Molly Coyne e-mail message concerning argument to respond to St. Petersburg motion for leave to file supplemental authority. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 10/30/17 | Sproul, Christopher | Call with Molly Coyne to discuss response to St. Petersburg motion for summary judgment. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/30/17 | Sproul, Christopher | Review and respond to co-counsel e-mail messages concerning responding to St. Petersburg motion for summary judgment. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/31/17 | Sproul, Christopher | Call with Fred Evenson to discuss response to St. Petersburg motion for summary judgment. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 11/22/17 | Sproul, Christopher | Call with Molly Coyne re drafting opposition to motion for leave to file additional summary judgment motions. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 12/16/17 | Sproul, Christopher | Call with Fred Evenson to discuss depositions of St. Petersburg staff. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 01/08/18 | Sproul, Christopher | Call with Fred Evenson to discuss Plaintiffs' expert report, additional discovery, trial preparation matters. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 01/08/18 | Sproul, Christopher | Call with Fred Evenson, Justin Bloom to discuss further case strategy on Defendant's proposed mootness/diligent prosecution defense. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 01/09/18 | Sproul, Christopher | Call with Fred Evenson to discuss Plaintiffs' expert report, additional discovery, trial preparation matters. | 0.23 | 0.23 | $ 490 | 0.00 | $ 150 | $ 112.70 |
| 01/09/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss assistance with depositions and with trial. | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | $ 137.20 |
| 01/14/18 | Sproul, Christopher | Review Tom Christ e-mail message about St. Petersburg sewage spills. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 01/15/18 | Sproul, Christopher | Call with Fred Evenson to discuss further discovery, supplemental filing with court concerning mootness arguments, potential trial preparation. | 0.37 | 0.37 | $ 490 | 0.00 | $ 150 | $ 181.30 |
| 01/15/18 | Sproul, Christopher | E-mail message to cocounsel concerning discovery cut off and planning for pretrial conference and trial preparation. | 0.24 | 0.24 | $ 490 | 0.00 | $ 150 | $ 117.60 |
| 01/16/18 | Sproul, Christopher | Call with Kaki Schmidt and for part of call Fred Evenson to discuss further discovery, case strategy, potential trial preparation. | 0.90 | 0.90 | $ 490 | 0.00 | $ 150 | $ 441.00 |
| 01/17/18 | Sproul, Christopher | Review co-counsel e-mail messages concerning evaluation of new evidence of St. Petersburg sewage spills. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |

Exhibit 1 - Page 26

Exhibit 1 - Page 27

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 01/17/18 | Sproul, Christopher | Call with Fred Evenson to discuss evidence of lack of diligence prosecution to further develop arguments to oppose St. Petersburg contentions that case is moot, potential supplemental filings with court concerning the same. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 01/18/18 | Sproul, Christopher | Review court order granting St. Petersburg retroactive permission to file second motion for summary judgment. | 0.02 | 0.02 | $ 490 | 0.00 | $ 150 | $ 9.80 |
| 01/19/18 | Sproul, Christopher | Call with Fred Evenson to discuss filing request for leave to file supplemental evidentiary material with Judge Whittemore. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 01/19/18 | Sproul, Christopher | E-mail message to co-counsel concerning Judge Whittemore order denying St. Petersburg's first motion for summary judgment. | 0.09 | 0.09 | $ 490 | 0.00 | $ 150 | $ 44.10 |
| 01/19/18 | Sproul, Christopher | Email message to clients concerning Judge Whittemore summary judgment ruling and effect on case strategy/litigation risks. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 01/19/18 | Sproul, Christopher | Call with Fred Evenson to discuss effect of Judge Whittemore ruling denying St. Petersburg summary judgment on finding that Florida DEP administrative procedures on consent orders are not comparable to Clean Water Act on assessment of litigation risk and case strategy. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 01/19/18 | Sproul, Christopher | Conference call with Kaki Schmidt, Fred Evenson, and Ben Pierce regarding all case aspects of case, upcoming work/depositions and preparation for trial. | 0.90 | 0.90 | $ 490 | 0.00 | $ 150 | $ 441.00 |
| 01/19/18 | Sproul, Christopher | Review Fred Evenson draft request for leave to file supplemental evidence pertinent to summary judgment motion. | 0.03 | 0.03 | $ 490 | 0.00 | $ 150 | $ 14.70 |
| 01/19/18 | Sproul, Christopher | Review Judge Whittemore motion denying St. Petersburg first motion for summary judgment. | 0.24 | 0.24 | $ 490 | 0.00 | $ 150 | $ 117.60 |
| 01/20/18 | Sproul, Christopher | Legal research and memo to clients and co-counsel concerning affirmative defense arguments and evaluation of litigation risk. | 1.17 | 1.17 | $ 490 | 0.00 | $ 150 | $ 573.30 |
| 01/22/18 | Sproul, Christopher | Review Judge Whittemore ruling on plaintiffs' motion to strike affirmative defenses and e-mail message to clients concerning the same. | 0.24 | 0.24 | $ 490 | 0.00 | $ 150 | $ 117.60 |
| 01/23/18 | Sproul, Christopher | Review Judge Whittemore order denying St. Petersburg motion to stay case. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 01/23/18 | Sproul, Christopher | Review Molly Coyne e-mail message to Florida Department of Environmental Protection deponents and additional e-mail message to proposed opponents. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |

Case 8:16-cv-03319-AEP Document 211-2 Filed 04/03/19 Page 49 of 98 PageID 4644
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 28

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 01/23/18 | Sproul, Christopher | Additional call with Fred Evenson to discuss expert analysis issues, litigation strategy, case costs management, and additional discovery to propound. | 0.35 | 0.35 | $ 490 | 0.00 | $ 150 | $ 171.50 |
| 01/23/18 | Sproul, Christopher | Call with Molly Coyne, Fred Evenson re new requests for production to St. Petersburg, new sunshine requests to FDEP. | 0.37 | 0.37 | $ 490 | 0.00 | $ 150 | $ 181.30 |
| 01/29/18 | Sproul, Christopher | E-mail message to cocounsel concerning deposition notices and subpoenas. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 01/29/18 | Sproul, Christopher | Calls with Molly Coyne re modified case management order, non-expert witness disclosures | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 01/29/18 | Sproul, Christopher | Review co-counsel e-mail messages concerning selecting deposition targets in meeting and conferring with St. Petersburg counsel concerning scheduling depositions. | 1.08 | 1.08 | $ 490 | 0.00 | $ 150 | $ 529.20 |
| 01/31/18 | Sproul, Christopher | Review and respond to additional co-counsel e-mail messages concerning deposition targets. | 0.14 | 0.14 | $ 490 | 0.00 | $ 150 | $ 68.60 |
| 01/31/18 | Sproul, Christopher | Review Brian Bolves e-mail message concerning scheduling depositions and co-counsel email messages concerning the same. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 01/31/18 | Sproul, Christopher | Calls with Fred Evenson to discuss revisions to letter to St. Petersburg concerning scheduling depositions and potential revision to case schedule, preparation of expert report, additional third-party subpoenas to St. Petersburg consultants. | 0.47 | 0.47 | $ 490 | 0.00 | $ 150 | $ 230.30 |
| 01/31/18 | Sproul, Christopher | Revise letter to St. Petersburg counsel concerning scheduling depositions and modifying case schedule. | 0.49 | 0.49 | $ 490 | 0.00 | $ 150 | $ 240.10 |
| 01/31/18 | Sproul, Christopher | Review and revise document production subpoenas to Brown and Caldwell and CH 2M Hill. | 0.51 | 0.51 | $ 490 | 0.00 | $ 150 | $ 249.90 |
| 01/31/18 | Sproul, Christopher | Draft letter to St. Petersburg counsel concerning depositions. | 0.90 | 0.90 | $ 490 | 0.00 | $ 150 | $ 441.00 |
| 02/01/18 | Sproul, Christopher | Review and revise Molly Coyne draft of fourth set of request for production of documents to St. Petersburg. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 02/02/18 | Sproul, Christopher | Legal research for evaluation of aspect of St. Petersburg liability an e-mail message to clients and co-counsel concerning the same. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 02/02/18 | Sproul, Christopher | Review and respond to Justin Bloom e-mail messages concerning subpoenas. | 0.08 | 0.08 | $ 490 | 0.00 | $ 150 | $ 39.20 |
| 02/02/18 | Sproul, Christopher | Review Brian Bolves e-mail messages concerning plaintiffs' subpoenas, deposition scheduling, and stipulation to alter case schedule an e-mail message to cocounsel concerning the same. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 02/02/18 | Sproul, Christopher | Review and edit draft subpoena to Reiss engineering. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |

Case 8:16-cv-03319-AEP Document 211-2 Filed 04/03/19 Page 50 of 98 PageID 4645
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 29

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 02/05/18 | Sproul, Christopher | Review and respond to Molly Coyne and Fred Evenson e-mail messages concerning Sunshine Law request to Florida Department of Environmental Protection for additional information needed for evidence development. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 02/06/18 | Sproul, Christopher | E-mail message to opposing counsel concerning scheduling depositions and to court reporter concerning the same. | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | 137.20 |
| 02/06/18 | Sproul, Christopher | Call with Kaki Schmidt, Molly Coyne Fred Evenson, Justin Bloom re preparation for depositions, outstanding document production, FDEP public records act requests, sewage spills overview. | 1.25 | 1.25 | $ 490 | 0.00 | $ 150 | 612.50 |
| 02/07/18 | Sproul, Christopher | Call with Fred Evenson to discuss preparation for depositions and for working on sewage engineer expert report. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | 147.00 |
| 02/10/18 | Sproul, Christopher | Meeting with Fred Evenson and Kaki Schmidt to discuss preparation of expert materials, review of St. Petersburg discovery responses for evaluation of evidentiary value and potential need for additional discovery, planning for preparing for taking depositions scheduled in February and March, potential settlement negotiation strategy. | 1.50 | 1.50 | $ 490 | 0.00 | $ 150 | 735.00 |
| 02/12/18 | Sproul, Christopher | Call with Molly Coyne re deposition scheduling, notices. | 0.13 | 0.00 | $ 490 | 0.13 | $ 150 | 19.50 |
| 02/12/18 | Sproul, Christopher | Second call with Molly Coyne re deposition scheduling, drafting subpoenas and notices, contacting opposing counsel and court reporters re depositions. | 0.30 | 0.00 | $ 490 | 0.30 | $ 150 | 45.00 |
| 02/19/18 | Sproul, Christopher | Comprehensive and Detailed Working Meeting, including detailed review of evidence, ongoing violations, expert opinion, status of motions and discovery, case history and strategy for benefit of newly retained trial counsel.  Call with Molly Coyne, Kaki Schmidt, Ben Pierce, Justin Bloom, Fred Evenson, Tom Christ (for part of call) re document review, deposition preparation, deposition scheduling and staffing, draft consent decree, injunctive relief. | 5.15 | 5.15 | $ 490 | 0.00 | $ 150 | 2,523.50 |
| 02/20/18 | Sproul, Christopher | Call with Molly Coyne to discuss preparation for Mary Yeargan, Michelle Holton depositions. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | 73.50 |
| 02/21/18 | Sproul, Christopher | Call with Fred Evenson to discuss preparation for depositions of FDEP staff. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | 122.50 |
| 02/21/18 | Sproul, Christopher | Review and respond to K. Schmidt email messages concerning deposition preparation and strategy. | 0.35 | 0.35 | $ 490 | 0.00 | $ 150 | 171.50 |
| 02/22/18 | Sproul, Christopher | Review and respond to Kaki Schmidt, Molly Coyne and Justin Bloom email messages concerning deposition scheduling and preparation, reviewing documents to prepare for depositions, decide on deposition exhibits. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | 63.70 |

