Exhibit 8

to the

Declaration of Justin Bloom

In Support of

Plaintiffs' Motion for Attorneys'
Fees and Costs

Suncoast Waterkeeper et al. v. City of St.
Petersburg Case No. 8:16-cv-03319-JDW-AEP

# CHASE *for* BUSINESS

Printed from Chase for Business

Personal (...7731)

**-$1.85**
Card

Jan 4, 2017
Transaction date

Jan 5, 2017
Posted date

TPA STREET PARKING
www.parkmobil FL 01/04

Description    TPA STREET PARKING www.parkmobil FL 01/04

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

Front



Back

| Post date | Check # | Check amount |
|-----------|---------|--------------|
| Jan 11, 2017 | 1136 | $150.00 |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2018 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front

JUSTIN BLOOM, ATTORNEY AT LAW, P.A.
P.O BOX 1028
SARASOTA, FL 34230 · TP4 41120

63-8413 / 2670    34751

1135

DATE 1/5/17

PAY TO THE ORDER OF _Clerk, US District Court_  $ 150 00/100

One hundred fifty DOLLARS

CHASE 🛑
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 8:16-cv-03319-JDW pro hac

⑈267084131⑈      532858383⑈1135

### Back

FRB CLEVELAND
> 041036033 <
US Treas DG - OTCNET
01/10/2017

ENDORSE HERE

PAY TO THE ORDER OF ANY FEDERAL
RESERVE BANK OR GENERAL DEPOSITARY
FOR CREDIT TO THE U.S. TREASURY
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
0 0 0 0 4 6 1 8 7

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

* FEDERAL RESERVE BOARD OF GOVERNORS REG CC

| Post date | Check # | Check amount |
|---|---|---|
| Jan 11, 2017 | 1135 | $150.00 |

JPMorgan Chase Bank, N.A. Member FDIC    ©2018 JPMorgan Chase & Co.    Equal Opportunity Lender ⌂

JPMorgan Chase Bank, N.A. Member FDIC    ©2018 JPMorgan Chase & Co.    Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## PERFBUS CHK (...8383)

### -$40.29
Card

| | |
|---|---|
| Jan 11, 2018 | OFFICE MAX/OFFI 3680 S |
| Transaction date | SARASOTA FL 725647 01/11 |
| Jan 11, 2018 | |
| Posted date | |

Description   OFFICE MAX/OFFI 3680 S SARASOTA FL 725647 01/11

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC              ©2018 JPMorgan Chase & Co.              Equal Opportunity Lender

# FedEx Office℠

| | |
|---|---|
| Address: | 1901 S TAMIAMI TRAIL |
| | SARASOTA |
| | FL 34239 |
| Location: | SRQK |
| Device ID: | -BTC02 |
| Transaction: | 900187101580 |

---

**FedEx Ground**
789324293355    17.4 lbs. (S)            13.67
  Declared Value    0

Standard- Medium, 17x17x7
790363010746         1  (T)          $9.49

|  |  |
|---|---|
| Shipment subtotal: | $13.67 |
| Merchandise taxable subtotal: | $9.49 |
| Tax(FL): 6% | $0.57 |
| Tax(County): 1% | $0.09 |

|  |  |
|---|---|
| Total Due: | $23.82 |
| (S) CreditCard: | $23.82 |

***********7524

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Jan 12, 2018 10:09:08 AM

---

********** WE LISTEN **********
Tell us how we're doing
& receive a discount on your next order!
fedex.com/welisten or 800-398-0242
Redemption Code: _____

