UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, and ECOLOGICAL RIGHTS FOUNDATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF ST. PETERSBURG,<br><br>          Defendant. | Case No: 8:16-cv-03319-JDW-AEP |

**DECLARATION OF FREDRIC EVENSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

I, FREDRIC EVENSON, hereby declare under penalty of law that the following

facts are true and correct:

1.     I am an attorney licensed to practice law in the State of California.  I make

this declaration based upon my personal knowledge, unless otherwise stated, and I am

competent to testify to the matters set forth herein.  I make this Declaration in support of

Plaintiffs' Motion for Attorneys' Fees and Costs.

**Fredric Evenson Biographical Information**

2.     I have been a member of the California Bar and the United States District

Court for the Northern District of California since 1998.  I am also a member of the Ninth

Circuit Court of Appeals and the United States District Court for the Central District of

California.

3.     Prior to attending law school, I spent five years working as a senior

paralegal for environmental and civil rights attorneys in Northern California.  I performed

a variety of tasks, including conducting initial case investigations, assisting individual and non-profit clients in seeking public records from State and Federal agencies, finding and hiring experts, drafting public comments on environmental review documents, and navigating administrative appeals processes.  As a paralegal, I worked closely with attorneys in formulating legal strategies, drafted discovery requests and responses, participated in deposition preparation and depositions, drafted and edited motions and supporting declarations, performed legal research and drafted memoranda, and assisted in the courtroom.  During that period I was lead paralegal on a number of notable cases. In 1990-1991, as senior paralegal on *Drug Policy Foundation v. William J. Bennett, et al.*, 1990 No. Dist. CA, No. C-90-2278, a federal class action lawsuit alleging constitutional violations for the U.S. government's use of active Army and National Guard forces for domestic marijuana eradication efforts, and failure to comply with the National Environmental Policy Act, I performed an extensive multi-state investigation, assisted in preparing witness declarations and provided briefing and courtroom assistance.

4.      Between 1990 and 1993, I also worked as a paralegal for several public-interest environmental attorneys. I was lead paralegal on at least seven cases alleging violations of the California Environmental Quality Act ("CEQA") and the Forest Practice Act, from the California Department of Forestry and Fire Protection's approvals of timber harvest plans in Northern California's old growth redwood forests.

5.      From 1993 to 1995, I was employed as the Senior Paralegal at Pacific Justice Center ("PJC") in Redway, California.  During my employment at PJC, I performed fact investigations, assisted in formulating legal strategy, performed legal research, consulted with experts in the fields of toxicology and industrial hygiene, and

participated in settlement conferences in actions brought for violations of California's Safe Drinking Water and Toxic Enforcement Act of 1986. I drafted legal and technical memoranda on actual and potential cases involving CEQA and other environmental statutes, as well as common law theories such as nuisance and public trust. Additionally, during my employment with PJC, I drafted motions, performed field investigations, interviewed clients and witnesses, and provided deposition and trial support in state and federal criminal and civil forfeiture cases.

6.    In 1995, I enrolled at Golden Gate University School of Law. I was a published member of the Golden Gate Law Review ("A Deeper Shade of Green: The Evolution of Cuban Environmental Law and Policy," Golden Gate University Law Review, Vol. 28, No. 3, Spring 1988). In 1997, I was a delegate at the International Scientific Conference on Environmental Law, in Holguin, Cuba, where I spoke about the importance of citizen enforcement of environmental laws with members of the National Union of Cuban Jurists and the Cuban Society of Constitutional and Administrative Law. I received Bancroft-Whitney American Jurisprudence Awards in four courses: Legal Research and Writing I and II, Civil Procedure, and Contracts. I participated in the Golden Gate University School of Law Environmental Law and Justice Clinic, where, as a California Bar certified student clinician, I represented Earth Island Institute in a federal Clean Water Act ("CWA") lawsuit against Southern California Edison over polluted discharges from the company's San Onofre Nuclear Power Plant. I made several court appearances in the matter and successfully argued for a Consent Decree modification that resulted in an additional $1.5 million in wetland restoration. I worked for a semester as an intern for San Francisco Baykeeper, assisting the organization's lawyers on federal

3

CWA lawsuits brought to abate storm water pollution discharges to San Francisco Bay and its tributaries. Additionally, during my time in law school, I continued working part time as a paralegal on environmental citizen suits in state and federal courts.

7. In 1998, I graduated from Golden Gate University School of Law with high honors and with a certificate in environmental law. In April 2001, I was awarded the Golden University School of Law "Justice and Equity Award for Pro Bono Attorney of the Year." In May 2003, I was awarded the Golden Gate University School of Law Judith G. McKelvey Award for Outstanding Achievement as an Alumnus.

8. Over the past twenty-one years the principal focus of my legal practice has been citizen suit enforcement on behalf of environmental organizations of various environmental and informational rights laws including the federal Endangered Species Act, the federal CWA the federal Resource Conservation and Recovery Act, the Freedom of Information Act, California's Public Records Act, and California's Proposition 65. Many of my cases have led to court orders or judicial consent decrees imposing far-reaching injunctive relief for environmental remediation and remedies addressing defendant's responsibilities under the environmental laws.

**Tasks Performed and Hours Incurred in this Case**

9. Although I currently reside in California, I was raised in the Tampa Bay area. I am an alumnus of the University of Florida. I still have family residing in the Tampa Bay Area. I visit them often and I am concerned about sewage spills in the area. I also reduced costs by lodging with family or friends without customary per diem.

10. I worked on this case between July 23, 2016 through November 1, 2018. However, in December 2015, following news reports of millions of gallons of sewage

4

spills in Saint Petersburg in August 2015 and spills occurring in other municipalities in other Gulfcoast municipalities, my clients Our Children's Earth Foundation ("OCE") and Ecological Rights Foundation ("ERF"), retained me and my colleague of 16 years, Christopher Sproul, to commence an investigation into Gulfcoast sewage spills, including the City of Saint Petersburg. I have not billed time to this case for my general investigation prior to July 23, 2016, although my work prior to that date included investigation of the City of Saint Petersburg. In the middle of our ongoing investigation, in June, August, and September of 2016, the City experienced additional high volume sewage spills. I then worked with local counsel, OCE, ERF, and Suncoast Waterkeeper to investigate the City's CWA violations and initiate this case.

11.    I was aware when we initiated this case that the case was unlikely to settle and that fee recovery rate would be approximately half of the rate I am customarily awarded for similar work in California. *See, e.g., Wishtoyo Found. v. United Water Conservation Dist.*, 2019 WL 1109684 (C.D. Cal. Mar. 5, 2019) (awarding me a 2018 rate of $735/hour). So this case had significant downsides making it less than desirable from a business prospective. However, upon consultation with my long-time clients and co-counsel, and based on our shared deep concern over the massive sewage spills in Florida, I agreed to work on the case with Mr. Sproul, and to do so on a full-contingency basis.

12.    I reviewed the evidence of the City's spills dating back to 2011, searched for and engaged a sewage engineer, and worked on all aspects of the case from inception in Phase I and II, including factual investigations, settlement efforts, motions practice, written discovery and discovery disputes, public records requests, two depositions, and

5

directing/supervising junior lawyers to work on these tasks.  In Phase III, when trial counsel was engaged, I continued work on written discovery and discovery disputes, conducted three more depositions, prepared supplements with additional evidence in opposition to the City's pending second motion for partial summary judgment, conducted additional factual investigations, discovered additional ongoing failures of the City to notify the public of water quality impairment in recreational areas, and prepared a Court filing and stipulation to seek judicial intervention concerning that failure.  I had limited involvement in Phases IV and V, when I provided essential assistance in the development of Plaintiffs' settlement positions.  In Phase VI, I assisted Ms. Schmidt and Mr. Bloom in their efforts to work with Tampa Bay Estuaries Program ("TBEP") and the United States Department of Justice ("DOJ") concerning DOJ's review of the payment of $200,000 to TBEP in lieu of civil penalties as a "Supplemental Environmental Project."  During my years of citizen suit litigation, I have prior experience working on the issue of DOJ review of SEP payments in citizen-suit settlements.

13.    I prepared for and conducted a total of five depositions in this case.  Two in Phase II and three in Phase III: Craven Askew on December 14, 2017; Claude Tankersley on December 15, 2017; David Abbaspour on March 5, 2018; John Palenchar on March 9, 2018 and May 10, 2018; and Carlos Frey on May 9, 2018.  Some of these depositions were conducted by video tape in order to reduce travel costs. Between January and May of 2018 I discussed with defense counsel, verbally and in email communications, the City's pending Second Motion for Summary Judgment every time evidence or deposition testimony revealed that the facts supporting that motion were contradicted, and I requested a withdrawal of the motion on that basis or a stipulation to

6

certain facts that would narrow the issues for the Court's review. I had many discussions with defense counsel on this matter, and stipulation ultimately received in June 2018 regarding "waters of the United States," was narrower in scope to the stipulation I was expecting based on my conversations with defense counsel.

14. In Phase III and IV, I investigated whether there was sewage exfiltration occurring within the City's sewage infrastructure into the City's stormwater system and other water bodies. My clients' concerns and legal claims about exfiltration were adequately addressed in the settlement we achieved in this case, through the City's commitment to perform microbial source tracking work. Stipulated Order (Dkt. 187) Attachment B at ¶ 6.o. (Dkt 178-2).

15. I also investigated the City's failure to notify the public or the County health department when its background water quality sampling indicated the presence of high levels of fecal contamination in waters used by the public for recreation. This work was essential when a City manager, John Palenchar, testified about the lack of notification procedures on background water quality testing. I consulted with the litigation team and prepared a motion for a preliminary injunction to be filed if the City did not stipulate to the relief requested. The City did stipulate to the relief requested during the time the Parties were discussing settlement, and the relief requested is found in the First Amendment to Consent Order (Stipulated Order, Att. B at ¶ 8, Dkt 187, 182-2).

16. My work is described in detail in my time records attached to this declaration as Exh. 1. I billed a total of 463.95 hours to this case. My time has been cut by 75.73 hours in an exercise of billing judgment. The 388.22 hours remaining after the reduction for billing judgment include 366.43 attorney hours and 21.79 paralegal hours,

as described in Exh. 1, which is a true and correct copy of time records that I personally and contemporaneously have kept using computerized billing software documenting the hours I have worked on this case for which I am seeking to recover an attorney's fee award.

17.    Attached as Exh. 2 are true and correct copies of my receipts and invoices for costs incurred in relation to this case.

**My Hourly Rate for Attorney Work**

18.    As indicated above, I have 20 years of experience as an environmental attorney in complex litigation, and I am from the Tampa Bay area.  In consultation with Ms. Schmidt, I have set my rate at $385 per hour as an appropriate 2018 rate to claim in the Middle District of Florida.  This rate is 52% of my 2018 California rate. *See Wishtoyo Found. v. United Water Conservation Dist.*, 2019 WL 1109684 (C.D. Cal. Mar. 5, 2019). This rate is commensurate with rates found reasonable in Middle District of Florida attorneys' fee award decisions for attorneys with my level of experience working on cases involving complex civil litigation.  In setting my hourly rate, Ms. Schmidt and I have reviewed recent attorney awards in cases involving complex litigation in the U.S. District Court for the Middle District of Florida, which are described in detail in the concurrently filed Declaration of Kathryn Schmidt in Support of Motion for Attorneys' Fees and Costs.  My $385 per hour rate is within the range of rates awarded to several lawyers with comparable experience in recent cases.  Accordingly, in my and Ms. Schmidt's opinion, this is a reasonable market-based rate for my work in this case.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on March 29, 2019.

8

9

By: _Fredric Evenson_____
                        Fredric Evenson

9

Exhibits 1

to the

Declaration of Frederic Evenson

In Support of

Plaintiffs' Motion for Attorneys'
Fees and Costs

Suncoast Waterkeeper et al. v. City of St.
Petersburg Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 1

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 07/23/16 | Evenson, Fred | Review Ivy's video and notes regarding St. Pete sewage spills. | 0.21 | 0.21 | $ 385 | 0.00 | $ 150 | $ 80.85 |
| 08/23/16 | Evenson, Fred | Call with Chris Sproul to discuss review of St. Petersburg sanitary sewer overflows table information for evaluation of claims. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 09/06/16 | Evenson, Fred | Call with Chris Sproul to discuss further investigation of St. Petersburg sewage spills and Clean Water Act claims for same. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 09/06/16 | Evenson, Fred | Online research on history of St. Petersburg sewage infrastructure and spills. | 3.55 | 3.55 | $ 385 | 0.00 | $ 150 | $ 1,366.75 |
| 09/07/16 | Evenson, Fred | Florida DEP OCULUS and STORET database research on St. Pete's Albert Whitted and SWWRF, permitting history, requirements and recorded violations. | 2.75 | 2.75 | $ 385 | 0.00 | $ 150 | $ 1,058.75 |
| 09/07/16 | Evenson, Fred | Research news coverage of Hurrican Hermine and sewage spills in St. Petersburg. | 2.40 | 2.40 | $ 385 | 0.00 | $ 150 | $ 924.00 |
| 09/08/16 | Evenson, Fred | Florida DEP OCULUS and STORET research on St. Pete's NE and NW treatment facilities, permitting history, requirements and recorded violations. | 4.10 | 4.10 | $ 385 | 0.00 | $ 150 | $ 1,578.50 |
| 09/12/16 | Evenson, Fred | Research bird deaths and possible association with St. Petersburg sewage spills. | 0.68 | 0.68 | $ 385 | 0.00 | $ 150 | $ 261.80 |
| 09/19/16 | Evenson, Fred | Correspondence with Annie Beaman regarding potential standing witness Eliza Epstein. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 09/20/16 | Evenson, Fred | Correspondence with Chris Sproul, Tiffany Schauer, Annie Beaman, [NAMES REDACTED] regarding intinerary for St. Petersburg investigation. | 0.30 | 0.00 | $ 385 | 0.30 | $ 150 | $ 45.00 |
| 09/20/16 | Evenson, Fred | Meet with Yair Chaver regarding St. Pete sanitary sewer overflows table. | 0.46 | 0.46 | $ 385 | 0.00 | $ 150 | $ 177.10 |
| 09/20/16 | Evenson, Fred | Review St. Pete sanitary sewer overflows enforcement documents downloaded by Yair Chaver from Florida DEP website. | 2.75 | 2.75 | $ 385 | | $ 150 | $ 1,058.75 |
| 09/20/16 | Evenson, Fred | Review St. Pete sanitary sewer overflows table and reports. | 1.29 | 1.29 | $ 385 | 0.00 | $ 150 | $ 496.65 |
| 09/21/16 | Evenson, Fred | Review sanitary sewer overflows 60-Day Notice templates for use in St. Pete case. | 0.66 | 0.66 | $ 385 | 0.00 | $ 150 | $ 254.10 |
| 09/21/16 | Evenson, Fred | Correspondence with [NAME REDACTED] regarding [NAME REDACTED] potential expert witness for St. Pete case. | 0.41 | 0.41 | $ 385 | 0.00 | $ 150 | $ 157.85 |
| 09/21/16 | Evenson, Fred | Correspondence with Annie Beaman and potential expert witness in sewage case against St. Pete. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 09/22/16 | Evenson, Fred | Correspondence with [NAME REDACTED] potential expert witness regarding St. Pete sanitary sewer overflows. | 0.15 | 0.15 | $ 385 | 0.00 | $ 150 | $ 57.75 |
| 09/22/16 | Evenson, Fred | Correspondence with Chris Sproul and Molly Coyne regarding drafting St. Pete notice letter. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 09/23/16 | Evenson, Fred | Call with Chris Sproul to discuss drafting citizen suit notice letter. | 0.35 | 0.35 | $ 385 | 0.00 | $ 150 | $ 134.75 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | | Lodestar | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | | $ | 144,343.41 |
| 09/23/16 | Evenson, Fred | Call with Molly Coyne and Chris Sproul to discuss drafting citizen suit notice letter. | 0.85 | 0.85 | $ 385 | 0.00 | $ | 150 | $ | 327.25 |
| 09/24/16 | Evenson, Fred | Travel to Florida for St. Petersburg sanitary sewer overflows case investigation, meet with standing witnesses, potential experts, site reconnaissance of sewage spill impacted areas. | 3.50 | 0.00 | $ 385 | 3.50 | $ | 150 | $ | 525.00 |
| 09/24/16 | Evenson, Fred | Correspondence with Tiffany Schauer, Annie Beaman, Chris Sproul and Ivy regarding St. Pete investigative trip itinerary. | 0.10 | 0.00 | $ 385 | 0.10 | $ | 150 | $ | 15.00 |
| 09/25/16 | Evenson, Fred | Travel from Tampa to St. Pete Beach. | 2.00 | 0.00 | $ 385 | 2.00 | $ | 150 | $ | 300.00 |
| 09/25/16 | Evenson, Fred | Meeting with potential expert witness, Tiffany Schauer, Annie Beaman, Scott McDonald, Chris Sproul and Ivy. | 0.70 | 0.70 | $ 385 | 0.00 | $ | 150 | $ | 269.50 |
| 09/25/16 | Evenson, Fred | Review [NAME REDACTED] bio for potential expert witness | 0.20 | 0.20 | $ 385 | 0.00 | $ | 150 | $ | 77.00 |
| 09/26/16 | Evenson, Fred | Travel from Tampa to St. Petersburg for meetings with Dr. Randle, Beth Forys, Tiffany Schauer and Scott MacDonald. | 2.50 | 0.00 | $ 385 | 2.50 | $ | 150 | $ | 375.00 |
| 09/26/16 | Evenson, Fred | Meeting with Beth Forys, Tiffany Schauer and Chris Sproul to discuss St. Petersburg case, development of standing showing, development of showing of environmental harm, potential for Ms. Forsys to be expert witness on ecological harm/risk to bird life, additional fact witnesses to contact, nature of injunctive remedy to seek, potential supplemental environmental projects. | 0.75 | 0.75 | $ 385 | 0.00 | $ | 150 | $ | 288.75 |
| 09/26/16 | Evenson, Fred | Meeting with Chris Sproul, OCE representatives, Tiffany Schauer, and Scott MacDonald, to discuss St. Petersburg case, development of standing showing, development of showing of environmental harm, assessment of St. Petersburg culpability/causes of spills, expert and fact witnesses to explore, nature of injunctive remedy to seek, supplemental environmental projects. | 0.40 | 0.40 | $ 385 | 0.00 | $ | 150 | $ | 154.00 |
| 09/26/16 | Evenson, Fred | Review and edit Draft 60-Day Notice Letter. | 1.10 | 1.10 | $ 385 | 0.00 | $ | 150 | $ | 423.50 |
| 09/27/16 | Evenson, Fred | Travel from Tampa to Sarasota for meetings with justin Bloom of Suncoast Waterkeeper and Rachel Rosner, Ecological Rights Foundation Board member. | 1.50 | 0.00 | $ 385 | 1.50 | $ | 150 | $ | 225.00 |
| 09/27/16 | Evenson, Fred | Meeting with Chris Sproul and Justin Bloom to discuss case investigation and claim development, and organizational standing requirements. | 0.50 | 0.50 | $ 385 | 0.00 | $ | 150 | $ | 192.50 |
| 09/27/16 | Evenson, Fred | Meeting with Rachel Rosner regarding standing allegations in St. Pete case. | 1.25 | 1.25 | $ 385 | 0.00 | $ | 150 | $ | 481.25 |
| 09/27/16 | Evenson, Fred | Research Florida emergency rule requiring 24-hours notice of high bacteria pollution events. | 0.62 | 0.62 | $ 385 | 0.00 | $ | 150 | $ | 238.70 |
| 09/27/16 | Evenson, Fred | Research on the Craven Askew whistleblower report regarding the Albert Whitted waste reclamation facility sewage spills. | 1.66 | 1.66 | $ 385 | 0.00 | $ | 150 | $ | 639.10 |

