UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST WATERKEEPER, OUR
CHILDREN'S EARTH FOUNDATION, and
ECOLOGICAL RIGHTS FOUNDATION,

Plaintiffs,

v.

CITY OF ST. PETERSBURG,

Defendant.

Case No: 8:16-cv-03319-JDW-AEP

## DECLARATION OF MICHAEL D. GOODSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, MICHAEL D. GOODSTEIN, hereby declare under penalty of law that the following facts are true and correct:

1.      I am an attorney licensed to practice law in the State of Florida. I am an attorney with the law firm of Van Ness Feldman LLP. I make this declaration based upon my personal knowledge, unless otherwise stated, and I am competent to testify to the matters set forth herein. I make this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs.

### Michael D. Goodstein Biographical Information

2.      I earned my Juris Doctorate from the Cornell Law School in 1984 and a Bachelor of Arts degree from the Brown University in 1981.

3.      I have been a member of the Florida Bar and the Florida Supreme Court since 1984; a member of the United States District Court for the Southern District of Florida since 1985, and a member of the Middle District of Florida since 2018. I am also

a member of the State Bar of District of Columbia, State Bar of Maryland, State Bar of New York, the United States Court of Federal Claims, the United States Supreme Court, Hopi Tribal Court and numerous United States District Courts and United States Circuit Courts of Appeals.

4.     My practice at Van Ness Feldman LLP includes environmental litigation matters arising under federal, state, local, and tribal environmental laws, including Clean Water Act matters and other water resource matters. I help public and private clients identify and address environmental risks, as well as pursue and defend environmental claims, including lead counsel representation in the full range of negotiation, mediation, and litigation proceedings. Prior to joining Van Ness Feldman in July 2018, I headed Hunsucker Goodstein PC, a private practice Environmental Litigation boutique law firm in Washington, DC, with lead counsel responsibilities in a wide variety of environmental matters for public and private clients, including litigation involving federal and state environmental laws. I practiced environmental law with Hunsucker Goodstein PC from December 2000 to July 2018.

5.     Before entering private practice, I served as a Trial Attorney and Senior Attorney with the United States Justice Department in the Environmental Enforcement Section for 12 years and was twice awarded the John Marshall Award, one of the Department of Justice's highest honors, for outstanding legal achievement.  Additionally, I received the Gold Medal from the Administrator of the United States Environmental Protection Agency for contributions to the Clean Water Act enforcement program. While serving with the Justice Department, I represented the United States on a number of landmark cases under the Clean Water Act, the Superfund law, the Resource

Conservation and Recovery Act, the Clean Air Act, and the Safe Drinking Water Act. These cases included *United States and Texas v. Koch* Industries, a multi-state Clean Water Act enforcement action which involved over 300 oil spills, and *United States v. Smithfield Foods*, which resulted in the highest Clean Water Act penalty ever assessed after trial at the time and *United States v. City of San Diego* which resulted in the highest Clean Water Act civil penalty against a municipality after trial at the time.

6.      Prior to joining the Department of Justice, from 1984-1988, I was an Assistant County Attorney in Miami, Florida, representing Metropolitan Dade County in environmental, land-use and labor matters, including litigation involving protection of water resources.

## Tasks Performed and Hours Incurred in this Case

7.      I participated in Phase III through VI of this case, by providing strategy and guidance to the legal team as the case moved toward trial; working directly with the two toxicology expert witnesses in preparation of their expert disclosures and rebuttals; directly participating in negotiations with the City culminating in the settlement achieved in this case in the Stipulated Order (Dkt 187); discussing with clients and co-counsel the dynamics of the negotiations and making recommendations at critical points in the negotiations; directing some of the work of Mr. Pierce regarding expert witness disclosures and rebuttals for Dr. Rand and Dr. Rudo and his review and collection of evidence for purposes of proof at trial; and reviewing and conferring with Ms. Schmidt on preparation of the package sent to the defense on November 2, 2018, containing all of the records supporting Plaintiffs' request for fees and costs submitted in support of this motion and proposed rates for consideration by the defense;  participating in meet and

