UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, and ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ST. PETERSBURG,<br><br>    Defendant. | Case No: 8:16-cv-03319-JDW-AEP |

**DECLARATION OF BENJAMIN PIERCE IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

I, BENJAMIN PIERCE, hereby declare under penalty of law that the following

facts are true and correct:

1.      I am an attorney licensed to practice law in the State of Florida.  I make

this declaration based upon my personal knowledge, unless otherwise stated, and I am

competent to testify to the matters set forth herein.  I make this Declaration in support of

Plaintiffs' Motion for Attorneys' Fees and Costs.

**Benjamin Pierce Biographical Information**

2.      I received my Juris Doctorate from Emory University in 2017.  I hold a

B.A from New York University (2013), magna cum laude.  I am a member of the Florida

State Bar, U.S. District Court for the Middle District of Florida, U.S. District Court for

the Northern District of Florida, and the District of Columbia Court of Appeals.

3.      I previously worked as a Legal Fellow at Hunsucker Goodstein, PC. As a

Legal Fellow, I focused on plaintiff-side environmental law, including CWA and

Exhibit 1

to the

Declaration of Benjamin Pierce

In Support of

Plaintiffs' Motion for Attorneys'
Fees and Costs

Suncoast Waterkeeper et al. v. City of St.
Petersburg Case No. 8:16-cv-03319-JDW-AEP

Case 8:16-cv-03319-AEP Document 211-11 Filed 04/03/19 Page 3 of 17 PageID 5601
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | | Lodestar | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | | $ | 74,263.50 |
| 02/05/18 | Pierce, Benjamin | Reviewed production documents | 3.80 | 3.80 | $ 225 | 0.00 | $ | 150 | $ | 855.00 |
| 02/06/18 | Pierce, Benjamin | Conferred with Kaki Schmidt regarding deposition of witnesses in St. Petersburg case in preparation of upcoming depositions. | 0.25 | 0.25 | $ 225 | 0.00 | $ | 150 | $ | 56.25 |
| 02/07/18 | Pierce, Benjamin | Conferred with Molly Coyne regarding production of documents in St. Petersburg case and deposition preparation | 0.45 | 0.45 | $ 225 | 0.00 | $ | 150 | $ | 101.25 |
| 02/07/18 | Pierce, Benjamin | Discussion with Kaki Schmidt providing instructions for document review in preparation for upcoming depositions. | 0.30 | 0.30 | $ 225 | 0.00 | $ | 150 | $ | 67.50 |
| 02/07/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness Lane Longley. | 1.20 | 1.20 | $ 225 | 0.00 | $ | 150 | $ | 270.00 |
| 02/08/18 | Pierce, Benjamin | Discussion with Kaki Schmidt regarding questions for deposition preparation. | 0.20 | 0.20 | $ 225 | 0.00 | $ | 150 | $ | 45.00 |
| 02/08/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness Lane Longley. | 1.80 | 1.80 | $ 225 | 0.00 | $ | 150 | $ | 405.00 |
| 02/09/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness Lane Longley. | 0.55 | 0.55 | $ 225 | 0.00 | $ | 150 | $ | 123.75 |
| 02/12/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness Lane Longley. | 2.40 | 2.40 | $ 225 | 0.00 | $ | 150 | $ | 540.00 |
| 02/13/18 | Pierce, Benjamin | Call with Molly Coyne re status of sunshine request documents | 0.10 | 0.10 | $ 225 | 0.00 | $ | 150 | $ | 22.50 |
| 02/13/18 | Pierce, Benjamin | Discussion with Kaki Schmidt about work flow and upcoming deposition preparation. | 0.25 | 0.25 | $ 225 | 0.00 | $ | 150 | $ | 56.25 |
| 02/13/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness Lane Longley. | 0.70 | 0.70 | $ 225 | 0.00 | $ | 150 | $ | 157.50 |
| 02/13/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness John Parks. | 2.20 | 2.20 | $ 225 | 0.00 | $ | 150 | $ | 495.00 |
| 02/14/18 | Pierce, Benjamin | Review of documents with Kaki Schmidt in preparation for upcoming depositions. | 0.50 | 0.50 | $ 225 | 0.00 | $ | 150 | $ | 112.50 |
| 02/14/18 | Pierce, Benjamin | Researched prior consent orders relating to St. Petersburg. | 0.60 | 0.60 | $ 225 | 0.00 | $ | 150 | $ | 135.00 |
| 02/14/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness John Parks. | 2.35 | 2.35 | $ 225 | 0.00 | $ | 150 | $ | 528.75 |
| 02/15/18 | Pierce, Benjamin | Conferred with Molly Coyne and Kaki Schmidt regarding deposition of witnesses in St. Petersburg case. | 0.60 | 0.60 | $ 225 | 0.00 | $ | 150 | $ | 135.00 |
| 02/15/18 | Pierce, Benjamin | Discussion with Kaki Schmidt about deposition preparation. | 0.50 | 0.50 | $ 225 | 0.00 | $ | 150 | $ | 112.50 |
| 02/15/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness Lane Longley. | 3.00 | 3.00 | $ 225 | 0.00 | $ | 150 | $ | 675.00 |
| 02/16/18 | Pierce, Benjamin | Drafted summaries of documents relevant to deposition of witness Lane Longley. | 0.60 | 0.60 | $ 225 | 0.00 | $ | 150 | $ | 135.00 |
| 02/20/18 | Pierce, Benjamin | Conferred with Kaki Schmidt regarding deposition topics to cover with Lane Longley, a witness in St. Petersburg case. | 0.50 | 0.50 | $ 225 | 0.00 | $ | 150 | $ | 112.50 |
| 02/20/18 | Pierce, Benjamin | Reviewed produced documents in preparation for depositions of witnesses in St. Petersburg case. | 2.70 | 2.70 | $ 225 | 0.00 | $ | 150 | $ | 607.50 |

Exhibit 1 - Page 1

Case 8:16-cv-03319-AEP   Document 211-11   Filed 04/03/19   Page 4 of 17 PageID 5602
Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 2

