UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | |
|---|---|
| SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, and ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ST. PETERSBURG,<br><br>Defendant. | Case No.: 8:16-cv-03319-JDW-AEP |

### STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION UNDER SETTLEMENT (DKT. 187)

Plaintiffs Suncoast Waterkeeper, Our Children's Earth Foundation, and Ecological Rights Foundation ("Plaintiffs") and Defendant City of St. Petersburg (the "Parties") hereby enter into this Stipulated Protective Order Regarding Confidential Information Under Settlement (Dkt. 187) ("Stipulated Protective Order").

**WHEREAS,** Plaintiffs' claims for injunctive relief and civil penalties were settled in a Stipulated Order of Partial Dismissal and Court's Retention of Jurisdiction, entered by the Court on December 18, 2018 (Dkt 187) ("Stipulated Order"). Paragraph 3 of the Stipulated Order, "*Reporting and Communication Between the Parties,*" states as follows:

> Until the Termination Date [December 31, 2024], the City shall provide courtesy copies of all reports to FDEP under the Amended Consent Order at such time that reports are provided to FDEP. Additional documents requested by Plaintiffs in relation to work performed under the Amended Consent Order shall be provided pursuant to Florida Public Records Act.

1

**WHEREAS,** the City claims that some records responsive to Plaintiffs' record requests under Paragraph 3 of the Stipulated Order (Dkt. 187) are customarily exempt from production pursuant to Section 119.071(3)(b) of the Florida Public Records Act (the "Act"), but may be disclosed under discrete circumstances in which the information remains confidential:

> 1. Building plans, blueprints, schematic drawings, and diagrams, including draft, preliminary, and final formats, which <u>depict the internal layout and structural elements</u> of a building, arena, stadium, water treatment facility, or <u>other structure owned or operated by an agency</u> are exempt from s. 119.07(1) and s. 24(a), Art. I of the State Constitution.
>
> 2. This exemption applies to building plans, blueprints, schematic drawings, and diagrams, including draft, preliminary, and final formats, which depict the internal layout and structural elements of a building, arena, stadium, water treatment facility, or other structure owned or operated by an agency before, on, or after the effective date of this act.
>
> 3. Information made exempt by this paragraph <u>may be disclosed</u>:
>
>> a. To another governmental entity if disclosure is necessary for the receiving entity to perform its duties and responsibilities;
>>
>> b. To a licensed architect, engineer, or contractor who is performing work on or related to the building, arena, stadium, water treatment facility, or other structure owned or operated by an agency; or
>>
>> c. <u>Upon a showing of good cause before a court of competent jurisdiction.</u>
>
> 4. <u>The entities or persons receiving such information shall maintain the exempt status of the information.</u>

(Emphasis added).

**WHEREAS,** Plaintiffs agree to certain conditions requested by the City regarding use of and non-disclosure of information the City claims is protected by the Act, and the Parties agree that this Stipulated Protective Order satisfies Section 119.071(3)(b)(3) and (4) of the Act.

**NOW THEREFORE**, the Parties hereby stipulate and the Court orders as follows:

1. **Definitions.**

    a. "Protected Data or Information" means any data or information of the City that is disclosed to Plaintiffs verbally, in writing, or digitally that "depict the internal layout and structural elements" of the City's wastewater collection system or water reclamation facilities within the meaning of Section 119.071(3)(b) of the Act.

    b. "Review" means Plaintiffs' review of the City's work as required under the Stipulated Order and its Attachments (Dkt 187, 182-1, 182-2). Plaintiffs' review includes the work of Plaintiffs' engaged professional engineers licensed in the State of Florida, as referenced in Paragraph 4 of the Stipulated Order, and legal counsel.

2. **The City's Designation of Protected Data and Information as CONFIDENTIAL.** Until the Termination Date of the Stipulated Order (Dkt. 187), any data and information the City considers to be Protected Data and Information in response to Plaintiffs' requests for records shall be clearly designated as "CONFIDENTIAL" in writing before or at the time of the disclosure or production of the material. To the extent it is practical to do so, the City must designate as CONFIDENTIAL only those parts of material, documents, items, or oral or written communications that are Protected Data and Information hereunder.

To the extent practical, portions of materials, documents, items, or communications which do no rise to the status of Protected Data and Information shall not be labeled CONFIDENTIAL under this Stipulated Protective Order. If it comes to the City's attention that information or items that it designated as CONFIDENTIAL are not within the meaning of Protected Data and Information herein, the City must promptly notify Plaintiffs that it is withdrawing the mistaken designation. Any inadvertent failures by the City to designate Protected Data and Information as CONFIDENTIAL, if timely corrected, do not, standing alone, waive the City's right to secure protection under this Stipulated Protective Order for such material. Upon timely correction of an inadvertent failure to designate, Plaintiffs must make reasonable efforts to assure that the material is treated in accordance with the provisions of this Stipulated Protective Order.