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 02/25/18 | Sproul, Christopher | Email message to Kaki Schmidt, Molly Coyne, and Fred Evenson concerning document review for preparation for depositions of FDEP personnel. | 0.16 | 0.16 | $ 490 | 0.00 | $ 150 | $ 78.40 |
| 02/25/18 | Sproul, Christopher | Call with Fred Evenson to discuss preparation for depositions of FDEP witnesses, documents to use as exhibits, lines of questioning to pursue. | 0.63 | 0.63 | $ 490 | 0.00 | $ 150 | $ 308.70 |
| 02/25/18 | Sproul, Christopher | Review documents to prepare for deposition of Yeargan, Holton, and Duggan. | 2.36 | 2.36 | $ 490 | 0.00 | $ 150 | $ 1,156.40 |
| 02/26/18 | Sproul, Christopher | Calls with Fred Evenson to discuss documents to review and use as exhibits at depositions of Yeargan, Holton & Duggan | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 02/26/18 | Sproul, Christopher | Meeting with Fred Evenson to discuss preparation for depositions of Mary Yeargan and Michelle Holton. | 0.75 | 0.75 | $ 490 | 0.00 | $ 150 | $ 367.50 |
| 02/26/18 | Sproul, Christopher | Outline deposition questions depositions of Yeargan, Holton, and Duggan. | 3.10 | 3.10 | $ 490 | 0.00 | $ 150 | $ 1,519.00 |
| 02/26/18 | Sproul, Christopher | Review documents to prepare for deposition of Yeargan, Holton, and Duggan. | 5.27 | 5.27 | $ 490 | 0.00 | $ 150 | $ 2,582.30 |
| 02/27/18 | Sproul, Christopher | Prepare questions for deposition of Mary Yeargan & Michelle Holton. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 02/27/18 | Sproul, Christopher | Meeting with Fred Evenson to discuss preparation for deposition of Mary Yeargan and Michelle Holton. | 0.42 | 0.42 | $ 490 | 0.00 | $ 150 | $ 205.80 |
| 02/27/18 | Sproul, Christopher | Meeting with Fred Evenson to discuss preparation for deposition of Michelle Duggan. | 0.92 | 0.92 | $ 490 | 0.00 | $ 150 | $ 450.80 |
| 02/27/18 | Sproul, Christopher | Conference call with Fred Evenson, Kaki Schmidt, Molly Coyne, Justin Bloom & Ben Pierce to discuss preparation for additional depositions, documents to review to develop questions, lines of questioning to pursue, expert report drafting. | 2.83 | 2.83 | $ 490 | 0.00 | $ 150 | $ 1,386.70 |
| 02/27/18 | Sproul, Christopher | Attend and take deposition of Mary Yeargan and Michelle Holton. | 6.50 | 6.50 | $ 490 | 0.00 | $ 150 | $ 3,185.00 |
| 02/28/18 | Sproul, Christopher | Additional call with Molly Coyne re search terms for locating emails from/to Michele Duggan, for Michele Duggan deposition | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 02/28/18 | Sproul, Christopher | Call with Molly Coyne, Fred Evenson re locating emails for Michele Duggan deposition | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 02/28/18 | Sproul, Christopher | Discuss lines of questioning with Fred Evenson for the deposition of Michelle Duggan. | 1.17 | 1.17 | $ 490 | 0.00 | $ 150 | $ 573.30 |
| 02/28/18 | Sproul, Christopher | Prepare outline of questioning for deposition of Michelle Duggan. | 1.25 | 1.25 | $ 490 | 0.00 | $ 150 | $ 612.50 |
| 02/28/18 | Sproul, Christopher | Review documents to prepare for the deposition of Michelle Duggan. | 3.91 | 3.91 | $ 490 | 0.00 | $ 150 | $ 1,915.90 |

Exhibit 1 - Page 30

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 31

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 03/01/18 | Sproul, Christopher | Conference call with Kaki Schmidt, Fred Evenson, Justin Bloom to discuss testimony and evidence value of Michele Duggan deposition, followup lines of questioning for additional deponents. | 0.98 | 0.98 | $ 490 | 0.00 | $ 150 | $ 480.20 |
| 03/01/18 | Sproul, Christopher | Prepare for questioning of Michele Duggan at deposition. | 1.33 | 1.33 | $ 490 | 0.00 | $ 150 | $ 651.70 |
| 03/01/18 | Sproul, Christopher | Attend and conduct deposition of Michele Duggan. | 8.12 | 8.12 | $ 490 | 0.00 | $ 150 | $ 3,978.80 |
| 03/02/18 | Sproul, Christopher | Email message to co-counsel concerning legal research item for depositions, conflict with Manson Bolves over deposition conduct. | 0.11 | 0.11 | $ 490 | 0.00 | $ 150 | $ 53.90 |
| 03/02/18 | Sproul, Christopher | Meeting with Fred Evenson to discuss preparation for additional depositions of St. Petersburg witnesses. | 0.65 | 0.65 | $ 490 | 0.00 | $ 150 | $ 318.50 |
| 03/02/18 | Sproul, Christopher | Draft outline for further discovery plan and for development of expert testimony needs to discuss with Tom Christ, topics to address in expert report on remedy and affirmative defense topics. | 6.87 | 6.87 | $ 490 | 0.00 | $ 150 | $ 3,366.30 |
| 03/06/18 | Sproul, Christopher | Call with Fred Evenson, Kaki Schmidt, Molly Coyne, and Ben Pierce to discuss results of today's Longley deposition, evaluation of evidentiary value of testimony, consideration of additional questions to pose to Mr. Longley during resumed deposition and preparation for questioning of St. Petersburg witnesses at additional depositions. | 0.87 | 0.87 | $ 490 | 0.00 | $ 150 | $ 426.30 |
| 03/07/18 | Sproul, Christopher | Call with Fred Evenson to discuss further preparation for depositions of St. Petersburg witnesses, further factual investigation for development of additional evidence for liability and remedy, including proof of connection of sewage spills to Waters of the United States. | 0.62 | 0.62 | $ 490 | 0.00 | $ 150 | $ 303.80 |
| 03/08/18 | Sproul, Christopher | Review and respond to Fred Evenson, Kaki Schmidt, Justin Blum, and Molly Coyne e-mail messages concerning further factual investigation for development of additional evidence relevant to liability and remedy. | 0.73 | 0.73 | $ 490 | 0.00 | $ 150 | $ 357.70 |
| 03/09/18 | Sproul, Christopher | Call with Fred Evenson to discuss legal question concerning claims. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 03/12/18 | Sproul, Christopher | Call with Fred Evenson, Justin Bloom, Kaki Schmidt, Ben Pierce, Molly Coyne, Heather Kryczka re deposition scheduling and revising list of deponents, filing additional information gathered from depositions with the court, research on biosolids, sampling, and disposal of wastewater to deep wells, documents to request from opposing counsel, response to interrogatories and requests for production. | 0.88 | 0.88 | $ 490 | 0.00 | $ 150 | $ 428.75 |

Case 8:16-cv-03319-AEP Document 211-2 Filed 04/03/19 Page 53 of 98 PageID 4648
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 03/13/18 | Sproul, Christopher | Call with Fred Evenson to discuss further development of deposition plan, when lines of inquiry to pursue in deposition, review of documents to aid development of deposition questioning. | 1.12 | 1.12 | $ 490 | 0.00 | $ 150 | $ 548.80 |
| 03/15/18 | Sproul, Christopher | Review technical documents for evaluation of evidence concerning likelihood of recurrence of SSOs and remedies needed. | 0.42 | 0.42 | $ 490 | 0.00 | $ 150 | $ 205.80 |
| 03/15/18 | Sproul, Christopher | Review and revise Molly Coyne draft response to St. Petersburg's interrogatories. | 2.20 | 2.20 | $ 490 | 0.00 | $ 150 | $ 1,078.00 |
| 03/16/18 | Sproul, Christopher | Review Kaki Schmidt draft letter to St. Petersburg counsel on various case management and discovery related matters and provide comments. | 0.21 | 0.21 | $ 490 | 0.00 | $ 150 | $ 102.90 |
| 03/16/18 | Sproul, Christopher | Call with Fred Evenson and for part of call Kaki Schmidt to discuss potential further written discovery to propound, depositions/deponents to target, further communication with Brian Bolves about potential case stipulations related to summary judgment issues, response to St. Petersburg's interrogatories. | 0.58 | 0.58 | $ 490 | 0.00 | $ 150 | $ 284.20 |
| 03/18/18 | Sproul, Christopher | Review and respond to co-counsel e-mail messages concerning discovery to St. Petersburg, potential settlement strategy, further factual investigation for development of evidence. | 0.51 | 0.51 | $ 490 | 0.00 | $ 150 | $ 249.90 |
| 03/22/18 | Sproul, Christopher | Additional call with Fred Evenson to discuss response to St. Petersburg's response to request for production of documents. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 03/22/18 | Sproul, Christopher | Email to co-counsel concerning further meet and confer discussion with St. Petersburg on privilege log matter, review of documents that are responsive to St. Petersburg's request for production of documents to determine whether any of them should be withheld and placed on privilege log. | 0.54 | 0.54 | $ 490 | 0.00 | $ 150 | $ 264.60 |
| 03/22/18 | Sproul, Christopher | Draft Plaintiffs' response to St. Petersburg's request for production of documents. | 0.56 | 0.56 | $ 490 | 0.00 | $ 150 | $ 274.40 |
| 03/22/18 | Sproul, Christopher | Call with Molly Coyne re drafting our responses to St. Petersburg's requests for production of documents, identification of documents to produce, creating privilege log or stipulation on privileged documents. | 0.82 | 0.82 | $ 490 | 0.00 | $ 150 | $ 401.80 |