*** Thank you ***

# CHASE *for* BUSINESS

Printed from Chase for Business

## PERFBUS CHK (...8383)

**-$10.15**
Card

Jan 12, 2018
Transaction date

Jan 12, 2018
Posted date

FEDEX 900238679302
MEMPHIS TN 01/12

Description    FEDEX 900238679302 MEMPHIS TN 01/12

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE *for* BUSINESS

Printed from Chase for Business

## PERFBUS CHK (...8383)

### -$22.40
Card

Jan 25, 2018
Transaction date

Jan 26, 2018
Posted date

PACER800-676-6856IR 800-676-6856 TX 01/25

Description    PACER800-676-6856IR 800-676-6856 TX 01/25

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender

 **Gmail**

Justin Bloom <bloomesq1@gmail.com>

## Receipt Confirmation

**donotreply@intuit.com** <donotreply@intuit.com>
Reply-To: GENESIS4065@yahoo.com
To: bloomesq1@gmail.com

Mon, Jan 30, 2017 at 12:29 AM

GENESIS SECURITY SERVICE LLC

ST. PETERSBURG, FL, 33701

(727) 235-5442

### Receipt
VISA 7524

SALE
01/30/2017
12:29 AM

# $45.00

| Serve Fee | 45.00 |
|---|---|
| 1 X $45.00 Ea
Summons and Complaint | |
| **Total** | **$45.00** |

VISA 7524

JUSTIN BLOOM

SIGNED

Transaction ID: PK0078968605

Auth ID: 042900

I agree to pay the above total amount according to the card issuer agreement.

Please retain for your records.

**Thank you for your business.**
GENESIS4065@YAHOO.COM

GENESIS SECURITY SERVICE LLC

ST. PETERSBURG, FL, 33701

(727) 235-5442

powered by

intuit quickbooks.

```
============================================
              SARASOTA
          1661 RINGLING BLVD
              SARASOTA
                 FL
             34230-9998
             1184300300
01/30/2017       (800)275-8777     3:34 PM
============================================
============================================

Product                   Sale        Final
Description                Qty         Price

First-Class               1          $0.70
Mail
Letter
     (Domestic)
     (CLEARWATER, FL   33756)
     (Weight:0 Lb 1.50 Oz)
     (Expected Delivery Day)
     (Wednesday 02/01/2017)
Certified                 1          $3.35
     (@@USPS Certified Mail #)
     (70160910000115463644)
Return                    1          $2.75
Receipt
     (@@USPS Return Receipt #)
     (95909402222006193365254)
First-Class               1          $0.70
Mail
Letter
     (Domestic)
     (SAINT PETERSBURG, FL   33706)
     (Weight:0 Lb 1.50 Oz)
     (Expected Delivery Day)
     (Wednesday 02/01/2017)
Certified                 1          $3.35
     (@@USPS Certified Mail #)
     (70160910000115463682)
Return                    1          $2.75
Receipt
Mail (@@USPS Return Receipt #)
Letter
     (Domestic)
     (SAINT PETERSBURG, FL   33707)
     (Weight:0 Lb 1.50 Oz)
     (Expected Delivery Day)
     (Wednesday 02/01/2017)
Certified                 1          $3.35
     (@@USPS Certified Mail #)
     (70160910000115463651)
Return                    1          $2.75
Receipt
     (@@USPS Return Receipt #)
     (95909402219566123698082)

Total                                $34.00

Credit Card Remitd                   $34.00
     (Card Name:VISA)
     (Account #:XXXXXXXXXXXX7524)
     (Approval #:063415)
     (Transaction #:209)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
```

USPS

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

Front

JUSTIN BLOOM, ATTORNEY AT LAW, P.A.
P.O. BOX 1028
SARASOTA, FL 34230

63-8413
2670    34751

1240

DATE 2/6/18

PAY TO THE
ORDER OF DEP                                                    $ 141.67/100

One hundred fourty one 67/100                                   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Records Request

⑆267084131⑆    532858383⑆1240

Back

ENDORSE HERE
PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
CHIEF FINANCIAL OFFICER OF FLORIDA
DEPT. OF ENVIRONMENTAL PROTECTION
LOCATION 3700000
ACCT: #4830164612

| Post date | Check # | Check amount |
|---|---|---|
| Mar 12, 2018 | 1240 | $141.67 |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2018 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## PERFBUS CHK (...8383)