Exhibit 1 - Page 2

Case 8:16-cv-03319-AEP   Document 211-8   Filed 04/03/19   Page 13 of 74 PageID 5427
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 09/27/16 | Evenson, Fred | Review and edit Chris Sproul's revised St. Pete 60-Day Notice Letter. | 1.39 | 1.39 | $ 385 | 0.00 | $ 150 | $ 535.15 |
| 09/27/16 | Evenson, Fred | Review [NAME REDACTED] information and photos regarding Black Skimmer deaths. Search local newspaper articles for information on Black Skimmer deaths. | 0.77 | 0.77 | $ 385 | 0.00 | $ 150 | $ 296.45 |
| 09/28/16 | Evenson, Fred | Travel from Tampa to St. Pete. Meeting with [NAME REDACTED] (local bird expert), Annie Beaman, Tiffany Schauer and Ivy of Our Children's Earth Foundation regarding St. Pete sanitary sewer overflows and environmental harm. | 4.00 | 0.00 | $ 385 | 4.00 | $ 150 | $ 600.00 |
| 09/28/16 | Evenson, Fred | Call with Justin Bloom and Chris Sproul to discuss issuing citizen suit notice letter (8 min.) and public outreach strategy (8 min.) to build support for citizen suit, inform members of potential citizen suit, assist with settlement negotiation strategy. | 0.27 | 0.27 | $ 385 | 0.00 | $ 150 | $ 103.95 |
| 09/29/16 | Evenson, Fred | Discuss with Chris Sproul and Tiffany Schauer revisions to citizen suit notice letter and case strategy. | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 09/29/16 | Evenson, Fred | Discuss with Chris Sproul letter to EPA Region IV and DEP requesting enforcement coordination/collaboration with citizen's groups, and correspondence with Justin Bloom on same issue. | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 09/29/16 | Evenson, Fred | Discuss with Chris Sproul review of bacteria results evidence from Beth Forsys, potential percipient witness assistance and/or expert consultant help from Beth Forsys, | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 09/29/16 | Evenson, Fred | Prepare and serve via certified mail St. Pete 60-Day Notice Letter. | 3.00 | 3.00 | $ 385 | 0.00 | $ 150 | $ 1,155.00 |
| 09/30/16 | Evenson, Fred | Telephone call with potential witness: commercial diver from St. Pete about personal injuries and observations. | 0.60 | 0.60 | $ 385 | 0.00 | $ 150 | $ 231.00 |
| 10/01/16 | Evenson, Fred | Review Beth Forys correspondence and research fecal coliform levels in Boca Ciega Bay and relationship to salmonella found in dead skimmers. | 2.46 | 2.46 | $ 385 | 0.00 | $ 150 | $ 947.10 |
| 10/04/16 | Evenson, Fred | Call with Chris Sproul and Justin Bloom to discuss development of settlement position for potential settlement negotiation with St. Petersburg, preparation for initial call with city attorney. | 0.33 | 0.33 | $ 385 | 0.00 | $ 150 | $ 127.05 |
| 10/04/16 | Evenson, Fred | Second call with Chris Sproul to discuss development of settlement position for potential settlement negotiation with St. Petersburg. | 0.13 | 0.13 | $ 385 | 0.00 | $ 150 | $ 50.05 |
| 10/05/16 | Evenson, Fred | Phone call with Christopher Sproul to discuss potential evidence gathering in SP sanitary sewer overflows case during upcoming storm event | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 10/06/16 | Evenson, Fred | Review and edit public records request regarding St. Pete sewage spills. | 0.40 | 0.40 | $ 385 | 0.00 | $ 150 | $ 154.00 |

Exhibit 1 - Page 3

Exhibit 1 – Page 4

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 10/12/16 | Evenson, Fred | Call with Justin Bloom about retaining sewage engineer, plan to contact Florida DEP attorney, and designating 30(b)(6) corporate representative for Suncoast Waterkeeper. | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 10/13/16 | Evenson, Fred | Call with Chris Sproul regarding discussions with Florida DEP and retaining sewage engineer consultant. | 0.18 | 0.18 | $ 385 | 0.00 | $ 150 | $ 69.30 |
| 10/13/16 | Evenson, Fred | Call with Justin Bloom and Chris Sproul to discuss potential retention of sewage engineering expert and preparation for call with Florida DEP. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 10/19/16 | Evenson, Fred | Call with Chris Sproul discussing evidence development and sending 60-Day Notice Letters to St. Pete satellite municipalities | 0.13 | 0.13 | $ 385 | 0.00 | $ 150 | $ 50.05 |
| 10/20/16 | Evenson, Fred | Call with Chris Sproul re response to Tom Christ email on extent of retainer, rate and hours. | 0.08 | 0.08 | $ 385 | 0.00 | $ 150 | $ 30.80 |
| 10/26/16 | Evenson, Fred | Call with Chris Sproul to discuss response to St. Petersburg concerning mediation and whether to split costs and mediation, proposed consent decree to provide to St. Petersburg as framework for mediation. | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 11/14/16 | Evenson, Fred | Call with Chris Sproul and for part of call Justin Bloom to discuss further settlement strategy, including coordination with EPA as part of settlement and potential litigation strategy, further communication with City attorney on settlement mediation potential. | 0.55 | 0.55 | $ 385 | 0.00 | $ 150 | $ 211.75 |
| 11/17/16 | Evenson, Fred | Call with EPA and DEP representatives, Chris Sproul, and Justin Bloom to discuss our enforcement plans and potential for cooperation/coordination of our enforcement action with EPA and DEP. | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 11/18/16 | Evenson, Fred | Review and edit draft Consent Decree for consideration by Defendant in settlement discussions. | 0.43 | 0.43 | $ 385 | 0.00 | $ 150 | $ 165.55 |
| 11/22/16 | Evenson, Fred | Review email from Justin Bloom and research Sunshine Law application to Wastewater / Stormwater Task Force and Technical Working Group. | 0.45 | 0.45 | $ 385 | 0.00 | $ 150 | $ 173.25 |
| 11/22/16 | Evenson, Fred | Watch video from kick-off meeting of Wastewater / Stormwater Task Force and Technical Working Group for purpose of admissions of CWA violations from Albert Whitted sewage dump and any SP plans to remedy wet weather capacity problems. | 0.42 | 0.42 | $ 385 | 0.00 | $ 150 | $ 161.70 |
| 11/23/16 | Evenson, Fred | Call with Chris Sproul concerning preparing for settlement negotiation with St. Petersburg. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 12/01/16 | Evenson, Fred | Call with Chris Sproul and Molly Coyne to discuss filing complaint, potential Clean Water Act section 309(g)(6) defenses and how to counter. | 0.25 | 0.25 | $ 385 | 0.00 | $ 150 | $ 96.25 |
| 12/05/16 | Evenson, Fred | Call with Chris Sproul regarding review and critique of Florida DEP draft Consent Order. | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 5

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 12/05/16 | Evenson, Fred | Call with Chris Sproul regarding the Court's order striking complaint and leave to file amended complaint. | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 12/05/16 | Evenson, Fred | Call with Chris Sproul to discuss drafting amended complaint. | 0.05 | 0.05 | $ 385 | 0.00 | $ 150 | $ 19.25 |
| 12/06/16 | Evenson, Fred | Call with Chris Sproul to discuss revisions to amended complaint. | 0.22 | 0.22 | $ 385 | 0.00 | $ 150 | $ 84.70 |
| 12/06/16 | Evenson, Fred | Review and edit First Amended Complaint. | 1.00 | 1.00 | $ 385 | 0.00 | $ 150 | $ 385.00 |
| 12/06/16 | Evenson, Fred | Review and edit First Amended Complaint. | 1.15 | 1.15 | $ 385 | 0.00 | $ 150 | $ 442.75 |
| 12/07/16 | Evenson, Fred | Email and upload final September 28 Notice Letter. | 0.10 | 0.00 | $ 385 | 0.10 | $ 150 | $ 15.00 |
| 12/09/16 | Evenson, Fred | Call with Chris Sproul, Justin Bloom, Tom Christ, Annie Beaman to discuss preparation for forthcoming settlement meeting with St. Petersburg, what remedies to suggest in meeting, drafting agenda for meeting. | 1.27 | 1.27 | $ 385 | 0.00 | $ 150 | $ 488.95 |
| 12/13/16 | Evenson, Fred | Discuss settlement negotiation with Chris Sproul, approach to Rule 26(f) obligations, drafting case management statement, acquiring documents from St. Petersburg necessary for further assessment of Clean Water Act violations and necessary remedies, potential discovery to seek concerning documents. | 0.33 | 0.33 | $ 385 | 0.00 | $ 150 | $ 127.05 |
| 12/15/16 | Evenson, Fred | Call with Chris Sproul and Molly Coyne to discuss drafting request for production of documents, requests for admission, interrogatories, and joint case management conference report. | 0.40 | 0.40 | $ 385 | 0.00 | $ 150 | $ 154.00 |
| 12/16/16 | Evenson, Fred | Call with Chris Sproul to discuss case strategy, consolidation of case with interrelated case against St. Petersburg satellites. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 12/19/16 | Evenson, Fred | Additional call with Chris Sproul to discuss how best to obtain documents from St. Petersburg needed for further evaluation of extensive sewage spill problems and necessary remedies, Sunshine Law request and/or request for production of documents in discovery and case strategy. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 12/19/16 | Evenson, Fred | Call with Chris Sproul and Justin Bloom to discuss how best to obtain documents from St. Petersburg needed for further evaluation of extensive sewage spill problems and necessary remedies, Sunshine law request and/or request for production of documents in discovery. | 0.25 | 0.25 | $ 385 | 0.00 | $ 150 | $ 96.25 |
| 01/01/17 | Evenson, Fred | Call with Chris Sproul to discuss standing witnesses, development of standing showing for opposition to motion to dismiss and for allegations in proposed second minute complaint concerning standing. | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 01/02/17 | Evenson, Fred | Call with Chris Sproul and Justin Bloom re standing evidence for amended complaint and opposition to motion to dismiss, motion for summary judgment on standing. | 0.27 | 0.27 | $ 385 | 0.00 | $ 150 | $ 103.95 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 01/03/17 | Evenson, Fred | Call with Chris Sproul to discuss standing witnesses for Ecological Rights Foundation and revisions to draft complaint to reflect standing witness allegations. | 0.07 | 0.07 | $ 385 | 0.00 | $ 150 | $ 26.95 |
| 01/05/17 | Evenson, Fred | Call with Chris Sproul to discuss standing declarations in support of opposition to motion to dismiss. | 0.15 | 0.15 | $ 385 | 0.00 | $ 150 | $ 57.75 |
| 01/05/17 | Evenson, Fred | Call with Eliza Epstein to discuss being a standing declarant in the St. Pete case, her use and enjoyment of affected waters and injuries. | 0.72 | 0.72 | $ 385 | 0.00 | $ 150 | $ 277.20 |
| 01/06/17 | Evenson, Fred | Email correspondence with Justin Bloom and Chris Sproul concerning standing declarations in support of opposition to St. Petersburg's motion to dismiss. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 01/09/17 | Evenson, Fred | Correspondence with Justin Bloom, Chris Sproul and Molly Coyne regarding drafting declaration in opposition to motion to dismiss. | 0.08 | 0.08 | $ 385 | 0.00 | $ 150 | $ 30.80 |
| 01/09/17 | Evenson, Fred | Call with Chris Sproul to discuss interviews with Plaintiffs' members and development of declarations from members concerning Plaintiffs' standing. | 0.27 | 0.27 | $ 385 | 0.00 | $ 150 | $ 103.95 |
| 01/09/17 | Evenson, Fred | Call with Justin Bloom regarding content of standing declarations. | 0.15 | 0.15 | $ 385 | 0.00 | $ 150 | $ 57.75 |
| 01/09/17 | Evenson, Fred | Finalize Liza Epstein standing declaration for review by the witness. | 1.10 | 1.10 | $ 385 | 0.00 | $ 150 | $ 423.50 |
| 01/09/17 | Evenson, Fred | Review edits and finalize Eliza Epstein declaration regarding standing for review by the witness. | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 01/10/17 | Evenson, Fred | Assist Rachel Rosner in drafting her declaration for standing for review by the witness. | 1.53 | 1.53 | $ 385 | 0.00 | $ 150 | $ 589.05 |
| 01/10/17 | Evenson, Fred | Call with Chris Sproul to discuss declaration in support of opposition to motion to dismiss concerning evidence of existence of sewage spills. | 0.22 | 0.22 | $ 385 | 0.00 | $ 150 | $ 84.70 |
| 01/11/17 | Evenson, Fred | Draft Declaration of Christopher Sproul in Support of Opposition to Motion to Dismiss at the direction of Chris Sproul and for his review. | 0.53 | 0.53 | $ 385 | 0.00 | $ 150 | $ 204.05 |
| 01/11/17 | Evenson, Fred | Draft Declaration of Christopher Sproul in Support of Opposition to Motion to Dismiss at the direction of Chris Sproul and for his review. | 1.62 | 1.62 | $ 385 | 0.00 | $ 150 | $ 623.70 |
| 01/12/17 | Evenson, Fred | Call with Chris Sproul to discuss Sproul declaration in support of opposition to motion to dismiss and declarations from ERF members in support of opposition to motion to dismiss. | 0.23 | 0.23 | $ 385 | 0.00 | $ 150 | $ 88.55 |
| 01/17/17 | Evenson, Fred | Call with Molly Coyne and Chris Sproul about drafting supplemental RFPs to ask about satellite cities. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 01/17/17 | Evenson, Fred | Call with Chris Sproul re second set of requests for production of documents and third-party subpoenas. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 01/17/17 | Evenson, Fred | Call with Chris Sproul to discuss second set of requests for production of documents and third-party subpoenas. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |

Exhibit 1 - Page 6

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 01/17/17 | Evenson, Fred | Execute and file Notice of Compliance with ECF Registration and Notice of Appearance. | 0.15 | 0.00 | $ 385 | 0.15 | $ 150 | $ 22.50 |
| 01/17/17 | Evenson, Fred | Call with Fred Evenson re second set of requests for production of documents and third-party subpoenas. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 01/18/17 | Evenson, Fred | Call with Chris Sproul to discuss further investigation into contribution of Treasure Island to sanitary sewer overflows's from St. Petersburg | 0.15 | 0.15 | $ 385 | 0.00 | $ 150 | $ 57.75 |
| 01/19/17 | Evenson, Fred | Call with Chris Sproul to discuss subpoenas to St. Petersburg satellites. | 0.07 | 0.07 | $ 385 | 0.00 | $ 150 | $ 26.95 |
| 01/20/17 | Evenson, Fred | Call with Justin Bloom re: case management report, final edits and email to Bovles | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 64.17 |
| 02/13/17 | Evenson, Fred | Meeting with Chris Sproul to discuss opposition to Treasure Island and Gulfport motions to quash subpoenas. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 02/14/17 | Evenson, Fred | Call with Chris Sproul to discuss opposition to Treasure Island motion to quash subpoena. | 0.12 | 0.12 | $ 385 | 0.00 | $ 150 | $ 46.20 |
| 02/15/17 | Evenson, Fred | Call with Justin Bloom to discuss Plaintiffs' response to Gulfport's Motion to Quash Subpoena. | 0.23 | 0.23 | $ 385 | 0.00 | $ 150 | $ 88.55 |
| 02/15/17 | Evenson, Fred | Call with Justin Bloom and Chris Sproul to discuss Plaintiffs' response to Gulfport's Motion to Quash Subpoena or request for additional time. | 0.40 | 0.40 | $ 385 | 0.00 | $ 150 | $ 154.00 |
| 02/22/17 | Evenson, Fred | Call with Chris Sproul to discuss Review of St. Petersburg motion for summary judgment and preparation of arguments in opposition to St. Petersburg motion for summary judgment, assignment of legal research and brief drafting tasks to Molly Coyne. | 1.15 | 1.15 | $ 385 | 0.00 | $ 150 | $ 442.75 |
| 02/22/17 | Evenson, Fred | Research issue of when Florida administrative enforcement action is "commenced" within the meaning of the diligent prosecution bar and Florida administrative law. | 4.17 | 4.17 | $ 385 | 0.00 | $ 150 | $ 1,605.45 |
| 02/24/17 | Evenson, Fred | Call with C. Sproul, J. Bloom, Molly Coyne to discuss Plaintiffs' opposition to St. Pete Motion for Summary Judgment. | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 02/27/17 | Evenson, Fred | Draft email message concerning initial research on diligent prosection, Clean Water Act section 309(g)(6) bar to citizen suit arguments raised by St. Petersburg motion to dismiss. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 02/28/17 | Evenson, Fred | Call with Chris Sproul and Molly Coyne to discuss opposition to St. Petersburg motion for summary judgment. | 0.60 | 0.60 | $ 385 | 0.00 | $ 150 | $ 231.00 |
| 03/01/17 | Evenson, Fred | Call with Chris Sproul to discuss meeting and conferring with Treasure Island counsel in light of court order denying motion to quash. | 0.13 | 0.13 | $ 385 | 0.00 | $ 150 | $ 50.05 |
| 03/06/17 | Evenson, Fred | Correspondence with Molly Coyne regarding judicial notice. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 03/09/17 | Evenson, Fred | Calls with Chris Sproul to discuss corrected opposition to St. Petersburg motion for summary judgment. | 1.18 | 1.18 | $ 385 | 0.00 | $ 150 | $ 454.30 |