confer calls with the defense concerning our fee and cost package and regarding requests for payment from the City. Co-counsel and I managed this case with the same litigation strategy and expertise used when working on behalf of the United States. My work is described in detail in my time records attached to this declaration as Exhibit 1. I billed a total of 178.10 hours to this case. My time has been reduced by 10.9 hours in an exercise of billing judgment. The 167.20 hours remaining after the reduction for billing judgment include 163.2 attorney hours and 4 hours at the lower rate applied to paralegals for travel time to and from Tampa when I was not working on another matter. My time is described in detail in Exhibit 1, which is a true and correct copy of time records that I personally and contemporaneously have kept using computerized billing software documenting the hours I have worked on this case for which I am seeking to recover an attorney's fee award.

8.      True and correct copies of my receipts for costs incurred in relation to this case are attached as Exh. 6 to Att. 2 (Declaration of Kathryn Schmidt) in support of the Plaintiffs' Motion for "Costs of Litigation".

**My Hourly Rate for Attorney Work**

9.      As indicated above, I have 34 years of extensive experience as a successful environmental litigation attorney with the Dade County Attorney's Office, United States Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section, as well as in private practice on behalf of non-profit clients in citizen suits, governments and private clients concerning environmental matters in consultation with Ms. Schmidt, I have set my rate at $490 per hour as an appropriate 2018 rate to claim in the Middle District of Florida on this matter. This rate is

commensurate with rates found reasonable in Middle District of Florida attorneys' fee award decisions for attorneys with my level of experience working on cases involving complex civil litigation. In setting my hourly rate, Ms. Schmidt and I have reviewed recent attorney awards in cases involving complex litigation in the U.S. District Court for the Middle District of Florida, which are described in detail in the concurrently filed Declaration of Kathryn Schmidt in Support of Motion for Attorneys' Fees and Costs. My $490 per hour rate is within the range of rates awarded to several lawyers with comparable experience in recent cases. Accordingly, in my and Ms. Schmidt's opinion, this is very clearly a reasonable market-based rate for my work in this case.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on March 28, 2019

By: _____

Michael D. Goodstein

Exhibit 1

to the

Declaration of Michael Goodstein

In Support of

Plaintiffs' Motion for Attorneys'
Fees and Costs

Suncoast Waterkeeper et al. v. City of St.
Petersburg Case No. 8:16-cv-03319-JDW-AEP