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | | Lodestar | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | | $ | 74,263.50 |
| 02/21/18 | Pierce, Benjamin | Conferred with Molly Coyne regarding review of documents in preparation for deposition of witnesses in St. Petersburg case. | 0.30 | 0.30 | $ 225 | 0.00 | $ | 150 | $ | 67.50 |
| 02/21/18 | Pierce, Benjamin | Conferred with Kaki Schmidt and Marnie Carter regarding deposition of witnesses in St. Petersburg case. | 0.45 | 0.45 | $ 225 | 0.00 | $ | 150 | $ | 101.25 |
| 02/21/18 | Pierce, Benjamin | Conferred with Kaki Schmidt regarding deposition of witnesses in St. Petersburg case. | 0.75 | 0.75 | $ 225 | 0.00 | $ | 150 | $ | 168.75 |
| 02/21/18 | Pierce, Benjamin | Reviewed produced documents in preparation for depositions of witnesses in St. Petersburg case. | 1.35 | 1.35 | $ 225 | 0.00 | $ | 150 | $ | 303.75 |
| 02/22/18 | Pierce, Benjamin | Call with Molly Coyne re document review | 0.17 | 0.17 | $ 225 | 0.00 | $ | 150 | $ | 38.25 |
| 02/22/18 | Pierce, Benjamin | Reviewed produced documents in preparation for depositions of witnesses in St. Petersburg case. | 3.80 | 3.80 | $ 225 | 0.00 | $ | 150 | $ | 855.00 |
| 02/23/18 | Pierce, Benjamin | Reviewed produced documents in preparation for depositions of witnesses in St. Petersburg case. | 0.85 | 0.85 | $ 225 | 0.00 | $ | 150 | $ | 191.25 |
| 02/23/18 | Pierce, Benjamin | Conferred with Kaki Schmidt regarding deposition of witnesses in St. Petersburg case. | 1.75 | 1.75 | $ 225 | 0.00 | $ | 150 | $ | 393.75 |
| 02/26/18 | Pierce, Benjamin | Reviewed produced documents in preparation for depositions of witnesses in St. Petersburg case. | 2.90 | 2.90 | $ 225 | 0.00 | $ | 150 | $ | 652.50 |
| 02/27/18 | Pierce, Benjamin | Conferred with Molly Coyne regarding review of documents in preparation for deposition of witnesses in St. Petersburg case. | 0.30 | 0.30 | $ 225 | 0.00 | $ | 150 | $ | 67.50 |
| 02/27/18 | Pierce, Benjamin | Reviewed local rules for U.S. District Court for the Middle District of Florida for rules on speaking objections at request of co-counsel Sproul in anticipation of FDEP deposition arguments with defense counsel. | 0.50 | 0.50 | $ 225 | 0.00 | $ | 150 | $ | 112.50 |
| 02/27/18 | Pierce, Benjamin | Conferred with Kaki Schmidt regarding deposition of witnesses in St. Petersburg case. | 1.00 | 1.00 | $ 225 | 0.00 | $ | 150 | $ | 225.00 |
| 02/27/18 | Pierce, Benjamin | Reviewed produced documents in preparation for depositions of witnesses in St. Petersburg case. | 2.30 | 2.30 | $ 225 | 0.00 | $ | 150 | $ | 517.50 |
| 02/28/18 | Pierce, Benjamin | Conferred with Kaki Schmidt regarding deposition of witnesses in St. Petersburg case. | 0.50 | 0.50 | $ 225 | 0.00 | $ | 150 | $ | 112.50 |
| 02/28/18 | Pierce, Benjamin | Conferred with Marnie Carter and Kaki Schmidt regarding review of documents in preparation for deposition of witnesses in St. Petersburg case. | 0.50 | 0.50 | $ 225 | 0.00 | $ | 150 | $ | 112.50 |
| 02/28/18 | Pierce, Benjamin | Reviewed produced documents in preparation for depositions of witnesses in St. Petersburg case. | 3.10 | 3.10 | $ 225 | 0.00 | $ | 150 | $ | 697.50 |
| 03/01/18 | Pierce, Benjamin | Conference call with Marnie Carter and Kaki Schmidt regarding review and analysis of search term hit reporting in preparation for batching production documents for attorney review in preparation for depositions of Abbaspour, Longley, Parks, Wilson and Palenchar. | 0.60 | 0.60 | $ 225 | 0.00 | $ | 150 | $ | 135.00 |
| 03/01/18 | Pierce, Benjamin | Reviewed documents in preparation for deposition of Lane Longley, Matthew Wilson and John Parks. | 4.00 | 4.00 | $ 225 | 0.00 | $ | 150 | $ | 900.00 |
| 03/02/18 | Pierce, Benjamin | Reviewed documents in preparation for deposition of Lane Longley, Matthew Wilson and John Parks. | 4.00 | 4.00 | $ 225 | 0.00 | $ | 150 | $ | 900.00 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 3

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 03/03/18 | Pierce, Benjamin | Reviewed documents in preparation for deposition of Lane Longley and Matthew Wilson. | 2.50 | 2.50 | $ 225 | 0.00 | $ 150 | $ 562.50 |
| 03/04/18 | Pierce, Benjamin | Travel from DC to Tampa Bay for depositions. | 2.00 | 0.00 | $ 225 | 2.00 | $ 150 | $ 300.00 |
| 03/06/18 | Pierce, Benjamin | Deposition of Lane Longley - Pre-deposition preparations. Post deposition preparations for continued testimony of Longley and upcoming deposition of Wilson. | 0.75 | 0.75 | $ 225 | 0.00 | $ 150 | $ 168.75 |
| 03/07/18 | Pierce, Benjamin | Call with F.Evenson, M.Coyne and K. Schmidt from the field concerning further site visits to certain receiving waters of SSOs and their connection to Tampa Bay; and additional sampling resources discovered. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 03/07/18 | Pierce, Benjamin | Preparation for continuation of Longley deposition and Wilson deposition; copies; exhibit preparation, detailed review of certain exhibits. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 03/07/18 | Pierce, Benjamin | Site Visit with K.Schmidt: Physical inspection of all drainage ditches that received SSO wastewater and were claimed by Defendant as not leading to navigable waters (54th street canal, 45th street canal, 22nd street ditch Jungle Lake); Visit to Clam Bayou discharge points; Drive-by SW Treatment plant. Jungle Lake w/ F.Evenson and M.Coyne too. Took photographs. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 03/08/18 | Pierce, Benjamin | Reviewed documents in preparation for deposition of John Palenchar. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 03/09/18 | Pierce, Benjamin | Travel from Tampa to DC from depositions. | 2.00 | 0.00 | $ 225 | 2.00 | $ 150 | $ 300.00 |
| 03/12/18 | Pierce, Benjamin | Discussion -- Schmidt and Pierce regarding detailed workflow.. drafting discovery responses, expert report, deposition scheduling, obtaining certified public records, proof chart. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 03/12/18 | Pierce, Benjamin | Reviewed complaint, answer, interrogatories, and requests for admission to prepare a detailed proof chart for trial of the case. | 0.70 | 0.70 | $ 225 | 0.00 | $ 150 | $ 157.50 |
| 03/13/18 | Pierce, Benjamin | Reviewed complaint, answer, interrogatories, and requests for admission to prepare a proof chart for trial of the case. | 1.96 | 1.96 | $ 225 | 0.00 | $ 150 | $ 441.00 |
| 03/14/18 | Pierce, Benjamin | Confer Schmidt/Pierce about document review, workflow, proof chart. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 03/14/18 | Pierce, Benjamin | Conference call with Schmidt/Carter/Pierce regarding document management, documents coming in from discovery requests, document searches, tags. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 03/14/18 | Pierce, Benjamin | Reviewed complaint, answer, interrogatories, and requests for admission to prepare a proof chart for the case. | 1.19 | 1.19 | $ 225 | 0.00 | $ 150 | $ 267.75 |
| 03/15/18 | Pierce, Benjamin | Reviewed produced documents to search for city's Stormwater Master Plan. | 0.80 | 0.80 | $ 225 | 0.00 | $ 150 | $ 180.00 |
| 03/15/18 | Pierce, Benjamin | Reviewed transcript of Craven Askew deposition to prepare a proof chart for trial of the case. | 1.96 | 1.96 | $ 225 | 0.00 | $ 150 | $ 441.00 |
| 03/16/18 | Pierce, Benjamin | Researched whether Florida HB 1149 would affect city's use of underground injection wells. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |

Exhibit 1 - Page 4

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 03/16/18 | Pierce, Benjamin | Performed background research on Jonathan Shefftz to see whether his expert testimony has been excluded in any case. | 0.80 | 0.80 | $ 225 | 0.00 | $ 150 | $ 180.00 |
| 03/16/18 | Pierce, Benjamin | Reviewed transcript of Craven Askew deposition to prepare a proof chart for the case. | 1.51 | 1.51 | $ 225 | 0.00 | $ 150 | $ 338.63 |
| 03/18/18 | Pierce, Benjamin | Reviewed transcript of Claude Tankersley deposition to prepare a proof chart for the case. | 2.38 | 2.38 | $ 225 | 0.00 | $ 150 | $ 535.50 |
| 03/19/18 | Pierce, Benjamin | Call Schmidt/Pierce regarding workflow. Proof chart, strategies, document review, questions from M.Goodstein. | 0.20 | 0.20 | $ 225 | 0.00 | $ 150 | $ 45.00 |
| 03/19/18 | Pierce, Benjamin | Reviewed documents produced by Kerkering Barbario. | 1.40 | 1.40 | $ 225 | 0.00 | $ 150 | $ 315.00 |
| 03/19/18 | Pierce, Benjamin | Reviewed transcript of Claude Tankersley deposition to prepare a proof chart for the case. | 1.02 | 1.02 | $ 225 | 0.00 | $ 150 | $ 228.38 |
| 03/20/18 | Pierce, Benjamin | Call Schmidt/Pierce regarding workflow, document review, proof chart. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 03/20/18 | Pierce, Benjamin | Reviewed transcript of Mary Yeargan deposition to prepare a proof chart for the case. | 1.23 | 1.23 | $ 225 | 0.00 | $ 150 | $ 275.63 |
| 03/21/18 | Pierce, Benjamin | Reviewed transcript of Lane Longley deposition to prepare a proof chart for the case. | 0.56 | 0.56 | $ 225 | 0.00 | $ 150 | $ 126.00 |
| 03/21/18 | Pierce, Benjamin | Reviewed transcript of Michelle Holton deposition to prepare a proof chart for the case. | 1.44 | 1.44 | $ 225 | 0.00 | $ 150 | $ 322.88 |
| 03/22/18 | Pierce, Benjamin | Reviewed transcript of Lane Longley deposition to prepare a proof chart for the case. | 2.63 | 2.63 | $ 225 | 0.00 | $ 150 | $ 590.63 |
| 03/23/18 | Pierce, Benjamin | Call with Schmidt/Coyne/Pierce about document management and discovery responses. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 03/23/18 | Pierce, Benjamin | Reviewed transcript of Lane Longley deposition to prepare a proof chart for the case. | 1.19 | 1.19 | $ 225 | 0.00 | $ 150 | $ 267.75 |
| 03/26/18 | Pierce, Benjamin | Researched prior expert reports and testimony of Jonathan Shefftz (financial expert). | 2.60 | 2.60 | $ 225 | 0.00 | $ 150 | $ 585.00 |
| 03/26/18 | Pierce, Benjamin | Researched prior expert reports and testimony of Tom Christ (engineer). | 0.30 | 0.30 | $ 225 | 0.00 | $ 150 | $ 67.50 |
| 03/26/18 | Pierce, Benjamin | Reviewed transcript of Lane Longley deposition to prepare a proof chart for the case. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 03/27/18 | Pierce, Benjamin | Searched my emails for documents responsive to defendant's request for documents. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |
| 03/28/18 | Pierce, Benjamin | Reviewed documents produced by FDEP, Kerkering Barberio, and Reiss Engineering for relevance. | 6.10 | 6.10 | $ 225 | 0.00 | $ 150 | $ 1,372.50 |
| 03/29/18 | Pierce, Benjamin | Meeting Schmidt/Pierce to discuss trial preparation and proof chart, witnesses, exhibits. | 0.53 | 0.53 | $ 225 | 0.00 | $ 150 | $ 118.13 |
| 03/29/18 | Pierce, Benjamin | Revised proof chart showing which claims we still need to prove. | 1.86 | 1.86 | $ 225 | 0.00 | $ 150 | $ 417.38 |
| 03/30/18 | Pierce, Benjamin | Meeting Schmidt/Pierce to review proof chart, document review. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 03/30/18 | Pierce, Benjamin | Revised proof chart to show which documents support the claims we need to prove at trial. | 1.70 | 1.70 | $ 225 | 0.00 | $ 150 | $ 382.50 |