3.  **Plaintiffs' Nondisclosure of Information Designated as CONFIDENTIAL**.

Plaintiffs shall not disclose, publish, or disseminate any information the City designates as CONFIDENTIAL hereunder to anyone other than Plaintiffs' employees, engaged contractors and engineers, and Plaintiffs' counsel. If Plaintiffs are requested to disclose information the City designates as CONFIDENTIAL hereunder pursuant to legal process or applicable laws, Plaintiffs shall immediately notify the City in writing and shall obtain written approval from the City prior to disclosing, publishing or disseminating any such information, unless otherwise required by court order. Plaintiffs agree to accept information the City designates as CONFIDENTIAL hereunder for the sole purpose of carrying out the Review. Plaintiffs agree not to make copies of the Protected Data and Information except for the sole purpose of carrying out the Review. Plaintiffs may challenge a CONFIDENTIAL designation

at any time by giving written notice to the City. Plaintiffs will identify in writing their professional engineers licensed in the State of Florida whom have been given access to CONFIDENTIAL information, within fourteen (14) days of the City's written request to so identify.

4.  **Ownership of Protected Data.** All Protected Data and Information the City designates as CONFIDENTIAL hereunder shall be and remain the property of the City.

5.  **Return of CONFIDENTIAL Information.** Unless the parties mutually agree otherwise in writing, within thirty (30) days of the Termination Date of the Stipulated Order (Dkt. 187), Plaintiffs shall return all copies of Protected Data and Information the City designates as CONFIDENTIAL, along with a written certification that all copies of such information have been returned to the City.

6.  **Disputes and Governing Law.** This Stipulated Protective Order is directly enforceable by either Party upon motion to this Court, and the failure by either Party to comply with this Stipulated Protective Order is subject to appropriate relief as ordered by the Court in its equitable discretion. All motions related to this Stipulated Protective Order are subject to the Local Rules of the Court, including specifically the requirement of good faith efforts to resolve or narrow issues for the Court through the meet-and-confer process of Local Rule 3.01(g). Disputes between the Parties regarding the City's CONFIDENTIAL designations of Protected Data and Information under Section 119.071(3)(b) of the Act shall be resolved in accordance with the laws of the State of Florida. The Dispute Resolution provisions of Paragraph 6 of the Stipulated Order (Dkt. 187) are inapplicable to any disputes under this Stipulated Protective Order.

7. **Severability**. In the event that any one of the provisions contained in this Stipulated Protective Order should be found to be invalid, illegal or unenforceable in any respect by a court of competent jurisdiction, the validity, legality or enforceability of the remaining provisions contained in this Stipulated Protective Order shall not in any way be affected or impaired by such a finding.

8. **Entire Agreement; Amendments.** This Stipulated Protective Order contains the entire agreement between the Parties solely regarding the process for the City's production of information to Plaintiffs consistent with Section 119.071(3)(b) of the Act until the Termination Date of the Stipulated Order and supersedes any and all prior agreements, written or oral, between the City and Plaintiffs relating to Protected Data and Information. This Stipulated Protective Order may not be amended unless agreed to in writing by the Parties and approved by the Court.

9. **Notices.** The notice provisions of Paragraph 3 of the Stipulated Order (Dkt. 187) shall apply to this Stipulated Protective Order.

**IT IS SO STIPULATED** through agreement of counsel of record.

Respectfully submitted,

January 17, 2020

/s/ *Justin Bloom*
Justin Bloom
FL Bar # 89109
Justin Bloom Attorney at Law, PA
P.O. Box 1028
Sarasota, FL 34230
Telephone: (917) 991-7593
Facsimile: (866) 574-2169
Email: bloomesq1@gmail.com

/s/ *Kathryn Schmidt*
Kathryn Schmidt (Pro Hac Vice)
Van Ness Feldman
1050 Thomas Jefferson Street NW
Seventh Floor
Washington, DC 20007
P: 303-564-1298
F: 202-338-2361
E: kschmidt@vnf.com

*Attorneys for Plaintiffs, SUNCOAST WATERKEEPER, OUR CHILDREN'S EARTH FOUNDATION, ECOLOGICAL RIGHTS FOUNDATION*

/s/ *Brian A. Bolves*
Brian A. Bolves, FBN 367079
Manson Bolves Donaldson Varn, P.A.
1011 West Swann Avenue
Tampa, FL 33606
P: 813.514.4700
F: 813.514.4701
E: bbolves@mansonbolves.com
Attorney for Defendant CITY OF ST. PETERSBURG

*Attorney for Defendant CITY OF ST. PETERSBURG*

CITYLAW 00489409

Pursuant to the foregoing stipulation of the Parties, **IT IS SO ORDERED** this 17 day of January, 2020.

_____
JAMES D. WHITTEMORE
United States District Judge