Exhibit 1 - Page 32

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 33

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 03/22/18 | Sproul, Christopher | Call with Kaki Schmidt and for part of the call Fred Evenson (31 min.) to discuss Plaintiffs' responses to St. Petersburg's interrogatories and request for production of documents, meeting and conferring further with St. Petersburg to try to agree on spills reaching waters of the United States for purposes of cross motion for summary judgment, supplemental filing with Court concerning new evidence related to summary judgment motions. | 1.25 | 1.25 | $ 490 | 0.00 | $ 150 | $ 612.50 |
| 04/02/18 | Sproul, Christopher | Call with Fred Evenson to discuss additional approach to settlement strategy. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 04/02/18 | Sproul, Christopher | Call with Fred Evenson to discuss additional settlement strategy approach. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 04/02/18 | Sproul, Christopher | Call with Annie Beaman to discuss additional approach to settlement strategy. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 04/02/18 | Sproul, Christopher | Review Kaki Schmidt revised draft response to St. Petersburg's interrogatories and further edit. | 0.29 | 0.29 | $ 490 | 0.00 | $ 150 | $ 142.10 |
| 04/02/18 | Sproul, Christopher | E-mail message to clients and co-counsel concerning our response to St. Petersburg's request for production of documents and potential assertions of attorney work product. | 0.31 | 0.31 | $ 490 | 0.00 | $ 150 | $ 151.90 |
| 04/02/18 | Sproul, Christopher | Review and respond to co-counsel email messages concerning development of additional evidence, and discovery responses. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 04/03/18 | Sproul, Christopher | E-mail message to Kaki Schmidt concerning our response to St. Petersburg request for production of documents. | 0.07 | 0.07 | $ 490 | 0.00 | $ 150 | $ 34.30 |
| 04/03/18 | Sproul, Christopher | Review and respond to co-counsel email messages concerning discovery responses and case management matters, Further development of evidence to show that Florida Department of Environmental Protection consent order will not eliminate sewage spills/to counter mootness arguments. | 0.47 | 0.47 | $ 490 | 0.00 | $ 150 | $ 230.30 |
| 04/03/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss responses to St. Petersburg interrogatories and request for production of documents, approach to development of economic benefit and inability to pay arguments and potential additional expert witnesses, further development of settlement strategy. | 0.85 | 0.85 | $ 490 | 0.00 | $ 150 | $ 416.50 |
| 04/03/18 | Sproul, Christopher | Call with Fred Evenson and Kaki Schmidt to discuss response to Brian Bohles latest communications concerning joint motion to change case schedule, potential stipulation concerning facts related to spills to waters of the United States, further development of evidence concerning the same. | 0.92 | 0.92 | $ 490 | 0.00 | $ 150 | $ 450.80 |

Exhibit 1 - Page 34

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 04/04/18 | Sproul, Christopher | Call with Fred Evenson and Kaki Schmidt to discuss approach to development of showing on St. Petersburg ability to pay for injunctive relief and civil penalties, potential need for additional expert witnesses, assessment of litigation risks for advice to clients, additional field sampling for further development of evidence of environmental harm from St. Petersburg violations. | 1.50 | 1.50 | $ 490 | 0.00 | $ 150 | $ 735.00 |
| 04/05/18 | Sproul, Christopher | Review and respond to Kaki Schmidt e-mail message concerning for the directions to clients concerning search for documents responsive to St. Petersburg request for production of documents. | 0.09 | 0.09 | $ 490 | 0.00 | $ 150 | $ 44.10 |
| 04/05/18 | Sproul, Christopher | Review and respond to Kaki Schmidt email message concerning additional response to St. Pete's request for production of documents. | 0.34 | 0.34 | $ 490 | 0.00 | $ 150 | $ 166.60 |
| 04/05/18 | Sproul, Christopher | Call with Fred Evenson, Kaki Schmidt, and for part of the call Justin Bloom to discuss City Council meeting today and development of settlement position/written settlement communication to St. Petersburg in light of invitation for such communication. | 0.60 | 0.60 | $ 490 | 0.00 | $ 150 | $ 294.00 |
| 04/06/18 | Sproul, Christopher | Draft proposed consent decree to offer as settlement to St. Petersburg. | 0.26 | 0.26 | $ 490 | 0.00 | $ 150 | $ 127.40 |
| 04/06/18 | Sproul, Christopher | Draft additional section of plaintiffs' response to St. Petersburg request for production of documents, request number nine. | 0.52 | 0.52 | $ 490 | 0.00 | $ 150 | $ 254.80 |
| 04/06/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss response to St. Petersburg Request for Production of Request No. 9, response to settlement communication outreach offer from St. Pete City Council, Tom Christ expert report subject matters and content. | 0.75 | 0.75 | $ 490 | 0.00 | $ 150 | $ 367.50 |
| 04/06/18 | Sproul, Christopher | Draft settlement offer letter to St. Petersburg. | 1.18 | 1.18 | $ 490 | 0.00 | $ 150 | $ 578.20 |
| 04/09/18 | Sproul, Christopher | Review and respond to co-counsel messages concerning revisions to additional letter to St. Petersburg concerning settlement. | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 04/11/18 | Sproul, Christopher | Review and respond to Justin Bloom and Kaki Schmidt e-mail messages concerning response to St. Petersburg's interrogatories. | 0.09 | 0.09 | $ 490 | 0.00 | $ 150 | $ 44.10 |
| 04/11/18 | Sproul, Christopher | Call with Molly Coyne re legal research issue [subject matter redacted] pertinent to settlement strategy. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 04/11/18 | Sproul, Christopher | Call with Molly Coyne re proposed consent decree and settlement proposal. | 0.18 | 0.18 | $ 490 | 0.00 | $ 150 | $ 88.20 |
| 04/11/18 | Sproul, Christopher | Call with Nate Berman and Fred Evenson to discuss Brown & Caldwell response to subpoena. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 04/11/18 | Sproul, Christopher | Discuss with Fred Evenson settlement strategy, expert testimony needs and potential further field investigation, sampling effort. | 0.75 | 0.75 | $ 490 | 0.00 | $ 150 | $ 367.50 |
| 04/13/18 | Sproul, Christopher | Email messages to and from potential sewage engineer expert witness | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 04/13/18 | Sproul, Christopher | Discuss with Fred Evenson, Justin Bloom, and Annie Beaman potential additional settlement communication to St. Pete concerning inadequate storm water pollution prevention plans and sewage contamination of MS4 discharge, expert witness needs and development of expert testimony, who to retain. | 0.75 | 0.75 | $ 490 | 0.00 | $ 150 | $ 367.50 |
| 04/13/18 | Sproul, Christopher | Discuss with Fred Evenson, Annie Beaman collection of additional sampling data to support ecological harm from St. Pete violations. | 0.83 | 0.83 | $ 490 | 0.00 | $ 150 | $ 406.70 |
| 04/13/18 | Sproul, Christopher | Field tour with consulting expert, Fred Evenson, and Annie Beaman on biological impacts of St. Petersburg violations. | 3.50 | 3.50 | $ 490 | 0.00 | $ 150 | $ 1,715.00 |
| 04/16/18 | Sproul, Christopher | Second call with Kaki Schmidt to discuss inadequacies of St. Petersburg's discovery responses, preparing for meeting confer and potential motion to compel St. Petersburg discovery responses (12 min.); proposed settlement terms to develop for further St. Petersburg settlement offer. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 04/16/18 | Sproul, Christopher | Call with Kaki Schmidt and (for part of call) Justin Bloom to discuss proposed settlement terms to develop for further St. Petersburg settlement offer. | 0.52 | 0.52 | $ 490 | 0.00 | $ 150 | $ 254.80 |
| 04/17/18 | Sproul, Christopher | Review and respond to co-counsel e-mail messages about additional meeting confer with St. Petersburg over discovery disputes, further communications with St. Petersburg over settlement. | 0.27 | 0.27 | $ 490 | 0.00 | $ 150 | $ 132.30 |
| 04/17/18 | Sproul, Christopher | Calls with Molly Coyne re Brown and Caldwell discovery dispute, potential new discovery to St. Petersburg, financial information needed for expert report. | 0.35 | 0.35 | $ 490 | 0.00 | $ 150 | $ 171.50 |
| 04/17/18 | Sproul, Christopher | Call with Fred Evenson re handling discovery disputes, meet and confer, draft responses to St. Petersburg's requests for production | 0.80 | 0.80 | $ 490 | 0.00 | $ 150 | $ 392.00 |
| 04/18/18 | Sproul, Christopher | Additional legal research on question related to settlement strategy. | 0.09 | 0.09 | $ 490 | 0.00 | $ 150 | $ 44.10 |
| 04/18/18 | Sproul, Christopher | Call with Justin Bloom, and Heather Kryczka to discuss potential supplemental environmental project costs and funding for negotiations with St. Petersburg. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 04/23/18 | Sproul, Christopher | E-mail message to co-counsel concerning particular remedial measure strategy to further discuss with expert Tom Christ. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |

Exhibit 1 - Page 35

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 04/27/18 | Sproul, Christopher | Review and respond to Kaki Schmidt and Fred Evenson email messages concerning deposition strategy and responding to St. Pete counsel on deposition meet and confer matters, deposing Mayor. | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | $ 137.20 |
| 04/29/18 | Sproul, Christopher | Review and respond to Kaki Schmidt and Molly Coyne email messages concerning St. Petersburg additional discovery productions and review of deposition transcripts for evidence development, supplemental witness list, further development of settlement proposal to St. Pete. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 05/01/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss expert task and expert discovery. | 0.25 | 0.25 | $ 490 | 0.00 | $ 150 | $ 122.50 |
| 05/02/18 | Sproul, Christopher | Call with Molly Coyne re drafting opposition to motion for protective order re deposing mayor Kriseman, research into other cities with consent orders and pervasive sewage spill problems | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 05/02/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss development of arguments for civil penalty assessment for St. Petersburg Clean Water Act violations and development of potential settlement position on supplemental environmental project and compliance monitoring provisions. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 05/03/18 | Sproul, Christopher | Call with Kaki Schmidt, Molly Coyne, Ben Pierce, Justin Bloom, Fred Evenson, Annie Beaman re- staffing for potential alternative claims, new discovery requests and subpoenas, witness outreach, preparation for depositions, further factual investigation for evidence development. | 3.13 | 3.13 | $ 490 | 0.00 | $ 150 | $ 1,533.70 |
| 05/03/18 | Sproul, Christopher | Work on assessment of civil penalty for case argument, development of settlement proposal. | 1.75 | 1.75 | $ 490 | 0.00 | $ 150 | $ 857.50 |
| 05/04/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss development of evidence for exfiltration related claims and evidence of adverse environmental impact from SSOs, potential settlement strategy. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 05/04/18 | Sproul, Christopher | Work on assessment of civil penalty for case argument, development of settlement proposal. | 0.86 | 0.86 | $ 490 | 0.00 | $ 150 | $ 421.40 |
| 05/11/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss retention of environmental impact expert. | 0.37 | 0.37 | $ 490 | 0.00 | $ 150 | $ 181.30 |
| 05/15/18 | Sproul, Christopher | E-mail message to Kaki Schmidt with further analysis of civil penalty liability for potential settlement negotiation. | 0.39 | 0.39 | $ 490 | 0.00 | $ 150 | $ 191.10 |
| 05/15/18 | Sproul, Christopher | Call with Fred Evenson to discuss supplemental interrogatory response to St. Petersburg, review of latest document production from St. Petersburg and new evidence of additional SSO discharge violations, and potential motion for preliminary injunction for St. Petersburg sewage discharge warnings. | 0.72 | 0.72 | $ 490 | 0.00 | $ 150 | $ 352.80 |

Exhibit 1 - Page 36

Case 8:16-cv-03319-AEP Document 211-2 Filed 04/03/19 Page 58 of 98 PageID 4653
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 05/15/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss expert reports to St. Petesburg, development of settlement offer, supplemental interrogatory response to St. Petersburg, review of latest document production from St. Petersburg and new evidence of additional SSO discharge violations, and potential motion for preliminary injunction for St. Petersburg sewage discharge warnings. | 0.75 | 0.75 | $ 490 | 0.00 | $ 150 | $ 367.50 |
| 05/30/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss objections to St. Petersburg notices of deposition of plaintiffs' witnesses and accompanying document requests. | 0.65 | 0.65 | $ 490 | 0.00 | $ 150 | $ 318.50 |
| 06/03/18 | Sproul, Christopher | E-mail message to co-counsel and clients concerning attorney fees and costs recovery position for settlement proposal to St. Petersburg. | 0.34 | 0.34 | $ 490 | 0.00 | $ 150 | $ 166.60 |
| 06/03/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss content of settlement offer letter to St. Petersburg. | 0.58 | 0.58 | $ 490 | 0.00 | $ 150 | $ 284.20 |
| 06/06/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss revisions to settlement offer letter to St. Pete. | 0.37 | 0.37 | $ 490 | 0.00 | $ 150 | $ 181.30 |
| 06/06/18 | Sproul, Christopher | Review and revise Kaki Schmidt draft settlement offer letter to St. Petersburg. | 1.49 | 1.49 | $ 490 | 0.00 | $ 150 | $ 730.10 |
| 06/14/18 | Sproul, Christopher | Call Schmidt/Sproul regarding settlement letter, strategies, and civil penalty calculation. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 06/17/18 | Sproul, Christopher | Calls with Kaki Schmidt to discuss preparation for status conference with Judge Whittemore, potential additional dispositive motions and trial strategy. | 0.83 | 0.83 | $ 490 | 0.00 | $ 150 | $ 406.70 |
| 06/19/18 | Sproul, Christopher | Call with Kaki Schmidt and Justin Bloom to discuss status conference hearing before Judge Whittemore and approach to further settlement negotiation with St. Pete in light of hearing. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 06/21/18 | Sproul, Christopher | Call with Justin Bloom and Kaki Schmidt to discuss further development of Plaintiffs' settlement positions in light of settlement negotiation discussions with St. Petersburg. | 1.40 | 1.40 | $ 490 | 0.00 | $ 150 | $ 686.00 |
| 06/23/18 | Sproul, Christopher | Review and respond to Kaki Schmidt e-mail message concerning lateral rehabilitation component of settlement. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 06/24/18 | Sproul, Christopher | Review and respond to Kaki Schmidt email message concerning private lateral program demand and relate information. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 06/25/18 | Sproul, Christopher | Call with clients and co-counsel to discuss settlement positions. | 2.00 | 2.00 | $ 490 | 0.00 | $ 150 | $ 980.00 |
| 06/27/18 | Sproul, Christopher | Call with co-counsel to discuss settlement negotiation positions. | 0.90 | 0.90 | $ 490 | 0.00 | $ 150 | $ 441.00 |
| 06/27/18 | Sproul, Christopher | Second call with clients and co-counsel to discuss settlement negotiation. | 0.87 | 0.87 | $ 490 | 0.00 | $ 150 | $ 426.30 |

Exhibit 1 - Page 37

Case 8:16-cv-03319-AEP   Document 211-2   Filed 04/03/19   Page 59 of 98 PageID 4654
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 38

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 06/30/18 | Sproul, Christopher | Call with Kaki Schmidt and for part of call Fred Evenson to discuss settlement negotiation strategy, case management approach, and further discovery, potential stipulation for partial injunctive relief, and motion for preliminary injunction should stipulation not prove obtainable. | 1.53 | 1.53 | $ 490 | 0.00 | $ 150 | $ 749.70 |
| 06/30/18 | Sproul, Christopher | E-mail message to Kaki Schmidt and Fred Evenson concerning settlement strategy. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 07/03/18 | Sproul, Christopher | Call with Kaki Schmidt, Fred Evenson, Justin Bloom, and Annie Beaman to discuss settlement negotiation and agreement to settlement terms. | 0.48 | 0.48 | $ 490 | 0.00 | $ 150 | $ 235.20 |
| 07/05/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss request for DOJ and EPA review of proposed settlement agreement and request for judicial approval of settlement agreement. | 0.17 | 0.17 | $ 490 | 0.00 | $ 150 | $ 83.30 |
| 07/08/18 | Sproul, Christopher | E-mail message to co-counsel concerning letters to DOJ and to court concerning settlement agreement. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 07/10/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss settlement agreement issue. | 0.15 | 0.15 | $ 490 | 0.00 | $ 150 | $ 73.50 |
| 07/11/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss settlement negotiation terms, planning schedule, Court's order dismissing the case without prejudice | 0.22 | 0.22 | $ 490 | 0.00 | $ 150 | $ 107.80 |
| 07/17/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss settlement negotiation positions. | 0.37 | 0.37 | $ 490 | 0.00 | $ 150 | $ 181.30 |
| 07/24/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss costs documentation issue for settlement negotiation. | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | $ 137.20 |
| 07/24/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss settlement negotiation, response to St. Pete's decision not to agree to pay attorneys fees as part of settlement. | 0.73 | 0.73 | $ 490 | 0.00 | $ 150 | $ 357.70 |
| 07/24/18 | Sproul, Christopher | Review case law on attorneys fees recovery in 11th Circuit, email to clients and co-counsel with advice on attorneys fee recovery position for settlement. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 07/25/18 | Sproul, Christopher | Call with kaki Schmidt to discuss settlement negotiation. | 0.12 | 0.12 | $ 490 | 0.00 | $ 150 | $ 58.80 |
| 07/26/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss revisions to settlement agreement. | 0.28 | 0.28 | $ 490 | 0.00 | $ 150 | $ 137.20 |
| 07/30/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss further revisions to the stipulated order of dismissal. | 0.45 | 0.45 | $ 490 | 0.00 | $ 150 | $ 220.50 |
| 08/14/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss arguments to develop for attorneys fees motion, review of time records for billing judgment, legal research needs for fees motion, meeting and conferring with St. Pete on fees motion process. | 0.42 | 0.42 | $ 490 | 0.00 | $ 150 | $ 205.80 |
| 08/15/18 | Sproul, Christopher | Review and revise Kaki Schmidt draft joint motion for setting procedures for attorneys fees and costs motion. | 0.27 | 0.27 | $ 490 | 0.00 | $ 150 | $ 132.30 |

Case 8:16-cv-03319-AEP Suncoast Waterkeeper et al. v. City of St. Petersburg Document 211-2 Filed 04/03/19 Page 60 of 98 PageID 4655

Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 285.19 | 278.73 | | 6.46 | | $ 137,545.23 |
| 08/19/18 | Sproul, Christopher | Review and revise Kaki Schmidt revised motion to reopen case and for revise key scheduling order. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |
| 08/30/18 | Sproul, Christopher | Review and respond to Kaki Schmidt and Molly Coyne email messages concerning legal research on retention of jurisdiction over stipulated order. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 09/04/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss Judge Sansone's advice on securing Judge Whittemore approval for settlement agreement, motion to file with Judge Whittemore. | 0.13 | 0.13 | $ 490 | 0.00 | $ 150 | $ 63.70 |
| 10/25/18 | Sproul, Christopher | Review and revise Kaki Schmidt draft letter to St. Petersburg on meeting and conferring on attorneys fees and costs. | 0.52 | 0.52 | $ 490 | 0.00 | $ 150 | $ 255.78 |
| 10/30/18 | Sproul, Christopher | Call with Kaki Schmidt and F. Evenson regarding fee petition, Plaintiffs' response to SEP proposal from TBEP and suggested revisions to time allocation on projects, timing of getting the letter to DOJ before requested deadline so as to avoid delay in their approval and ultimate entry of the settlement by the Court. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 11/02/18 | Sproul, Christopher | Call with Kaki Schmidt regarding 2016 billing rates for Coyne reflected in fee demand; discussion of approach with DOJ review of citizen suit settlement regarding TBEP as SEP recipient; discussion of strategy for motion to enter depending on DOJ comments. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 11/27/18 | Sproul, Christopher | Review and comment on Kaki Schmidt draft motion to enter settlement agreement. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 12/05/18 | Sproul, Christopher | Call with Kaki Schmidt to discuss preparation for hearing on motion to enter consent order/settlement agreement. | 0.33 | 0.33 | $ 490 | 0.00 | $ 150 | $ 161.70 |