**-$31.20**
Card

Feb 6, 2018
Transaction date

Feb 7, 2018
Posted date

PAYPAL *PROCESSSERV 402-935-7733 CA 02/06

Description    PAYPAL *PROCESSSERV 402-935-7733 CA 02/06

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender

**GENESIS SECURITY SERVICES, LLC**

111 2nd Avenue N.E.
Suite 350
ST PETERSBURG, FL 33701

Phone #    727-235-5442      genesis4065@yahoo.com
Fax #       727-866-2365      www.safewithgenesis.com

| Date | Invoice # |
|------|-----------|
| 2/7/2018 | 0765E |

**Bill To**

Justin Bloom, Attorney At Law, PA
PO Box 1028
Sarasota, FL 34230

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5 | Process Server Services | 45.00 | 225.00 |
| 2 | Process Server Services, Witness Fee Check | 40.00 | 80.00 |
| 2 | Witness Fee Check Production | 5.00 | 10.00 |

| | Total | $315.00 |
|--|-------|---------|

## BATCH INVOICE

Invoice #LQW-2018000036
2/16/2018



Send Payments To:
**GSS - Genesis Security Services**
**111 2nd Ave NE**
**suite 350**
**St Petersburg, FL 33701**
**Phone: (727) 235-5442**
**02-0780192**

Justin Bloom Attorney At Law, PA
P.O. Box 1028
Sarasota, FL 34230

Case Number: Hillsborough 8:16-CV-03319-JDW-AEP
Suncoast Waterkeeper, et al.
       vs
City of St Petersburg

### ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2018000036 | 2/15/2018 | Todd Bosso | | | | $90.00 |
| | Service Fee (Local) | | 1.00 | 45.00 | 45.00 | |
| | Check | | 1.00 | 40.00 | 40.00 | |
| | Check Processing | | 1.00 | 5.00 | 5.00 | |
| 2018000037 | 2/15/2018 | Michele H. Duggan | | | | $90.00 |
| | Service Fee (Local) | | 1.00 | 45.00 | 45.00 | |
| | Check | | 1.00 | 40.00 | 40.00 | |
| | Check Processing | | 1.00 | 5.00 | 5.00 | |

| | | |
|---|---|---|
| TOTAL CHARGED: | $180.00 | |
| **TOTAL AMOUNT DUE** | | **$180.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n

## CHASE *for* BUSINESS

Printed from Chase for Business

**Check**

Front



Back

| Post date | Check # | Check amount |
|---|---|---|
| Mar 1, 2018 | 1079 | $150.00 |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2018 JPMorgan Chase & Co.                    Equal Opportunity Lender 🏠

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

---

Front

JUSTIN BLOOM, ATTORNEY AT LAW, P.A.
PO BOX 1028
SARASOTA, FL 34230-1028

1078
9-32/720

DATE 2/26/18

PAY TO THE
ORDER OF Clerk, US District Court    $ 150 %₀₀

One hundred fifty — %₀₀ DOLLARS

CHASE
JPMorgan Chase Bank, N A
www.Chase.com
MEMO Schmidt pro hac
8 16 cv 03319

⑆072000326⑆    53 28 58 38 3⑆ 1078

Back

FRB CLEVELAND
> 041036033 <
US Treas DG – OTCNET
02/28/2018

Pay to the order of any Federal
Reserve Bank by General Depository
for credit to the U.S. Treasury.
Clerk, U.S. District Court
Middle District of Florida
00046618-7

ENDORSE HERE

| Post date | Check # | Check amount |
|---|---|---|
| Mar 1, 2018 | 1078 | $150.00 |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2018 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

Front



Back

| Post date | Check # | Check amount |
|---|---|---|
| Jun 6, 2017 | 1224 | $70.00 |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2018 JPMorgan Chase & Co.                    Equal Opportunity Lender 🏠

Case 8:16-cv-03319-AEP    Document 211-7    Filed 04/03/19    Page 25 of 46 PageID 5393



**FedEx Office.**

FedEx Office is your destination
for printing and shipping.