Exhibit 1 - Page 7

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 03/13/17 | Evenson, Fred | Call with Molly Coyne about legal research needed for opposition to judicial notice. | 0.18 | 0.18 | $ 385 | 0.00 | $ 150 | $ 69.30 |
| 03/13/17 | Evenson, Fred | Draft Plaintiffs' Opposition to St. Pete's Request for Judicial Notice in Support of Motion to Dismiss. | 3.75 | 3.75 | $ 385 | 0.00 | $ 150 | $ 1,443.75 |
| 03/13/17 | Evenson, Fred | Legal Research on pollutant contributions from other entities effect on "traceability" prong of standing analysis. | 1.44 | 1.44 | $ 385 | 0.00 | $ 150 | $ 554.40 |
| 03/13/17 | Evenson, Fred | Research foundational requirements for public records exception to hearsay rule. | 0.77 | 0.77 | $ 385 | 0.00 | $ 150 | $ 296.45 |
| 03/15/17 | Evenson, Fred | Call with Molly Coyne regarding revisions to opposition to judicial notice. | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 04/12/17 | Evenson, Fred | Call with Molly Coyne regarding document subpoenas for deponents. | 0.08 | 0.08 | $ 385 | 0.00 | $ 150 | $ 30.80 |
| 04/12/17 | Evenson, Fred | Call with Chris Sproul regarding St. Pete employee depositions and document subpoenas, contacting St. Pete about position on multi-party mediation, and drafting additional RFPs. | 0.64 | 0.64 | $ 385 | 0.00 | $ 150 | $ 246.40 |
| 04/20/17 | Evenson, Fred | Call with Chris Sproul to discuss motion to compel St. Petersburg's responses to plaintiffs' discovery. | 0.25 | 0.25 | $ 385 | 0.00 | $ 150 | $ 96.25 |
| 04/24/17 | Evenson, Fred | Call with Molly Coyne and Justin Bloom regarding St. Pete discovery responses and drafting motion to compel. | 1.08 | 1.08 | $ 385 | 0.00 | $ 150 | $ 415.80 |
| 05/01/17 | Evenson, Fred | Call with Chris Sproul to discuss letter to St. Petersburg concerning renewed request for withdrawal of St. Petersburg'smotion to dismiss in light of Judge Bucklew's ruling in the Gulfport case on Gulfport motion to dismiss and potential filing with Judge Whittemore notifying judge of ruling in the Gulfport case, as supplemental authority pertinent to St. Petersburg motion to dismiss. | 0.23 | 0.23 | $ 385 | 0.00 | $ 150 | $ 88.55 |
| 05/13/17 | Evenson, Fred | Call with Chris Sproul to discuss developing motion for summary judgment on St. Petersburg liability, review of documents obtained from St. Petersburg in response to request for production of documents and further communications with opposing counsel concerning documents apparently missing from document production, need for/development of expert opinion testimony. | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 05/25/17 | Evenson, Fred | Call with Chris Sproul regarding proposal for stipulation to mediator. | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 06/01/17 | Evenson, Fred | Call with Chris Sproul to discuss St. Petersburg discovery responses. | 0.12 | 0.12 | $ 385 | 0.00 | $ 150 | $ 46.20 |
| 06/02/17 | Evenson, Fred | Call with Chris Sproul to discuss St. Petersburg expert reports, expert discovery. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 06/02/17 | Evenson, Fred | Call with Molly Coyne, Chris Sproul and Justin Bloom re staffing case, depositions, scheduling, proposed stipulation to push back case management deadlines, drafting MSJ on liability, response to St. Pete's answer. | 1.05 | 1.05 | $ 385 | 0.00 | $ 150 | $ 404.25 |

Exhibit 1 - Page 8

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 06/09/17 | Evenson, Fred | Call with Justin Bloom, Chris Sproul and Molly Coyne regarding ESI stipulation, SSO reports, and document production. | 0.70 | 0.70 | $ 385 | 0.00 | $ 150 | $ 269.50 |
| 06/20/17 | Evenson, Fred | Call with Chris Sproul to discuss potential request/stipulation for revised case schedule. | 0.08 | 0.08 | $ 385 | 0.00 | $ 150 | $ 30.80 |
| 06/26/17 | Evenson, Fred | Call with Chris Sproul to discuss communication to St. Petersburg's counsel concerning request to agree to modification of case schedule request. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 07/05/17 | Evenson, Fred | Call with Molly Coyne about Motion to Strike. | 0.12 | 0.12 | $ 385 | 0.00 | $ 150 | $ 46.20 |
| 07/24/17 | Evenson, Fred | Call with Chris Sproul, Justin Bloom, and Molly Coyne to discuss arguments, strategy for opposition to motion for summary judgment. | 0.40 | 0.40 | $ 385 | 0.00 | $ 150 | $ 154.00 |
| 08/04/17 | Evenson, Fred | Call with Chris Sproul to discuss development of experts, expert disclosures and expert reports. | 0.13 | 0.13 | $ 385 | 0.00 | $ 150 | $ 50.05 |
| 08/09/17 | Evenson, Fred | Call with Molly Coyne and Justin Bloom regarding motion for summary judgment. | 0.78 | 0.78 | $ 385 | 0.00 | $ 150 | $ 300.30 |
| 08/09/17 | Evenson, Fred | Review and edit Molly Coyne initial draft Motion for Summary Judgment on spills to Tampa Bay. | 2.21 | 2.21 | $ 385 | 0.00 | $ 150 | $ 850.85 |
| 08/15/17 | Evenson, Fred | Call with Chris Sproul to discuss motion for summary judgment arguments. | 0.23 | 0.23 | $ 385 | 0.00 | $ 150 | $ 88.55 |
| 08/16/17 | Evenson, Fred | Call with Chris Sproul to discuss scheduling mediation with St. Petersburg. | 0.07 | 0.00 | $ 385 | 0.07 | $ 150 | $ 10.50 |
| 08/16/17 | Evenson, Fred | Call with Justin Bloom to discuss potential mediators and their availability. | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 08/16/17 | Evenson, Fred | Call with Justin Bloom to prepare for calendaring discussion with Brian Bolves. | 0.17 | 0.00 | $ 385 | 0.17 | $ 150 | $ 25.50 |
| 08/16/17 | Evenson, Fred | Call with Justin Bloom and Brian Bolves discussing stipulation on trial date, case management issues and mediation. | 0.58 | 0.58 | $ 385 | 0.00 | $ 150 | $ 223.30 |
| 08/22/17 | Evenson, Fred | Call with Chris Sproul to discuss motion for summary judgment, gathering additional evidence, including taking depositions to develop further evidence for summary judgment, in preparation for mediation/settlement negotiation. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 09/12/17 | Evenson, Fred | Call with Chris Sproul to discuss settlement mediation. | 0.13 | 0.13 | $ 385 | 0.00 | $ 150 | $ 50.05 |
| 09/16/17 | Evenson, Fred | Call with Justin Bloom re: mediation | 0.25 | 0.25 | $ 385 | 0.00 | $ 150 | $ 96.25 |
| 09/16/17 | Evenson, Fred | meet with Justin Bloom, Jennifer Rubielo, Annie Beamon, Andy Hayslip re: St. Pete sewage | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 09/16/17 | Evenson, Fred | Call with Chris Sproul, Justin Bloom and Molly Coyne to prepare for St. Pete mediation. | 0.82 | 0.82 | $ 385 | 0.00 | $ 150 | $ 315.70 |
| 09/26/17 | Evenson, Fred | Prepare position notes for settlement mediation. | 2.47 | 2.47 | $ 385 | 0.00 | $ 150 | $ 950.95 |

Exhibit 1 - Page 9

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 09/26/17 | Evenson, Fred | Call with Chris Sproul, Justin Blum, Tiffany Schauer, and for part of Annie Beaman to discuss discuss preparation for settlement mediation, development of settlement positions. | 1.00 | 1.00 | $ 385 | 0.00 | $ 150 | $ 385.00 |
| 09/26/17 | Evenson, Fred | Calls with Chris Sproul and Justin Bloom and, for part of call, Molly Coyne to discuss preparation for settlement mediation, development of settlement positions, fact and legal research needed for evaluation of settlement position and assessment of litigation risks. | 1.10 | 1.10 | $ 385 | 0.00 | $ 150 | $ 423.50 |
| 09/27/17 | Evenson, Fred | Call with Chris Sproul to discuss further settlement strategy, motion for summary judgment. | 0.43 | 0.43 | $ 385 | 0.00 | $ 150 | $ 165.55 |
| 09/27/17 | Evenson, Fred | Participate in settlement mediation with St. Petersburg. | 3.02 | 3.02 | $ 385 | 0.00 | $ 150 | $ 1,162.70 |
| 09/27/17 | Evenson, Fred | Research EPA Supplemental Environmental Project and Civil Penalty guidance documents for mediation. | 1.10 | 1.10 | $ 385 | 0.00 | $ 150 | $ 423.50 |
| 09/28/17 | Evenson, Fred | Call with Tiffany Schauer, Annie Beaman, Chris Sproul and Justin Bloom to discuss further settlement strategy, motion for summary judgment | 1.32 | 1.32 | $ 385 | 0.00 | $ 150 | $ 508.20 |
| 09/28/17 | Evenson, Fred | Edit and cite check draft Motion for Partial Summary Judgment and Memorandum of Support. | 2.21 | 2.21 | $ 385 | 0.00 | $ 150 | $ 850.85 |
| 09/28/17 | Evenson, Fred | Review and take notes for opposition to St. Pete Motion to Dismiss. | 1.46 | 1.46 | $ 385 | 0.00 | $ 150 | $ 562.10 |
| 09/29/17 | Evenson, Fred | travel for settlement mediation with John Wilcox. | 3.20 | 0.00 | $ 385 | 3.20 | $ 150 | $ 480.00 |
| 10/03/17 | Evenson, Fred | Call with Justin Bloom to discuss legal positions for Plaintiffs' opposition to motion to stay. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 10/03/17 | Evenson, Fred | Call with Chris Sproul, Molly Coyne and Justin Bloom re drafting opposition to motion to stay, additional factual and legal research needed to support arguments why case should not be stayed. | 0.83 | 0.83 | $ 385 | 0.00 | $ 150 | $ 319.55 |
| 10/03/17 | Evenson, Fred | Review St. Petersburg's Motion to Stay Proceedings and supporting declaration. | 2.31 | 2.31 | $ 385 | 0.00 | $ 150 | $ 889.35 |
| 10/04/17 | Evenson, Fred | Legal research on "diligent prosecution" bar to citizen suits under the Clean Water Act. | 3.30 | 3.30 | $ 385 | 0.00 | $ 150 | $ 1,270.50 |
| 10/04/17 | Evenson, Fred | Review Sunshine Act PRA documents received from Florida DEP including all drafts of Consent Order between FDEP and St. Pete and related correspondence for opposition to stay. | 5.10 | 5.10 | $ 385 | 0.00 | $ 150 | $ 1,963.50 |
| 10/05/17 | Evenson, Fred | Prepare outline of arguments opposing Motion to Stay. | 1.75 | 1.75 | $ 385 | 0.00 | $ 150 | $ 673.75 |
| 10/08/17 | Evenson, Fred | Search Oculus for official "Warning Letters" from Florida DEP to municipalities and download for use in opposition to stay. | 2.20 | 2.20 | $ 385 | 0.00 | $ 150 | $ 847.00 |
| 10/10/17 | Evenson, Fred | Review and final edits to Eliza Epstein Declaration for witness review. | 0.90 | 0.90 | $ 385 | 0.00 | $ 150 | $ 346.50 |

Exhibit 1 - Page 10

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 11

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 10/11/17 | Evenson, Fred | Call with Chris Sproul to discuss arguments for opposition to St. Petersburg motion to stay and additional legal research needed for development of arguments, preparation for oral argument for opposition to St. Petersburg motion for summary judgment. | 0.67 | 0.67 | $ 385 | 0.00 | $ 150 | $ 257.95 |
| 10/12/17 | Evenson, Fred | Call with Chris Sproul and Molly Coyne concerning arguments, research on diligent prosecution bar for opposition to motion to stay, preparation for oral argument for opposition to motion for summary judgment. | 0.78 | 0.78 | $ 385 | 0.00 | $ 150 | $ 300.30 |
| 10/12/17 | Evenson, Fred | Legal research and Draft Opposition to St. Petersburg Motion to Stay Proceedings. | 6.29 | 6.29 | $ 385 | 0.00 | $ 150 | $ 2,421.65 |
| 10/15/17 | Evenson, Fred | Draft Opposition to St. Petersburg Motion to Stay Proceedings. | 2.10 | 2.10 | $ 385 | 0.00 | $ 150 | $ 808.50 |
| 10/16/17 | Evenson, Fred | Call with Chris Sproul and for part of call Molly Coyne to discuss revisions to opposition to St. Petersburg's motion to stay. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 10/16/17 | Evenson, Fred | Call with Molly Coyne to discuss Plaintiffs' opposition to motion to stay. | 0.23 | 0.23 | $ 385 | 0.00 | $ 150 | $ 88.55 |
| 10/16/17 | Evenson, Fred | Draft, review Chris Sproul and Molly Coyne proposed revisions, and finalize Opposition to St. Petersburg Motion to Stay Proceedings. | 3.33 | 3.33 | $ 385 | 0.00 | $ 150 | $ 1,282.05 |
| 10/17/17 | Evenson, Fred | Call with Molly Coyne and Chris Sproul concerning addressing electronic filing problem for future filings. | 0.10 | 0.00 | $ 385 | 0.10 | $ 150 | $ 15.00 |
| 10/18/17 | Evenson, Fred | Call with Molly Coyne and Yair Chaver to discuss updating new St. Pete sewage spills table. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 10/18/17 | Evenson, Fred | Call with Chris Sproul to discuss preparation for oral argument on motion for summary judgment and possibly on motion for stay. | 0.75 | 0.75 | $ 385 | 0.00 | $ 150 | $ 288.75 |
| 10/19/17 | Evenson, Fred | Appearance for hearing on St. Petersburg motions for summary judgment and stay. | 1.20 | 1.20 | $ 385 | 0.00 | $ 150 | $ 462.00 |
| 10/19/17 | Evenson, Fred | Call with Chris Sproul and for part of call Justin Bloom to discuss assessment of oral argument on St. Petersburg motion to dismiss and whether to issue deposition notices to St. Petersburg and whom to depose. | 0.52 | 0.52 | $ 385 | 0.00 | $ 150 | $ 200.20 |
| 10/19/17 | Evenson, Fred | Call with Chris Sproul to discuss oral argument on St. Petersburg motion for summary judgment, further case strategy in light of oral argument, work on fashioning remedy arguments and preparation of expert report/expert discovery, notice of depositions of St. Petersburg staff. | 0.55 | 0.55 | $ 385 | 0.00 | $ 150 | $ 211.75 |
| 10/25/17 | Evenson, Fred | Call with Molly Coyne regarding drafting opposition to request for supplemental authority and drafting opposoition to St. PEte's request for supplemental authority | 0.13 | 0.13 | $ 385 | 0.00 | $ 150 | $ 50.05 |
| 10/26/17 | Evenson, Fred | call with Justin Bloom re: injection well and other releases post notice letter, depositions. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |

Exhibit 1 - Page 12

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 10/30/17 | Evenson, Fred | Review St. Pete's Second Motion for Partial Summary Judgment and takes notes for oppostion. | 2.35 | 2.35 | $ 385 | 0.00 | $ 150 | $ 904.75 |
| 10/31/17 | Evenson, Fred | Call with Chris Sproul to discuss response to St. Petersburg motion for summary judgment. | 0.10 | 0.10 | $ 385 | 0.00 | $ 150 | $ 38.50 |
| 11/01/17 | Evenson, Fred | Call with Molly Coyne and Chris Sproul regarding motion for reply to supplemental authority. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 11/09/17 | Evenson, Fred | Multiple Calls with Molly Coyne regarding opposition to St. Petersburg's second motion for summary judgment. | 1.30 | 1.30 | $ 385 | 0.00 | $ 150 | $ 500.50 |
| 11/30/17 | Evenson, Fred | Review FDEP letter regarding the denial of St. Pete's P2 Plan. | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 12/01/17 | Evenson, Fred | Review Craven Askew whistleblower newspaper articles, interview notes, NEWRF sanitary sewer overflows reports and related Florida DEP documents in preparation for depositon of Askew. | 6.23 | 6.23 | $ 385 | 0.00 | $ 150 | $ 2,398.55 |
| 12/11/17 | Evenson, Fred | Prepare outline and questions for Craven Askew deposition. | 5.44 | 5.44 | $ 385 | 0.00 | $ 150 | $ 2,094.40 |
| 12/12/17 | Evenson, Fred | Call with Justin Bloom re: depositions in preparation for depositions of Askew and Tankersley | 0.12 | 0.12 | $ 385 | 0.00 | $ 150 | $ 44.92 |
| 12/12/17 | Evenson, Fred | Prepare outline and questions for Claude Tankersley depositon. | 8.27 | 8.27 | $ 385 | 0.00 | $ 150 | $ 3,183.95 |
| 12/13/17 | Evenson, Fred | Call with Molly Coyne discussing preparation for Craven Askew deposition. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 12/13/17 | Evenson, Fred | Meet with Justin Bloom to discuss Craven Askew and Claude Tankersley deposition questions and exhibits to use. | 4.75 | 4.75 | $ 385 | 0.00 | $ 150 | $ 1,828.75 |
| 12/13/17 | Evenson, Fred | Read St. Pete Wet Weather Overflow Mitigation Program - Phase 1 and Tom Christ's comments. in preparation for depositions of Tankersley. | 1.45 | 1.45 | $ 385 | 0.00 | $ 150 | $ 558.25 |
| 12/14/17 | Evenson, Fred | Conduct deposition of Craven Askew. | 7.50 | 7.50 | $ 385 | 0.00 | $ 150 | $ 2,887.50 |
| 12/15/17 | Evenson, Fred | Round-trip travel to Claude Tankersley deposition. | 1.10 | 0.00 | $ 385 | 1.10 | $ 150 | $ 165.00 |
| 12/15/17 | Evenson, Fred | Conduct Claude Tankersley deposition. | 7.00 | 7.00 | $ 385 | 0.00 | $ 150 | $ 2,695.00 |
| 12/16/17 | Evenson, Fred | Call with Chris Sproul to discuss depositions of St. Petersburg staff. | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 12/18/17 | Evenson, Fred | Prepare non-expert witness disclosures. | 1.62 | 1.62 | $ 385 | 0.00 | $ 150 | $ 623.70 |
| 01/02/18 | Evenson, Fred | Review and compile documents and deposition transcript excerpts relevant for Tom Christ analyses. | 4.10 | 4.10 | $ 385 | 0.00 | $ 150 | $ 1,578.50 |
| 01/08/18 | Evenson, Fred | Call with Chris Sproul to discuss Plaintiffs' expert report, additional discovery, trial preparation matters. | 0.23 | 0.23 | $ 385 | 0.00 | $ 150 | $ 88.55 |
| 01/08/18 | Evenson, Fred | Call with Chris Sproul, Justin Bloom to discuss further case strategy on Defendant's proposed mootness/diligent prosecution defense. | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 01/09/18 | Evenson, Fred | Call with Chris Sproul to discuss Plaintiffs' expert report, additional discovery, trial preparation matters. | 0.23 | 0.23 | $ 385 | 0.00 | $ 150 | $ 88.55 |
| 01/09/18 | Evenson, Fred | Call with Molly Coyne  re drafting Tom Christ expert report | 0.28 | 0.28 | $ 385 | 0.00 | $ 150 | $ 107.80 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 13