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 1

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 167.20 | 163.20 | | 4.00 | | $ 80,568.00 |
| 01/24/18 | Goodstein, Michael | Discussion with Kaki Schmidt and Ben Pierce on taking case and case strategy. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 01/30/18 | Goodstein, Michael | Kaki Schmidt and Mike Goodstein discussion about Florida cases, case schedule, retainer agreements, expert witness needs, strategies. | 1.60 | 1.60 | $ 490 | 0.00 | $ 150 | $ 784.00 |
| 02/02/18 | Goodstein, Michael | Review and analysis of FWWCC Incident report for use in discovery and at trial. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 02/02/18 | Goodstein, Michael | Review and analysis of case status and planning communications from Kaki Schmidt. | 0.70 | 0.70 | $ 490 | 0.00 | $ 150 | $ 343.00 |
| 02/26/18 | Goodstein, Michael | Review and analysis of research memo on when indirect discharges are actionable under the CWA in preparation for depositions and other case development. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 02/26/18 | Goodstein, Michael | Review and analysis of case law on when indirect discharges are actionable under the CWA in preparation for depositions and other case development. | 1.50 | 1.50 | $ 490 | 0.00 | $ 150 | $ 735.00 |
| 03/14/18 | Goodstein, Michael | Meeting with Schmidt/Goodstein/Pierce to discuss strategy in St. Pete case. Trial preparation, witness lists, exhibit lists, expert witness. | 1.30 | 1.30 | $ 490 | 0.00 | $ 150 | $ 637.00 |
| 03/23/18 | Goodstein, Michael | Prepare for litigation planning call including review if pending motions and analysis of discovery and pretrial checklists. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 03/26/18 | Goodstein, Michael | Follow-up with Ben Pierce regarding background research regarding Tom Christ (consultant) in preparation for telephone call regarding planning for engineering consulting on case and potential testimony. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 03/26/18 | Goodstein, Michael | Review and analysis of cv from Tom Christ (consultant) in preparation for telephone call regarding planning for engineering consulting on case and potential testimony. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 03/26/18 | Goodstein, Michael | Review and analysis of background research on economic benefit and ability to pay proof and potential analysis and testimony, including potential work by Jonathan Shefftz (consultant). | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 03/26/18 | Goodstein, Michael | Meeting with Ben Pierce and Kaki Schmidt concerning strategy for litigation and next steps for discovery. | 1.10 | 1.10 | $ 490 | 0.00 | $ 150 | $ 539.00 |
| 03/28/18 | Goodstein, Michael | Review and comment on draft motion to amend scheduling order. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 03/30/18 | Goodstein, Michael | Review and analysis of draft report and cv for Tom Christ (consultant) in preparation for planning call with Mr. Christ and co-counsel. | 0.80 | 0.80 | $ 490 | 0.00 | $ 150 | $ 392.00 |
| 03/30/18 | Goodstein, Michael | Review and analysis of Rule 26 disclosures, including potential engineering witnesses on City's disclosures in preparation for updating Plaintiffs, disclosures based on recent discovery. | 0.80 | 0.80 | $ 490 | 0.00 | $ 150 | $ 392.00 |
| 03/30/18 | Goodstein, Michael | Call Schmidt/Goodstein/Pierce/Christ/Evenson regarding expert report and trial testimony. | 1.50 | 1.50 | $ 490 | 0.00 | $ 150 | $ 735.00 |