Exhibit 1 - Page 5

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 04/02/18 | Pierce, Benjamin | Calls (4) Schmidt/Pierce concerning proof chart, Jungle Lake, earlier stipulations by Defendant, Longley and Wise declarations. | 0.80 | 0.80 | $ 225 | 0.00 | $ 150 | $ 180.00 |
| 04/02/18 | Pierce, Benjamin | Document review for admissable evidence at trial, in preparation for trial. | 2.60 | 2.60 | $ 225 | 0.00 | $ 150 | $ 585.00 |
| 04/02/18 | Pierce, Benjamin | Used Oculus database to research injection well violations during Hurricane Irma. | 1.50 | 1.50 | $ 225 | 0.00 | $ 150 | $ 337.50 |
| 04/02/18 | Pierce, Benjamin | Drafted list of relevant produced documents to send to Tom Christ (expert engineer). | 0.42 | 0.00 | $ 225 | 0.42 | $ 150 | $ 63.00 |
| 04/03/18 | Pierce, Benjamin | Meeting between Schmidt/Pierce to discuss trial preparation, witnesses, and exhibits. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 04/03/18 | Pierce, Benjamin | Drafted list of relevant produced documents to send to Tom Christ (expert engineer). | 1.82 | 0.00 | $ 225 | 1.82 | $ 150 | $ 273.00 |
| 04/04/18 | Pierce, Benjamin | Reviewed defendant's eighth production set for relevant documents. | 0.80 | 0.80 | $ 225 | 0.00 | $ 150 | $ 180.00 |
| 04/04/18 | Pierce, Benjamin | Drafted list of relevant produced documents to send to Tom Christ (expert engineer). | 2.56 | 0.00 | $ 225 | 2.56 | $ 150 | $ 383.25 |
| 04/05/18 | Pierce, Benjamin | Call between Schmidt/Pierce to discuss work flow for reviewing produced documents. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 04/05/18 | Pierce, Benjamin | Reviewed defendant's ninth production set for relevant documents. | 1.10 | 1.10 | $ 225 | 0.00 | $ 150 | $ 247.50 |
| 04/05/18 | Pierce, Benjamin | Drafted list of relevant produced documents to send to Tom Christ (expert engineer). | 2.31 | 0.00 | $ 225 | 2.31 | $ 150 | $ 346.50 |
| 04/06/18 | Pierce, Benjamin | Meeting Schmidt regarding research and catalog of City Council meeting agenda packets and live recordings to compile comprehensive list of discussions relevant to injunctive relief sought in this case. | 0.50 | 0.00 | $ 225 | 0.50 | $ 150 | $ 75.00 |
| 04/06/18 | Pierce, Benjamin | Document review for admissible evidence at trial, in preparation for trial. | 5.30 | 5.30 | $ 225 | 0.00 | $ 150 | $ 1,192.50 |
| 04/09/18 | Pierce, Benjamin | Researched whether case law gives us authority to request expanded injunctive relief. | 0.30 | 0.30 | $ 225 | 0.00 | $ 150 | $ 67.50 |
| 04/09/18 | Pierce, Benjamin | Reviewed case management order to find limit on interrogatories and requests for production. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 04/09/18 | Pierce, Benjamin | Drafted spreadsheet for Tom Christ (expert engineer) to use in tracking reviewed documents. | 0.90 | 0.00 | $ 225 | 0.90 | $ 150 | $ 135.00 |
| 04/09/18 | Pierce, Benjamin | Document review for admissable evidence at trial, in preparation for trial. | 3.90 | 3.90 | $ 225 | 0.00 | $ 150 | $ 877.50 |
| 04/10/18 | Pierce, Benjamin | Reviewed defendant's ninth production set. | 0.90 | 0.90 | $ 225 | 0.00 | $ 150 | $ 202.50 |
| 04/10/18 | Pierce, Benjamin | Reviewed CH2M Hill's production set and sets of documents referencing Steve Kornell and Carlos Frey. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 04/10/18 | Pierce, Benjamin | Reviewed sets of documents referencing Kevin King and Rick Kriseman. | 1.90 | 1.90 | $ 225 | 0.00 | $ 150 | $ 427.50 |
| 04/12/18 | Pierce, Benjamin | Confer with Marnie Carter and Kaki Schmidt regarding further review and analysis of Defendant's production of documents (Vol. 9). | 0.40 | 0.40 | $ 225 | 0.00 | $ 150 | $ 90.00 |

Case 8:16-cv-03319-AEP   Suncoast Waterkeeper et al. v. City of St. Petersburg   Document 211-11   Filed 04/03/19   Page 8 of 17 PageID 5606

Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 – Page 6

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 04/12/18 | Pierce, Benjamin | Researched Florida Middle District local rules to determine whether interrogatory responses need to be notarized when the party signs verification form. | 0.40 | 0.40 | $ 225 | 0.00 | $ 150 | $ 90.00 |
| 04/12/18 | Pierce, Benjamin | Legal research re: whether parties have a right to inspect documents produced by a subpoena under FRCP 45, at their own expense. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 04/12/18 | Pierce, Benjamin | Document review for admissable evidence at trial, in preparation for trial. | 2.10 | 2.10 | $ 225 | 0.00 | $ 150 | $ 472.50 |
| 04/12/18 | Pierce, Benjamin | Reviewed defendant's ninth production set to determine if they produced all requested documents. | 3.10 | 3.10 | $ 225 | 0.00 | $ 150 | $ 697.50 |
| 04/13/18 | Pierce, Benjamin | Document review for admissable evidence at trial, in preparation for trial. | 4.40 | 4.40 | $ 225 | 0.00 | $ 150 | $ 990.00 |
| 04/16/18 | Pierce, Benjamin | Calls Schmidt/Pierce regarding drafting of meet and confer letter to defendants for failure to provide responsive documents. | 0.30 | 0.30 | $ 225 | 0.00 | $ 150 | $ 67.50 |
| 04/16/18 | Pierce, Benjamin | Researched whether plaintiffs can request expanded relief in our CWA claim. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 04/16/18 | Pierce, Benjamin | Document review for admissable evidence at trial, in preparation for trial. | 2.30 | 2.30 | $ 225 | 0.00 | $ 150 | $ 517.50 |
| 04/17/18 | Pierce, Benjamin | Legal research whether documents kept in ordinary course of business are not subject to defendant's approval for production required under FRCP 45. | 1.10 | 1.10 | $ 225 | 0.00 | $ 150 | $ 247.50 |
| 04/17/18 | Pierce, Benjamin | Document review for admissable evidence at trial, in preparation for trial. | 2.70 | 2.70 | $ 225 | 0.00 | $ 150 | $ 607.50 |
| 04/17/18 | Pierce, Benjamin | Legal research regarding scope of expanded injunctive relief in plaintiffs CWA claim. | 2.80 | 2.80 | $ 225 | 0.00 | $ 150 | $ 630.00 |
| 04/18/18 | Pierce, Benjamin | Meeting between Schmidt/Pierce to discuss document and deposition review for trial preparation. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |
| 04/18/18 | Pierce, Benjamin | Document and deposition review for trial preparation regarding defendant's affirmative defenses. | 1.50 | 1.50 | $ 225 | 0.00 | $ 150 | $ 337.50 |
| 04/18/18 | Pierce, Benjamin | Legal research regarding scope of expanded injunctive relief in our CWA claim. | 1.80 | 1.80 | $ 225 | 0.00 | $ 150 | $ 405.00 |
| 04/18/18 | Pierce, Benjamin | Document review for admissable evidence at trial, in preparation for trial. | 4.00 | 4.00 | $ 225 | 0.00 | $ 150 | $ 900.00 |
| 04/19/18 | Pierce, Benjamin | Call Schmidt/Pierce concerning updating initial disclosure, document review, expert report preparation. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 04/19/18 | Pierce, Benjamin | Researched whether Defendant has a right to inspect documents produced by a subpoena under Rule 45, at their own expense. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |
| 04/19/18 | Pierce, Benjamin | Drafted witness list in preparation for updated disclosure and trial preparation. | 1.50 | 1.50 | $ 225 | 0.00 | $ 150 | $ 337.50 |
| 04/19/18 | Pierce, Benjamin | Reviewed John Palenchar deposition transcript to assist in trial preparation. | 4.90 | 4.90 | $ 225 | 0.00 | $ 150 | $ 1,102.50 |