Exhibit 1 - Page 39

Exhibit 2

to the

Declaration of Christopher Sproul

In Support of

Plaintiffs' Motion for Attorneys'
Fees and Costs

Suncoast Waterkeeper et al. v. City of St.
Petersburg Case No. 8:16-cv-03319-JDW-AEP

CHRISTOPHER A SPROUL  |  Account #█████████████  |  January 26 - February 25, 2018

# Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 02/22 | 02/22 | BA ELECTRONIC PAYMENT | 7924 | 9149 | −1,192.99 | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | −$1,192.99 |
| | | **Purchases and Adjustments** | | | | |
| 02/02 | 02/02 | DLX FOR SMALLBUSINESS    800-865-1913 MN | 3836 | 9149 | 114.99 | |
| 02/02 | 02/03 | DLX FOR SMALLBUSINESS    800-865-1913 MN | 1630 | 9149 | 114.99 | |
| 02/03 | 02/05 | REI*PAYMENT CENTER      800-227-9597 OH | 5084 | 9149 | 288.00 | |
| 02/05 | 02/06 | PACER800-676-6856IR      800-676-6856 TX | 0298 | 9149 | 176.10 | |
| 02/10 | 02/12 | US DISTRICT COURT NDCA   415-522-2049 CA | 3703 | 9149 | 400.00 | |
| 02/15 | 02/16 | LEX*LEXIS NEXIS        800-897-3183 OH | 7307 | 9149 | 175.00 | |
| 02/17 | 02/19 | ONE LEGAL LLC          415-491-0606 CA | 8763 | 9149 | 90.00 | |
| 02/20 | 02/22 | UNITED    0167082139938800-932-2732 TX COYNE/MOLLY  03/04 SFO/TPA RNDTRP IAD/SFO | 0616 | 9149 | 535.30 | |
| 02/21 | 02/22 | ONE LEGAL LLC          415-491-0606 CA | 1387 | 9149 | 30.00 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | $1,924.38 |
| | | **Interest Charged** | | | | |
| 02/25 | 02/25 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 02/25 | 02/25 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 02/25 | 02/25 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 02/25 | 02/25 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | $0.00 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2018 | $0.00 |
| Total interest charged in 2018 | $0.00 |

# Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 11.15%V | | | | $      0.00 | $      0.00 |
| Balance Transfers | 11.15%V | | | | $      0.00 | $      0.00 |
| Direct Deposit and Check Cash Advances | 21.24%V | | | | $      0.00 | $      0.00 |
| Bank Cash Advances | 26.24%V | | | | $      0.00 | $      0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

 **Gmail**                                                              **Chris Sproul <chris.sproul@gmail.com>**

---

### Your ride with Ashton on February 26
1 message

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>                        Tue, Feb 27, 2018 at 9:24 AM
To: chris.sproul@gmail.com

---





## Thanks for riding with Ashton!

### February 26, 2018 at 8:40 AM

---

### How was your route?

We want your feedback! Based on efficiency and directness, how
would you rate your route?

**Bad**                      **Okay**                      **Good**

---

### Ride Details

| | |
|---|---|
| Line fare (18.71mi, 43m 16s) | $37.21 |
| Lyft Line Discount | -$14.81 |

---

| | |
|---|---|
| **VISA** Visa *3891 | **$22.40** |



● Pickup       8:40 AM
5167 Anza St, San Francisco, CA

● Dropoff      9:24 AM
302 Domestic Terminals Departures Level, San Francisco, CA



# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

Get Business Profile



| |
|---|
| ☆ Add driver as favorite |
| ⊕ Tip driver |
| ⚲ Find lost item |
| ⊘ Request review |

Pricing FAQ · Help Center
Receipt #1105347930590331300

# Past Flight

**Feb 26 - Mar 2**

## San Francisco, CA *to* Tampa, FL

### Confirmation # OL8DP8

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **CHRISTOPHER SPROUL**<br>RR 1058707860 | **+ 4,221**PTS | $651.00 |

## Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **SFO** *to* **TPA** | 2/26/2018 | *Wanna Get Away* | $308.84 |
| **TPA** *to* **SFO** | 3/02/2018 | *Wanna Get Away* | $253.95 |
| | | *Gov't taxes and fees* | $88.21 |

**Total** **$651.00**

Total points earned + 4,221PTS

 **Gmail**                    **Chris Sproul <chris.sproul@gmail.com>**

## Your ride with Aziz on March 2

1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>                    Sat, Mar 3, 2018 at 7:32 PM
To: chris.sproul@gmail.com





## Thanks for riding with Aziz!

March 2, 2018 at 6:50 PM

### How was your route?

We want your feedback! Based on efficiency and directness, how would you rate your route?

**Bad**                    **Okay**                    **Good**

### Ride Details

| | |
|---|---|
| Line fare (18.72mi, 42m 22s) | $37.90 |
| Lyft Line Discount | -$18.10 |
| 25% Off Lyft Line | -$3.49 |
| **VISA** Visa *3891 | **$16.31** |



● Pickup      6:50 PM
314 Domestic Terminals Departures Level, San Francisco, CA

● Dropoff     7:32 PM
5159 Anza St, San Francisco, CA



# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

Get Business Profile



| ☆ Add driver as favorite |
| ⊕ Tip driver |
| ⚲ Find lost item |
| ⦸ Request review |

Pricing FAQ · Help Center

Receipt #1106988754625292118



| 03/05/2018 | UBER TRIP JAIHY HELP.UBER.COMCA | $26.64 | -$2,286.97 |

Case 8:16-cv-03319-AEP    Document 211-2    Filed 04/03/19    Page 68 of 98 PageID 4663

| | |
|---|---|
| Transaction date: | 03/04/2018 |
| Card type: | Visa |
| Transaction type: | Purchases |
| Merchant description: | TAXICABS AND LIMOUSINES |
| Merchant information: | HELP.UBER.COM, CA |
| Reference number: | 6635 |
| Merchant Name: [?] | UBER  Edit |
| Transaction Category: [?] | Transportation: Public Transportation  Edit |

Dispute this transaction

| | 03/06/2018 | UNITED 0162605196139800-932-2732 TX | | $25.00 | -$2,253.93 |

Case 8:16-cv-03319-AEP    Document 211-2    Filed 04/03/19    Page 69 of 98 PageID 4664

| | |
|---|---|
| Transaction date: | 03/04/2018 |
| Card type: | Visa |
| Transaction type: | Purchases |
| Merchant description: | UNITED AIRLINES |
| Merchant information: | 800-932-2732 , TX |
| Reference number: | 1619 |
| Merchant Name: | UNITED AIRLINES   Edit |
| Transaction Category: | Travel: Travel   Edit |

Dispute this transaction



| 03/10/2018 | FEDEXOFFICE 00015313 TAMPA FL | | $178.61 | -$1,983.11 |
|---|---|---|---|---|



| | | |
|---|---|---|
| Transaction date: | 03/08/2018 | |
| Card type: | Visa | |
| Transaction type: | Purchases | |
| Merchant description: | QUICK-COPY AND REPRODUCTION SERVICES | |
| Merchant information: | TAMPA , FL | |
| Reference number: | 6443 | |
| Merchant Name: [?] | FEDEX  Edit | |
| Transaction Category: [?] | Shopping & Entertainment: Hobbies  Edit | |

Dispute this transaction

Case 8:16-cv-03319-AEP    Document 211-2    Filed 04/03/19    Page 70 of 98 PageID 4665

Case 8:16-cv-03319-AEP    Document 211-2    Filed 04/03/19    Page 71 of 98 PageID 4666

03/12/2018    UNITED 0163605557074800-932-2732 TX    $25.00    -$1,911.98

| | |
|---|---|
| Transaction date: | 03/10/2018 |
| Card type: | Visa |
| Transaction type: | Purchases |
| Merchant description: | UNITED AIRLINES |
| Merchant information: | 800-932-2732 , TX |
| Reference number: | 7952 |
| Merchant Name: [?] | UNITED AIRLINES    Edit |
| Transaction Category: [?] | Travel: Travel    Edit |

Dispute this transaction



03/12/2018  TAXI-PASS.COM NEW YORK NY                                    $61.02        -$1,850.96

| | |
|---|---|
| Transaction date: | 03/11/2018 |
| Card type: | Visa |
| Transaction type: | Purchases |
| Merchant description: | TAXICABS AND LIMOUSINES |
| Merchant information: | NEW YORK , NY |
| Reference number: | 6514 |
| Merchant Name: [?] | TAXI-PASS.COM  Edit |
| Transaction Category: [?] | Transportation: Public Transportation  Edit |

Dispute this transaction

# Past Flight

**Apr 10 - 14**

## San Francisco, CA *to* Tampa, FL
**Confirmation # MLA7KA**

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **CHRISTOPHER SPROUL**<br>RR 1058707860 | **+ 3,111**PTS | $492.00 |

## Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **SFO** *to* **TPA** | 4/10/2018 | *Wanna Get Away* | $158.14 |
| **TPA** *to* **SFO** | 4/14/2018 | *Wanna Get Away* | $256.74 |
| | | *Gov't taxes and fees* | $77.12 |

**Total** **$492.00**

Total points earned + 3,111PTS

 **Gmail**                                         **Amy Mar <amytmar@gmail.com>**

---

## Fwd: Thanks for tipping! We've updated your Tuesday morning trip receipt
1 message

---

**Chris Sproul** <chris.sproul@gmail.com>                    Fri, May 4, 2018 at 11:17 AM
To: Amy Mar3 <amy@enviroadvocates.com>

Updated receipt for April 10 ride to the airport for Trip to Florida for St. Petersburg and Gulfport cases.