101 S DALE MABRY HWY
Tampa, FL 33609
Tel: (813) 876-7011

5/9/2018                    9:55:53 AM EST
Team Member: Eric M.
Customer: Fredric Evenson

                    SALE

| fred | Qty 1 | 37.26 |
|------|-------|-------|
| CLR 1S Copy/Print | 26 @ | 0.6900 T |
| 000173 Reg. Price | 0.69 | |
| BW 1S on 24# Wht | 138 @ | 0.1400 T |
| 000330 Reg. Price | 0.16 | |

Price per piece        37.26
Regular Total          40.02
Discounts               2.76

Sub-Total                      37.26
Tax                             2.61
Deposit                         0.00

**Total                          39.87**

Visa (S)                        39.87
   Account:  7524
   Auth: 055609 (A)

Total Tender                    39.87
Change Due                       0.00

Total Discounts         2.76

*1559 0031798*

| LOCATION | | Y733-964 |
|---|---|---|

| | |
|---|---|
| | $16.25 |
| MAKE OF CAR | COLOR OF CAR |

| | |
|---|---|
| ATTENDANT | LAST NAME |

Case 8:22-cv-00123-ADP   Document 21-7   Filed 04/03/22   Angle 28 of 46 Page(s) Valid

Case 8:16-cv-02318-ABF   Document 311-7   Filed 04/01/19   Page 27 of 46 PageID 5295



Y733-917

LOCATION

MAKE OF CAR

COLOR OF CAR  $16.25

ATTENDANT

LAST NAME

# CHASE *for* BUSINESS

Printed from Chase for Business

## Personal (...7731)

**-$1.85**
Card

Jun 8, 2018
Transaction date

Jun 11, 2018
Posted date

TPA STREET PARKING

| | |
|---|---|
| Description | TPA STREET PARKING parkmobilecom FL 06/08 |
| Also known as | TPA STREET PARKING |
| Method | Online, mail or phone |
| Category | Transportation |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC                ©2018 JPMorgan Chase & Co.                Equal Opportunity Lender

## INVOICE

Invoice #LQW-2018000089
6/11/2018



**Send Payments To:**
**GSS - Genesis Security Services**
**111 2nd Ave NE**
**suite 350**
**St Petersburg, FL 33701**
**Phone: (727) 235-5442**
**02-0780192**

Justin Bloom Attorney At Law, PA
P. O. Box 1028
Sarasota, FL 34230

**Case Number: Hillsborough 8:16-CV-03319-JDW-AEP**

Plaintiff:
**Suncoast Waterkeeper, et al.**

Defendant:
**City of St Petersburg**

Received: 6/11/2018   Served: 6/11/2018 11:57 am  INDIVIDUAL/PERSONAL
To be served on: University Of South Florida

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

| **BALANCE DUE:** | | | **$45.00** |
|---|---|---|---|

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n

## <u>BATCH INVOICE</u>

Invoice #LQW-2018000090
6/13/2018



**Send Payments To:**
**GSS - Genesis Security Services**
**111 2nd Ave NE**
**suite 350**
**St Petersburg, FL 33701**
**Phone: (727) 235-5442**
**02-0780192**

Justin Bloom Attorney At Law PA
Po Box 1028
Sarasota, FL 34230

Case Number: Hillsborough 8:16-CV-03319-JDW-AEP
Suncoast Waterkeeper, et al.
    vs
City of St Petersburg

### ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2018000090 | 6/13/2018 | WFLA, C/O Records Custodian | | | | $45.00 |
| | | Service Fee (Local) | 1.00 | 45.00 | 45.00 | |
| 2018000092 | 6/13/2018 | Fox 13 WTVT, c/o Records Custodian | | | | $45.00 |
| | | Service Fee (Local) | 1.00 | 45.00 | 45.00 | |
| | | TOTAL CHARGED: | | | $90.00 | |
| | | **TOTAL AMOUNT DUE** | | | | **$90.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n