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 01/11/18 | Evenson, Fred | Prepare Joint Motion for Entry of Stipulated Order Modifying Expert Disclosure Date in Case Management and Scheduling Order. | 1.10 | 1.10 | $ 385 | 0.00 | $ 150 | $ 423.50 |
| 01/15/18 | Evenson, Fred | Call with Chris Sproul to discuss further discovery, supplemental filing with court concerning mootness arguments, potential trial preparation. | 0.37 | 0.37 | $ 385 | 0.00 | $ 150 | $ 142.45 |
| 01/17/18 | Evenson, Fred | Call with Chris Sproul to discuss evidence of lack of diligence prosecution to further develop arguments to oppose St. Petersburg contentions that case is moot, potential supplemental filings with court concerning the same. | 0.25 | 0.25 | $ 385 | 0.00 | $ 150 | $ 96.25 |
| 01/18/18 | Evenson, Fred | Draft Request to File New Evidence in Support Opposing Defendant's Motion for Sumarry Judgment #2. | 3.40 | 3.40 | $ 385 | 0.00 | $ 150 | $ 1,309.00 |
| 01/19/18 | Evenson, Fred | Call with Chris Sproul to discuss filing request for leave to file supplemental evidentiary material with Judge Whittemore. | 0.13 | 0.13 | $ 385 | 0.00 | $ 150 | $ 50.05 |
| 01/19/18 | Evenson, Fred | Call with Chris Sproul to discuss effect of Judge Whittemore ruling denying St. Petersburg summary judgment on finding that Florida DEP administrative procedures on consent orders are not comparable to Clean Water Act on assessment of litigation risk and case strategy. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 01/22/18 | Evenson, Fred | Call with Justin Bloom to discuss filing Request to Submit New Evidence | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 01/22/18 | Evenson, Fred | Review Florida Fish and Wildlife Commission St. Pete Incident Report on St. Pete sewage spills for references to seek via Public Records Act | 0.42 | 0.42 | $ 385 | 0.00 | $ 150 | $ 161.70 |
| 01/23/18 | Evenson, Fred | Additional call with Chris Sproul to discuss expert analysis issues, litigation strategy, case costs management, and additional discovery to propound. | 0.35 | 0.35 | $ 385 | 0.00 | $ 150 | $ 134.75 |
| 01/30/18 | Evenson, Fred | Discuss deposition schedule and plan with Chris Sproul. | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 01/31/18 | Evenson, Fred | Calls with Chris Sproul to discuss revisions to letter to St. Petersburg concerning scheduling depositions and potential revision to case schedule, preparation of expert report, additional third-party subpoenas to St. Petersburg consultants. | 0.47 | 0.47 | $ 385 | 0.00 | $ 150 | $ 180.95 |
| 02/07/18 | Evenson, Fred | Call with Chris Sproul to discuss preparation for depositions and for working on sewage engineer expert report. | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 02/21/18 | Evenson, Fred | Call with Chris Sproul to discuss preparation for depositions of FDEP staff. | 0.25 | 0.25 | $ 385 | 0.00 | $ 150 | $ 96.25 |
| 02/25/18 | Evenson, Fred | *Call with Chris Sproul to discuss preparation for depositions of FDEP witnesses, documents to use as exhibits, lines of questioning to pursue.* | 0.63 | 0.63 | $ 385 | 0.00 | $ 150 | $ 242.55 |

Exhibit 1 - Page 14

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | | Lodestar |
|---|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ | 144,343.41 |
| 02/26/18 | Evenson, Fred | Calls with Chris Sproul to discuss documents to review and use as exhibits at depositions of Mary Yeargan, Michelle Holton and Michelle Duggan. | 0.33 | 0.33 | $ 385 | 0.00 | $ 150 | $ | 127.05 |
| 02/26/18 | Evenson, Fred | Meeting with Chris Sproul to discuss preparation for depositions of Mary Yeargan and Michelle Holton. | 0.75 | 0.75 | $ 385 | 0.00 | $ 150 | $ | 288.75 |
| 02/27/18 | Evenson, Fred | Meeting with Chris Sproul to discuss preparation for depositions of Mary Yeargan and Michelle Holton. | 0.42 | 0.42 | $ 385 | 0.00 | $ 150 | $ | 161.70 |
| 02/27/18 | Evenson, Fred | Meeting with Chris Sproul to discuss preparation for deposition of Michelle Duggan. | 0.92 | 0.92 | $ 385 | 0.00 | $ 150 | $ | 354.20 |
| 02/28/18 | Evenson, Fred | Discuss lines of questioning for Michelle Duggan deposition with Chris Sproul. | 1.17 | 1.17 | $ 385 | 0.00 | $ 150 | $ | 450.45 |
| 02/28/18 | Evenson, Fred | Assist Chris Sproul with formulating lines of questioning and identifying relevant Michelle Duggan deposition exhibits. | 2.62 | 2.62 | $ 385 | 0.00 | $ 150 | $ | 1,008.70 |
| 03/02/18 | Evenson, Fred | Meeting with Chris Sproul to discuss preparation for additional depositions of St. Petersburg witnesses. | 0.65 | 0.65 | $ 385 | 0.00 | $ 150 | $ | 250.25 |
| 03/03/18 | Evenson, Fred | Review St. Pete engineering reports, sewer maps, flow monitoring plan and correspondence for David Abbaspour deposition. | 5.62 | 5.62 | $ 385 | 0.00 | $ 150 | $ | 2,163.70 |
| 03/04/18 | Evenson, Fred | Prepare David Abbaspour deposition questions and outline. | 3.50 | 3.50 | $ 385 | 0.00 | $ 150 | $ | 1,347.50 |
| 03/05/18 | Evenson, Fred | Round trip travel for David Abbaspour deposition. | 1.00 | 0.00 | $ 385 | 1.00 | $ 150 | $ | 150.00 |
| 03/05/18 | Evenson, Fred | Conduct deposition of David Abbaspour. | 6.50 | 6.50 | $ 385 | 0.00 | $ 150 | $ | 2,502.50 |
| 03/06/18 | Evenson, Fred | Round trip travel for Lane Longley deposition. | 1.00 | 0.00 | $ 385 | 1.00 | $ 150 | $ | 150.00 |
| 03/06/18 | Evenson, Fred | Attend and assist with Lane Longley Deposition. | 8.00 | 8.00 | $ 385 | 0.00 | $ 150 | $ | 3,080.00 |
| 03/07/18 | Evenson, Fred | Call with Chris Sproul to discuss further preparation for depositions of St. Petersburg witnesses, further factual investigation for development of additional evidence for liability and remedy, including proof of connection of sewage spills to Waters of the United States. | 0.62 | 0.62 | $ 385 | 0.00 | $ 150 | $ | 238.70 |
| 03/07/18 | Evenson, Fred | Review Palenchar correspondence and Florida DEP reports in preparation for John Palenchar deposition. | 6.72 | 6.72 | $ 385 | 0.00 | $ 150 | $ | 2,587.20 |
| 03/08/18 | Evenson, Fred | Prepare questions for John Palenchar deposition. | 6.80 | 6.80 | $ 385 | 0.00 | $ 150 | $ | 2,618.00 |
| 03/09/18 | Evenson, Fred | Call with Chris Sproul to discuss legal question concerning claims. | 0.15 | 0.15 | $ 385 | 0.00 | $ 150 | $ | 57.75 |
| 03/09/18 | Evenson, Fred | Conference call with Kaki Schmidt, Molly Coyne and Justin Bloom post-deposition of Palenchar to discuss deposition and strategy for next steps in litigation. | 0.70 | 0.70 | $ 385 | 0.00 | $ 150 | $ | 269.50 |
| 03/09/18 | Evenson, Fred | John Palenchar deposition. | 8.70 | 8.70 | $ 385 | 0.00 | $ 150 | $ | 3,349.50 |
| 03/11/18 | Evenson, Fred | Research St. Petersburg historic land use maps, GIS database, wetland delineations and historic aerial photographs for evidence of "waters of the US". | 6.35 | 6.35 | $ 385 | 0.00 | $ 150 | $ | 2,444.75 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 03/13/18 | Evenson, Fred | Call with Chris Sproul to discuss further development of deposition plan, lines of inquiry to pursue in deposition, review of documents to aid development of deposition questioning. | 1.12 | 1.12 | $ 385 | 0.00 | $ 150 | $ 431.20 |
| 03/14/18 | Evenson, Fred | Call with Justin Bloom and filing Motion for leave to submit declaration | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 03/15/18 | Evenson, Fred | Call with AXYS lab staff, Andy Hayslip and Justin Bloom regarding analytes for human source indicators and toxics, sampling requirements and costs. | 1.08 | 1.08 | $ 385 | 0.00 | $ 150 | $ 415.80 |
| 03/15/18 | Evenson, Fred | Research zoning, wetland status, drainage patters and land use of the parcel south of NEWRF where sewage was discharged for evidence of of discharge to Waters of the US. | 2.23 | 2.23 | $ 385 | 0.00 | $ 150 | $ 858.55 |
| 03/16/18 | Evenson, Fred | Call with Chris Sproul and for part of call Kaki Schmidt to discuss potential further written discovery to propound, depositions/deponents to target, further communication with Brian Bolves about potential case stipulations related to summary judgment issues, response to St. Petersburg's interrogatories. | 0.58 | 0.58 | $ 385 | 0.00 | $ 150 | $ 223.30 |
| 03/16/18 | Evenson, Fred | Research St. Pete current and historic flood zone maps for proving receiving waters are "Waters of the US" and prepare exhibits. | 4.95 | 4.95 | $ 385 | 0.00 | $ 150 | $ 1,905.75 |
| 03/19/18 | Evenson, Fred | Conference call with C. Sproul and K Schmidt about investigations regarding additional violations and defense counsel's failure to produce GIS and SSO data/stipulation by today, as promised. Next steps and other discovery/scheduling matters. | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 03/21/18 | Evenson, Fred | Call Schmidt/Evenson post conference call with defense counsel concerning additional submissions of evidence, drafting of confidentiality stipulation, expert witnesses. | 0.30 | 0.30 | $ 385 | 0.00 | $ 150 | $ 115.50 |
| 03/21/18 | Evenson, Fred | Call with Schmidt/Evenson prior to conference call with defense counsel regarding how to discuss pending discovery matters and stipulations to be addressed with defense counsel. | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 03/22/18 | Evenson, Fred | Additional call with Chris Sproul to discuss response to St. Petersburg's response to request for production of documents. | 0.22 | 0.22 | $ 385 | 0.00 | $ 150 | $ 84.70 |
| 03/22/18 | Evenson, Fred | Call with Justin Bloom re: order on filing additional info, GIS files, case management | 0.33 | 0.33 | $ 385 | 0.00 | $ 150 | $ 128.33 |
| 03/22/18 | Evenson, Fred | Call with Chris Sproul and Kaki Schmidt regarding responses to Defendant's discovery requests, stipulation on sanitary sewer overflows subject to MSJs, reviewing and providing deposition transcript excerpts pursuant to Judge Whittemore's March 22 order. | 0.52 | 0.52 | $ 385 | 0.00 | $ 150 | $ 200.20 |

Exhibit 1 - Page 15

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 03/23/18 | Evenson, Fred | Work with Andrew Hayslip on creating Google Earth compatible GIS files of St. Pete MS4 data. | 1.10 | 1.10 | $ 385 | 0.00 | $ 150 | $ 423.50 |
| 03/26/18 | Evenson, Fred | Work on summary of Brown & Caldwell projects for St. Petersburg. | 0.69 | 0.69 | $ 385 | 0.00 | $ 150 | $ 265.65 |
| 03/27/18 | Evenson, Fred | Call with Fred Evenson concerning supplemental filing of deposition testimony from Yeargan and Longley in opposition to Defendant's motion for partial summary judgment on the issues of mootness, diligent prosecution and navigable waters; waiting on stipulation as promised from opposing counsel on WOTUS issue; expert report; discovery response deadlines and extension. | 0.40 | 0.40 | $ 385 | 0.00 | $ 150 | $ 154.00 |
| 03/27/18 | Evenson, Fred | Review Lane Longley deposition transcript and prepare excerpts and exhibits for supplement to Plaintiffs' MPSJ court submission. | 4.25 | 4.25 | $ 385 | 0.00 | $ 150 | $ 1,636.25 |
| 03/28/18 | Evenson, Fred | Call with Kaki Schmidt concerning supplemental filing, review of deposition transcripts, scheduling matters, responses to interrogatory and document requests. | 0.38 | 0.38 | $ 385 | 0.00 | $ 150 | $ 146.30 |
| 03/28/18 | Evenson, Fred | Call with Molly Coyne and Kaki Schmidt regarding exhibits to Longley deposition to submit to court with depo excerpts and revised sanitary sewer overflows chart. | 0.55 | 0.55 | $ 385 | 0.00 | $ 150 | $ 211.75 |
| 03/28/18 | Evenson, Fred | Continue Preparing Lane Longley deposition excerpts and exhibits for court submission. | 2.31 | 2.31 | $ 385 | 0.00 | $ 150 | $ 889.35 |
| 03/30/18 | Evenson, Fred | Review information on GIS layers provided by Andrew Hayslip for evidence regarding discharges to Waters of the US. | 3.71 | 3.71 | $ 385 | 0.00 | $ 150 | $ 1,428.35 |
| 04/02/18 | Evenson, Fred | Calls with Chris Sproul to discuss additional approach to settlement strategy. | 0.40 | 0.40 | $ 385 | 0.00 | $ 150 | $ 154.00 |
| 04/02/18 | Evenson, Fred | Review Statement of Work and ADM Agreement between St. Pete and USF for human biomarker sampling for purpose of research on Identification of pollutants present in SP wastewater and evaluation of compliance with monitoring requirements. | 0.60 | 0.60 | $ 385 | 0.00 | $ 150 | $ 231.00 |
| 04/02/18 | Evenson, Fred | Research Florida Administrative Code Domestic wastewater facility monitoring requirements for purpose of research on Identification of pollutants present in SP wastewater and evaluation of compliance with monitoring requirements. | 0.66 | 0.66 | $ 385 | 0.00 | $ 150 | $ 252.18 |
| 04/04/18 | Evenson, Fred | Call with Justin Bloom to plan sanitary sewer overflows site inspections. | 0.23 | 0.23 | $ 385 | 0.00 | $ 150 | $ 88.55 |
| 04/04/18 | Evenson, Fred | Call with ~~Jody Harwood~~ potential expert witness to discuss retaining ~~her~~ as a consultant or testifying expert on harm from pathogens in sewage and to discuss sediment and water sampling. | 0.93 | 0.93 | $ 385 | 0.00 | $ 150 | $ 358.05 |