Case 8:16-cv-03319-AEP Document 211-9 Filed 04/03/19 Page 8 of 13 PageID 5496
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 167.20 | 163.20 | | 4.00 | | $ 80,568.00 |
| 04/03/18 | Goodstein, Michael | Docket meeting with Kaki Schmidt and Ben Pierce to discuss strategy and developments for St. Petersburg case. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 04/09/18 | Goodstein, Michael | Meeting with Kaki Schmidt and Ben Pierce to discuss case status and suggestions for expert development for St. Petersburg Case. | 0.60 | 0.60 | $ 490 | 0.00 | $ 150 | $ 294.00 |
| 04/17/18 | Goodstein, Michael | Meeting with Kaki Schmidt and Ben Pierce concerning strategy for preparing expert reports and settlement efforts. | 0.70 | 0.70 | $ 490 | 0.00 | $ 150 | $ 343.00 |
| 04/20/18 | Goodstein, Michael | Confer Schmidt/Goodstein regarding St. Petersburg case strategy; updating initial disclosures; getting help from other Florida attorneys; expert report preparation; settlement strategy and timing. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 04/23/18 | Goodstein, Michael | Meeting with Kaki Schmidt and Ben Pierce to discuss updates in expert discovery. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 04/25/18 | Goodstein, Michael | Confer Schmidt/Goodstein regarding expert report preparation by sewage engineer and economic benefit analysis by financial consultant. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 05/01/18 | Goodstein, Michael | Research potential experts on impacts including, web-bios at Emory U, U of FL, U of S. FL, U of C. FL. | 4.00 | 4.00 | $ 490 | 0.00 | $ 150 | $ 1,960.00 |
| 05/03/18 | Goodstein, Michael | Research and calls to potential experts on impacts including Dr. Mo, Emory U, U of FL, U of S. FL, U of C. FL, | 4.00 | 4.00 | $ 490 | 0.00 | $ 150 | $ 1,960.00 |
| 05/04/18 | Goodstein, Michael | Call Schmidt/Goodstein regarding expert witnesses on environmental and human health harm, and funding sources for these two experts. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 05/07/18 | Goodstein, Michael | Meeting with Kaki Schmidt and Ben Pierce concerning expert reports. | 0.60 | 0.60 | $ 490 | 0.00 | $ 150 | $ 294.00 |
| 05/07/18 | Goodstein, Michael | Research, calls and contracting with toxicologists. | 6.50 | 6.50 | $ 490 | 0.00 | $ 150 | $ 3,185.00 |
| 05/08/18 | Goodstein, Michael | Research, calls and contracting with toxicologists. | 4.00 | 4.00 | $ 490 | 0.00 | $ 150 | $ 1,960.00 |
| 05/09/18 | Goodstein, Michael | Discussions Schmidt/Goodstein concerning expert witnesses regarding envrionmental risk and harm to human health from exposure to sewage. | 2.00 | 2.00 | $ 490 | 0.00 | $ 150 | $ 980.00 |
| 05/09/18 | Goodstein, Michael | Research, calls and contracting with toxicologists. | 6.00 | 6.00 | $ 490 | 0.00 | $ 150 | $ 2,940.00 |
| 05/10/18 | Goodstein, Michael | Discussions between Schmidt/Goodstein concerning expert witnesses on environmental harm and harm to human health from exposure to sewage. | 0.70 | 0.70 | $ 490 | 0.00 | $ 150 | $ 343.00 |
| 05/10/18 | Goodstein, Michael | Research, calls and contracting with toxicologists. | 7.30 | 7.30 | $ 490 | 0.00 | $ 150 | $ 3,577.00 |
| 05/11/18 | Goodstein, Michael | Research, calls and provide documents to toxicologists for review. | 6.20 | 6.20 | $ 490 | 0.00 | $ 150 | $ 3,038.00 |
| 05/12/18 | Goodstein, Michael | Research and provide materials for review by toxicologists. | 4.00 | 4.00 | $ 490 | 0.00 | $ 150 | $ 1,960.00 |
| 05/14/18 | Goodstein, Michael | Review and analysis of materials related to eco toxicology issues and provide documents and information to Dr. Rand (ecotoxicologist). | 4.00 | 4.00 | $ 490 | 0.00 | $ 150 | $ 1,960.00 |