Exhibit 1 - Page 7

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 04/20/18 | Pierce, Benjamin | Meeting between Schmidt/Pierce to discuss updating Rule 26 document disclosures to indicate new witnesses discovered during discovery or fact investigations, and penalty calculation. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 04/20/18 | Pierce, Benjamin | Legal research regarding the list of "pollutants" under the CWA and looked for source that lists pollutants present in sewage. | 1.20 | 1.20 | $ 225 | 0.00 | $ 150 | $ 270.00 |
| 04/20/18 | Pierce, Benjamin | Document review using Concordance of recently produced documents. | 2.40 | 2.40 | $ 225 | 0.00 | $ 150 | $ 540.00 |
| 04/22/18 | Pierce, Benjamin | Drafted index of documents (with labels indicating type of document) for Tom Christ (expert engineer) to help him identify which documents to review in preparation of his report. | 0.80 | 0.00 | $ 225 | 0.80 | $ 150 | $ 120.00 |
| 04/23/18 | Pierce, Benjamin | Drafted index of documents (with labels indicating type of document) for Tom Christ (expert engineer) to help him identify which documents to review in preparation of his report. | 0.15 | 0.00 | $ 225 | 0.15 | $ 150 | $ 22.50 |
| 04/23/18 | Pierce, Benjamin | Drafted updated Rule 26 document disclosure. | 0.90 | 0.90 | $ 225 | 0.00 | $ 150 | $ 202.50 |
| 04/24/18 | Pierce, Benjamin | Drafted index of documents (with labels indicating type of document) for Tom Christ (expert engineer) to help him identify which documents to review in preparation of his report. | 0.30 | 0.00 | $ 225 | 0.30 | $ 150 | $ 45.00 |
| 04/25/18 | Pierce, Benjamin | Drafted index of documents (with labels indicating type of document) for Tom Christ (expert engineer) to help him identify which documents to review in preparation of his report. | 0.30 | 0.00 | $ 225 | 0.30 | $ 150 | $ 45.00 |
| 04/26/18 | Pierce, Benjamin | Researched whether EPA sued St. Petersburg in the 1990s to confirm statement by city council member. | 0.80 | 0.00 | $ 225 | 0.80 | $ 150 | $ 120.00 |
| 04/26/18 | Pierce, Benjamin | Document review in Concordance. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 04/26/18 | Pierce, Benjamin | Drafted index of documents (with labels indicating type of document) for Tom Christ (expert engineer) to help him identify which documents to review in preparation of his report. | 0.30 | 0.00 | $ 225 | 0.30 | $ 150 | $ 45.00 |
| 04/27/18 | Pierce, Benjamin | Confer Pierce/Schmidt concerning expert report preparation and tracking of list of documents. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 04/27/18 | Pierce, Benjamin | Drafted index of documents (with labels indicating type of document) for Tom Christ (expert engineer) to help him identify which documents to review in preparation of his report. | 0.70 | 0.00 | $ 225 | 0.70 | $ 150 | $ 105.00 |
| 04/30/18 | Pierce, Benjamin | Drafted index of documents (with labels indicating type of document) for Tom Christ (expert engineer) to help him identify which documents to review in preparation of his report. | 1.08 | 0.00 | $ 225 | 1.08 | $ 150 | $ 162.00 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