-------- Forwarded Message --------
**Subject:** Thanks for tipping! We've updated your Tuesday morning trip receipt
**Date:** Mon, 16 Apr 2018 16:47:21 +0000 (UTC)
**From:** Uber Receipts <uber.us@uber.com>
**To:** chris.sproul@gmail.com



Updated receipt (Tip Added)





# $34.27

Thanks for tipping, Chris
April 10, 2018 | POOL



YOU ARRIVED BY 10:09am.

09:20am | 5141 Anza St, San Francisco, CA

09:55am | 308 Domestic Terminals Departures Level, San Francisco, CA



You rode with Million

| 14.99 miles | 00:34:38 Trip time | POOL Car |



**ADD A TIP**

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.



You saved $16.00 by riding uberPOOL

share your savings

Your Fare

| Trip fare | $28.80 |
|---|---|
| Subtotal | $28.80 |

CHARGED
VISA Personal •••• 3891

$28.80

Tip                                                        $5.47

CHARGED
 Personal •••• 3891                    $5.47

Transportation Network Company: Rasier-CA, LLC.



Earn 4% back on dining, 3% back on hotel & airfare, 2% back on online purchases, and more with the Uber Visa Card.
Learn more

Need help?
Tap Help in your app to contact us with questions about your trip.
Leave something behind? Track it down.
Read about our zero tolerance policy.
Report a zero tolerance complaint by visiting help.uber.com.

 **Gmail**                                                    **Amy Mar <amytmar@gmail.com>**

## Fwd: Your ride with Dilip on April 14

1 message

**Chris Sproul** <chris.sproul@gmail.com>                        Mon, Apr 16, 2018 at 9:50 PM
To: Amy Mar <amy@squishypumpkin.com>

Receipt for return trip from the airport for St. Petersburg trip
Sent from my iPhone

Begin forwarded message:

> **From:** Lyft Ride Receipt <no-reply@lyftmail.com>
> **Date:** April 15, 2018 at 3:54:59 PM PDT
> **To:** chris.sproul@gmail.com
> **Subject: Your ride with Dilip on April 14**



---



## Thanks for riding with Dilip!

April 14, 2018 at 3:11 PM

---

### How was your route?

We want your feedback! Based on efficiency and directness, how
would you rate your route?

Bad                    Okay                    Good

---

### Ride Details

Line fare (17.61mi, 42m 45s)                    $36.75

| Lyft Line Discount | -$15.15 |
| --- | --- |

|  Visa *3891 | **$21.60** |
| --- | --- |



● Pickup       3:11 PM
308 Domestic Terminals Departures Level, San Francisco, CA

● Dropoff      3:54 PM
5161 Anza St, San Francisco, CA

# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

Get Business Profile

| ☆ Add driver as favorite |
| --- |
| ⊕ Tip driver |
| ⚲ Find lost item |

Vincent M. Lucente & Associates, Inc.
Phone: 1-800-282-8275 Fax: (941) 748-5800
Email: Vinny@vincentlucente.com
PO Box 1121
Bradenton, FL 34206

05/24/2018

SALE                                                    Total:     $5,632.50

Visa                  xxxxxxxxxxxx3891
Exp. Date:            xx / xx
Name:                 Ecology Law Center

Auth. Code:           00244D              QuickBooks Trans. No:
Trans. ID:            PK0158526029        Merchant No.:        4269283000135354

Thank you for your business

CUSTOMER COPY

Account number: ███████████  ■  November 30, 2016 - December 28, 2016  ■  Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | 2091 | Check | | 18.00 | 13,287.83 |
| 12/8 | 2088 | Check | | 1,491.75 | 11,796.08 |
| 12/9 | 2092 | Check | | 969.96 | 10,826.12 |
| 12/20 | | ATM Check Deposit on 12/20 Tahoe City (Safeway) Tahoe CA 0007649 ATM ID 8464F Card 4419 | 22,962.64 | | 33,788.76 |
| 12/23 | | Bk of Amer VI/Mc Online Pmt 161223 Ckf624269326POS Sproul,Christopher | | 967.30 | 32,821.46 |
| 12/28 | 2094 | Check | | 518.65 | 32,302.81 |
| **Ending balance on 12/28** | | | | | **32,302.81** |
| **Totals** | | | **$22,962.64** | **$3,965.66** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2088 | 12/8 | 1,491.75 | 2092 | 12/9 | 969.96 | 2094 * | 12/28 | 518.65 |
| 2091 * | 12/1 | 18.00 | | | | | | |

*  *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/30/2016 - 12/28/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $18,448.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

```
Court Name: Florida Middle District
Division: 8
Receipt Number: TPA040489
Cashier ID: acastill
Transaction Date: 12/02/2016
Payer Name: JUSTIN BLOOM ATTN
-----------------------------------
CIVIL FILING FEE
 For: JUSTIN BLOOM ATTN
 Case/Party: D-FLM-8-16-CV-003319-001
 Amount:        $400.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1219
 Amt Tendered:  $400.00
-----------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:       $0.00


Payments by check/money order will
result in a one-time electronic
debit  from your account. Funds may
be withdrawn within 24 hours. If
there are insufficient funds, we
will impose a $53.00 fee.
```

Exhibit 3

to the

Declaration of Christopher Sproul

In Support of

Plaintiffs' Motion for Attorneys'
Fees and Costs


Suncoast Waterkeeper et al. v. City of St.
Petersburg Case No. 8:16-cv-03319-JDW-AEP

**Bibliography of Cases Brought by Christopher Sproul**

Note: set forth below is a list of reported rulings in cases in which Christopher Sproul served as lead counsel or co-lead counsel. A brief description of the rulings and an indication of whether the ruling has been cited by subsequent decisions is included.

(1)     *Ecological Rights Found. v. Fed. Emergency Mgmt. Agency*, 2017 U.S. Dist. LEXIS 1054 (N.D. Cal. January 3, 2017) (Case No. 15-cv-04068-DMR):
--The parties filed a joint discovery letter in which Defendant Federal Emergency Management Agency ("FEMA") sought clawback of three documents inadvertently produced to Plaintiff Ecological Rights Foundation in response to a Freedom of Information Act ("FOIA") request. [Docket No. 34 (Jt. Letter).] Defendant's motion was denied.

(2)     *Ecological Rights Found. v. Fed. Emergency Mgmt. Agency,* 2017 U.S. Dist. LEXIS 72356 (N.D. Cal. May 11, 2017) (Case No. 16-cv-05254-MEJ):
--Order re: Cross-Motions for Summary Judgment.

(3)     *Ecological Rights Foundation v. Fed. Emergency Mgmt. Agency*,
No. 16-05254, 2017 U.S. Dist. LEXIS 197451, 2017 WL 5972702
(N.D. Cal. Nov. 30, 2017)
--Order granting Plaintiff's motion for summary judgment in FOIA case.

(4)     *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 713 F.3d 502 (9th Cir. 2013) (Case # C 09-03704 SBA):
--Ruling in Clean Water Act ("CWA") and Resource Conservation and Recovery Act ("RCRA") case holding defendant's stormwater discharges not subject to CWA regulation

1

and release of wood preservatives from utility poles was not a solid waste subject to RCRA regulation.

--Subsequently cited by 136 reported court decisions.

(5)     *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 803 F. Supp. 2d 1056 (N.D. Cal. 2011) (Case # C 09-03704 SBA):

--Ruling in CWA case holding defendant's stormwater discharges not subject to CWA regulation.

--Subsequently cited by 4 reported court decisions.

(6)     *Rights Found. v. Pac. Gas & Elec. Co.*, 2010 U.S. Dist. LEXIS 54620 (N.D. *Ecological* Cal. May 10, 2010) (Case No.# C 09-3704 SBA):

--Ruling in CWA and RCRA case denying Defendant's motion to dismiss.

--Subsequently cited by two reported court decisions.

(7)     *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 2013 U.S. Dist. LEXIS 42179 (N.D. Cal. March 1, 2013) (Case No. C 10-0121 RS):

--Ruling in CWA and RCRA case, order granting defendant's motion for summary judgment on CWA claim.

--Subsequently cited by two reported court decisions.

(8)     *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 2015 U.S. Dist. LEXIS 15645 (N.D. Cal. January 30, 2015) (Case No. 10-cv-00121-RS):

--Ruling in CWA and RCRA case, order granting defendant's motion for summary judgment on RCRA claim.

(9)     *Ecological Rights Found. v. PG&E*, 2011 U.S. Dist. LEXIS 14140 (N.D. Cal. February 4,

2

2011) (Case No. C 10-0121 RS):

--Ruling in CWA and RCRA case denying defendant's motion to dismiss CWA claim and granting plaintiff's leave to amend dismissed RCRA claim.

(10)     *Friends of the River v. United States Army Corps of Eng'rs*, 2016 U.S. Dist. LEXIS 162149 (E.D. Cal. November 22, 2016) (Case No. 16-cv-05052-YGR):

--Ruling in FOIA case granting defendant's motion to transfer for improper venue and denying motion to dismiss.

(11)     *Humboldt Baykeeper v. Simpson Timber Co.*, 2006 U.S. Dist. LEXIS 91667 (N.D. Cal. December 8, 2006) (Case No. C 06-04188 CRB):

--Ruling in CWA citizen suit denying defendant's two motions to dismiss.
--Subsequently cited by six reported court decisions.

(12)     *In re Sierra Club, Inc.* 2017 U.S. Cir. LEXIS 26450 (1st Circuit May 8, 2013) (Case No. 12-1860):

--Ruling in Clean Water Act case, where Petitioners Sierra Club and Our Children's Earth Foundation have filed a petition for a writ of mandamus, arguing that the EPA has unreasonably delayed reissuing NPDES permits to two steam electric power plants, Mt. Tom Station in Massachusetts and Schiller Station in New Hampshire. The Court denied the petition for writ of mandamus.

(13)     *Our Children's Earth Found. v. Bay Area Air Quality Mgmt. Dist.*, 2011 Cal. Super. LEXIS 4596 (Cal. Super. Ct. Oct. 12, 2011) (Case No. CPF-11-511437):

--Ruling in Clean Air Act settlement agreement and stipulation for entry of order.

(14)     *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.*, 85 F. Supp. 3d 1074 (N.D.