# CHASE *for* BUSINESS

Printed from Chase for Business

## Personal (...7731)

### -$1.85
Card

| | |
|---|---|
| Jun 27, 2018 | PAY PARKING BY PHONE |
| Transaction date | |
| Jun 28, 2018 | |
| Posted date | |

| | |
|---|---|
| Description | PAY PARKING BY PHONE parkmobilecom FL 06/27 |
| Also known as | PAY PARKING BY PHONE |
| Method | Online, mail or phone |
| Category | Transportation |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender



# RECEIPT
## City of Tampa
### Parking Division

# Space # 1582

Expiration Date/Time

# 12:43 PM

# OCT 19, 2017

Purchase Date/Time: 10:43am Oct 19, 2017

Total Due: $3.00        Rate: 2HR Max/$1.50 per HR
Total Paid: $3.00       Pmt Type: CC (Swipe)
Ticket # 00041564
S/N #: 300010390507
Setting: City of Tampa 1
Mach Name: MOR800W

#****-8744, Visa

Auth #: 084310

Please visit our Website
www.tampagov.net/parking

Court Name: Florida Middle District
Division: 8
Receipt Number: TPA040489
Cashier ID: acastill
Transaction Date: 12/02/2016
Payer Name: JUSTIN BLOOM ATTN
-----------------------------------
CIVIL FILING FEE
  For: JUSTIN BLOOM ATTN
  Case/Party: D-FLM-8-16-CV-003319-001
  Amount:          $400.00
-----------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 1219
  Amt Tendered:    $400.00
-----------------------------------
Total Due:         $400.00
Total Tendered:    $400.00
Change Amt:          $0.00


Payments by check/money order will
result in a one-time electronic
debit from your account. Funds may
be withdrawn within 24 hours. If
there are insufficient funds, we
will impose a $53.00 fee.

# CHASE *for* BUSINESS

Printed from Chase for Business

Personal (...7731)

## -$1.85
Card

Dec 2, 2016
Transaction date

Dec 5, 2016
Posted date

TPA STREET PARKING
www.parkmobil FL 12/02

Description    TPA STREET PARKING www.parkmobil FL 12/02

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender

 

**Justin Bloom <bloomesq1@gmail.com>**

## Receipt Confirmation

1 message

**donotreply@intuit.com** <donotreply@intuit.com>      Wed, Dec 7, 2016 at 7:40 PM
Reply-To: GENESIS4065@yahoo.com
To: bloomesq1@gmail.com

GENESIS SECURITY
SERVICE LLC

ST. PETERSBURG, FL, 33701

(727) 235-5442

Receipt                                            SALE

VISA 7524                                      12/07/2016
                                                  07:39 PM

$45.00

**Serve Fee**                                         45.00

1 X $45.00 Ea
Summons and Complaint

| Total | $45.00 |
|---|---|

VISA 7524

JUSTIN BLOOM

SIGNED

Transaction ID: PG0070893174

Auth ID: 093919

I agree to pay the above total amount according to the
card issuer agreement.

Please retain for your records.

**Thank you for your business.**
GENESIS4065@YAHOO.COM

GENESIS SECURITY SERVICE LLC

ST. PETERSBURG, FL, 33701

(727) 235-5442

powered by

intuit
quickbooks.

# CHASE *for* BUSINESS

Printed from Chase for Business

## PERFBUS CHK (...8383)

**-$45.00**
Card

Dec 7, 2016
Transaction date

Dec 9, 2016
Posted date

IN *GENESIS SECURITY S
727-2355442 FL 12/08

Description   IN *GENESIS SECURITY S 727-2355442 FL 12/08

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender

# FedEx Office™

FedEx Office is your destination
for printing and shipping.