Exhibit 1 - Page 16

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 17

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 04/05/18 | Evenson, Fred | Call with Chris Sproul, Kaki Schmidt, and for part of the call Justin Bloom to discuss City Council meeting today and development of settlement position/written settlement communication to St. Petersburg in light of invitation for such communication. | 0.60 | 0.60 | $ 385 | 0.00 | $ 150 | $ 231.00 |
| 04/05/18 | Evenson, Fred | Review new documents produced by St. Pete. | 0.87 | 0.87 | $ 385 | 0.00 | $ 150 | $ 334.95 |
| 04/09/18 | Evenson, Fred | Field investigation of NEWRF stormwater outflow and tracking sanitary sewer overflowss to WOTUS to develop evidence to contradict defendant's assertion that spills did not reach WOTUS.  With Justin Bloom and John the video guy. videographer. | 4.50 | 4.50 | $ 385 | 0.00 | $ 150 | $ 1,732.50 |
| 04/11/18 | Evenson, Fred | Travel time for meeting with potential expert witness and Chris Sproul to discuss potential retention as expert witness, potential opinion testimony to cover. | 1.00 | 0.00 | $ 385 | 1.00 | $ 150 | $ 150.00 |
| 04/11/18 | Evenson, Fred | Call with Nate Berman and Chris Sproul to discuss Brown & Caldwell response to subpoena. | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 04/11/18 | Evenson, Fred | Meeting with potential expert witness and Chris Sproul to discuss retention as expert witness, potential opinion testimony to cover. | 1.25 | 1.25 | $ 385 | 0.00 | $ 150 | $ 481.25 |
| 04/13/18 | Evenson, Fred | Discuss with Chris Sproul, Annie Beaman collection of additional sampling data to support ecological harm from St. Pete violations. | 0.83 | 0.83 | $ 385 | 0.00 | $ 150 | $ 319.55 |
| 04/13/18 | Evenson, Fred | Field tour with consulting expert, Chris Sproul, and Annie Beaman on biological impacts of St. Petersburg violations. | 3.50 | 3.50 | $ 385 | 0.00 | $ 150 | $ 1,347.50 |
| 04/17/18 | Evenson, Fred | Call with Kaki Schmidt to discuss scheduling remaining depositions, information still needed for expert reports and staffing. | 0.75 | 0.75 | $ 385 | 0.00 | $ 150 | $ 288.75 |
| 04/18/18 | Evenson, Fred | Review John Palenchar deposition transcript and prepare for follow-up deposition. | 4.79 | 4.79 | $ 385 | 0.00 | $ 150 | $ 1,844.15 |
| 04/20/18 | Evenson, Fred | Call with Molly Coyne re drafting letter to Brown and Caldwell re subpoena documents, Albert Whitted report | 0.13 | 0.13 | $ 385 | 0.00 | $ 150 | $ 50.05 |
| 05/06/18 | Evenson, Fred | Prepare exhibits for John Palenchar deposition. | 0.81 | 0.81 | $ 385 | 0.00 | $ 150 | $ 311.85 |
| 05/07/18 | Evenson, Fred | Review sanitary sewer overflows reports, maps, reports and determine which documents to use for exhibits at Frey deposition. | 7.35 | 7.35 | $ 385 | 0.00 | $ 150 | $ 2,829.75 |
| 05/08/18 | Evenson, Fred | Create exhibits for use in Frey video deposition. | 3.29 | 3.29 | $ 385 | 0.00 | $ 150 | $ 1,266.65 |
| 05/08/18 | Evenson, Fred | Prepare Frey deposition outline and questions. | 4.86 | 4.86 | $ 385 | 0.00 | $ 150 | $ 1,871.10 |
| 05/09/18 | Evenson, Fred | Prepare outline of questions for John Palenchar deposition | 4.79 | 4.79 | $ 385 | 0.00 | $ 150 | $ 1,844.15 |
| 05/09/18 | Evenson, Fred | Take Carlos Frey deposition | 6.50 | 6.50 | $ 385 | 0.00 | $ 150 | $ 2,502.50 |
| 05/10/18 | Evenson, Fred | Conduct John Palenchar deposition. | 7.00 | 7.00 | $ 385 | 0.00 | $ 150 | $ 2,695.00 |
| 05/11/18 | Evenson, Fred | Research City of St. Pete communications with Florida Dept. of Health Pinellas County regarding bacteria in surface waters. | 2.50 | 2.50 | $ 385 | 0.00 | $ 150 | $ 962.50 |

Exhibit 1 - Page 18

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 05/12/18 | Evenson, Fred | Call Schmidt/Evenson to discuss testimony from Palenchar and Frey and the need to file a preliminary injunction for the failure of the City to notify health department of contaminants in waters used for recreation and therefore a failure to notify public, which is a recurring theme for the City. | 1.00 | 1.00 | $ 385 | 0.00 | $ 150 | $ 385.00 |
| 05/14/18 | Evenson, Fred | Call with Molly Coyne to discuss contacting Brian Bolves to request that he immediately produce the sampling documents Plaintiffs already requested for use in expert report | 0.17 | 0.17 | $ 385 | 0.00 | $ 150 | $ 65.45 |
| 05/15/18 | Evenson, Fred | Call with Molly Coyne to discuss research for and drafting of preliminary injunction to enjoin St. Petersburg to share sampling data with the health department. | 0.68 | 0.68 | $ 385 | 0.00 | $ 150 | $ 261.80 |
| 05/15/18 | Evenson, Fred | Call with Chris Sproul to discuss supplemental interrogatory response to St. Petersburg, review of latest document production from St. Petersburg and new evidence of additional SSO discharge violations, and potential motion for preliminary injunction for St. Petersburg sewage discharge warnings. | 0.72 | 0.72 | $ 385 | 0.00 | $ 150 | $ 277.20 |
| 05/15/18 | Evenson, Fred | Review documents produced by St. Pete and parts of website that were identified during John Palenchar deposition. | 3.45 | 3.45 | $ 385 | 0.00 | $ 150 | $ 1,328.25 |
| 05/16/18 | Evenson, Fred | Call with Justin Bloom re reclaimed water spills for expert report, statute of limitations period for complaint | 0.20 | 0.20 | $ 385 | 0.00 | $ 150 | $ 77.00 |
| 05/16/18 | Evenson, Fred | Call with Justin Bloom re: injunctive relief motion | 0.22 | 0.22 | $ 385 | 0.00 | $ 150 | $ 83.42 |
| 05/16/18 | Evenson, Fred | Review Salt Creek biomarker sampling data and report provided by St. Pete. | 1.30 | 1.30 | $ 385 | 0.00 | $ 150 | $ 500.50 |
| 05/18/18 | Evenson, Fred | Review documents produced by St. Pete and parts of deposition transcripts for additional evidence of sewage exfiltration problems. | 2.60 | 2.60 | $ 385 | 0.00 | $ 150 | $ 1,001.00 |
| 05/21/18 | Evenson, Fred | Draft Motion for Preliminary Injunction based on evidence discovered in depositions that City is failing to notify public when its routine water quality testing reveals poor water quality in areas used by public for water recreation. | 3.14 | 3.14 | $ 385 | 0.00 | $ 150 | $ 1,208.90 |
| 05/22/18 | Evenson, Fred | Call Schmidt/Goodstein/Evenson regarding City's failure to notify public when water quality samples indicate dangerous contaminants in waters used for public recreation (water sampling is not being communicated to health department) and strategy for a demand letter with stipulated order, and preliminary injunction if City refuses demand letter. | 0.50 | 0.50 | $ 385 | 0.00 | $ 150 | $ 192.50 |
| 05/23/18 | Evenson, Fred | Draft stipulated order regarding high bacteria warnings and improved communications between agencies for consideration by defendant prior to filing motion for preliminary injunction | 2.10 | 2.10 | $ 385 | 0.00 | $ 150 | $ 808.50 |

Case 8:16-cv-03319-AEP Document 211-8 Filed 04/03/19 Page 29 of 74 PageID 5443
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 388.22 | 366.43 | | 21.79 | | $ 144,343.41 |
| 05/28/18 | Evenson, Fred | Research EPA and State of Florida Bacterial Water Quality Objectives as it relates to motion for preliminary injunction. | 2.92 | 2.92 | $ 385 | 0.00 | $ 150 | $ 1,124.20 |
| 05/29/18 | Evenson, Fred | Watch excerpts from Pinellas County video on water quality monitoring programs as it relates to motion for preliminary injunction. | 0.70 | 0.70 | $ 385 | 0.00 | $ 150 | $ 269.50 |
| 06/01/18 | Evenson, Fred | Draft Proposed Stipulation and Order regarding high bacteria advisories for defendant's consideration instead of filing for preliminary injunction. | 0.82 | 0.82 | $ 385 | 0.00 | $ 150 | $ 315.70 |
| 06/01/18 | Evenson, Fred | Create GIS map exhibits for Motion for Preliminary Injunction. | 2.73 | 2.73 | $ 385 | 0.00 | $ 150 | $ 1,051.05 |
| 06/06/18 | Evenson, Fred | Call with Molly Coyne re drafting preliminary injunction motion on water quality advisories. | 0.28 | 0.28 | $ 385 | 0.00 | $ 150 | $ 107.80 |
| 06/06/18 | Evenson, Fred | Review and edit Molly Coyne section of preliminary injunction motion. | 1.38 | 1.38 | $ 385 | 0.00 | $ 150 | $ 531.30 |
| 06/07/18 | Evenson, Fred | Review bacterial control plans for Joe's Creek and Clam Bayou. | 0.67 | 0.67 | $ 385 | 0.00 | $ 150 | $ 257.95 |
| 06/07/18 | Evenson, Fred | Regiew and edit Declaration of Kenneth M. Rudo, toxicologist. | 2.36 | 2.36 | $ 385 | 0.00 | $ 150 | $ 908.60 |
| 06/27/18 | Evenson, Fred | Call with full litigation team and clients Schmidt/Goodstein/Bloom/Sproul/Evenson/Beaman regarding settlement discussions and impasse reached on attorney fees; strategies discussed for settlement and litigation. Tolerance for settlement position. | 0.90 | 0.90 | $ 385 | 0.00 | $ 150 | $ 346.50 |
| 10/31/18 | Evenson, Fred | Call with Justin Bloom re: SEP | 1.00 | 1.00 | $ 385 | 0.00 | $ 150 | $ 385.00 |
| 11/01/18 | Evenson, Fred | Calls with Justin Bloom, adding TBEP Director Ed Sherwood, re: SEP | 0.67 | 0.67 | $ 385 | 0.00 | $ 150 | $ 257.95 |

Exhibit 1 - Page 19

Exhibit 2

to the

Declaration of Frederic Evenson

In Support of

Plaintiffs' Motion for Attorneys'
Fees and Costs

Suncoast Waterkeeper et al. v. City of St.
Petersburg Case No. 8:16-cv-03319-JDW-AEP

**Fredric Evenson**

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | Monday, December 4, 2017 3:05 AM |
| **To:** | EVENSON@ECOLOGYLAW.COM |
| **Subject:** | Your trip confirmation-FNYSRM  11DEC |



Hello Fredric Evenson!                                         Issued: Dec 4, 2017

## Your trip confirmation and receipt

### Record locator: **FNYSRM**

View your trip

## Monday, December 11, 2017

| | | | |
|---|---|---|---|
| SJC | | DFW | Seats: 21B |
| 12:00 N | | 5:27 PM | Class: Economy (G) |
| San Jose | | Dallas/Fort Worth | Meals: Food-bev/pur |
| American Airlines 1542 | | | |

| | | | |
|---|---|---|---|
| DFW | | TPA | Seats: 22F |
| 6:30 PM | | 9:50 PM | Class: Economy (G) |
| Dallas/Fort Worth | | Tampa | Meals: Food For Purchase |
| American Airlines 2623 | | | |

1

## Saturday, December 16, 2017

| | | | | |
|---|---|---|---|---|
| TPA<br>**1:40** PM<br>Tampa |  | DFW<br>**3:29** PM<br>Dallas/Fort Worth | | Seats: 33F<br>Class: Economy (G)<br>Meals: Food For Purchase |

American Airlines 2360

| | | | | |
|---|---|---|---|---|
| DFW<br>**4:45** PM<br>Dallas/Fort Worth |  | SJC<br>**6:37** PM<br>San Jose | | Seats: 6F<br>Class: Economy (G)<br>Meals: Food-bev/pur |

American Airlines 411

---

**Fredric Evenson**

Earn miles with this trip.

Join AAdvantage »

Ticket # 0012161067231

---

# Your trip receipt

    Visa XXXXXXXXXXXXX2470

***Fredric Evenson***

| | |
|---|---|
| FARE-USD | $ 600.94 |
| TAXES AND CARRIER-IMPOSED FEES | $ 90.67 |
| **TICKET TOTAL** | **$ 691.61** |

---



Hotel offers »



Car rental offers »



Buy trip insurance »



SuperShuttle »

2



Contact us  |  Privacy policy

Get the American Airlines app



**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - SJCTPA-No free checked bags/ American Airlines BAG ALLOWANCE -TPASJC-No free checked bags/ American Airlines 1STCHECKED BAG FEE-SJCTPA-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-TPASJC-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-SJCTPA-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-TPASJC-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refund Policy>>.

**Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.**



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet

articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s).  This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient.  If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message.  If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

NRID: 4654352958230405020161100

4

**Fredric Evenson**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Wednesday, August 31, 2016 1:05 PM |
| **To:** | EVENSON@ECOLOGYLAW.COM |
| **Subject:** | E-Ticket Confirmation-IUPRUE  24SEP |

 American Airlines        Reservations    Redeem Miles    My Account    Deals

# eTicket Itinerary & Receipt Confirmation

Ticket Issued: Aug 31, 2016

## Fredric Evenson Evens,

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using  www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.   For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

To receive updated flight status notifications, please visit www.aa.com/notifications.

**For faster check-in  at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issued photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

You can now Manage Your Reservation on aa.com, where you can check in and purchase additional items to customize your journey. A variety of seating options are also available for purchase to enhance your travel with features such as convenient front of cabin location, extra legroom and early boarding.




Book a hotel »
Book a car »


Remind me to Uber »
Buy trip insurance »

1

| Record Locator | **IUPRUE** |  |

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 2207 | SAN FRANCISCO<br>SAT 24SEP<br>12:05 PM | DALLAS FT WORTH<br><br>5:44 PM | Q |
| Fredric Evenson  Seat 19B | | Economy | | Food For Purchase |
| American | 2623 | DALLAS FT WORTH<br>SAT 24SEP<br>6:30 PM | TAMPA<br><br>9:55 PM | Q |
| Fredric Evenson  Seat 25F | | Economy | | Food For Purchase |
| American | 730 | TAMPA<br>THU 29SEP<br>3:35 PM | CHARLOTTE<br><br>5:18 PM | Q |
| Fredric Evenson  Seat 21F | | Economy | | |
| American | 1799 | CHARLOTTE<br>THU 29SEP<br>6:05 PM | SAN FRANCISCO<br><br>8:41 PM | Q |
| Fredric Evenson  Seat 27F | | Economy | | Food For Purchase |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Fredric Evenson | 0012389922708 | 342.32 | 69.38 | 411.70 |
| Visa XXXXXXXXXXXXX2470 | | | | **$ 411.70** |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -SFOTPA-No free checked bags/ American Airlines BAG ALLOWANCE -TPASFO-No free checked bags/ American Airlines 1STCHECKED BAG FEE-SFOTPA-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-TPASFO-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-SFOTPA-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-TPASFO-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have 24 hours to cancel your trip for a full refund if you booked at least 7 days prior to departure. You must cancel your trip before requesting a refund. To cancel your trip, login on aa.com or Contact Reservations. For our refund policy and to request a refund, go to www.aa.com/refunds.

        

Electronic Cigarettes    Lithium Batteries    Explosives    Aerosol    Flammables    Oxidizers    Toxins    Radioactive    Corrosives

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location.  In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please Contact AA..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s).  This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient.  If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message.   If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

 

Conditions of Carriage          Special Assistance          Flight Check-in          Flight Status Notification

NRID: 19315658311531150403650000

## Fredric Evenson

| | |
|---|---|
| **From:** | Delta Air Lines <DeltaAirLines@e.delta.com> |
| **Sent:** | Saturday, September 23, 2017 8:15 AM |
| **To:** | evenson@ecologylaw.com |
| **Subject:** | Your Flight Receipt - FREDRIC EVENSON 29SEP17 |



**Hello, FREDRIC**

**Your Trip Confirmation #: HZILDX**

| Fri, 29SEP | DEPART | ARRIVE |
|---|---|---|
| DELTA 70<br>Main Cabin (Q) | TAMPA, FL<br>12:25pm | ATLANTA<br>1:56pm |
| DELTA 2059<br>Main Cabin (Q) | ATLANTA<br>3:22pm | SAN JOSE, CA<br>5:25pm |

RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

### Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| FREDRIC EVENSON | DELTA 70 | 30F |
| | DELTA 2059 | 27F |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

1

## Flight Receipt

Ticket #: 0062397820057

Place of Issue: Delta.com

Ticket Issue Date: 23SEP17

Ticket Expiration Date: 23SEP18

### METHOD OF PAYMENT

VI***********2470                                                    **$411.80 USD**

### CHARGES

### Air Transportation Charges

Base Fare                                                            $361.86 USD

### Taxes, Fees and Charges

United States - September 11th Security Fee(Passenger                $5.60 USD

Civil Aviation Security Service Fee) (AY)

United States - Transportation Tax (US)                             $27.14 USD

United States - Passenger Facility Charge (XF)                      $9.00 USD

United States - Flight Segment Tax (ZP)                             $8.20 USD

### TICKET AMOUNT                                                    **$411.80 USD**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: TPA DL X/ATL DL SJC361.86QA0RA0MQ USD361.86END ZP TPAATL XF TPA4.5ATL4.5

### Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Fri 29 Sep 2017 | DELTA: TPA ATL | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $25 USD | $35 USD |

| Fri 29 Sep 2017 | DELTA: ATL SJC | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| INCLUDED | INCLUDED | INCLUDED |

2

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

## EARN MILES WITH AIRBNB. ›



Book your Airbnb via deltaairbnb.com and earn miles on all stays. Plus, new guests also get $25 toward first qualifying booking. Terms Apply.

## BOOK YOUR SUMMER GETAWAY. ›



It's a great time to choose your next escape from more than 325 destinations on six continents.



We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the

operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2017 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

4

**Fredric Evenson**

---

| | |
|---|---|
| **From:** | priceline.com Customer Service <ItineraryAir@trans.priceline.com> |
| **Sent:** | Tuesday, September 12, 2017 11:15 PM |
| **To:** | EVENSON@ECOLOGYLAW.COM |
| **Subject:** | Your priceline itinerary for Orlando, FL- Thursday, September 14, 2017 (Itinerary# 132-491-243-40) |

To view this email as web page, go here



Hotels    Cars    Flights    Packages    Cruises

# Your Flight Confirmation for Thu, September 14, 2017

Priceline Trip Number: 132-491-243-40

To view your full itinerary, click here.



Print Itinerary          Email Itinerary          Add Trip to App

San Jose, CA 🔲 Orlando, FL

Thu Sep 14 2017 - Thu Sep 14 2017

Airline Confirmation Numbers
**Delta Air Lines**: H2OQ7F

| Passengers : | **Fredric Evenson**<br>Ticket Number: 0068675295420 |
|---|---|

| **Thu Sep 14** | **San Jose 🔲 Orlando** |
|---|---|
| SJC 🔲 LAX<br> | 10:32 AM - 12:00 PM<br>Delta Air Lines Flight 5706 |

1

Operated by Delta Connection/Compass Airline
*1h 28m, 308 miles*

Depart:    Norman Y. Mineta San Jose Intl Airport (SJC), San Jose
Arrive:    Los Angeles Intl Airport (LAX), Los Angeles

First Class - Embraer 175

3h layover in Los Angeles

 LAX — MCO    03:00 PM - 10:55 PM
Delta Air Lines Flight 1649
*4h 55m, 2,212 miles*

Depart:    Los Angeles Intl Airport (LAX), Los Angeles
Arrive:    Orlando Intl Airport (MCO), Orlando

First Class - Boeing 757

**Important Information**

Airline change penalties and restrictions apply.