Exhibit 1 - Page 2

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 167.20 | 163.20 | | 4.00 | | $ 80,568.00 |
| 05/14/18 | Goodstein, Michael | Review and analysis of materials related to public health issues and provide documents and information to Dr. Rudo (toxicologist). | 4.00 | 4.00 | $ 490 | 0.00 | $ 150 | $ 1,960.00 |
| 05/15/18 | Goodstein, Michael | Additional review and analysis of materials related to eco toxicology in preparation for meeting with Dr. Rand (ecotoxicologist). | 4.00 | 4.00 | $ 490 | 0.00 | $ 150 | $ 1,960.00 |
| 05/15/18 | Goodstein, Michael | Meeting with Dr. Rand (ecotoxicologist) to discuss his analysis of risks to aquatic systems from City SSOs and outline of his opinions for his disclosure report. | 4.00 | 4.00 | $ 490 | 0.00 | $ 150 | $ 1,960.00 |
| 05/16/18 | Goodstein, Michael | Telephone calls with Dr. Rand (ecotoxicologist) to discuss his analysis of risks to aquatic systems from City SSOs and outline of his opinions for his disclosure report. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 05/16/18 | Goodstein, Michael | Telephone calls with Dr. Rudo (ecotoxicologist) to discuss his analysis of risks to public health from City SSOs and outline of his opinions for his disclosure report. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 05/16/18 | Goodstein, Michael | Additional review and analysis of materials related to eco toxicology in preparation for meeting with Dr. Rand (ecotoxicologist). | 2.00 | 2.00 | $ 490 | 0.00 | $ 150 | $ 980.00 |
| 05/17/18 | Goodstein, Michael | Calls Goodstein/Schmidt regarding preparation of expert reports regarding environmental and human harm from SSOs. Environmental toxicologist and human health experts. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 05/17/18 | Goodstein, Michael | Telephone calls with Dr. Rand (ecotoxicologist) to discuss his analysis of risks to aquatic systems from City SSOs and outline of his opinions for his disclosure report. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 05/17/18 | Goodstein, Michael | Telephone calls with Dr. Rudo (ecotoxicologist) to discuss his analysis of risks to public health from City SSOs and outline of his opinions for his disclosure report. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 05/17/18 | Goodstein, Michael | Provide comments and suggestions to Dr. Rand (ecotoxicologist) in the summary of his opinions for his disclosure report. | 1.50 | 1.50 | $ 490 | 0.00 | $ 150 | $ 735.00 |
| 05/18/18 | Goodstein, Michael | Review and provide comments and suggestions on Jonathan Shefftz (economics) expert disclosure report. | 2.00 | 2.00 | $ 490 | 0.00 | $ 150 | $ 980.00 |
| 05/18/18 | Goodstein, Michael | Review and provide comments and suggestions on Tom Christ (sanitary engineer) expert disclosure report. | 2.00 | 2.00 | $ 490 | 0.00 | $ 150 | $ 980.00 |
| 05/18/18 | Goodstein, Michael | Review and analyze materials in preparation for finalizing citations and other references for Dr. Rand (ecotoxicologist) and Dr. Rudo (public health toxicologist) for their disclosure reports. Telephone calls with Dr. Rudo and Dr. Rand to assist in finalizing disclosure reports in accordance with Rule 26 requirements. | 3.00 | 3.00 | $ 490 | 0.00 | $ 150 | $ 1,470.00 |
| 05/21/18 | Goodstein, Michael | Confer Schmidt/Goodstein regarding case strategy, settlement, update of initial disclosures, orienting D.Stotsky as additional HG counsel for trial, expert witness reports. | 0.60 | 0.60 | $ 490 | 0.00 | $ 150 | $ 294.00 |