Exhibit 1 - Page 8

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 05/01/18 | Pierce, Benjamin | Document review and organization of document index to assist Tom Christ (expert engineer) in preparation of his report. | 2.42 | 2.42 | $ 225 | 0.00 | $ 150 | $ 543.38 |
| 05/02/18 | Pierce, Benjamin | Call Schmidt/Pierce regarding preparation of expert report and review of newly produced documents. | 0.70 | 0.70 | $ 225 | 0.00 | $ 150 | $ 157.50 |
| 05/02/18 | Pierce, Benjamin | Document review and organization of document index to assist Tom Christ (expert engineer) in preparation of his report. | 0.75 | 0.00 | $ 225 | 0.75 | $ 150 | $ 112.50 |
| 05/02/18 | Pierce, Benjamin | Document review for expert requested documents relating to physical condition of plants for use in expert engineer's report. | 1.75 | 1.75 | $ 225 | 0.00 | $ 150 | $ 393.75 |
| 05/03/18 | Pierce, Benjamin | Document review and organization of document index to assist Tom Christ (expert engineer) in preparation of his report. | 0.70 | 0.70 | $ 225 | 0.00 | $ 150 | $ 157.50 |
| 05/03/18 | Pierce, Benjamin | Document review for financial documents to send to financial expert (Jonathan Shefftz). | 0.90 | 0.90 | $ 225 | 0.00 | $ 150 | $ 202.50 |
| 05/07/18 | Pierce, Benjamin | Meeting with Kaki Schmidt concerning expert reports. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |
| 05/07/18 | Pierce, Benjamin | Researched OCULUS database to find St. Petersburg MS4 annual reports in preparation for depositions of Frey and Palenchar. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 05/07/18 | Pierce, Benjamin | Reviewed St. Petersburg's MS4 permit to find water quality monitoring requirements in preparation for depositions of Frey and Palenchar. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 05/07/18 | Pierce, Benjamin | Drafted list of documents reviewed by Tom Christ (expert engineer) for use in his expert report. | 0.75 | 0.00 | $ 225 | 0.75 | $ 150 | $ 112.50 |
| 05/08/18 | Pierce, Benjamin | Researched OCULUS database to find St. Petersburg MS4 annual reports in preparation for depositions of Frey and Palenchar. | 0.70 | 0.70 | $ 225 | 0.00 | $ 150 | $ 157.50 |
| 05/08/18 | Pierce, Benjamin | Researched STORET database to find St. Petersburg water quality sampling data in preparation for depositions of Frey and Palenchar. | 4.40 | 4.40 | $ 225 | 0.00 | $ 150 | $ 990.00 |
| 05/08/18 | Pierce, Benjamin | Drafted list of documents reviewed by Tom Christ (expert engineer) for use in his expert report. | 0.77 | 0.00 | $ 225 | 0.77 | $ 150 | $ 115.50 |
| 05/09/18 | Pierce, Benjamin | Meeting between Schmidt/Pierce regarding Carlos Frey deposition testimony relevant to expert report. | 0.70 | 0.70 | $ 225 | 0.00 | $ 150 | $ 157.50 |
| 05/09/18 | Pierce, Benjamin | Drafted list of documents reviewed by Tom Christ (expert engineer) for use in his expert report. | 0.32 | 0.00 | $ 225 | 0.32 | $ 150 | $ 47.25 |
| 05/10/18 | Pierce, Benjamin | Researched prior expert history for Dr. Kenneth Rudo. | 1.50 | 1.50 | $ 225 | 0.00 | $ 150 | $ 337.50 |
| 05/10/18 | Pierce, Benjamin | Drafted list of documents reviewed by Tom Christ (expert engineer) for use in his expert report. | 1.16 | 0.00 | $ 225 | 1.16 | $ 150 | $ 173.25 |
| 05/11/18 | Pierce, Benjamin | Organized produced documents into sets to be transmitted to Dr. Rudo (human health expert) and Dr. Rand (environmental impact expert). | 2.70 | 0.00 | $ 225 | 2.70 | $ 150 | $ 405.00 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | | Lodestar |
|---|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ | 74,263.50 |
| 05/11/18 | Pierce, Benjamin | Researched STORET database to find St. Petersburg water quality sampling data at request of expert witness Dr. Rand. | 4.80 | 4.80 | $ 225 | 0.00 | $ 150 | $ | 1,080.00 |
| 05/11/18 | Pierce, Benjamin | Drafted list of documents reviewed by Tom Christ (expert engineer) for use in his expert report. | 0.95 | 0.00 | $ 225 | 0.95 | $ 150 | $ | 141.75 |
| 05/13/18 | Pierce, Benjamin | Reviewed Palenchar deposition transcript for references to water quality sampling to help in preparation of Dr. Rand (toxicologist) expert report. | 1.50 | 1.50 | $ 225 | 0.00 | $ 150 | $ | 337.50 |
| 05/14/18 | Pierce, Benjamin | Reviewed St. Petersburg's MS4 annual reports for information on sampling to help in preparation of Dr. Rand (toxicologist) expert report. | 3.10 | 3.10 | $ 225 | 0.00 | $ 150 | $ | 697.50 |
| 05/14/18 | Pierce, Benjamin | Compiled binder of documents to be sent to Dr. Rand (toxicologist) in preparation of his expert report. | 1.90 | 1.90 | $ 225 | 0.00 | $ 150 | $ | 427.50 |
| 05/14/18 | Pierce, Benjamin | Reviewed Palenchar deposition transcript for references to water quality sampling to help in preparation of Dr. Rand (toxicologist) expert report. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ | 112.50 |
| 05/15/18 | Pierce, Benjamin | Researched whether SWWRF continues to have odor problem at request of expert witness Dr. Rudo | 0.40 | 0.40 | $ 225 | 0.00 | $ 150 | $ | 90.00 |
| 05/15/18 | Pierce, Benjamin | Reviewed Palenchar deposition video segment on reclaimed water storage tanks to help in preparation of Dr. Rand (toxicologist) expert report. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ | 112.50 |
| 05/15/18 | Pierce, Benjamin | Reviewed St. Petersburg's MS4 annual reports for information on sampling to help in preparation of Dr. Rand (toxicologist) expert report. | 1.10 | 1.10 | $ 225 | 0.00 | $ 150 | $ | 247.50 |
| 05/15/18 | Pierce, Benjamin | Drafted list of documents reviewed by Tom Christ (expert engineer) for use in his expert report. | 1.89 | 0.00 | $ 225 | 1.89 | $ 150 | $ | 283.50 |
| 05/16/18 | Pierce, Benjamin | Reviewed publicly available GIS files on wildlife data to help in preparation of Dr. Rand (toxicologist) expert report. | 0.80 | 0.80 | $ 225 | 0.00 | $ 150 | $ | 180.00 |
| 05/16/18 | Pierce, Benjamin | Drafted list of documents reviewed by Tom Christ (expert engineer) for use in his expert report. | 2.49 | 0.00 | $ 225 | 2.49 | $ 150 | $ | 372.75 |
| 05/17/18 | Pierce, Benjamin | Reviewed expert report of Dr. Rudo (toxicologist) for comments/suggestions. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ | 112.50 |
| 05/17/18 | Pierce, Benjamin | Review comment of sewage engineer expert report. | 1.00 | 0.00 | $ 225 | 1.00 | $ 150 | $ | 150.00 |
| 05/17/18 | Pierce, Benjamin | Drafted lists of documents considered for each expert. | 3.15 | 0.00 | $ 225 | 3.15 | $ 150 | $ | 472.50 |
| 05/18/18 | Pierce, Benjamin | Finalized expert reports. | 6.50 | 0.00 | $ 225 | 6.50 | $ 150 | $ | 975.00 |
| 05/21/18 | Pierce, Benjamin | Reviewed and edited updated Rule 26 witness and document disclosures. | 0.70 | 0.70 | $ 225 | 0.00 | $ 150 | $ | 157.50 |
| 05/21/18 | Pierce, Benjamin | Assembled folder of documents considered by Tom Christ (engineer) to be produced to defendant. | 1.47 | 0.00 | $ 225 | 1.47 | $ 150 | $ | 220.50 |
| 05/22/18 | Pierce, Benjamin | Call with Molly Coyne to discuss citizen complaints produced to St. Petersburg and received from Florida Department of Environmental Protection (FDEP) | 0.13 | 0.13 | $ 225 | 0.00 | $ 150 | $ | 29.25 |
| 05/23/18 | Pierce, Benjamin | Legal research regarding opposing a motion for leave to amend admissions. | 1.30 | 1.30 | $ 225 | 0.00 | $ 150 | $ | 292.50 |

Exhibit 1 - Page 9

Exhibit 1 - Page 10

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | | Lodestar |
|---|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ | 74,263.50 |
| 05/23/18 | Pierce, Benjamin | Legal research regarding protective order regarding deposition of attorney of record J. Bloom. | 2.00 | 2.00 | $ 225 | 0.00 | $ | 150 | $ 450.00 |
| 05/23/18 | Pierce, Benjamin | Legal research whether a party does not have to produce a 30(b)(6) witness when the area of testimony will be covered by an expert witness. | 2.70 | 2.70 | $ 225 | 0.00 | $ | 150 | $ 607.50 |
| 05/24/18 | Pierce, Benjamin | Legal research regarding 11th Circuit penalty calculations. | 1.00 | 1.00 | $ 225 | 0.00 | $ | 150 | $ 225.00 |
| 05/24/18 | Pierce, Benjamin | Assembled folder of documents for third productiont. | 2.50 | 0.00 | $ 225 | 2.50 | $ | 150 | $ 375.00 |
| 05/25/18 | Pierce, Benjamin | Assembled documents for third production. | 2.50 | 0.00 | $ 225 | 2.50 | $ | 150 | $ 375.00 |
| 05/25/18 | Pierce, Benjamin | Updated witness list to include city council members and more citizens who sent complaints to FDEP. | 1.00 | 0.00 | $ 225 | 1.00 | $ | 150 | $ 150.00 |
| 05/26/18 | Pierce, Benjamin | Assembled documents for third production. | 2.20 | 0.00 | $ 225 | 2.20 | $ | 150 | $ 330.00 |
| 05/27/18 | Pierce, Benjamin | Reviewed updated witness list to make sure it is accurate. | 0.50 | 0.50 | $ 225 | 0.00 | $ | 150 | $ 112.50 |
| 05/27/18 | Pierce, Benjamin | Researched pollutant limits in deep well permits. | 0.60 | 0.60 | $ 225 | 0.00 | $ | 150 | $ 135.00 |
| 05/29/18 | Pierce, Benjamin | Researched limitations in deep well permits and sampling data for reclaimed water. | 2.70 | 2.70 | $ 225 | 0.00 | $ | 150 | $ 607.50 |
| 05/30/18 | Pierce, Benjamin | Reviewed 11th production set for documents to be sent to Tom Christ (engineer). | 0.30 | 0.30 | $ 225 | 0.00 | $ | 150 | $ 67.50 |
| 05/31/18 | Pierce, Benjamin | Researched effluent and influent sampling requirements for St. Petersburg WRFs. for purpose of penalty calculation | 0.30 | 0.30 | $ 225 | 0.00 | $ | 150 | $ 67.50 |
| 05/31/18 | Pierce, Benjamin | Researched rules for deposing counsel of record potential objections. | 0.30 | 0.30 | $ 225 | 0.00 | $ | 150 | $ 67.50 |
| 05/31/18 | Pierce, Benjamin | Researched sampling requirements for Florida cities that discharge wastewater to surface water for purpose of penalty calculation | 0.80 | 0.80 | $ 225 | 0.00 | $ | 150 | $ 180.00 |
| 05/31/18 | Pierce, Benjamin | Assembled folder of documents considered by Tom Christ (engineer) to be produced to defendant and revised documents considered list. | 0.91 | 0.00 | $ 225 | 0.91 | $ | 150 | $ 136.50 |
| 06/01/18 | Pierce, Benjamin | Legal research and drafting letter to opposing counsel regarding our potential protective order on their request for documents contained within their 30(b)(6) notice of deposition and on their notice of deposition of Justin Bloom. | 1.50 | 1.50 | $ 225 | 0.00 | $ | 150 | $ 337.50 |
| 06/04/18 | Pierce, Benjamin | Discussed letter, motion, and stipulation for preliminary injunction with Fred Evenson. | 0.30 | 0.30 | $ 225 | 0.00 | $ | 150 | $ 67.50 |
| 06/04/18 | Pierce, Benjamin | Proofread updated witness and document disclosures. | 0.60 | 0.00 | $ 225 | 0.60 | $ | 150 | $ 90.00 |
| 06/04/18 | Pierce, Benjamin | Created exhibits for our preliminary injunction motion. | 0.70 | 0.70 | $ 225 | 0.00 | $ | 150 | $ 157.50 |
| 06/04/18 | Pierce, Benjamin | Researched how to object if opposing counsel asks question outside of 30(b)(6) noticed topic. | 1.00 | 1.00 | $ 225 | 0.00 | $ | 150 | $ 225.00 |
| 06/04/18 | Pierce, Benjamin | Assembled folder of documents considered by Tom Christ (engineer expert) to be produced to defendant and revised documents considered list. | 0.46 | 0.00 | $ 225 | 0.46 | $ | 150 | $ 68.25 |