3

Cal. 2015) (Case No. 14-1130 SC):

--Ruling in FOIA case granting summary judgment. The request for declaratory judgment that the agency failed to respond to the advocates' FOIA requests and internal appeals within the statutory time limits was granted.

--Subsequently cited by ten reported court decisions.

(15)    *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 2015 U.S. Dist. LEXIS 94997 (N.D. Cal July 20, 2015) (Case No. 14-4365 SC; Case No. 14-1130 SC):

--Additional ruling in FOIA case partially granting summary judgment concerning National Marine Fisheries Service FOIA violations.

--Subsequently cited by three reported court decisions.

(16)    *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 2015 U.S. Dist. LEXIS 143392 (N.D. Cal. October 21, 2015) (Case No. 14-4365 SC; Case No. 14-1130 SC; Case No. 15-2558 SC):

--Additional ruling in FOIA case resolving remaining summary judgment issues.

--Subsequently cited by one reported court decisions.

(17)    *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 2016 U.S. Dist. LEXIS 7312 (N.D. Cal. January 20, 2016) (Case No. 14-cv-01130-WHO; Case No. 14-cv-04365 WHO):

--Additional ruling in FOIA case resolving remaining summary judgment issues.

(18)    *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 2017 U.S. Dist. LEXIS 29130 (N.D. Cal. March 1, 2017) (Case No. 14-cv-01130-WHO*)*:

--Ruling in FOIA case granting plaintiffs' attorney's fees and costs.

4

(19)    *Our Children's Earth Found. v. United States EPA,* 2005 U.S. Dist. LEXIS 45796 (N.D. Cal. May 20, 2005) (No. C 04-2132 PJH):

--Order in Clean Water Act case, where the U.S. Environmental Protection Agency ("EPA")'s motion for judgment on the pleadings and the parties' various motions for summary judgment.  The court granted in part and denied in part EPA's motion for judgment on the pleadings, denied plaintiffs' motion for summary judgment, and granted defendants' and intervenors' motions for summary judgment.

--Subsequently cited by one reported court decision.

(20)    *Our Children's Earth Found. v. United States EPA,* 506 F.3d 781 (9th Cir. 2007) (Case No. 05-16214):

--Ruling in CWA citizen suit finding district court improperly dismissed certain of plaintiff's claims regarding EPA nondiscretionary CWA duties related to review of effluent guidelines.

(21)    *Our Children's Earth Found. v. United States EPA,* 2008 U.S. Dist. LEXIS 81893 (D. Haw. Oct. 15, 2008) (Civ. No. 08-00426 SOM/KSC):

--Ruling in CWA citizen suit denying motion to relate cases.

(22)    *Our Children's Earth Found. v. United States EPA,* 527 F.3d 842 (9th Cir. 2008) (Case No. 05-16214)):

--Ruling in CWA citizen suit reversing ruling *Our Children's Earth Found. v. United States EPA*, 506 F.3d 781 (9th Cir. 2007).

(23)    *Our Children's Earth Found. v. United States EPA,* 2016 U.S. Dist. LEXIS 40558 (N.D. Cal. January 21, 2016) (Case No. 13-cv-02857-JSW (KAW):

--Ruling in CWA and Administrative Procedure Act (APA) case granting plaintiff's

attorney's fees and costs (heeding plaintiffs' objections to magistrate judge's recommendations for substantially smaller award of fees and costs).

(24)  *Our Children's Earth Found. v. U.S. EPA,* 2016 U.S. Dist. LEXIS 40626 (N.D. Cal. March 25, 2016) (Case No. 13-cv-02857-JSW):

--magistrate judge recommendations for granting but substantially reducing plaintiff's attorneys fees and costs (recommendations objected to by plaintiffs generally not followed in ruling referred to above).

(25)  *Our Children's Earth v. Leland Stanford Junior Univ.,* 2015 U.S. Dist. LEXIS 176517 (N.D. Cal. December 11, 2015) (Case No. 13-cv-00402-EDL):

--Ruling in Endangered Species Act ("ESA") case denying Defendant Leland Stanford Junior University's motion for stay, granting defendant partial summary judgment, and though denying summary judgment to plaintiffs, establishing the legal liability of plaintiffs ESA section 9 claim.

(26)  *Our Children's Earth v. Leland Stanford Junior Univ.,* 2015 U.S. Dist. LEXIS 188302 (N.D. Cal. October 29, 2015) (Case No. 13-cv-00402-EDL):

--Ruling in ESA case on Motion to Compel Discovery. While the Court denied Plaintiff's motion to compel, it required that information directly relevant to the pending stay motion in the case be equally available to Plaintiffs as to Defendant.

(27)  *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 874 F.3d 1083 (9th Cir. 2017)

--Ruling reversing District Court dismissal of plaintiff's claims in Resource Conservation and Recovery Act citizen suit.

--Subsequently cited by 2 reported court decisions.

(28)  *Pacificans for a Scenic Coast v. Cal. DOT,* 204 F. Supp. 3d 1075 (N.D. Cal. 2016) (Case No. 15-cv-02090-VC):

6

--Ruling in ESA and APA case granting plaintiffs partial summary judgment.

--Subsequently cited by two reported court decisions.

(29)   *Pacificans for a Scenic Coast v. Cal. DOT,* 2016 U.S. Dist. LEXIS 55672 (N.D. Cal. April 25, 2016) (Case No. 15-cv-02090-VC):

--Ruling in ESA and APA case where the Court granted in part and denied in part motion to supplement the record.

(30)   *Pacificans For A Scenic Coast v. Cal. DOT*, No. 15-02090, 2017 U.S. Dist. LEXIS 199145 (N.D. Cal. Nov. 22, 2017)

--Ruling in ESA and APA case granting Plaintiffs motion for attorneys fees and costs.

(31)   *San Francisco Baykeeper v. W. Bay Sanitary Dist.,* 791 F. Supp. 2d 719 (N.D. Cal. 2011) (Case No. C-09-5676 EMC*)*:

--Ruling in CWA citizen suit partially granting summary judgment to plaintiff.

--Subsequently cited by 49 reported court decisions.

(32)   *San Francisco Baykeeper v. W. Bay Sanitary Dist.,* 2011 U.S. Dist. LEXIS 138093 (N.D. Cal. December 1, 2011) (Case No. C-09-5676 EMC):

--Ruling in CWA citizen suit granting plaintiff interim attorneys fees based on holding that plaintiff had established prevailing party status under 33 U.S.C. § 1365(d) after obtaining partial summary judgment establishing defendant's CWA liability.

(33)   *San Francisco Baykeeper v. West Bay Sanitary Dist.,* 2011 U.S. Dist. LEXIS 2577 (N.D. Cal. January 11, 2011) (No. C-09-5676 EMC):

--Ruling in CWA case declining to exercise supplemental jurisdiction over state law claims and resolving various case management issues.

7

(34)    *San Francisco Baykeeper v. West Bay Sanitary Dist.,* 2011 U.S. Dist. LEXIS 143789 (N.D. Cal. December 14, 2011) (Civil Case No.: C-09-05676 EMC):

--Order requiring payment of Plaintiff's interim fees and costs award in CWA case.

(35)    *Sierra Club v. City & County of Honolulu, 415 F. Supp. 2d 1119,* (D. Hawaii, 2005) (CV NO 04-00463 DAE-BMK):

--Ruling in CWA citizen suit partially granting defendant's motion to dismiss claims on res judicata grounds (note: ruling reversed in relevant part by subsequent decision) and denying motion for summary judgment on finding of disputed material facts.

(36)    *Sierra Club v. City & County of Honolulu, 486 F. Supp. 2d 1185* (D. Hawaii, April 16, 2007) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA case granting plaintiffs' motion to reconsider the court's previous denial of plaintiffs' summary judgment on their third and fourth causes of action.

(37)    *Sierra Club v. City & County of Honolulu,* 2007 U.S. Dist. LEXIS 67595 (D. Hawaii, September 11, 2007) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA citizen suit, the Court denied Defendant's City and County of Honolulu's Motion to Stay without prejudice.

(38)    *Sierra Club v. City & County of Honolulu,* 2007 U.S. Dist. LEXIS 80452 (D. Hawaii, October 30, 2007) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA citizen suit granting in part and denying in part plaintiffs' motion for partial summary judgment on plaintiffs' third, fourth and eighth claims.

(39)    *Sierra Club v. City & County of Honolulu,* 2008 U.S. Dist. LEXIS 14533 (D. Hawaii, February 26, 2008) (CV. NO. 04-00463 DAE-BMK):

8

--Ruling in CWA case reversing previous dismissal of plaintiffs' claims on res judicata grounds.

(40)   *Sierra Club v. City & County of Honolulu,* 2008 U.S. Dist. LEXIS 37896 (D. Hawaii, May 7, 2008) (CV. NO. 04-00463 DAE-BMK):
--Ruling in CWA citizen suit, where the Court denied Defendant City and County of Honolulu's Motion to Dismiss Plaintiffs' First and Second claims for Relief.
--Subsequently cited by three reported court decisions.

(41)   *Sierra Club v. City & County of Honolulu,* 2008 U.S. Dist. LEXIS 64262 (D. Hawaii, August 18, 2008) (CV. NO. 04-00463 DAE-BMK):
--Ruling in CWA case, order granting in part and denying in part without prejudice Plaintiffs' motion for partial summary judgment on Plaintiffs' first and second claims; and order denying Defendant's motion to dismiss Plaintiffs' second claim.
--Subsequently cited by three reported court decisions.

(42)   *Sierra Club v. City & County of Honolulu,* 2008 U.S. Dist. LEXIS 94061 (D. Hawaii, November 18, 2008) (CV. NO. 04-00463 DAE-BMK):
--Ruling in CWA case, denying Plaintiff's motion for permanent injunctive relief.

(43)   *Sierra Club v. City & County of Honolulu,* 2009 U.S. Dist. LEXIS 285 (D. Hawaii, January 6, 2009) (CV. NO. 04-00463 DAE-BMK):
--Ruling in in CWA case granting CCH's motion for partial reconsideration and/or revision and made the requested revisions.