101 S DALE MABRY HWY
Tampa, FL 33609
Tel: (813) 876-7011

5/9/2018                    9:55:53 AM EST
Team Member: Eric M.
Customer: Fredric Evenson

SALE

| fred | Qty 1 | 37.26 |
|---|---|---|
| CLR 1S Copy/Print | 26 @ | 0.6900 T |
| 000173 Reg. Price | 0.69 | |
| BW 1S on 24# Wht | 138 @ | 0.1400 T |
| 000330 Reg. Price | 0.16 | |

Price per piece      37.26
Regular Total        40.02
Discounts             2.76

Sub-Total                      37.26
Tax                             2.61
Deposit                         0.00

Total                          39.87

Visa (S)                       39.87
  Account: 7524
  Auth: 055609 (A)

Total Tender                   39.87
Change Due                      0.00

Total Discounts      2.76

*1 5 5 9 0 0 3 1 7 9 8 *



111 2nd Ave NE suite 350
St Petersburg, FL 33701
727-235-5442

## Credit Card Payment Authorization Form

Please complete and sign this form and email or fax it back to:
info@safewithgenesis.com or (727) 866-2365
All requested information and documentation is required or we cannot process the order.

By signing this form, you give us permission to debit your account. Payments for services provided are non-refundable.

**Please complete the information below:**

I _____Justin Bloom____ authorize Genesis Security Services to charge my credit card
             (full name)

$_____45.00_____
             (amount)

Billing Address __PO BOX 1028__        Phone# _____941.275.2922_____

City, State, Zip _____Sarastota FL 34230____        Email __bloomesq1@gmail.com_____

---

Account Type:  xx Visa        ☐ MasterCard        ☐ AMEX        ☐ Discover

Cardholder Name ___Justin Bloom_____

Account Number _____4427322506487524_____

Expiration Date ____03/20____

CCV (back of card)__841_____

---

SIGNATURE
DATE __12/7/16__

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services agreed upon between me and Genesis Security Services, LLC. I certify that I am an authorized user of this credit card and that I will not dispute the payment with my credit card company; so long as the transaction corresponds to the terms indicated.

# Vincent M. Lucente & Associates, Inc.

**Phone: 1-800-282-8275 Fax: (941) 748-5800**
**Email: Vinny@vincentlucente.com**
**PO Box 1121**
**Bradenton, FL 34206**

**Web: www.vincentlucente.com**

# Invoice

| Date | 3/10/2019 |
|---|---|
| **Invoice #** | 2077453 |
| **Job #** | LM5200/5205 |

| | Rep | LM |
|---|---|---|

**Bill To**

**Justin Bloom, Attorney at Law**
**P. O. Box 1028**
**Sarasota, FL  34230**

| **Case Style** |
|---|
| City of St.Petersburg Council Meetings 8/9/18 & 1/17/19 175 5th Street North St Petersburg FL |

| **Attorney** | J Bloom |
|---|---|

| **Case #** | |
|---|---|

| Date | Pages | Description | Rate | Amount |
|---|---|---|---|---|
| | 1.5 | Transcription Read/Write Fee for a recorded Council Meeting, per hour<br>8/9/18 - 1 hour<br>1/17/19 - .5 hour | 80.00 | 120.00 |
| 8/9/2018 | 48 | Original and Mini Transcript w/ Index of a Recorded Council Meeting | 6.50 | 312.00 |
| 1/17/2019 | 10 | Original and Mini Transcript w/ Index of a Recorded Council Meeting | 6.50 | 65.00 |
| | | Electronic Transcripts of said Council Meetings were emailed to "bloomesq1@gmail.com" as per request. | 0.00 | 0.00 |

**F.I.D. 59-2232430**

| **Total** | $497.00 |
|---|---|

## Payment Due Upon Receipt
## Thank You For Your Business

**Court Reporter's    Arcadia, Bradenton, Clearwater, Sarasota,  St. Petersburg, Tampa, & Venice**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO:  00000666