Airline Tickets are non-transferrable. Name changes or adjustments are not allowed

You will be issued electronic tickets. Remember to bring a valid government-issued photo ID with you to check-in.

You added Trip Protection. View Description of Coverage, which includes full terms and conditions.

Federal law forbids the carriage of hazardous materials such as aerosols, fireworks, and flammable liquids aboard aircraft in your luggage or on your person. For full details on prohibited materials contact your airline or visit the FAA website.



# Schedule your ride to the airport

Uber is available 24/7. No cash required.

SCHEDULE RIDE



## Summary of Charges
Total Price: $430.19

| | |
|---|---|
| Billing Name: | Fredric Evenson |
| Ticket Cost: | $384.00 |
| Taxes & Fees: | $22.80 |
| Airline Travel Insurance: | $23.39 |
| Tickets: | 1 |

**Total Price:**       **$430.19**

**Bonus:**       **No Priceline Booking Fee**

See baggage information for additional fees that may apply

## Need a Rental Car?
We've got amazing deals from the top rental car brands!

See all Rental Cars

| | | |
|---|---|---|
| Pick-up: | **Thu September 14 - 11:30 PM** | Change Search |
| Drop-off: | **Thu September 21 - 10:30 PM** | |
| Location: | **Orlando Intl Airport (MCO)** | |

Since You've Booked a Hotel with us, You're Eligible to Save up to 40% Off.

Your Provider Will Be One Of Our Preferred Partners

$9/day

Economy Car

$9/day

Compact Car

$9/day

Mid-Size Car

3



Kia Rio or similar†

4    2    auto    ac

Choose

Nissan Versa or similar†

4    2    auto    ac

Choose

Chevrolet Cruze or similar†

5    2    auto    ac

Choose

Prices are **per day** in USD

Don't see something you like? See More Cars

## Add a Hotel

See all Hotels

Check-in:    **Thu September 14**
Check-out:    **Fri September 15**



**Champions World Resort**
Disney Maingate West

From **$42**

**Magic Moment Resort And ...**
Disney Maingate - Celebr...

From **$47**

**Seralago Hotel And Suite...**
Disney Maingate - Celebr...

From **$47**

**Park Inn By Radisson Res...**
Disney Maingate West

From **$57**

Prices are **per night** in USD

## Add Walt Disney World© Park Tickets



4

Now with **Disney FastPass+**, reserve access to select attractions and entertainment experiences before you even leave home.

5 day ticket from

**$56*** per day

**Choose Your Tickets**

*5 day ticket prices shown is for children ages 3-9 and entry to one Theme Park for each day of the ticket. Valid Theme Park admission and online registration required. **Disney FastPass+** experiences, the number of selections you can make and arrival windows are limited.

## Trip Protection Information

For questions regarding Trip Protection for this trip please contact Allianz Global Assistance. You will receive a Letter of Confirmation and Certificate of Insurance/Policy via a separate email from Allianz Global Assistance, our travel insurance partner. For more information, please visit FAQs.

Insurance Company
Allianz Global Assistance

Email Address
customerservice@allianzassistance.com

Phone Numbers
1 (888) 769-6105 US
1 (804) 673-7592 Intl

Trip Number
132-491-243-40

## Airline Contact Information

**Delta Air Lines**

Phone Number
1-800-221-1212 Domestic

Confirmation Number
H2OQ7F

Website
www.delta.com

## Customer Care

5

Our customer care team is here to help. Call us at:

From Anywhere Else          Priceline US & Canada
+1 212 444-0022             1-800-340-0575

Phone Number You Provided: 17078458888

Priceline Trip Number: 132-491-243-40



**5X More Rewards!**
With the Priceline Visa° Card

More Details »

**Get our FREE APP**
Book and view your itinerary on the go!

More Details »

**Celebrate your love of the deal!**
Travel bargains, coupons, special offers and more...

Responses to this e-mail will not go to a customer care representative. To contact our customer care team directly, please go to the customer care page of our website.

This is a transactional email from priceline.com LLC - 800 Connecticut Ave. Norwalk, CT 06854

6

**Fredric Evenson**

| | |
|---|---|
| **From:** | Enterprise Rent-A-Car <No-Reply@enterprise.com> |
| **Sent:** | Saturday, April 7, 2018 9:19 PM |
| **To:** | evenson@ecologylaw.com |
| **Subject:** | Confirmed: Enterprise Rent-A-Car Reservation 1162671076 at Tampa International Airport(TPA) |

    Visit enterprise.com

# YOUR RESERVATION IS CONFIRMED

Thank you for your reservation.
Your confirmation number is 1162671076.

## Pick-Up Details

| | |
|---|---|
| **Location** | **Tampa International Airport(TPA)** |
| **Date & Time** | **Sunday, April 08, 2018 @ 8:00 PM** |
| **Address** | 5405 Airport Service Rd |
| | Tampa, FL 33607 |
| **Phone** | 8133964000 |
| **Hours** | Sunday: 12:00 AM - 11:59 PM |

## Return Details

| | |
|---|---|
| **Location** | **Tampa International Airport(TPA)** |
| **Date & Time** | **Saturday, April 14, 2018 @ 12:00 PM** |
| **Address** | 5405 Airport Service Rd |
| | Tampa, FL 33607 |
| **Phone** | 8133964000 |
| **Hours** | Saturday: 12:00 AM - 11:59 PM |

## Renter Details

| | |
|---|---|
| **Name** | Fredric Evenson |
| **E-mail Address** | e•••••n@ecologylaw.com |
| **Phone** | ••••••8888 |

## Save Time At the Counter

Provide additional information now and save time when you arrive.

## Pricing Details

| | |
|---|---|
| **Vehicle Class** | **Standard SUV** |
| | Hyundai Santa Fe or Similar |
| **Transmission Type** | Automatic |

| | |
|---|---|
| **Rates** | |
| **Vehicle** | |

1

| TIME & DISTANCE | 1 WEEKLY @ $232.82 | $232.82 |
|---|---|---|
| **Extras** | | |

| Unlimited Mileage | | Included |
|---|---|---|
| **Taxes & Fees** | | |

| CONC REC 10.00 PCT (10.0%) | $23.68 |
|---|---|
| FLORIDA SURCHARGE 2.00/DAY | $12.00 |
| RENTAL CAR FACILITY FEE $5.95/DAY | $35.70 |
| TIRE BATTERY FEE .02 DAY | $0.12 |
| VEHICLE LICENSE FEE .66/DAY | $3.96 |
| STATE TAX (7.0%) | $21.58 |

| **Estimated Total** | **$329.86** |
|---|---|

**VIEW / MODIFY / CANCEL**

**Follow these directions to get to the counter**
From baggage claim, please follow signs to Rental Car Center SkyConnect. Take SkyConnect to the Rental Car Center. Exit the SkyConnect train and proceed straight to the rental counter. Return: Follow signs to Rental Car Center and then Rental Car Returns

**Toll Pass Available at Pick-Up**
**You may be renting or driving in an area with toll roads.** We offer optional TollPass products and services at participating locations that allow you to breeze through tolls without stopping to pay cash. Some toll plazas are electronic only and do not offer a cash payment option.

Learn more about Toll Pass

**Additional Driver**
Additional drivers must meet same rental qualifications as the renter, except spouse or domestic partner. Additional drivers must appear at the rental counter with the primary renter. There will be an additional charge of $10.99 per day for each additional authorized driver other than a spouse or domestic partner, unless other contractual conditions apply. Additional drivers must be 21 or older.

**After Hours Service**
ENTERPRISE OFFICE IS OPEN 24 HOURS A DAY.

**Cross Border Policy**
Vehicles rented in the US can be driven throughout the US and Canada. Most locations do not allow travel into Mexico. If you wish to travel into Mexico, you will be required to purchase additional insurance to cover the vehicle while in Mexico. Please contact the branch directly to determine limitations and availability.

**Damage Waiver**
DAMAGE WAIVER FOR THIS BRANCH RANGES BETWEEN 22.99 AND 49.99 USD PER DAY. - DW IS OFFERED AT THE TIME OF RENTAL FOR AN ADDITIONAL DAILY CHARGE. IF THE RENTER ACCEPTS DW, ENTERPRISE WAIVES OR REDUCES THE RENTERS RESPONSIBILITY FOR LOSS OF, OR DAMAGE TO, THE RENTAL VEHICLE, INCLUDING BUT NOT LIMITED TO TOWING, STORAGE, LOSS OF USE, ADMINISTRATIVE FEES AND, OR DIMINISHMENT OF VALUE, SUBJECT TO THE TERMS AND CONDITIONS OF THE RENTAL AGREEMENT AND APPLICABLE LAWS. DW IS NOT INSURANCE. THE PURCHASE OF DW IS OPTIONAL AND NOT REQUIRED TO RENT A CAR. THE PROTECTION PROVIDED BY DW MAY DUPLICATE THE RENTERS EXISTING COVERAGE. ENTERPRISE IS NOT QUALIFIED TO EVALUATE THE ADEQUACY OF THE RENTERS EXISTING COVERAGE, THEREFORE THE RENTER SHOULD EXAMINE HIS OR HER CREDIT CARD PROTECTIONS, AUTOMOBILE INSURANCE POLICIES OR OTHER SOURCES OF COVERAGE THAT MAY DUPLICATE THE PROTECTION PROVIDED BY DW.

**Refueling Service**

As a customer, you have a choice as to how you would like to pay for fuel. Option 1- Prepay Fuel This option allows the renter to pay for the tank of gas at the time of rental and return the tank empty. No refunds will be issued for unused gas. Option 2 - We Refill This option allows the renter to pay Enterprise at the end of the rental for gas used but not replaced. Price per gallon will be higher than local fuel prices. Option 3- You Refill This option allows the renter to return the vehicle with the same amount of gas as received to avoid extra fuel charges.

**Driver's License Information**

Customers who reside in the United States, U.S. Territories, or Canada Customers who reside in the U.S., U.S. Territories, or Canada must present a valid, unexpired government-issued Driver's license which includes a photograph of the customer. Digital licenses are not accepted. The driver's license must be valid for the entire rental period. Members of the United States Armed Forces who are on active duty may present an expired home state license under the following conditions: They also present an Active Military ID, and They are in compliance with their military extension policy of the state which issued the license. These policies vary by state and customers are encouraged to check with the appropriate department of motor vehicles for more information. Customers travelling to the U.S. and Canada from other countries It is important that customers check with the appropriate Department of Motor Vehicles in the States or Provinces in which they intend to travel to ensure compliance with their various licensing laws. The following practices are used to ensure the customer is presenting a facially valid license at the time of rental. Customers traveling to the United States and Canada from another country must present the following: Their home country driver's license, and If the home country license is in a language other than English (or French, for rentals in Canada) and the letters are English (i.e. German, Spanish, etc.) an International Driver's Permit is recommended, but not required, for translation purposes in addition to the home country license. If the home country license is in a language other than English and the letters are not English (i.e.alphabet is not an extended Latin-based alphabet like German or Spanish but is Russian, Japanese, Arabic, etc.) an International Driver's Permit is required. If an International Driver's permit cannot be obtained in the home country, another professional, type-written translation may be substituted. In either case the home country license must also be presented. Customers may not rent a vehicle solely with the International Driver's Permit. The International Driver's Permit is a translation of the individual's home country license and is not considered a license nor is it considered valid identification. In some locations, including but not limited to offices in Arizona, California, Georgia, New Mexico, Nevada, and Texas, customers may be asked to provide additional valid government-issued documentation. Other requirements Photocopies of Driver's Licenses are not accepted "Learner's Permits" are not accepted. Any license which, on its face, restricts the licensee to the use and operation of a vehicle equipped with a form of a breathalyzer apparatus is not accepted. Temporary Driver's Licenses may be refused if the renting location is unable to otherwise verify the customer's identity or verify the authenticity of the temporary license. Additional Government-issued identification may be required.

**Personal Accident Insurance / Personal Effects Coverage**

Personal Accident Insurance/Personal Effects Coverage (PAI/PEC) is offered at the time of rental for an additional daily charge. If accepted, the PAI contained in the policy provides renter and renter's passengers with accidental death, accident medical expenses and ambulance expense benefits. The PEC contained in the policy insures the personal effects of the renter, additional drivers or any member of the renter's immediate family who permanently resides in the renter's household and who is traveling with the renter against risks of loss or damage. Benefits are payable in addition to any other insurance coverage the renter or passengers may have. This is a summary only. PAI/PEC is subject to the provisions, limitations and exclusions of the PAI/PEC policy underwritten by Empire Fire and Marine Insurance Company in the United States or ACE INC Insurance in Canada. The purchase of PAI/PEC is optional and not required to rent a car. The coverage provided by PAI/PEC may duplicate the renter's existing coverage. Enterprise is not qualified to evaluate the adequacy of the renter's existing coverage; therefore, the renter should examine his or her personal insurance policies or other sources of coverage that may duplicate the coverage provided by PAI/PEC. The fee for PAI/PEC is $6.30/day; vehicles with seating capacity for 10 people or more will have a fee of $12 per day.

**Personal Accident Insurance**

PERSONAL ACCIDENT INSURANCE (PAI) FOR THIS BRANCH IS RANGES BETWEEN $3.00 AND $4.00 PER DAY. - PERSONAL ACCIDENT INSURANCE (PAI) IS OFFERED AT THE TIME OF RENTAL FOR AN ADDITIONAL DAILY CHARGE. IF ACCEPTED, PAI PROVIDES THE RENTER AND PASSENGERS WITH ACCIDENT MEDICAL EXPENSE, ACCIDENTAL DEATH AND AMBULANCE EXPENSE BENEFITS. BENEFITS ARE PAYABLE IN ADDITION TO ANY OTHER INSURANCE COVERAGE THE RENTER OR PASSENGERS MAY HAVE. THIS IS A SUMMARY ONLY. PAI IS SUBJECT TO THE PROVISIONS, LIMITATIONS AND EXCLUSIONS OF THE PAI POLICY UNDERWRITTEN BY EMPIRE FIRE AND MARINE INSURANCE COMPANY. THE PURCHASE OF PAI IS OPTIONAL AND NOT REQUIRED TO RENT A CAR. THE COVERAGE PROVIDED BY PAI MAY DUPLICATE THE RENTER'S EXISTING COVERAGE. ENTERPRISE IS NOT QUALIFIED TO EVALUATE THE ADEQUACY OF THE RENTER'S EXISTING COVERAGE; THEREFORE THE RENTER SHOULD EXAMINE HIS OR HER PERSONAL INSURANCE OR OTHER SOURCES OF COVERAGE THAT MAY DUPLICATE THE COVERAGE PROVIDED BY PAI.

**Forms of Payment**

The following forms of payment are accepted at the end of the rental. VISA® MasterCard® American Express® Discover Network® Debit Card Travelers Check Prepaid Gift Card Money Order Please read the Renter Requirements Policy for details pertaining to deposits and general rental requirements at this location. Additional authorizations from your account will be obtained to cover the cost of the rental charges. Enterprise is not responsible for any overdraft fees incurred.

**Roadside Protection**

Renter may purchase Roadside Assistance Protection (RAP) from Owner for an additional fee. If Renter purchases RAP, Owner agrees, subject to the actions that invalidate Damage Waiver, to contractually waive Renter's responsibility for the cost to provide 24/7 roadside assistance (where available) which includes replacement of lost keys (including remote entry devices), flat tire service (if no inflated spare is available, the vehicle will be towed. Cost of a replacement tire is not covered by RAP), lockout service (if the keys are locked inside the vehicle), jumpstarts, and fuel delivery service for up to 3 gallons (or equivalent liters) of fuel if Vehicle is out of fuel. Roadside Assistance Protection services are only available in the United States and Canada. If Renter does not purchase RAP, or RAP is invalidated as set forth above, roadside assistance will be available, but standard charges will apply. RAP does not apply in Mexico. For roadside assistance call 1-800-307-6666.

**Renter Requirements**

All renters and additional drivers must be 21 or older, have a valid driver's license and a major credit card in their name. Driver's licenses are accepted from any USA state or territory, from a Canadian province or from an international country. Licenses from outside the USA or Canada also may require an international driver's permit. International driver's permits are valid only if presented with the original local license. Individuals with learner's permits are not eligible to rent. U.S. government employees ages 18 or older will not incur a young driver surcharge when renting for authorized government travel. This is only a summary. For additional details, please reference the Driver's License Information Policy. AGE – The underage surcharge for drivers between the ages of 21 and 24 is $14 per day. Renters between the ages of 21 and 24 may rent the following vehicle classes: Economy through Full Size cars, Intermediate SUVs, Standard SUVs, Minivans, Pickup Trucks and Cargo Vans. NON CREDIT CARD DEPOSITS – Debit cards are accepted at the time of rental with a roundtrip travel ticket, e-ticket, or travel itinerary that shows the renter's name and discloses a return date and flight information. Renters using a debit card as a deposit may rent the following vehicle classes: Economy through Full Size cars, Intermediate SUVs, Minivans, Pickup Trucks, and Cargo Vans. DEPOSIT AMOUNT – A major credit card or debit card in the renters name is required on all rentals. If using a debit card please see above for further qualification information. A deposit including an additional 20 percent more than the cost of the rental will be taken at the time of rental, and the funds will not be available for use until after the vehicle has been returned. If using a Florida driver's license a deposit amount of $200 plus the actual cost of the rental will be required. All deposits including rental charges must be a minimum of $250. Major credit cards, debit cards are accepted for final payment. Enterprise is not responsible for any overdraft fees incurred.