Exhibit 1 - Page 3

Exhibit 1 - Page 4

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 167.20 | 163.20 | | 4.00 | | $ 80,568.00 |
| 05/22/18 | Goodstein, Michael | Call Schmidt/Goodstein/Evenson regarding City's failure to notify public when water quality samples indicate dangerous contaminants in waters used for public recreation (water sampling is not being communicated to health department) and strategy for a demand letter with stipulated order, and preliminary injunction if City refuses demand letter. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 05/30/18 | Goodstein, Michael | Confer Schmidt/Goodstein/Pierce regarding settlement strategy and calculation of statutory maximum for purposes of supplement to initial disclosure and settlement letter. | 0.70 | 0.70 | $ 490 | 0.00 | $ 150 | $ 343.00 |
| 05/31/18 | Goodstein, Michael | Review and comment on analysis of statutory maximum civil penalty calculation. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 05/31/18 | Goodstein, Michael | Review and comment on draft settlement letter. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 05/31/18 | Goodstein, Michael | Review and comment on draft supplemental disclosure. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 06/08/18 | Goodstein, Michael | Discussion of discovery strategy with Kaki Schmidt and discussion of potential rebuttal reports experts with Ben Pierce and Kaki Schmidt. | 1.10 | 1.10 | $ 490 | 0.00 | $ 150 | $ 539.00 |
| 06/11/18 | Goodstein, Michael | Review and analysis of expert reports of City relating to eco and human toxicology in preparation for planning call on rebuttal reports. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 06/11/18 | Goodstein, Michael | Telephone call with Dr. Rudo (toxicologist) regarding City expert reports and development of rebuttal report. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 06/11/18 | Goodstein, Michael | Conferred Goodstein/Schmidt/Pierce regarding expert rebuttal reports. | 1.30 | 1.30 | $ 490 | 0.00 | $ 150 | $ 637.00 |
| 06/11/18 | Goodstein, Michael | Telephone call with Dr. Rand (eco-toxicologist) regarding City expert reports in development of rebuttal reports. | 2.50 | 2.50 | $ 490 | 0.00 | $ 150 | $ 1,225.00 |
| 06/11/18 | Goodstein, Michael | Review and analysis of City expert reports and related data and other materials in preparation for conference calls with toxicologists and development of rebuttal reports. | 3.80 | 3.80 | $ 490 | 0.00 | $ 150 | $ 1,862.00 |
| 06/15/18 | Goodstein, Michael | Confer Schmidt/Goodstein about case strategy, settlement positions and strategies, witnesses, experts witnesses and effective rebuttal reports, division of labor on upcoming depositions, preliminary injunction status. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 06/15/18 | Goodstein, Michael | Conferred Schmidt/Goodstein regarding expert rebuttal reports (Rand/Rudo). | 0.70 | 0.70 | $ 490 | 0.00 | $ 150 | $ 343.00 |
| 06/15/18 | Goodstein, Michael | Planning for and attend call with Ken Rudo (toxicologist) regarding expert reports of City and strategy for rebuttal disclosure report on human health. | 2.00 | 2.00 | $ 490 | 0.00 | $ 150 | $ 980.00 |
| 06/17/18 | Goodstein, Michael | Conferred Goodstein/Schmidt regarding expert rebuttal reports. Rand/Rudo. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 06/18/18 | Goodstein, Michael | Review and analysis of report of Dr. Janicki (City) in preparation for telephone call with Dr. Gary Rand (eco-toxicologist) regarding rebuttal disclosure report. | 2.50 | 2.50 | $ 490 | 0.00 | $ 150 | $ 1,225.00 |