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|------|----------|-------------|-------------|---------------|-----------|----------------|----------------|----------|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 06/04/18 | Pierce, Benjamin | Drafted motions regarding our potential protective order on City's request for documents contained within their 30(b)(6) notice of deposition and on their notice of deposition of Justin Bloom. | 2.30 | 2.30 | $ 225 | 0.00 | $ 150 | $ 517.50 |
| 06/05/18 | Pierce, Benjamin | Searched produced documents for memos by City regarding 2015 and 2016 SSOs to give to Tom Christ (expert engineer). | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 06/05/18 | Pierce, Benjamin | Call Schmidt/Pierce regarding document review tasks and questions for further inquiry areas. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 06/05/18 | Pierce, Benjamin | Created exhibits for our preliminary injunction motion. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 06/06/18 | Pierce, Benjamin | Created exhibits for our preliminary injunction motion. | 3.60 | 3.60 | $ 225 | 0.00 | $ 150 | $ 810.00 |
| 06/07/18 | Pierce, Benjamin | Call Schmidt/Pierce regarding document review and preparation for expert witness rebuttals after receipt from defense counsel the next day. | 0.30 | 0.30 | $ 225 | 0.00 | $ 150 | $ 67.50 |
| 06/07/18 | Pierce, Benjamin | Drafted motion opposing City's motion for leave to amend admissions. | 1.50 | 1.50 | $ 225 | 0.00 | $ 150 | $ 337.50 |
| 06/07/18 | Pierce, Benjamin | Created exhibits for our preliminary injunction motion. | 3.10 | 3.10 | $ 225 | 0.00 | $ 150 | $ 697.50 |
| 06/08/18 | Pierce, Benjamin | Drafted motion opposing City's motion for leave to amend admissions. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 06/11/18 | Pierce, Benjamin | Reviewed defendant's 12th production of documents. | 1.30 | 1.30 | $ 225 | 0.00 | $ 150 | $ 292.50 |
| 06/11/18 | Pierce, Benjamin | Reviewed produced documents for documents relevant to Mayor Kriseman in preparation for his deposition. | 1.60 | 1.60 | $ 225 | 0.00 | $ 150 | $ 360.00 |
| 06/11/18 | Pierce, Benjamin | Legal research regarding discovery sanctions for party's failure to timely and fully respond to request for documents. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 06/12/18 | Pierce, Benjamin | Reviewed defendant's 12th and 13th productions of documents. | 2.30 | 2.30 | $ 225 | 0.00 | $ 150 | $ 517.50 |
| 06/18/18 | Pierce, Benjamin | Compiled and highlighted documents to assist in preparation of Dr. Rand's rebuttal report. | 1.60 | 1.60 | $ 225 | 0.00 | $ 150 | $ 360.00 |
| 06/18/18 | Pierce, Benjamin | Call Schmidt/Pierce regarding preparation of expert rebuttal reports due later in week. | 0.80 | 0.80 | $ 225 | 0.00 | $ 150 | $ 180.00 |
| 06/18/18 | Pierce, Benjamin | Reviewed produced documents for documents relevant to Tom Christ (expert engineer). | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 06/18/18 | Pierce, Benjamin | Drafted notes for Dr. Rand to assist him in preparation of rebuttal report. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 06/18/18 | Pierce, Benjamin | Hill Reviewed CH2M production for relevant documents. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 06/18/18 | Pierce, Benjamin | Reviewed produced documents for documents relevant to deposition of Mayor Kriseman. | 1.70 | 1.70 | $ 225 | 0.00 | $ 150 | $ 382.50 |
| 06/19/18 | Pierce, Benjamin | Created map of 303(d) impaired waters to assist in Dr. Rand's rebuttal report. | 0.40 | 0.40 | $ 225 | 0.00 | $ 150 | $ 90.00 |
| 06/19/18 | Pierce, Benjamin | Reviewed 12th and 13th productions. | 3.50 | 3.50 | $ 225 | 0.00 | $ 150 | $ 787.50 |
| 06/20/18 | Pierce, Benjamin | Revised documents considered list for Tom Christ's (expert engineer) rebuttal report. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |

Exhibit 1 - Page 11

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 06/20/18 | Pierce, Benjamin | Calls Schmidt/Pierce regarding preparation of rebuttal reports by Plaintiffs' experts. | 0.40 | 0.40 | $ 225 | 0.00 | $ 150 | $ 90.00 |
| 06/20/18 | Pierce, Benjamin | Reviewed 12th and 13th productions. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |
| 06/20/18 | Pierce, Benjamin | Revised master SSO list to include total volume of wastewater spilled from manholes to assist in Tom Christ's (expert engineer) rebuttal report. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |
| 06/21/18 | Pierce, Benjamin | Reviewed documents relevant to deposition of Charles Wise. | 4.70 | 4.70 | $ 225 | 0.00 | $ 150 | $ 1,057.50 |
| 06/21/18 | Pierce, Benjamin | Revised master SSO list to include total volume of wastewater spilled from manholes to assist in Tom Christ's (expert engineer) rebuttal report. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |
| 06/22/18 | Pierce, Benjamin | Reviewed documents relevant to deposition of Charles Wise. | 3.30 | 3.30 | $ 225 | 0.00 | $ 150 | $ 742.50 |
| 06/22/18 | Pierce, Benjamin | Edited typos/formatting and finalized rebuttal reports for Tom Christ, Dr. Rand, and Dr. Rudo. | 2.00 | 0.00 | $ 225 | 2.00 | $ 150 | $ 300.00 |
| 06/25/18 | Pierce, Benjamin | Reviewed documents relevant to deposition of Charles Wise. | 2.30 | 2.30 | $ 225 | 0.00 | $ 150 | $ 517.50 |
| 06/25/18 | Pierce, Benjamin | Reviewed documents relevant to deposition of Ken Wise. | 2.50 | 2.50 | $ 225 | 0.00 | $ 150 | $ 562.50 |
| 06/25/18 | Pierce, Benjamin | Reviewed the EPA Risk Assessment Framework to determine sediment monitoring requirements. | 1.30 | 1.30 | $ 225 | 0.00 | $ 150 | $ 292.50 |
| 06/26/18 | Pierce, Benjamin | Drafted deposition outline for Ken Wise. | 3.20 | 3.20 | $ 225 | 0.00 | $ 150 | $ 720.00 |
| 06/26/18 | Pierce, Benjamin | Reviewed documents relevant to deposition of Ken Wise. | 2.20 | 2.20 | $ 225 | 0.00 | $ 150 | $ 495.00 |
| 06/27/18 | Pierce, Benjamin | Call Schmidt/Pierce regarding request to draft settlement request for filing on Friday. | 0.30 | 0.30 | $ 225 | 0.00 | $ 150 | $ 67.50 |
| 06/27/18 | Pierce, Benjamin | Drafted deposition outline for Ken Wise. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |
| 06/27/18 | Pierce, Benjamin | Reviewed documents relevant to deposition of Ken Wise. | 2.70 | 2.70 | $ 225 | 0.00 | $ 150 | $ 607.50 |
| 06/28/18 | Pierce, Benjamin | Call Schmidt/Pierce regarding drafting of joint motion for discovery extensions and request for settlement conference. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 06/28/18 | Pierce, Benjamin | Compiled exhibits for Ken Wise deposition. | 0.80 | 0.80 | $ 225 | 0.00 | $ 150 | $ 180.00 |
| 06/28/18 | Pierce, Benjamin | Drafted motion requesting settlement conference. | 0.80 | 0.80 | $ 225 | 0.00 | $ 150 | $ 180.00 |
| 06/28/18 | Pierce, Benjamin | Reviewed CH2M Hill production. | 3.30 | 3.30 | $ 225 | 0.00 | $ 150 | $ 742.50 |
| 07/02/18 | Pierce, Benjamin | Calls Schmidt/Pierce regarding litigation tasks in light of settlement impasse, document review for particular issues, potential depositions to be taken by Pierce. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |
| 07/02/18 | Pierce, Benjamin | Reviewed CH2M Hill production. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 07/05/18 | Pierce, Benjamin | Researched recent DOJ comments on CWA and CAA citizen suits and cases interpreting DOJ's right to comment on citizen suit settlements. | 2.00 | 2.00 | $ 225 | 0.00 | $ 150 | $ 450.00 |
| 07/06/18 | Pierce, Benjamin | Researched recent DOJ comments on CWA and CAA citizen suits and cases interpreting DOJ's right to comment on citizen suit settlements. | 1.00 | 1.00 | $ 225 | 0.00 | $ 150 | $ 225.00 |

Exhibit 1 - Page 12

Suncoast Waterkeeper et al. v. City of St. Petersburg
Case No. 8:16-cv-03319-JDW-AEP

| Date | Attorney | Description | Billed Time | Attorney Time | Atty Rate | Paralegal Time | Paralegal Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|
| | | | 347.72 | 294.74 | | 52.98 | | $ 74,263.50 |
| 07/12/18 | Pierce, Benjamin | Compiled list of background monitoring sites to be used in settlement agreement. | 0.50 | 0.50 | $ 225 | 0.00 | $ 150 | $ 112.50 |
| 07/13/18 | Pierce, Benjamin | Researched effect of court's dismissal without prejudice under Local Rule 3.08. | 0.60 | 0.60 | $ 225 | 0.00 | $ 150 | $ 135.00 |

Exhibit 1 - Page 13

CERCLA, and public nuisance and consumer protection claims.  I now work as an attorney for Super Law Group in New York, continuing my work on plaintiff-side environmental law.

**Tasks Performed and Hours Incurred in this Case**

4.      I worked at the direction of Ms. Schmidt, Mr. Goodstein, Mr. Evenson, and Mr. Bloom throughout Phase III and IV and performed a wide variety of distinct tasks assigned in support of the work being performed by the senior lawyers, including document review, legal research, deposition preparation, assistance in expert disclosures and rebuttals and court filings, assistance in preparation of motion for preliminary injunction, and analysis of evidence for trial preparation.

5.      My work is described in detail in my time records attached to this declaration as Exh. 1.  I billed a total of 685.38 hours to this case.  My time has been cut by 337.66 hours in an exercise of billing judgment.  The 347.72 hours remaining after the reduction for billing judgment include 294.74 attorney hours and 52.98 paralegal hours, as described in Exh. 1, which is a true and correct copy of time records that I personally and contemporaneously have kept using computerized billing software documenting the hours I have worked on this case for which I am seeking to recover an attorney's fee award.

6.      True and correct copies of my receipts for costs incurred in relation to this case are attached as Exh. 6 to Att. 2 (Declaration of Kathryn Schmidt) in support of the Plaintiffs' Motion for "Costs of Litigation."

**My Hourly Rate for Attorney Work**

7.      I commenced work on this case shortly after graduating from law school.

2

In conjunction with Ms. Schmidt, my hourly rate is set at $225 per hour as an appropriate 2018 rate to claim in the Middle District of Florida for an attorney of my level of skill and years of experience.  This rate is consistent with rates found reasonable in Middle District of Florida attorneys fee award decisions for attorneys with my level of experience working on cases involving complex civil litigation. In setting this hourly rate, my co-counsel have reviewed recent attorney fee awards in cases involving complex civil litigation in the U.S. District Court for the Middle District of Florida, which are described in detail in the concurrently filed Declaration of Kathryn Schmidt in Support of Motion for Attorneys' Fees and Costs.  In my opinion, this is a reasonable market-based 2018 rate for my work in this case.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on March 29, 2019.

By: _Benjamin Pierce_____

Benjamin Pierce

3