(44)   *Sierra Club v. Ga. Power Co., 365 F. Supp. 2d 1283* (N.D. GA. July 12, 2003) (CIVIL ACTION NO. 3:02-CV-151-JTC):

9

--Ruling in Clean Air Act ("CAA") citizen suit denying defendant's motion to dismiss claims

(45)    *Sierra Club v. Ga. Power Co., 365 F. Supp. 2d 1287* (N.D. GA. June 10, 2004) (CIVIL ACTION NO. 3:02-CV-151-JTC):
--Ruling in CAA citizen suit granting partial summary judgment to defendant.
--Subsequently cited by three reported court decisions.

(46)    *Sierra Club v. Ga. Power Co., 365 F. Supp. 2d 1297* (D N.D. GA.  2004) (CIVIL ACTION NO. 3:02-CV-151-JTC*)*:
--Ruling in CAA citizen suit granting partial summary judgment to plaintiffs and partial summary judgment to defendant.

(47)    *Sierra Club v. Ga. Power Co.,* 2007 U.S. Dist. LEXIS 100219 (N.D. GA. January 11, 2007) (CIVIL ACTION NO. 3:02-CV-151-JTC):
--Ruling in CAA citizen suit partially granting defendant summary judgment.
--Subsequently cited by three reported court decisions.

(48)    *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.* 2007 U.S. Dist. LEXIS 81636 (E.D. Cal. Oct. 16, 2007) (Case NO. CIV. S-06-2845 LKK/JFM):
--Order in APA, ESA, and FOIA case granting in part and denying in part federal defendants to dismiss the plaintiffs' second, third, fifth, and eighth claims.
--Subsequently cited by two reported court decisions.

(49)    *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.,* 2008 U.S. Dist. LEXIS 107177 (E.D. Cal. June 20, 2008) (NO. CIV. S-06-2845 LKK/JFM):
--Ruling in FOIA case ordering Defendants to produce Vaughn declarations or indices

10

addressing the deliberative process privilege asserted for documents responsive to FOIA request.

--Subsequently cited by 15 reported court decisions.

(50)  *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.,* 2008 U.S. Dist. LEXIS 78328 (E.D. Cal. Aug. 25, 2008) (NO. CIV. S-06-2845 LKK/JFM):
--Ruling in ESA and APA case denying plaintiff's motion to compel discovery, but reminding federal defendants of their obligation to provide in the administrative record all documents directly or indirectly considered by the decisionmaker.
--Subsequently cited by three reported court decisions.

(51)  *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 2009 U.S. Dist. LEXIS 42347 (E.D. Cal. May 6, 2009) (NO. CIV. S-06-2845 LKK/JFM):
--Ruling in ESA and APA case partially granting plaintiffs' motion to compel discovery.
--Subsequently cited by one reported court decision.

(52)  *South Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 257 F.R.D. 607 (E.D. Cal. 2009) (NO. CIV. S-06-2845 LKK/JFM):
--Ruling in ESA case denying motion for preliminary injunction without prejudice.
--Subsequently cited by 15 reported court decisions.

(53)  *South Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 2012 U.S. Dist. LEXIS 157183 (E.D. Cal. Nov. 1, 2012) (NO. CIV. S-06-2845 LKK/JFM):
--Order in ESA case denying Plaintiffs' motion for a supplemental order directing the Federal Defendants to pay the attorneys' fees and costs awarded by the court pending appeal.

11

(54)    *S. Yuba River Citizens League v. NMFS*, 629 F. Supp. 2d 1123 (E.D. Cal. 2009) (NO. CIV. S-06-2845 LKK/JFM)*:*

--Ruling in ESA citizen suit granting defendant's motion to compel plaintiffs' response to expert discovery and denying preliminary injunction motion without prejudice pending completion of discovery (note: preliminary injunction subsequently granted by later ruling).

--Subsequently cited by 13 reported court decisions.

(55)    *S. Yuba River Citizens League v. NMFS*, 723 F. Supp. 2d 1247 (E.D. Cal. 2010) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit granting plaintiffs summary judgment that National Marine Fisheries Service biological opinion was arbitrary and capricious, but declining to grant judgment that the biological opinion was void ab initio.

--Subsequently cited by 23 reported court decisions.

(56)    *S. Yuba River Citizens League v. NMFS*, No. 06-2845, 2010 U.S. Dist. LEXIS 125403 (E.D. Cal. Nov. 16, 2010) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit denying motion for preliminary injunction without prejudice (note: partial injunction was ordered in response to subsequent motion in this case) and dismissing certain claim without prejudice as prudentially moot.

--Subsequently cited by one reported court decisions.

(57)    *S. Yuba River Citizens League v. NMFS*, No. 06-2845, 2011 U.S. Dist. LEXIS 49164 (E.D. Cal. April 28, 2011) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit setting appropriate timeline for remand to NMFS to complete a new biological opinion concerning federal action on the Yuba River.

12

(58)    *S. Yuba River Citizens League v. NMFS*, 804 F. Supp. 2d 1045 (E.D. Cal. 2011) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit partially granting motion for injunction imposing remedy to ESA-listed species pending issuance of new biological opinion for federal action.

--Subsequently cited by six reported court decisions.

(59)    *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 2012 U.S. Dist. LEXIS 42287, (E.D. Cal. Mar. 26, 2012), *aff'd* 2014 U.S. App. LEXIS 12450 (9th Cir. July 1, 2014) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit granting plaintiffs' motion for attorneys fees and costs.

--Subsequently cited by seven reported court decisions.

(60)    *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 851 F. Supp. 2d 1246 (E.D. Cal. 2012) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit denying plaintiffs' motion for partial reconsideration of final remedy order and dismissal of one asserted claim.

--Subsequently cited by two reported court decisions.

(61)    *S. Yuba River Citizens League v. NMFS*, No. 13-00059, 2013 U.S. Dist. LEXIS 114477 (E.D. Cal. Aug. 13, 2013) (No. 2:13-cv-00059-MCE-EFB; No. 2:13-cv-00042-MCE-CKD (Related Cases)):

--Ruling in ESA citizen suit granting voluntary dismissal in denying motion for attorneys fees and costs.

(62)    *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 581 F. Appx 693 (9th Cir. 2014) (No. 12-16674):

--Ruling in ESA case affirming award of attorneys fees and costs to plaintiffs.

13

--Subsequently cited by 2 reported court decisions

(63)    *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 2015 U.S. Dist. LEXIS 11423 (E.D. Cal. Jan. 29, 2015) (No. 2:13-cv-00059-MCE-EFB):

--Ruling in ESA and APA case granting voluntary dismissal and denying plaintiffs' motion for attorneys fees and costs.

(64)    *Suncoast Waterkeeper v. City of Gulfport*, 2017 U.S. Dist. LEXIS 65959 (M.D. Fl. May 1, 2017) (CASE NO. 8:17-cv-35-T-24 MAP):

--Ruling in CWA citizen suit denying defendant's motion to dismiss.

(65)    *Suncoast Waterkeeper v. City of Gulfport*, 2017 U.S. Dist. LEXIS (M.D. Fl. May 9, 2017) (CASE NO. 8:17-cv-35-T-24 MAP):

--Ruling in CWA citizen suit denying Plaintiffs' Motion for Rule 11 Sanctions.

(66)    *Suncoast Waterkeeper v. City of St. Petersburg*, 2018 U.S. Dist. LEXIS 10622 (M.D. Fla. Jan. 22, 2018)

--order denying defendant's motion to stay case in CWA citizen suit.

(67)    *Suncoast Waterkeeper v. City of St. Petersburg*, 2018 U.S. Dist. LEXIS 9849 (M.D. Fla. Jan. 22, 2018)

--order granting in part and denying in part plaintiff's motion to strike defendant's affirmative defenses in CWA citizen suit.

(68)    (*Suncoast Waterkeeper v. City of St. Petersburg*, No. 8:16-cv-3319-T-27AEP, 2018 U.S. Dist. LEXIS 9849 (M.D. Fla. Jan. 22, 2018)

--ordered denying defendant's motion for summary judgment in CWA citizen suit.

(69)    *United States v. City & County of Honolulu,* 2007 U.S. Dist. LEXIS 54402 (D. Haw., July 26, 2007) (CIVIL NO. 07-00235DAE-KSC):

--Ruling in CWA action brought by the U.S. Environmental Protection granting intervention to nonprofit environmental groups represented by Mr. Sproul.

14

(70)     *United States v. City & County of Honolulu*, 2007 U.S. Dist. LEXIS 100224 (D. Haw.

November 21, 2007) (CIVIL NO. 07-00235DAE-KSC):

--Ruling in CWA action brought by the U.S. Environmental Protection Agency adopting

conditions of intervention for nonprofit environmental groups represented by Mr. Sproul.

--Subsequently cited by three reported court decisions.

(71)     *United States v. City & County of Honolulu*, 2007 U.S. Dist. LEXIS 90532 (D. Haw.

Dec. 10, 2007) (CIVIL NO. 07-00235DAE-KSC):

--Order adopting magistrate's findings and recommendation.

(72)     *United States v. City & County of Honolulu*, 2007 U.S. Dist. LEXIS 100226 (D. Haw.,

December 23, 2007) (CIVIL NO. 07-00235DAE-KSC):

--Ruling amending magistrate's findings and recommendations.

(73)     *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx),

2017 U.S. Dist. LEXIS 153184 (C.D. Cal. Sep. 8, 2017)

--Ruling in ESA case granting in part plaintiffs' motion in limine.

(74)     *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx),

2017 U.S. Dist. LEXIS 213759 (C.D. Cal. Dec. 1, 2017)

--Ruling in ESA case granting in part plaintiffs' motion for summary judgment.

(75)     *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx),

2018 U.S. Dist. LEXIS 174505 (Sept. 23, 2018)

--Trial ruling holding defendant liable for ESA violation and issuing injunction.

15

(76)   *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx), 2019 U.S. Dist. LEXIS 39927, at *27 (C.D. Cal. March 5, 2019) --order granting Plaintiffs $2,922,974.25 in fees and $297.328.76 in costs in ESA citizen suit.

(77)   *Wright v. Dunbar,* 1 Fed. Appx. 656 (January 8, 2001) (No. 99-15792, No. 99-16207): --decision in case asserting CWA claims and claims arising under 42 U.S.C. § 1983 affirming summary judgment in favor of state defendants (note: Mr. Sproul represented the state defendants in this matter). --Subsequently cited by one reported court decision.

16