**MAKE CHECKS PAYABLE TO:**

JUSTIN BLOOM
Justin Bloom
PO Box 1028
Sarasota, FL 34230

Phone:

*bloomesq1@gmail.com*

LYNANN NICELY, CRR
Federal Official Reporter
801 N. Florida Avenue
Courtroom 13B
Tampa, FL 33602

Phone:      (813) 301-5252

Tax ID:    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
*LynannN2@aol.com*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 08-29-2018 | 08-29-2018 |

**Case Style:** 8:16-CV-3319, Suncoast Waterkeeper v City of St. Petersburg
Transcript of 6/19/18 Status Conference before Judge Whittemore

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 32 | 3.65 | 116.80 | | | | | | | 116.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 116.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $116.80 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                      DATE

*s/Lynann Nicely*

*(All previous editions of this form are cancelled and should be destroyed)*



**February 27, 2018 09:41**                                    **Page: 1**
**Receipt #: 1510844036**
**VISA #: XXXXXXXXXXXX7524**
**2018/02/27 09:20**

| Qty | Description | Amount |
|-----|-------------|--------|
| 88  | PNG Color S/S 8.5x11 & 8.5x14 | 57.20 |
| 120 | PNG Color S/S 8.5x11 & 8.5x14 | 78.00 |

|  | | |
|--|--|--|
| **SubTotal** | **135.20** |
| **Taxes** | **9.46** |
| **Total** | **144.66** |

**The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.**

**FedEx Office Print & Ship Centers**

**2798- E. Fowler Ave
Tampa,FL 33612
(813) 977-2679
www.FedExOffice.com**

**Tell us how we're doing and receive
5% off your next print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/2018**

**Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.**

**Please Recycle This Receipt**



**February 27, 2018 09:46**                          **Page: 1**
**Receipt #: 1510844038**
**VISA #: XXXXXXXXXXXX7524**
**2018/02/27 09:43**

| Qty | Description | Amount |
|-----|-------------|--------|
| 10 | PNG Color S/S 8.5x11 & 8.5x14 | 6.50 |
| 11 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.43 |

|  | | |
|--|--|--|
| **SubTotal** | | **7.93** |
| **Taxes** | | **0.56** |
| **Total** | | **8.49** |

**The Cardholder agrees to pay the Issuer of the charge card**
**in accordance with the agreement between the Issuer and**
**the Cardholder.**

**FedEx Office Print & Ship Centers**

**2798- E. Fowler Ave**
**Tampa,FL 33612**
**(813) 977-2679**
**www.FedExOffice.com**

**Tell us how we're doing and receive**
**5% off your next print order**
**fedex.com/welisten or 1-800-398-0242**
**Offer Code:_____ Offer expires 06/30/2018**

**Get your message out in a big way with**
**everything from full-color banners to**
**photo-quality posters, yard signs,**
**auto magnets and more.**

**Please Recycle This Receipt**



**February 27, 2018 09:51**                                **Page: 1**
**Receipt #: 1510844039**
**VISA #: XXXXXXXXXXXX7524**
**2018/02/27 09:46**

| Qty | Description | Amount |
|-----|-------------|--------|
| 30 | PNG Color S/S 8.5x11 & 8.5x14 | 19.50 |
| 33 | PNG B&W S/S 8.5x11 & 8.5x14 | 4.29 |

| | | |
|--|--|--|
| **SubTotal** | | 23.79 |
| **Taxes** | | 1.67 |
| **Total** | | 25.46 |

**The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.**

**FedEx Office Print & Ship Centers**

**2798- E. Fowler Ave
Tampa,FL 33612
(813) 977-2679
www.FedExOffice.com**

**Tell us how we're doing and receive
5% off your next print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/2018**

**Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.**

**Please Recycle This Receipt**