**Supplemental Liability Protection**

SUPPLEMENTAL LIABILITY PROTECTION (SLP) FOR THIS BRANCH IS $17.95 PER DAY - SUPPLEMENTAL LIABILITY PROTECTION (SLP) IS OFFERED AT THE TIME OF RENTAL FOR AN ADDITIONAL DAILY CHARGE. IF ACCEPTED, SLP PROVIDES THE RENTER AND AUTHORIZED DRIVERS WITH UP TO $1,000,000 COMBINED SINGLE LIMIT FOR THIRD PARTY LIABILITY CLAIMS. IF THE RENTER ACCEPTS SLP, ENTERPRISE PROVIDES THIRD PARTY LIABILITY PROTECTION UP TO THE APPLICABLE MINIMUM FINANCIAL RESPONSIBILITY LIMIT AND EMPIRE FIRE AND MARINE INSURANCE COMPANY PROVIDES EXCESS THIRD PARTY LIABILITY INSURANCE COVERAGE FROM THE APPLICABLE MINIMUM FINANCIAL RESPONSIBILITY LIMIT TO $1,000,000. THIS IS A SUMMARY ONLY. SLP IS SUBJECT TO THE TERMS, CONDITIONS, PROVISIONS, LIMITATIONS AND EXCLUSIONS IN THE SUPPLEMENTAL RENTAL LIABILITY INSURANCE EXCESS POLICY UNDERWRITTEN BY EMPIRE FIRE AND MARINE INSURANCE COMPANY. THE PURCHASE OF SLP IS OPTIONAL AND NOT REQUIRED TO RENT A CAR. THE COVERAGE PROVIDED BY SLP MAY DUPLICATE THE RENTER'S EXISTING COVERAGE. ENTERPRISE IS NOT QUALIFIED TO EVALUATE THE ADEQUACY OF THE RENTER'S EXISTING COVERAGE; THEREFORE THE RENTER SHOULD EXAMINE HIS OR HER PERSONAL INSURANCE POLICIES OR OTHER SOURCES OF COVERAGE THAT MAY DUPLICATE THE COVERAGE PROVIDED BY SLP.

**Toll Pass Policy**

Our TollPass Program is our electronic toll collection program which allows our renters to drive through electronic toll lanes and pay tolls electronically, without having to stop and pay cash. In addition, many toll plazas have converted to all electronic tolling and removed the option for travelers to stop and pay cash at toll plazas. The TollPass Program is offered in different ways, depending on where you rent. Visit the websites below for more information. • Northeast US including regions in the Midwest: https://www.enterprise.com/en/help/faqs/car-rental-toll-pass/northeast-united-states.html • Massachusetts: https://www.enterprise.com/en/help/faqs/car-rental-toll-pass/massachusetts.html • Chicago Metropolitan Area: https://www.enterprise.com/en/help/faqs/car-rental-toll-pass/chicago.html • Golden Gate Bridge and Northern California Bay Area: https://www.enterprise.com/en/help/faqs/car-rental-toll-pass/northern-california.html • Southern California: https://www.enterprise.com/en/help/faqs/car-rental-toll-pass/southern-california.html • CO, FL, TX, NC, GA, WA, PR, and Ontario Canada: https://www.enterprise.com/en/help/faqs/car-rental-toll-pass/colorado-florida-texas-north-carolina-georgia-washington-state-puerto-rico-and-ontario-canada.html • Louisville KY: https://www.enterprise.com/en/help/faqs/car-rental-toll-pass/louisville.html • Utah: https://www.enterprise.com/en/help/faqs/car-rental-toll-pass/utah.html To view our entire coverage map, go to https://www.enterprise.com/en/help/faqs/car-rental-toll-pass.html and click on Coverage Map. TollPass products not available at all locations or at locations operated by a Licensee. Please refer to your rental locations policies and/or offerings for toll products to determine availability of TollPass programs.

Terms and Conditions   |   Privacy Policy
© Enterprise Rent A Car 600 Corporate Park Drive St. Louis MO 63105

**Fredric Evenson**

| | |
|---|---|
| **From:** | Priceline.com Customer Service <itinerary@production.priceline.com> |
| **Sent:** | Friday, February 23, 2018 2:06 PM |
| **To:** | EVENSON@ECOLOGYLAW.COM |
| **Subject:** | Your priceline itinerary for Tampa, FL - Friday, February 23, 2018 (Itinerary# 113-886-764-62) |

View this email as web page



Hotels    Cars    Flights    Packages    Cruises

# Your Rental Car Confirmation for Fri, February 23, 2018

Thank you for booking with priceline.com via

Priceline Trip Number: 113-886-764-62

To view your full itinerary, click here.

| | |
|---|---|
| Print Itinerary | Email Itinerary |

## Mid-Size SUV from Tampa Intl Airport (TPA)

| | |
|---|---|
| Pick-up: | **Fri, February 23, 2018 - 08:00 PM** |
| Drop-off: | **Sat, March 10, 2018 - 12:00 PM** |

1

| Rental Location: | Enterprise Rent-A-Car<br>Tampa Intl Airport (TPA)<br>4030 George J Bean Pkwy, Tampa, FL 33607<br>*On Airport* | |

| | |
|---|---|
| Driver Name: | Fredric Evenson |
| Enterprise Rent-A-Car Confirmation Number: | 1159672603COUNT |

| | |
|---|---|
| Car Type: | Nissan Rogue *or similar*<br>*Make / model not guaranteed* |

☐ Unlimited Mileage
☐ Automatic Transmission
☐ Air Conditioning

**Important Information**

The driver must present a valid driver/s license at the counter. You can add an additional driver at the counter for a fee payable directly to the rental car company. Additional charges may apply if you pick-up or drop-off the car at a different date, time, or location than your reservation.

**Modify Reservation**

**Cancel Reservation**

## Summary of Charges
Estimated Total: $868.12

| | |
|---|---|
| Rental Car Cost: | $577.72 (2 x $288.86) |
| Extra Daily Cost: | $41.27 |
| Number of Days: | 1 |
| Taxes & Fees: | $249.13 |
| **Estimated Total:** | **$868.12** |

2

**Due at pick-up**

Prices are in USD

**WE GUARANTEE THE LOWEST PRICE ON EVERYTHING YOU BOOK**
Find a lower price, we'll refund you 100% of the difference.
Book an Express Deal, we'll refund you 200% of the difference.

## Add Collision Damage Coverage

For **$11/day***, coverage includes:

**$50,000 Physical Damage Coverage** on your rental car for collision, theft, vandalism and much more.

**Primary Coverage** means you receive coverage without first having to claim payment from your auto insurer.

**100% Cancellable** up until you pick up the vehicle

**Additional Listed Drivers and Spouses** are also covered by this policy

More Details

Learn More     Offer expires 02/23/18 at 07:00 PM EST

*For customers with a New York State billing address the fee will be $9 per day with $40,000 in coverage

## Rental Car Contact Information

**Enterprise Rent-A-Car**

Phone Number
1-800-736-8222

3

Confirmation Number
1159672603COUNT

## Customer Care

Our customer care team is here to help. Call us at:

Priceline US & Canada  Priceline
1-888-837-3774    +1 212 444-0022

Priceline Trip Number: 113-886-764-62



**5X More Rewards!**
With the Priceline Visa Card

More Details »

**Get our FREE APP**
Book and view your itinerary on the go!

More Details »

**Celebrate your love of the deal!**
Travel bargains, coupons, special offers and more...



Responses to this e-mail will not go to a customer care representative. To contact our customer care team directly, please go to the customer care page of our website.

This is a transactional email from priceline.com LLC - 800 Connecticut Ave. Norwalk, CT 06854

**FedEx Office** ✳

FedEx Office is your destination
for printing and shipping.

13101 N Dale Mabry Hwy
Tampa, FL 33618-2405
Tel: (813) 961-5223

3/4/2018                    2:31:21 PM EST
Team Member: Brandon K.

SALE

BW 1S on 24# Wht       93 @    0.1600 T
  000330 Reg. Price    0.16
CLR 1S on 32# Wht     140 @    0.7500 T
  000224 Reg. Price    0.75

Regular Total      119.88
Discounts            0.00

Total              119.88


Sub-Total                    119.88
Tax                            8.39
Deposit                        0.00

Total                        128.27

Visa (S)                     128.27
    Account:  6158
    Auth: 04287G (A)

    Total Tender             128.27
    Change Due                 0.00

Total Discounts      0.00





*153100518829*



Parking

NORMAN Y. MINETA
**SAN JOSE**
INTERNATIONAL
A I R P O R T
ABM AVIATION (408) 441-0570
Card Account : XXXXXXXXXXX0310
Card Type : VISA
Auth Code : 015220
Seq # 7627
Ent : 09:43 12/11/17 Lane 71
Exit: 18:57 12/16/17 Lane 73
Duration: 5D(s) 9H(s) 5M(s)
Rate Code: 97 Shift: 10
       FEE  $    108.00
       PAID $    108.00
    *** Thank You ***

www.flysanjose.com

844395

Budget.
12/10/17

RECEIPT

Rental Agreement Number.  105962765
Vehicle Number.            81287592

YOUR INFORMATION

EVENSON,FREDRIC
PAYMENT METHOD:   VISA 352470

YOUR RENTAL

Picked up:       TPA
Date/Time:       DEC 11, 2017@09 58PM
Returned:        TPA
Date/Time:       DEC 16, 2017@12 20PM
Veh Group.       Cool Cars
Veh Charged.     Cool Cars
Vehicle:         FORD MUSTANG 2DR/4PSG
Odometer Out:    22140
Odometer In:     22476
Fuel Reading:    Full

YOUR VEHICLE CHARGES

    1 WK@ 241.00                    241.00
DISCOUNT  20.0                       48.20
YOUR TIME AND MILEAGE:              192.80

YOUR TAXABLE FEES

**10.40% FEE                         20.78
CUST FAC CHARGE    5 95/DY           29.75
TIRE BATTERY      0 01/DY              .05
VEH LIC RECOUP    0 80/DY             4 00
ENERGY-RECOVERY   -0-60/DY            3.00
STATE SURCH       2 00/DY            10.00

YOUR SUBTOTAL
TAXABLE SUBTOT                       260.38
TAX  7.000%                           18.23

YOUR NON TAXABLE ITEMS

TOTAL CHARGES                        278.61
PREPAYMENTS                        - 278.61
NET CHARGES           USD              .00
YOUR TOTAL DUE:                       0.00

PAID ON VISA 352470
**CONCESSION RECOVERY FEE

THANK YOU FOR RENTING WITH BUDGET

For inquiries or e-receipt visit
WWW.BUDGET.COM

# FedEx Office

FedEx Office is your destination
for printing and shipping.

101 S DALE MABRY HWY
Tampa, FL 33609
Tel: (813) 876-7011

3/4/2018                    11:07:39 PM EST
Team Member: Shiniekwa S.

### SALE

| | | |
|---|---|---|
| TicTac Freshmint 1oz | 1 @ | 1.4300 T |
| 004695 Reg. Price | 1.43 | |
| IceBrkrFrtSour 1.5oz | 1 @ | 1.7900 T |
| 003891 Reg. Price | 1.79 | |
| Pen G2 Fn Blu 1Ct | 1 @ | 2.2400 T |
| 004327 Reg. Price | 2.24 | |
| Pen G2 Fn Blu 1Ct | 1 @ | 2.2400 T |
| 004327 Reg. Price | 2.24 | |
| HiLitr BriteLinr 5Pk | 1 @ | 3.5900 T |
| 004167 Reg. Price | 3.59 | |
| PprHPAll InOne 500Ct | 1 @ | 10.9900 T |
| 005583 Reg. Price | 10.99 | |

| | |
|---|---|
| Regular Total | 22.28 |
| Discounts | 0.00 |
| **Total** | **22.28** |

| | |
|---|---|
| Sub-Total | 22.28 |
| Tax | 1.56 |
| Deposit | 0.00 |
| **Total** | **23.84** |

| | |
|---|---|
| Visa (S) | 23.84 |

Account: 6158
Auth: 04643G (A)

| | |
|---|---|
| Total Tender | 23.84 |
| Change Due | 0.00 |

Total Discounts    0.00

*15590029280*

# FedEx Office

FedEx Office is your destination
for printing and shipping.

1   1 Dale Mabry Hwy
     . FL 33618-2405
      (813) 961-5223

2/27/2018                    8:04:4 AM
Te  Member: Sarah D.

### SALE

| | | |
|---|---|---|
| Traveler Kings Oil | 1 | 0.9900 T |
| 001946 Reg. Price | 10.95 | |
| Regular Total | 10.00 | |
| Discount | 0.00 | |
| **Total** | **.00** | |

| | |
|---|---|
| Sub Total | 99 |
| Tax | 77 |
| Deposit | .f. |
| **Total** | **.76** |

| | |
|---|---|
| Visa (S) | 1.76 |

Account: 6158
Auth 03259G ( )

| | |
|---|---|
| Total Ter | 11.76 |
| Change | 0.00 |

Total Discounts    0.00



*15310039583*



**March 04, 2018 21:19**                                    **Page: 1**
**Receipt #: 1559422094**
**VISA #: XXXXXXXXXXXX6158**
**2018/03/04 21:15**

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | PNG Color S/S 11x17 | 1.30 |

|  | **SubTotal** | **1.30** |
|--|--------------|----------|
|  | **Taxes** | **0.09** |
|  | **Total** | **1.39** |

**The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.**

**FedEx Office Print & Ship Centers**

**101-A S. Dale Mabry
Tampa,FL 33609
(813) 876-7011
www.FedExOffice.com**

**Tell us how we're doing and receive
5% off your next print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/2018**

**Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.**

**Please Recycle This Receipt**



**March 04, 2018 21:14**                                    **Page: 1**
**Receipt #: 1559422090**
**VISA #: XXXXXXXXXXXX6158**
**2018/03/04 20:59**

| Qty | Description | Amount |
|---|---|---|
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.65 |
| 92 | PNG B&W S/S 8.5x11 & 8.5x14 | 11.96 |
| 39 | PNG B&W S/S 8.5x11 & 8.5x14 | 5.07 |
| 1 | PNG Color S/S 11x17 | 1.30 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.30 |

|  | | |
|---|---|---|
| | **SubTotal** | **20.28** |
| | **Taxes** | **1.42** |
| | **Total** | **21.70** |

**The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.**

**FedEx Office Print & Ship Centers**

**101-A S. Dale Mabry
Tampa,FL 33609
(813) 876-7011
www.FedExOffice.com**

**Tell us how we're doing and receive
5% off your next print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/2018**

**Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.**

**Please Recycle This Receipt**



**March 04, 2018 20:58**                          **Page: 1**
**Receipt #: 1559422086**
**VISA #: XXXXXXXXXXXX6158**
**2018/03/04 20:38**

| Qty | Description | Amount |
|---|---|---|
| 8 | PNG Color S/S 8.5x11 & 8.5x14 | 5.20 |
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.39 |
| 9 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.17 |
| 8 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.04 |
| 4 | PNG Color S/S 11x17 | 5.20 |
| 4 | PNG Color S/S 8.5x11 & 8.5x14 | 2.60 |
| 97 | PNG Color S/S 8.5x11 & 8.5x14 | 63.05 |
| 47 | PNG B&W S/S 8.5x11 & 8.5x14 | 6.11 |
| 17 | PNG B&W S/S 11x17 | 4.42 |
| 13 | PNG Color S/S 11x17 | 16.90 |

|  | SubTotal | 106.08 |
|---|---|---|
|  | Taxes | 7.42 |
|  | Total | 113.50 |

**The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.**

**FedEx Office Print & Ship Centers**

**101-A S. Dale Mabry**
**Tampa,FL 33609**
**(813) 876-7011**
**www.FedExOffice.com**

**Tell us how we're doing and receive**
**5% off your next print order**
**fedex.com/welisten or 1-800-398-0242**
**Offer Code:_____ Offer expires 06/30/2018**

**Get your message out in a big way with**
**everything from full-color banners to**
**photo-quality posters, yard signs,**
**auto magnets and more.**

**Please Recycle This Receipt**



**March 04, 2018 23:05**                          **Page: 1**
**Receipt #: 1559422104**
**VISA #: XXXXXXXXXXXX6158**
**2018/03/04 22:33**

| Qty | Description | Amount |
|-----|-------------|--------|
| 198 | PNG Color S/S 8.5x11 & 8.5x14 | 128.70 |
| 94 | PNG B&W S/S 8.5x11 & 8.5x14 | 12.22 |
| 116 | PNG B&W S/S 8.5x11 & 8.5x14 | 15.08 |
| 30 | PNG B&W S/S 11x17 | 7.80 |
| 348 | PNG B&W S/S 8.5x11 & 8.5x14 | 45.24 |

|  | SubTotal | 209.04 |
|--|----------|--------|
|  | Taxes | 14.63 |
|  | Total | 223.67 |

**The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.**

**FedEx Office Print & Ship Centers**

**101-A S. Dale Mabry
Tampa,FL 33609
(813) 876-7011
www.FedExOffice.com**

**Tell us how we're doing and receive
5% off your next print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/2018**

**Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.**

**Please Recycle This Receipt**



**March 08, 2018 08:01**                                    **Page: 1**
**Receipt #: 1559422557**
**VISA #: XXXXXXXXXXXX6158**
**2018/03/08 07:54**

| Qty | Description | Amount |
|-----|-------------|--------|
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.39 |
| 42 | PNG Color S/S 8.5x11 & 8.5x14 | 27.30 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.95 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.95 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.95 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.95 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.95 |

|  | SubTotal | 37.44 |
|--|----------|-------|
|  | Taxes | 2.62 |
|  | Total | 40.06 |

**The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.**

**FedEx Office Print & Ship Centers**

**101-A S. Dale Mabry**
**Tampa,FL 33609**
**(813) 876-7011**
**www.FedExOffice.com**

**Tell us how we're doing and receive**
**5% off your next print order**
**fedex.com/welisten or 1-800-398-0242**
**Offer Code:_____ Offer expires 06/30/2018**

**Get your message out in a big way with**
**everything from full-color banners to**
**photo-quality posters, yard signs,**
**auto magnets and more.**

**Please Recycle This Receipt**



**September 29, 2016 12:52**                    **Page: 1**
**Receipt #: 1531117283**
**VISA #: XXXXXXXXXXXXX2470**
**2016/09/29 12:39**

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.12 |
| 8 | PNG Color S/S 8.5x11 & 8.5x14 | 4.72 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.77 |
| 6 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.72 |
| 108 | ES B&W S/S White 8.5 x11 | 12.96 |
| 1 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.12 |
| 8 | PNG Color S/S 8.5x11 & 8.5x14 | 4.72 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.77 |
| 6 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.72 |

|  |  |  |
|--|--|--|
| SubTotal | 27.62 |
| Taxes | 1.94 |
| Total | 29.56 |

**The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.**

**FedEx Office Print & Ship Centers**

**13101 N Dale Mabry**
**Tampa,FL 33618**
**(813) 961-5223**
**www.FedExOffice.com**

**Tell us how we're doing and receive
15% off your next $20 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2016**

**Please Recycle This Receipt**

**Fredric Evenson**

| | |
|---|---|
| **From:** | Hertz Reservations <alpha@hertz.com> |
| **Sent:** | Friday, September 23, 2016 12:38 PM |
| **To:** | evenson@ecologylaw.com |
| **Subject:** | H0683384928 |



**Thanks for Traveling at the Speed of Hertz® Fredric Evenson**
**Your Confirmation Number is: H0683384928**

If you have prepaid for your rental, don't forget to bring the same credit card you used to PrePay when you pickup your car.

| *Reserve Another* | *Modify/ Cancel Reservation* | *Begin Check-In* |
|---|---|---|

## Your Itinerary

**Pickup and Return Location**
TPA - Tampa International Airport

**Address**
4100 George J. Bean Parkway

Tampa, FL US 33607

**Hours of Operation:**
Mon-Sun Open 24 hours

**Location Type:**
Corporate

**Phone Number:**
(813) 874-3232

**Fax Number:**
(813) 871-1085
**Driving Instructions**
Google Maps | AAA TripTik(R) |
NeverLost Online Trip Planning

**Pickup Time**
Sat, Sep 24, 2016 at 10:00 PM

**Return Time**
Thu, Sep 29, 2016 at 03:00 PM

**Discounts**
RQ: BEST

**Arrival/Flight Information**
Airline: American Airlines Flight :
2623

**Your Age**
25+

| What You Pay Now | What You Pay At Counter | Total |
|---|---|---|
| 257.27  USD | 66.43  USD | 323.70  USD |

1



**YOUR VEHICLE**
5 Passenger Standard SUV
(Group L) SFAR

**(L) Toyota 4Runner or similar**

**PAYMENT METHOD**
Pay Now
Visa ****2470

**DISCOUNTS**
RQ: BEST

**Rate Details**
1 week
at  227.52  USD        **227.52   USD**

**Included**
Unlimited Free Miles Included

**Upon booking,
your credit card        257.27   USD
will be charged**

**Fees**

| | | |
|---|---|---|
| Airport concession fee recovery | 24.96 | USD |
| RENTAL CAR FACILITY FEE | 29.75 | USD |
| Rental Surcharge | 10.15 | USD |
| Vehicle Licensing Cost Recovery | 8.65 | USD |
| Energy Surcharge | 1.49 | USD |
| Taxes | 21.18 | USD |
| **Amount to be paid at time of rent** | **66.43 USD** | |

## AVAILABLE OPTIONAL ITEMS AT THE COUNTER

| | | |
|---|---|---|
| Liability Insurance Supplement daily | 13.95 | USD |
| Loss Damage Waiver daily | 32.49 | USD |
| Personal Accident Insurance / Personal Effects Coverage daily | 6.95 | USD |
| Premium Emergency Roadside Service daily | 8.99 | USD |

Optional Information
Rate Code : **VCP55**

**'What You Pay at Counter'** is the balance of the total amount due based on the reservation above, including any optional extras. This is payable on pick-up in destination currency, which is subject to exchange rate changes on day of pick- up.