Exhibit 1 – Page 5

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 167.20 | 163.20 | | 4.00 | | $ 80,568.00 |
| 06/18/18 | Goodstein, Michael | Telephone calls with Dr. Gary Rand (eco-toxicologist) and Dr. Ken Rudo (human health toxicologists) regarding rebuttal disclosure reports. | 1.80 | 1.80 | $ 490 | 0.00 | $ 150 | $ 882.00 |
| 06/18/18 | Goodstein, Michael | Telephone calls with Dr. Gary Rand (eco-toxicologist) regarding rebuttal disclosure report. | 1.20 | 1.20 | $ 490 | 0.00 | $ 150 | $ 588.00 |
| 06/19/18 | Goodstein, Michael | Conferred Schmidt/Goodstein regarding status conference with the Court, discussion of whether to ask Magistrate to oversee trial in November, deposition of Mayor, any shift in litigation risks/strengths as a result. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 06/20/18 | Goodstein, Michael | Telephone call with Dr. Gary Rand (eco-toxicologist) regarding issues to address in rebuttal disclosure report. | 1.80 | 1.80 | $ 490 | 0.00 | $ 150 | $ 882.00 |
| 06/20/18 | Goodstein, Michael | Telephone call with Dr. Ken Rudo (toxicologist) regarding additional issues to address in rebuttal disclosure report and comments on draft report. | 1.80 | 1.80 | $ 490 | 0.00 | $ 150 | $ 882.00 |
| 06/20/18 | Goodstein, Michael | Telephone call with Dr. Ken Rudo (toxicologist) regarding revisions to draft rebuttal disclosure report and comments on revisions. | 1.20 | 1.20 | $ 490 | 0.00 | $ 150 | $ 588.00 |
| 06/21/18 | Goodstein, Michael | Conferred Schmidt/Goodstein regarding settlement discussions. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 06/21/18 | Goodstein, Michael | Telephone call with Dr. Gary Rand (eco-toxicologist) to provide comments and suggestions on draft rebuttal disclosure report. | 1.60 | 1.60 | $ 490 | 0.00 | $ 150 | $ 784.00 |
| 06/21/18 | Goodstein, Michael | Telephone call with Dr. Ken Rudo (toxicologist) regarding revisions to draft rebuttal disclosure report and comments on revisions. | 1.20 | 1.20 | $ 490 | 0.00 | $ 150 | $ 588.00 |
| 06/21/18 | Goodstein, Michael | Telephone call with Dr. Rand (eco-toxicologist) regarding issues and progress on rebuttal report. | 1.20 | 1.20 | $ 490 | 0.00 | $ 150 | $ 588.00 |
| 06/21/18 | Goodstein, Michael | Telephone call with Dr. Rudo (toxicologist) regarding issues and progress on rebuttal report. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 06/22/18 | Goodstein, Michael | Conferred Schmidt/Goodstein regarding finalizing expert report rebuttals due today. | 0.70 | 0.70 | $ 490 | 0.00 | $ 150 | $ 343.00 |
| 06/22/18 | Goodstein, Michael | Review, provide comments and check citations to finalize expert rebuttal report of Dr. Rudo (toxicologist). | 2.60 | 2.60 | $ 490 | 0.00 | $ 150 | $ 1,274.00 |
| 06/22/18 | Goodstein, Michael | Review, provide comments to finalize expert rebuttal report of Dr. Rand (eco-toxicologist). | 2.80 | 2.80 | $ 490 | 0.00 | $ 150 | $ 1,372.00 |
| 06/25/18 | Goodstein, Michael | Conferred Pierce/Schmidt/Goodstein regarding attorney's fees and costs. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 06/26/18 | Goodstein, Michael | Calls Schmidt/Goodstein regarding settlement discussions the next day, and strategies. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 06/27/18 | Goodstein, Michael | Travel to St. Petersburg for settlement negotiations meeting. | 1.50 | 0.00 | $ 490 | 1.50 | $ 150 | $ 225.00 |
| 06/27/18 | Goodstein, Michael | Call Schmidt/Goodstein regarding settlement status. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |

Exhibit 1 - Page 6

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 167.20 | 163.20 | | 4.00 | | $ 80,568.00 |
| 06/27/18 | Goodstein, Michael | Call with full litigation team and clients Schmidt/Goodstein/Bloom/Sproul/Evenson/Beaman regarding settlement discussions and impasse reached on attorney fees; strategies discussed for settlement and litigation. Tolerance for settlement position. | 0.90 | 0.90 | $ 490 | 0.00 | $ 150 | $ 441.00 |
| 06/27/18 | Goodstein, Michael | Preparation for settlement negotiations including review and analysis of settlement correspondence, expert reports and attorneys fees documentation. | 2.50 | 2.50 | $ 490 | 0.00 | $ 150 | $ 1,225.00 |
| 06/27/18 | Goodstein, Michael | Settlement negotiations and caucuses with City attorneys (Bloom, Schmidt, Goodstein, Bolves, Manson, Patner, Streeter, McAteer). Includes calls to co-counsel Sproul during caucuses. | 7.00 | 7.00 | $ 490 | 0.00 | $ 150 | $ 3,430.00 |
| 06/28/18 | Goodstein, Michael | Travel back to DC from settlement negotiations at St. Petersburg City Attorney's Office. | 2.50 | 0.00 | $ 490 | 2.50 | $ 150 | $ 375.00 |
| 06/28/18 | Goodstein, Michael | Call Schmidt/Goodstein regarding settlement impasse, filing of motion for discovery extension and request for settlement conference. Discussion regarding opposing counsel's ideas toward resolution of impasse. | 0.50 | 0.50 | $ 490 | 0.00 | $ 150 | $ 245.00 |
| 06/29/18 | Goodstein, Michael | Call Schmidt/Goodstein regarding settlement strategies and positions. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 07/01/18 | Goodstein, Michael | Confer Schmidt/Goodstein regarding settlement status, client and co-counsel positions on settlement and negotiation strategy going forward, including drafting of settlement letter and invitation to continue working on settlement. | 1.00 | 1.00 | $ 490 | 0.00 | $ 150 | $ 490.00 |
| 07/02/18 | Goodstein, Michael | Call Schmidt/Goodstein regarding settlement letter and settlement position, strategies. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 07/03/18 | Goodstein, Michael | Call Schmidt/Goodstein/Pierce with defense counsel (Bolves) to negotiate settlement terms for recommendation to City Council at next possible meeting. | 1.10 | 1.10 | $ 490 | 0.00 | $ 150 | $ 539.00 |
| 07/03/18 | Goodstein, Michael | Confer Schmidt/Goodstein/Pierce regarding settlement before, during and after settlement discussions with defense counsel. | 0.80 | 0.80 | $ 490 | 0.00 | $ 150 | $ 392.00 |
| 07/05/18 | Goodstein, Michael | Confer Schmidt/Goodstein/Pierce regarding settlement timeline and CWA requirements for citizen suit settlements. | 0.60 | 0.60 | $ 490 | 0.00 | $ 150 | $ 294.00 |
| 07/05/18 | Goodstein, Michael | Review and comment on draft motion to court advising of agreement in principal and settlement timeline and requesting extension of litigation deadlines and provide comments to Kaki Schmidt. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 07/06/18 | Goodstein, Michael | Call Schmidt/Goodstein/Pierce regarding settlement timing, FDEP review, DOJ notice. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 07/06/18 | Goodstein, Michael | Provide comments on final draft joint motion to extend schedule for settlement process. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 167.20 | 163.20 | | 4.00 | | $ 80,568.00 |
| 07/10/18 | Goodstein, Michael | Call Schmidt/Goodstein regarding the City's changed position regarding the lateral proposal and settlement strategies; update on settlement progress made by defense counsel. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 07/16/18 | Goodstein, Michael | Call Schmidt/Goodstein regarding settlement status/strategies/timing. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |
| 07/19/18 | Goodstein, Michael | Call Schmidt/Goodstein regarding stipulated order of dismissal and settlement issues/timing. | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 07/20/18 | Goodstein, Michael | Confer Schmidt/Goodstein regarding settlement strategies in light of slow turnaround of documents and lack of communication from defense counsel, strategies with the Court. | 0.70 | 0.70 | $ 490 | 0.00 | $ 150 | $ 343.00 |
| 07/24/18 | Goodstein, Michael | Call Schmidt/Goodstein re: change in City's settlement position to exclude attorney fees costs from the deal; upcoming fee petition; review of settlement status/timing with remainder of deal. | 0.10 | 0.10 | $ 490 | 0.00 | $ 150 | $ 49.00 |
| 10/29/18 | Goodstein, Michael | Review and comment on draft fee petition materials | 1.30 | 1.30 | $ 490 | 0.00 | $ 150 | $ 637.00 |
| 10/30/18 | Goodstein, Michael | Further review and comment on draft fee petition materials | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 10/30/18 | Goodstein, Michael | Communications with Kaki Schmidt rearding comments on strategy on draft fee petition materials | 0.30 | 0.30 | $ 490 | 0.00 | $ 150 | $ 147.00 |
| 10/31/18 | Goodstein, Michael | Further review and comment on draft fee petition materials | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 11/01/18 | Goodstein, Michael | Further review and comment on draft fee petition materials | 1.30 | 1.30 | $ 490 | 0.00 | $ 150 | $ 637.00 |
| 11/02/18 | Goodstein, Michael | Review and further comment on fee letter and attachments and suggest edits. | 0.40 | 0.40 | $ 490 | 0.00 | $ 150 | $ 196.00 |
| 11/02/18 | Goodstein, Michael | Communication with Kaki Schmidt regarding questions raised about environmental projects by DOJ and framing responses. | 0.20 | 0.20 | $ 490 | 0.00 | $ 150 | $ 98.00 |

Exhibit 1 - Page 7