**'Total'** does not include any additional items you may select at the location or any costs arising from the rental (such as damage, fuel or road toll charges).

**Warning Messages**
- CANCEL OR NO SHOW FEE MAY APPLY FOR THIS RENTAL
- For renters under 25 years of age, check policy for exceptions
- Minimum Age 25 outside US - Exceptions may apply

**Shelby GT-H Rental Qualifications**
**Customers MUST present ALL of the following:**

1.Two forms of photo ID: A valid United States or foreign country issued driver license; and one (1) of the following forms of government issued ID, in the same name as the driver license & credit card:
- Passport - United States or Foreign Country Issued
- United States Military Identification Card
- Foreign Driver License Provided - must be accompanied by a passport

**NOTE:** If a form of government issued ID is not presented, Hertz may consider the acceptance of an alternate non-government form of ID. Acceptability will be determined when the ID is presented at the time of rental. Hertz reserves the right to reject the ID as acceptable for qualification at its sole discretion and without explanation. If Hertz management rejects the ID, an alternate vehicle model will be offered for rental (pending standard rental qualification). An example of ID the Manager may accept includes a photo store member card (Costco, Sam's, etc.), a photo employee ID card, etc.

2. Two valid credit cards, with sufficient credit available, embossed with the same name as the driver license; DEBIT CARDS ARE NOT ACCEPTED as a form of payment.

2

3. A return airline ticket or itinerary in the same name as the driver's license.

Additional Qualifications:
1.Minimum Age – 25 years old
2.Not eligible for Intercity Rentals – Vehicle must return to renting location
3.Not eligible for Friends and Family Discount Rentals

Note: A Shelby GT-H Pre-Rental inspection form will be completed on every rental. The vehicle must be inspected at pick up and at the time of return in the customer's presence.

**US Dream Car Rental Requirements**

Hertz Dream Cars (TM) provides a selection of ultra-high end vehicles available for customers. Call for details at 888.296.9124. Special rules apply for the rental of a Dream Cars. You must be at least 25 years old. At time of rental you will need five (5) forms of required identification in the renter's name.* 1. United States or Foreign Country issued Driver's License, 2. Credit card with sufficient funds available. Debit cards cannot be accepted, 3. Additional credit card/debit card embossed with renter's name, 4. Another form of identification; Government ID preferred – passport or military ID or at manager discretion a health insurance cards, club membership cards, etc, 5. Return Airline Ticket. If identification is not accepted, Hertz may offer an alternative vehicle model. *Driver's identification will be photocopied, sealed, secured and shredded when the Dream Cars vehicle is returned. Rental hours: 6:00am – 12am.

**Credit/Debit Cards**

At the time of rental, a current driver's license and major credit card must be presented. At many locations, debit cards issued under a VISA or MasterCard logo which draw funds directly from the cardholder's account may be used at the outset of a rental to qualify for a rental. There are exceptions to this general policy: Debit cards are not accepted to qualify for a rental in the New York Metropolitan Tri-State Area and the areas of Hartford, CT, Philadelphia, PA, Boston, MA, Detroit, MI and select locations in the Baltimore, MD area unless you are a Gold Plus Rewards (GPR) member using a debit card in your GPR profile or it is an Insurance Replacement rental. Debit cards are also not accepted at the outset of a rental to qualify for a rental at select locations in the Providence, RI area for customers with a foreign driver's license (a driver's license not issued by a jurisdiction in the United States) unless the customer has in his or her name a current return airline ticket. Debit cards are not accepted to qualify for rental to customers under 25 years of age at Hertz Off-Airport locations not in the areas noted above, unless you are a GPR member using a debit card in your GPR profile or it is an Insurance Replacement rental. Use of a debit card to rent a vehicle is subject to a credit check to determine credit worthiness at the time of rental, the ability to present a valid driver's license and other form of identification in the renter's name. At the time of rental, an authorization hold in an amount that may be greater than the estimated charges may be secured on the credit/debit card provided, to cover the estimated charges and any additional charges that may be incurred. These funds will not be available for your use. The estimated amount is the approximate total not including your promotion. If Hertz cannot secure credit approval for this amount and/or proper identification credentials are not supplied, Hertz will decline your rental.

**Save $ Pay Now - What to bring with you**

Please note that the name and details supplied for the reservation must be the same as the person renting and prepaying. The renter will also need to present a current driving license and a valid credit card in his/her name when picking up the vehicle.

**Young Drivers**

On most rentals the minimum age is 25 without an additional Age Differential Charge, and 20 with an additional Age Differential Charge. See Qualifications and Requirements for more details.

**Need Additional Protection?**

Please inquire at the counter for details on Loss Damage Waiver (LDW), Liability Insurance Supplement (LIS), Personal Accident Insurance/Personal Effects Coverage (PAI/PEC).

**Rental Terms and Conditions**

**'Total'** does not include any additional items you may select at the location or any costs arising from the rental (such as damage, fuel or road traffic charges). For renters under the age of 25, additional charges may apply, and are payable at the location.

**'Pay at Location'** is the balance of the total amount due based on the reservation above, including any optional extras, and is payable on pick-up.

**RENTAL CHARGES EXPLAINED**

- For an explanation of potential charges arising from your rental, please click here.

**WHAT CREDIT CARDS DOES HERTZ ACCEPT?**

3

- Hertz accepts American Express, MasterCard, Carte Blanche, Visa, Diners Club, Discover, Hertz Charge Card, JCB, Optima Amex, China Union Pay (US locations only) and some debit cards. Credit cards and Debit/check cards must have available credit or available funds, for the estimated amount of rental charges and any additional charges that may be incurred. Stored value/prepaid/gift cards are not acceptable to qualify for rental, however these cards may be used for payment upon return.

At the time of rental, a current driver's license and major credit card must be presented. At many locations, debit cards issued under a VISA or MasterCard logo which draw funds directly from the cardholder's account may be used at the outset of a rental to qualify for a rental. There are exceptions to this general policy: Debit cards are not accepted to qualify for a rental in the New York Metropolitan Tri-State Area and the areas of Hartford, CT, Philadelphia, PA, Boston, MA, Detroit, MI and select locations in the Baltimore, MD area unless you are a Gold Plus Rewards (GPR) member using a debit card in your GPR profile or it is an Insurance Replacement rental. Debit cards are also not accepted at the outset of a rental to qualify for a rental at select locations in the Providence, RI area for customers with a foreign driver's license (a driver's license not issued by a jurisdiction in the United States) unless the customer has in his or her name a current return airline ticket. Debit cards are not accepted to qualify for rental to customers under 25 years of age at Hertz Off-Airport locations not in the areas noted above, unless you are a GPR member using a debit card in your GPR profile or it is an Insurance Replacement rental. Use of a debit card to rent a vehicle is subject to a credit check to determine credit worthiness at the time of rental, the ability to present a valid driver's license and other form of identification in the renter's name. At the time of rental, an authorization hold in an amount that may be greater than the estimated charges may be secured on the credit/debit card provided, to cover the estimated charges and any additional charges that may be incurred. These funds will not be available for your use. The estimated amount is the approximate total not including your promotion. If Hertz cannot secure credit approval for this amount and/or proper identification credentials are not supplied, Hertz will decline your rental.

**Prepaid/ Save $ Pay Now Terms for destination United States:**
1. No refunds or credits for unused rental days.
2. Prepaid rates cannot be combined with any promotional offer, voucher or certificate.
3. Rates exclude vehicle licensing recovery fee, airport facility use fee/customer facility charge, hotel concession fees, other cost recovery fees, governmental surcharges, taxes or other optional items such as child seats, luggage racks, refueling items, insurance, NeverLost or optional refueling, or one-way charges for which the renter may be responsible. Excluded services cannot be prepaid; if accepted, must be paid locally at time of rental.
4. Changes to a reservation must be done at Hertz.com using the "Modify/Cancel" option. Any changes to the reservation may impact the rental charges. If a prepaid reservation is cancelled more than 24 hours before the pickup time, a $50 cancellation fee will be assessed. If the prepaid reservation is cancelled within 24 hours before the pickup time, a $100 fee will be assessed. If the customer does not cancel the reservation prior to the time of pick-up and the rental vehicle is not picked up on the rental date, the entire prepaid amount will be forfeited.
5. Approximate rental charges are based on available information at the time of reservation for renters age 25 and older. For minimum age requirements please see "Rental Qualifications and Requirements" link below for details. Please note that for renters under age 25 an additional daily age differential charge may apply. Additional fees or surcharges may be applied at time of rental.
6. The customer will be asked to enter a valid credit card number at the end of a change to a prepaid reservation. This must be the same credit card that was used for the original reservation. If the customer wishes to change the credit card, then the original reservation must be cancelled (see terms and conditions for Cancellations) and a new reservation made. Debit cards and Hertz Credit Cards are not valid form of payment for prepaid rates.
7. When renting the vehicle at the counter, you MUST produce the same credit card you paid online and valid driver's license. The credit card used must be in your name and presented at the time of rent. Once proof of this card has been provided, Hertz can accept any other valid credit card in your name at the time of rent for taxes, fees, and incidentals.
8. Standard rental qualifications and rental period restrictions apply.
9. CDP: A CDP code can be added to a reservation. However, there may be circumstances in which this CDP code is linked to a negotiated discount or rate that does not match Hertz retail prepaid rates. In this circumstance, the customer will see the error message: 'No prepaid available'. The customer may cancel the original reservation (see terms and conditions for Cancellations) and make a new reservation adding the CDP number.
10. A valid driver's license and credit card must be presented at the time of rental to cover any reasonably anticipated charges which have not been included in the prepaid voucher.
11. All rentals are subject to Hertz standard terms and conditions of the Hertz Rental Agreement in effect at time and place of rental.
12. Rental days are based on 24 hour periods commencing at time of pickup. Additional days will apply if the rental is kept longer than specified (additional days begin after a 29 minute grace period and will be billed at a

4

higher rate).

13. This program is available at participating cities/locations and blackouts may apply.

14. Voluntary upgrades will be charged at locally applicable rates.

15. Please print your prepay confirmation and present at the counter.

16. The JCB card is a valid form of payment for prepaid rates.

17. Prepaid rates are subject to availability.

18. LIS cannot be provided for rentals in excess of 30 days in certain states, including CA, NY, FL, TX, NC and RI.

19. Please note that due to the nature of the prepaid rates, Hertz cannot provide a single receipt for a prepaid rental. Two receipts will be provided - one receipt for the prepaid amount and one receipt for the remainder of charges payable at the counter.

20. Your Hertz Prepaid Rental will appear on your credit card statement as "HERTZ PREPAYMENT".

**Prepaid Terms for destination EUROPE:**

If you wish to cancel your reservation for any reason, you must contact your local Hertz Reservation Center and be ready to quote the information contained above in this Reservation Confirmation. Cancellation is not valid by any other method. Refunds can be issued on unused voucher portions when a 3 day rental minimum is met. To cancel the reservation prior to scheduled pickup date, call 800-654-3001. To request a refund of an unused voucher, call 800-654-4173.

The customer will be asked to enter a valid credit card number at the end of a change to a prepaid reservation. This must be the same credit card that was used for the original reservation. If the customer wishes to change the credit card, then the original reservation must be cancelled (see terms and conditions for Cancellations) and a new reservation made.

Approximate rental charges are based on available information at the time of reservation for renters age 25 and older. For minimum age requirements please see "Rental Qualifications and Requirements" link below for details. Please note that for renters under age 25 an additional daily age differential charge may apply. Additional fees or surcharges may be applied at time of rental.

A valid drivers license and credit card must be presented at the time of rental to cover any reasonably anticipated charges which have not been included in the prepaid voucher.

All rentals are subject to Hertz standard terms and conditions of the Hertz Rental Agreement in effect at time and place of rental.

Voluntary upgrades will be charged at locally applicable rates.

Approximate rental charges are based on available information at the time of reservation. Additional fees or surcharges may be applied at time of rental. A Frequent Flyer Surcharge of up to $1.00 per day may apply when renters choose to take miles or credits from a U.S. and Canadian Frequent Flyer program. **Any change to the reservation may impact the rental charges.** The rental rates may be higher if you make any change to your rental; including a change to extend the rental, the drop-off location or return the vehicle prior to the scheduled return date. Additional fees or surcharges may be applied at time of rental.

| *Reserve Another* | *Modify/ Cancel Reservation* | *Begin Check-In* |
|---|---|---|

This electronic-mail message contains confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, copying or other use of this message is strictly prohibited and is hereby instructed to return or destroy this copy of this message.

The Hertz Corporation
14501 Hertz Quail Springs Parkway
PO Box 269033
Oklahoma City, OK

73126-9033
U.S.A.







**Morgan J Morey & Associates**

REMIT TO:

333 THIRD AVENUE N, SUITE 510

Saint Petersburg, FL  33701

(727)8947407

moreyreporters@aol.com

www.moreyreporters.com



# INVOICE

| | |
|---|---|
| **INVOICE #** | 11075 |
| **DATE** | 12/20/2017 |
| **DUE DATE** | 01/19/2018 |
| **TERMS** | Net 30 |

**BILL TO**

Justin Bloom, Esquire

P. O. Box 1028

Sarasota, FL  34230

Please detach top portion and return with your payment.

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **CASE**<br>DD  SUNCOAST WATERKEEPER, ET AL VS. CITY OF ST. PETERSBURG; 8:16-CF-00319-JDW-AEP | 1 | 0.00 | 0.00 |
| **DEPOSITION**<br>12/14/17:  CRAVEN ASKEW | 1 | 0.00 | 0.00 |
| **Appearance Fee**<br>9:00 A.M. - 5:10 P.M. | 1 | 415.00 | 415.00 |
| **Transcription:ORIGINAL DEPOSITION TRANSCRIPT @ 4.00/PAGE** | 169 | 4.00 | 676.00 |
| **EMAIL DELIVERY** | 1 | 0.00 | 0.00 |
| **PAYMENT RECEIVED**<br>1/8/18:  1/2 TOTAL, ECOLOGICAL RIGHTS FOUNDATION CHECK #2972 | 1 | 0.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 1,091.00 |
| BALANCE DUE | **$0.00** |

PAID

Tax ID 59-1622178

**Morgan J Morey & Associates**

REMIT TO:

333 THIRD AVENUE N, SUITE 510

Saint Petersburg, FL  33701

(727)8947407

moreyreporters@aol.com

www.moreyreporters.com

# INVOICE



| | |
|---|---|
| **INVOICE #** | 11088 |
| **DATE** | 12/21/2017 |
| **DUE DATE** | 01/20/2018 |
| **TERMS** | Net 30 |

**BILL TO**

Justin Bloom, Esquire

P. O. Box 1028

Sarasota, FL  34230

Please detach top portion and return with your payment.

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **CASE**<br>D7127  SUNCOAST WATERKEEPER, ET AL VS. CITY OF ST. PETERSBURG; 8:16-CF-00319-JDW-AEP | 1 | 0.00 | 0.00 |
| **DEPOSITION**<br>12/15/17:  CLAUDE TANKERSLEY | 1 | 0.00 | 0.00 |
| **Appearance Fee**<br>9:00 A.M. - 5:07 P.M. | 1 | 415.00 | 415.00 |
| **Transcription:**ORIGINAL DEPOSITION TRANSCRIPT @ 4.00/PAGE | 215 | 4.00 | 860.00 |
| **EMAIL DELIVERY** | 1 | 0.00 | 0.00 |
| **PAYMENT RECEIVED**<br>1/8/18:  1/2 TOTAL, ECOLOGICAL RIGHTS FOUNDATION CHECK #2972 | 1 | 0.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 1,275.00 |
| BALANCE DUE | **$0.00** |

Tax ID 59-1622178